UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>    Defendants. | Civil Action No.: 1:21-cv-11558 |

## **AMERICAN AIRLINES GROUP INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant American Airlines Group Inc. hereby discloses that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated: September 21, 2021

Respectfully submitted,

AMERICAN AIRLINES GROUP INC.

By its attorney,

/s/ *David C. Tolley*
David C. Tolley (BBO# 676222)
LATHAM & WATKINS LLP
John Hancock Tower
200 Clarendon Street, 27th Floor
Boston, MA 02116
Telephone: (617) 880-4610
Facsimile: (617) 948-6001
david.tolley@lw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on September 22, 2021 to those identified as non-registered participants.

/s/ *David C. Tolley*
David C. Tolley