# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>　　Defendants. | Civil Action No.: 1:21-cv-11558 |

## ASSENTED-TO MOTION FOR
## DANIEL M. WALL TO APPEAR PRO HAC VICE

The undersigned, counsel for American Airlines Group Inc. ("American Airlines") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Daniel M. Wall, an attorney practicing at Latham & Watkins LLP, be permitted to appear as counsel for American Airlines and practice in this Court *pro hac vice*. Mr. Wall has a prior relationship with American Airlines which is essential in defending this case on behalf of American Airlines. The certification of Mr. Wall is filed concurrently herewith, setting forth the information required under Local Rule 83.5.3(e)(3).

Dated: September 21, 2021

Respectfully submitted,

AMERICAN AIRLINES GROUP INC.

By its attorney,

/s/ David C. Tolley
David C. Tolley (BBO# 676222)
LATHAM & WATKINS LLP
John Hancock Tower
200 Clarendon Street, 27th Floor
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with counsel for Plaintiff regarding the relief requested in this motion, and Plaintiff's counsel assents to this motion.

/s/ David C. Tolley
David C. Tolley

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on September 22, 2021 to those identified as non-registered participants.

/s/ David C. Tolley
David C. Tolley