UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA et al.,

    Plaintiffs,

v.

AMERICAN AIRLINES GROUP INC. and
JETBLUE AIRWAYS CORPORATION,

    Defendants.

Civil Action No.: 1:21-cv-11558

**CERTIFICATION OF DANIEL M. WALL IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Daniel M. Wall, hereby state as follows:

1. I am a partner at Latham & Watkins LLP, located at 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538. The telephone number is (415) 391-0600.

2. I have been retained to represent American Airlines Group Inc. ("American Airlines") in the above-captioned matter, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the State of California, and before the United States District Courts for the Central, Eastern and Northern Districts of California, and the Eastern District of Michigan, and the United States Courts of Appeals for the Second, Fourth, Fifth, Seventh, Ninth, Eleventh, and Federal Circuits, and the Supreme Court of the United States.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not previously had *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2021                   /s/ Daniel M. Wall
                                                 Daniel M. Wall