UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>　　　Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

## CERTIFICATION OF TARA L. TAVERNIA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Tara L. Tavernia, hereby state as follows:

1. I am an associate at Latham & Watkins LLP, located at 555 Eleventh Street NW, Suite 1000, Washington, DC 20004-1304. The telephone number is (202) 637-2200.

2. I have been retained to represent American Airlines Group Inc. ("American Airlines") in the above-captioned matter, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the District of Columbia and the Commonwealth of Virginia, and before the United States District Court for the District of Columbia.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not previously had *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2021    /s/ Tara L. Tavernia
                                  Tara L. Tavernia