AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) |  |  |
|---|---|---|---|
| *Plaintiff* | ) |  |  |
| v. | ) | Case No. | 1:21-cv-11558-LTS |
| American Airlines Group Inc., et al. | ) |  |  |
| *Defendant* | ) |  |  |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Massachusetts                                                                                                              .

Date:    09/22/2021                                                                        /s/ William T. Matlack
                                                                                              *Attorney's signature*

                                                                                    William T. Matlack (MA Bar No. 552109)
                                                                                         *Printed name and bar number*

                                                                                         Office of the Attorney General
                                                                                         One Ashburton Place, 18th Floor
                                                                                         Boston, MA 02108
                                                                                                    *Address*

                                                                                         william.matlack@mass.gov
                                                                                                 *E-mail address*

                                                                                         (617) 727-2200
                                                                                              *Telephone number*

                                                                                                    *FAX number*

Print            Save As...                                                                                        Reset