# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael G. Egge of Latham & Watkins LLP, 555 Eleventh Street NW, Suite 1000, Washington, DC 20004, as an attorney representing Defendant American Airlines Group Inc. in the above-captioned action.

Dated: September 23, 2021

Respectfully submitted,

AMERICAN AIRLINES GROUP INC.

By its attorney,

/s/ Michael G. Egge
Michael G. Egge (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Michael.Egge@lw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

/s/ Michael G. Egge
Michael G. Egge
