UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP, INC. and JETBLUE AIRWAYS CORPORATION<br><br>Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

**ASSENTED-TO MOTION FOR PRO HAC VICE ADMISSION FOR MICHAEL JORGENSON, NATALIE S. MANZO, ROBERT B. MCNARY, AND JAMIE MILLER FOR PLAINTIFF STATE OF CALIFORNIA**

The undersigned, counsel for the plaintiff Commonwealth of Massachusetts and a member of the bar of this Court, requests, in accordance with Local Rule 83.5.3, that Michael Jorgenson, Natalie S. Manzo, Robert B. McNary, and Jamie Miller, counsel for plaintiff State of California, be granted leave to appear and practice in this Court in the above-referenced case. Certifications by each of the aforenamed attorneys to the information required by Local Rule 83.5.3(e)(3) are filed herewith.

Dated: September 29, 2021               Respectfully submitted,

                                        PLAINTIFF COMMONWEALTH
                                        OF MASSACHUSETTS

                                        MAURA HEALEY
                                        ATTORNEY GENERAL

                                        /s/ Daniel H. Leff
                                        Daniel H. Leff (MA BBO No. 689302)
                                        Assistant Attorney General
                                        Daniel.Leff@mass.gov
                                        Office of the Attorney General
                                        One Ashburton Place, 18th Fl.
                                        Boston, MA 02108
                                        Tel: (617) 727-2200

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with counsel for Defendants regarding the relief requested in this motion, and Defendants' counsel assents to this motion.

/s/Daniel H. Leff
Daniel H. Leff

## **CERTIFICATE OF SERVICE**

The forgoing document will be served on counsel of record through the Court's CM/ECF system.

/s/Daniel H. Leff
Daniel H. Leff