UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA et al.,

    Plaintiffs,

v.                                                                                    Civil Action No.: 1:21-cv-11558

AMERICAN AIRLINES GROUP INC. and
JETBLUE AIRWAYS CORPORATION,

    Defendants.

## CERTIFICATION OF MICHAEL JORGENSON

I, Michael Jorgenson, hereby state:

1.    I am a Supervising Deputy Attorney General in the Antitrust Law Section of the Office of the California Attorney General, located at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004. The telephone number is (415) 510-3882.

2.    I am an attorney for Plaintiff State of California in this proceeding. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice, including in California.

3.    I have no disciplinary proceedings pending against me.

4.    I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts, and agree to comply with them.

5.    I have not previously had a pro hac vice admission to this court (or other admission for a limited purpose) revoked for misconduct.

6.    I have prepared this affidavit pursuant to Local Rule 83.5.3.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2021                          Respectfully Submitted,

                                                                                                    */s/ Michael Jorgenson*
                                                                                                    Michael Jorgenson
                                                                                                    California Attorney General's Office
                                                                                                    455 Golden Gate Avenue, Suite 11000
                                                                                                    San Francisco, CA 94102-7004