UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA et al.,

   Plaintiffs,

v.                                                    Civil Action No.: 1:21-cv-11558

AMERICAN AIRLINES GROUP INC. and
JETBLUE AIRWAYS CORPORATION,

   Defendants.

### **CERTIFICATION OF NATALIE S. MANZO**

I, Natalie S. Manzo, hereby state:

    1.     I am a Supervising Deputy Attorney General in the Antitrust Law Section of the Office of the California Attorney General, located at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013. The telephone number is (213) 269-6289.

    2.     I am an attorney for Plaintiff State of California in this proceeding. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice, including in California.

    3.     I have no disciplinary proceedings pending against me.

    4.     I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts, and agree to comply with them.

    5.     I have not previously had a pro hac vice admission to this court (or other admission for a limited purpose) revoked for misconduct.

    6.     I have prepared this affidavit pursuant to Local Rule 83.5.3.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2021                          Respectfully Submitted,

                                                                          */s/ Natalie S. Manzo*
                                                                          Natalie S. Manzo
                                                                          California Attorney General's Office
                                                                          300 South Spring Street, Suite 1702
                                                                          Los Angeles, CA 90013