UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES GROUP, INC. and<br>JETBLUE AIRWAYS CORPORATION,<br><br>*Defendants*. | Civil Action No. 21-cv-11558 |

**CERTIFICATION OF RACHEL S. BRACKETT
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Rachel S. Brackett, state as follows:

1. I am an Assistant Attorney General with the Florida Office of the Attorney General, located at PL-01, The Capitol, Tallahassee, FL 32399. The telephone number is (850) 414-3300.

2. I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the State of Florida.

4. I am a member in good standing in every jurisdiction in which I am admitted to practice.

5. I am not the subject of disciplinary proceedings pending before any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2021 /s/ Rachel S. Brackett
Rachel S. Brackett
FL Bar No. 109775