UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES GROUP, INC. and JETBLUE AIRWAYS CORPORATION,<br><br>*Defendants*. | Civil Action No. 21-cv-11558 |

**CERTIFICATION OF LIZABETH A. BRADY
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Lizabeth A. Brady, state as follows:

1. I am the Interim Co-Division Director of the Antitrust Unit of the Florida Office of the Attorney General, located at PL-01, The Capitol, Tallahassee, FL 32399. The telephone number is (850) 414-3300.

2. I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the State of Florida, the State of New York, and before the United States District Courts for the Southern District of New York, the Northern District of Florida, the Northern District of California, and the District Court for the District of Columbia, and the U.S. Court of Appeals for the Ninth Circuit.

4. I am a member in good standing in every jurisdiction in which I am admitted to practice.

5. I am not the subject of disciplinary proceedings pending before any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2021  /s/ Lizabeth A. Brady
Lizabeth A. Brady
FL Bar No. 457991