# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al*. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> AMERICAN AIRLINES GROUP INC., and ) <br> JETBLUE AIRWAYS CORPORATION ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant JetBlue Airways Corporation in connection with the above-captioned matter.

Respectfully submitted,
By their attorneys,

s/ Glenn A. MacKinlay
Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
617-449-6548
gmackinlay@mccarter.com

ME1 37592475v.2

## CERTIFICATE OF SERVICE

  I hereby certify that on September 29, 2021, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants.

                s/ Glenn A. MacKinlay
                Glenn A. MacKinlay