-1-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No.: 1:21-cv-11558 |

## CERTIFICATION OF BRIAN C. HAUSER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Brian C. Hauser, certify that I am a member of the Bar of the District of Columbia and am admitted to practice in the following courts:

- State of Illinois
- District of Columbia
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Sixth Circuit

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I certify that the foregoing is true and correct.

| | |
|---|---|
| Dated: September 29, 2021 | /s/ *Brian C. Hauser* |
| | Brian C. Hauser |
| | Shearman & Sterling LLP |
| | 401 9th Street, N.W., Suite 800 |
| | Washington, DC 20004 |
| | Tel: 202-508-8005 |
| | Fax: 202-508-8100 |
| | Brian.hauser@shearman.com |