UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>　　　　Defendants. | Civil Action No.: 1:21-cv-11558 |

**CERTIFICATION OF JESSICA K. DELBAUM IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

　　　I, Jessica K. Delbaum, certify that I am a member of the Bar of the State of New York and am admitted to practice in the following courts:

- State of New York
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. Supreme Court

　　　1.　　I am a member in good standing in every jurisdiction in which I have been admitted to practice.

　　　2.　　There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

　　　3.　　I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

　　　4.　　I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

　　　5.　　I certify that the foregoing is true and correct.

-2-

Dated:  September 29, 2021   /s/ *Jessica K. Delbaum*
Jessica K. Delbaum
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
Tel: 212-848-4815
Fax: 212-848-7179
jessica.delbaum@shearman.com