UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No.: 1:21-cv-11558 |

## CERTIFICATION OF MATTHEW L. CRANER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Matthew L. Craner, certify that I am a member of the Bar of the State of New York and am admitted to practice in the following courts:

- State of New York
- U.S. Court of Appeals for the Sixth Circuit
- U.S. District Court for the Northern District of New York
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Eastern District of Michigan

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I certify that the foregoing is true and correct.

-2-

| | |
|---|---|
| Dated:  September 29, 2021 | _/s/ Matthew L. Craner_<br>Matthew L. Craner<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>Tel: 212-848-5255<br>Fax: 646-848-5255<br>matthew.craner@shearman.com |