UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>      Defendants. | Civil Action No.: 1:21-cv-11558 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT JETBLUE AIRWAYS CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant JetBlue Airways Corporation ("JetBlue") hereby certifies that it is a publicly held corporation and that no publicly held corporation owns 10% or more of JetBlue's stock.

DATED: September 29, 2021

                                                                     s/ Glenn A. MacKinlay
                                                                     Glenn A. MacKinlay
                                                                     BBO #561708
                                                                     McCarter & English, LLP
                                                                     265 Franklin Street
                                                                     Boston, MA 02210
                                                                     Tel: 617-449-6548
                                                                     gmackinlay@mccarter.com

Richard F. Schwed (*Pro Hac Vice Admission Pending*)
Matthew L. Craner (*Pro Hac Vice Admission Pending*)
Jessica Delbaum (*Pro Hac Vice Admission Pending*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Tel: 212-848-4000
Fax: 212-848-7179

<br>

rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com

Brian Hauser (*Pro Hac Vice Admission Pending*)
Shearman & Sterling LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: 202-508-8005
Fax: 202-508-8100
brian.hauser@shearman.com

*Attorneys for Defendant JetBlue Airways Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that this document and its attachments will be served on any unregistered participants by U.S. Mail.

s/ Glenn A. MacKinlay
Glenn A. MacKinlay
