# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP, INC. and JETBLUE AIRWAYS CORPORATION <br><br> Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

### ASSENTED-TO MOTION FOR PRO HAC VICE ADMISSION FOR JOSEPH S. BETSKO, JENNIFER A. THOMSON, AND TRACY W. WERTZ FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA

The undersigned, counsel for the plaintiff Commonwealth of Massachusetts and a member of the bar of this Court, requests, in accordance with Local Rule 83.5.3, that Joseph S. Betsko, Jennifer A. Thomson, and Tracy W. Wertz, counsel for plaintiff Commonwealth of Pennsylvania, be granted leave to appear and practice in this Court in the above-referenced case. Certifications by each of the aforenamed attorneys to the information required by Local Rule 83.5.3(e)(3) are filed herewith.

Dated: September 29, 2021	Respectfully submitted,

        PLAINTIFF COMMONWEALTH
        OF MASSACHUSETTS

        MAURA HEALEY
        ATTORNEY GENERAL

        /s/ Daniel H. Leff
        Daniel H. Leff (MA BBO No. 689302)
        Assistant Attorney General
        Daniel.Leff@mass.gov
        Office of the Attorney General
        One Ashburton Place, 18th Fl.
        Boston, MA 02108
        Tel: (617) 727-2200

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with counsel for Defendants regarding the relief requested in this motion, and Defendants' counsel assents to this motion.

/s/Daniel H. Leff
Daniel H. Leff

## **CERTIFICATE OF SERVICE**

The forgoing document will be served on counsel of record through the Court's CM/ECF system.

/s/Daniel H. Leff
Daniel H. Leff
