## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                    Plaintiffs,<br><br>           v.<br><br>AMERICAN AIRLINES GROUP, INC. and JETBLUE AIRWAYS CORPORATION<br><br>                    Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

## CERTIFICATION OF JOSEPH S. BETSKO
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Joseph S. Betsko, state as follows:

1. I am the Senior Deputy Attorney General of the Antitrust Section with the Pennsylvania Office of the Attorney General, located at Strawberry Square, 14th Floor, Harrisburg, PA 17120. The telephone number is (717) 787-4530.

2. I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the Commonwealth of Pennsylvania.

4. I am a member in good standing in every jurisdiction in which I am admitted to practice.

5. I am not the subject of disciplinary proceedings pending before any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2021                                      /s/ Joseph S. Betsko
                                                                             Joseph S. Betsko
                                                                             PA Bar No. 82620