# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN AIRLINES GROUP INC. and ) <br> JETBLUE AIRWAYS CORPORATION ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Kate M. Riggs as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dated: September 30, 2021

/s/ Kate M. Riggs
Kate M. Riggs (BBO # 670510)
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 390-9877
kate.riggs@usdoj.gov

## CERTIFICATE OF SERVICE

I, Kate M. Riggs, hereby certify that on September 30, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

Dated: September 30, 2021              /s/ Kate M. Riggs
                                       Kate M. Riggs