AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1-21-cv-11558-LTS |
| American Airlines Group, Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Pennsylvania .

Date: 09/30/2021

/s/Joseph S. Betsko
*Attorney's signature*

Joseph S. Betsko (PA 82620)
*Printed name and bar number*

Antitrust Section
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
*Address*

jbetsko@attorneygeneral.gov
*E-mail address*

(717) 787-4530
*Telephone number*

(717) 787-1190
*FAX number*