# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1-21-cv-11558-LTS |
| American Airlines Group Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

District of Columbia                                                                                 .

Date:   10/04/2021                              /s/ Arthur T. Durst
                                                                   *Attorney's signature*

                                                   Arthur Durst (D.C. Bar No. 888273305)
                                                          *Printed name and bar number*

                                                         400 Sixth Street, N.W.
                                                         Washington, D.C. 20001
                                                                    *Address*

                                                           arthur.durst@dc.gov
                                                                *E-mail address*

                                                              (202) 442-9853
                                                             *Telephone number*

                                                              (202) 730-1881
                                                                 *FAX number*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 4, 2021, I filed the foregoing Notice of Appearance electronically via the Court's CM/ECF system, which will send a Notice of Electronic Filing to all registered counsel of record.

                                                    */s/ Arthur T. Durst*  
                                                    Arthur T. Durst