## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, et al.,

      Plaintiffs,

  v.

AMERICAN AIRLINES GROUP INC. and
JETBLUE AIRWAYS CORPORATION,

      Defendants.

Civil Action No.:  1:21-cv-11558

## NOTICE OF APPEARANCE

Please enter the appearance of Richard Schwed of Shearman & Sterling LLP, 599

Lexington Avenue, New York, New York 10022, as an attorney representing Defendant JetBlue

Airways Corporation in the above-captioned action.


Dated:  October 6, 2021

                          */s/ Richard Schwed*
                          Richard Schwed
                          Shearman & Sterling LLP
                          599 Lexington Avenue
                          New York, New York 10022-6069
                          Tel: 212-848-5445
                          Fax: 212-848-7179
                          RSchwed@shearman.com

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


*/s/ Richard Schwed*
Richard Schwed