UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No.: 1:21-cv-11558 |

## NOTICE OF APPEARANCE

Please enter the appearance of Jessica K. Delbaum of Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, as an attorney representing Defendant JetBlue Airways Corporation in the above-captioned action.

Dated:  October 6, 2021

/s/ *Jessica K. Delbaum*
Jessica K. Delbaum
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
Tel: 212-848-4815
Fax: 212-848-7179
jessica.delbaum@shearman.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jessica K. Delbaum*
Jessica K. Delbaum