UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, et al.,

    Plaintiffs,

v.

AMERICAN AIRLINES GROUP INC. and
JETBLUE AIRWAYS CORPORATION,

    Defendants.

Civil Action No.: 1:21-cv-11558

## NOTICE OF APPEARANCE

Please enter the appearance of Matthew L. Craner of Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, as an attorney representing Defendant JetBlue Airways Corporation in the above-captioned action.

Dated:  October 6, 2021

/s/ *Matthew L. Craner*
Matthew L. Craner (*pro hac vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
Tel: 212-848-5255
Fax: 646-848-5255
matthew.craner@shearman.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Matthew L. Craner*
Matthew L. Craner
