UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br>            Plaintiffs, <br>   v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br>            Defendants. | Civil Action No.: 1:21-cv-11558 |

## NOTICE OF APPEARANCE

Please enter the appearance of Brian C. Hauser of Shearman & Sterling LLP, 401 9th Street, N.W., Suite 800, Washington, DC 20004, as an attorney representing Defendant JetBlue Airways Corporation in the above-captioned action.

Dated:  October 6, 2021

/s/ Brian C. Hauser
Brian C. Hauser
Shearman & Sterling LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: 202-508-8005
Fax: 202-508-8100
Brian.hauser@shearman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Brian C. Hauser*
Brian C. Hauser
