AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America, et al. )
*Plaintiff* )
v. ) Case No. 1-21-cv-11558-LTS
American Airlines Group, Inc., et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Pennsylvania                             .

Date:   10/07/2021                                 /s/Jennifer A. Thomson
                                              *Attorney's signature*

                                   Jennifer A. Thomson (PA 89360 )
                                    *Printed name and bar number*

                                          Antitrust Section
                                 Pennsylvania Office of Attorney General
                                      Strawberry Square, 14th Floor
                                         Harrisburg, PA 17120
                                              *Address*

                                    jthomson@attorneygeneral.gov
                                           *E-mail address*

                                            (717) 787-4530
                                          *Telephone number*

                                            (717) 787-1190
                                             *FAX number*