AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

## for the

### District of Massachusetts ▾

| | |
|---|---|
| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| American Airlines Group, Inc., et al. | ) |
| *Defendant* | ) |

Case No.   1-21-cv-11558-LTS

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Pennsylvania .

Date:   10/08/2021

/s/ Tracy W. Wertz
*Attorney's signature*

Tracy W. Wertz (PA 69164)
*Printed name and bar number*

Antitrust Section
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
*Address*

twertz@attorneygeneral.gov
*E-mail address*

(717) 787-4530
*Telephone number*

(717) 787-1190
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, I filed the foregoing Notice of Appearance electronically via the Court's CM/ECF system, which will send a Notice of Electronic Filing to all registered counsel of record.

/s/ Tracy W. Wertz
Tracy W. Wertz