## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br>    Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP, INC. and <br> JETBLUE AIRWAYS CORPORATION <br><br>    Defendants. | Civil Action No: 1:21-cv-11558 |

## CERTIFICATION OF TYLER T. HENRY IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

I, Tyler T. Henry, hereby state:

1. I am an Assistant Attorney General in the Antitrust Unit of the Office of the Virginia Attorney General, located at 202 North 9th Street, Richmond, Virginia 23219. The telephone number is (804) 692-0485.

2. I am an attorney for Plaintiff Commonwealth of Virginia in this proceeding and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the Commonwealth of Virginia, and before the United States District Courts for the Eastern and Western Districts of Virginia, and before the United States Court of Appeals for the District of Columbia Circuit.

4. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice, including in Virginia.

5. I have no disciplinary proceedings pending against me.

6. I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts and agree to comply with them.

7. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

1

8. I have prepared this affidavit pursuant to Local Rule 83.5.3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 12, 2021						Respectfully Submitted,

/s/ Tyler T. Henry
Tyler T. Henry
Assistant Attorney General
Antitrust Unit
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219