AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-11558-LTS |
| American Airlines Group Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Virginia                .

Date:   10/14/2021                              /s/ Tyler T. Henry
                                                *Attorney's signature*

                                     Tyler T. Henry  **(Virginia Bar No. 87621)**
                                           *Printed name and bar number*

                                              202 North 9th Street
                                            Richmond, Virginia 23219

                                                    *Address*

                                            thenry@oag.state.va.us
                                                *E-mail address*

                                                (804) 692-0485
                                              *Telephone number*

                                                (804) 786-0122
                                                 *FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2021, I filed the foregoing Notice of Appearance with the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all registered counsel of record.

/s/ Tyler T. Henry
Tyler T. Henry