AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-11558-LTS |
| American Airlines Group Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Virginia.

Date:  10/15/2021

/s/ Sarah Oxenham Allen
*Attorney's signature*

Sarah Oxenham Allen (Virginia Bar No. 33217 )
*Printed name and bar number*

202 North 9th Street
Richmond, Virginia 23219

*Address*

SOAllen@oag.state.va.us
*E-mail address*

(804) 786-6557
*Telephone number*

(804) 786-0122
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2021, I filed the foregoing Notice of Appearance with the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all registered counsel of record.

/s/ Sarah Oxenham Allen
Sarah Oxenham Allen