UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES GROUP INC. and )<br>JETBLUE AIRWAYS CORPORATION )<br>)<br>Defendants. )<br>) | Case No. 1:21-cv-11558-LTS |

**NOTICE OF APPEARANCE**

Please enter the appearance of James H. Congdon as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dated: October 18, 2021

/s/ James H. Congdon
James H. Congdon
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 7000
Washington, DC 20530
(202) 353-9372
James.Congdon@usdoj.gov

## CERTIFICATE OF SERVICE

      I, James H. Congdon, hereby certify that on October 18, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

Dated: October 18, 2021            /s/ James H. Congdon
                                                  James H. Congdon