# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES GROUP INC. and )<br>JETBLUE AIRWAYS CORPORATION )<br>)<br>Defendants. )<br>) | Case No. 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Sarah P. McDonough as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dated:  October 18, 2021

/s/ Sarah P. McDonough
Sarah P. McDonough
United States Department of Justice
Antitrust Division
26 Federal Plaza, Room 3630
New York, NY  10278-0004
(202) 705-4620
Sarah.mcdonough@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, Sarah P. McDonough, hereby certify that on October 18, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

Dated:  October 18, 2021                /s/ Sarah P. McDonough
                                                Sarah P. McDonough