UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP, INC. and JETBLUE AIRWAYS CORPORATION <br><br> Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

## ASSENTED-TO MOTION FOR PRO HAC VICE ADMISSION FOR ROBERT A. BERNHEIM FOR PLAINTIFF STATE OF ARIZONA

The undersigned, counsel for the plaintiff Commonwealth of Massachusetts and a member of the bar of this Court, requests, in accordance with Local Rule 83.5.3, that Robert A. Bernheim, counsel for plaintiff State of Arizona, be granted leave to appear and practice in this Court in the above-referenced case.  A certification by Mr. Bernheim to the information required by Local Rule 83.5.3(e)(3) is filed herewith.

| | |
|---|---|
| Dated: October 19, 2021 | Respectfully submitted, |
| | PLAINTIFF COMMONWEALTH OF MASSACHUSETTS |
| | MAURA HEALEY<br>ATTORNEY GENERAL |
| | /s/ Daniel H. Leff<br>Daniel H. Leff (MA BBO No. 689302)<br>Assistant Attorney General<br>Daniel.Leff@mass.gov<br>Office of the Attorney General<br>One Ashburton Place, 18th Fl.<br>Boston, MA 02108<br>Tel: (617) 727-2200 |

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with counsel for Defendants regarding the relief requested in this motion, and Defendants' counsel assents to this motion.

/s/Daniel H. Leff
Daniel H. Leff

## **CERTIFICATE OF SERVICE**

The forgoing document will be served on counsel of record through the Court's CM/ECF system.

/s/Daniel H. Leff
Daniel H. Leff