UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC., and<br>JETBLUE AIRWAYS CORPORATION,<br><br>*Defendants*. | Case No.: 1:21-cv-11558 |

**CERTIFICATION OF ROBERT A. BERNHEIM IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Robert A. Bernheim, hereby state as follows:

1. I am Senior Litigation Counsel for the Arizona Attorney General's Office at 400 W. Congress Street, Suite S215, Tucson, Arizona 85701. The telephone number is (520) 628-6507.

2. The Arizona Attorney General's Office represents the State of Arizona in the above-captioned matter, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 85.5.3.

3. I am admitted to practice in the State of Arizona, and before the United States District Court for the District of Arizona and the United States Courts of Appeals for the Ninth and Tenth Circuits.

4. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not previously had *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2021.                              /s/ Robert A. Bernheim
                   ROBERT A. BERNHEIM