AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

AMERICAN AIRLINES GROUP Inc. et al

**APPEARANCE**

Case Number:   1:21-cv-11558-LTS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

State of California

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☐ Retained
- ☐ Pro Bono

Date: 10/7/2021

Signature: Robert B. McNary

Bar Number: 253745

Print Name

Address: 300 South Spring Street, Suite 1702

City: Los Angeles   State: California   Zip Code: 90013

Phone: (213) 269-6283   Fax: (916) 731-3637

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA et al.,

    Plaintiffs,

v.                                                                                                          Civil Action No.: 1:21-cv-11558

AMERICAN AIRLINES GROUP INC. and
JETBLUE AIRWAYS CORPORATION,

    Defendants.

## CERTIFICATION OF ROBERT B. MCNARY

I, Robert B. McNary, hereby state:

1.    I am a Deputy Attorney General in the Antitrust Law Section of the Office of the California Attorney General, located at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013. The telephone number is (213) 269-6283.

2.    I am an attorney for Plaintiff State of California in this proceeding. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice, including in California.

3.    I have no disciplinary proceedings pending against me.

4.    I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts, and agree to comply with them.

5.    I have prepared this affidavit pursuant to Local Rule 83.5.3.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2021                          Respectfully Submitted,

                                                                        /s/ Robert B. McNary
                                                                        Robert B. McNary

                                                                        California Attorney General's Office
                                                                        300 South Spring Street, Suite 1702
                                                                        Los Angeles, CA 90013