≊AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | **APPEARANCE** |
|---|---|
| V. | |
| AMERICAN AIRLINES GROUP Inc. et al | Case Number: 1:21-cv-11558-LTS |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

State of California

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☐ CJA Appointment
☐ Federal Public Defender
☐ Retained
☐ Pro Bono

| 10/7/2021 | | Jamie Miller | 271452 |
|---|---|---|---|
| Date | | Signature | |
| | | Print Name | Bar Number |
| | | 455 Golden Gate Avenue, Suite 11000 | |
| | | Address | |
| | | San Francisco        California        94102-7004 | |
| | | City                State            Zip Code | |
| | | (415) 510-3882            (916) 731-3637 | |
| | | Phone Number            Fax Number | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA et al.,

    Plaintiffs,

v.                                                                                                         Civil Action No.: 1:21-cv-11558

AMERICAN AIRLINES GROUP INC. and
JETBLUE AIRWAYS CORPORATION,

    Defendants.

## **CERTIFICATION OF JAMIE MILLER**

I, Jamie Miller, hereby state:

1. I am a Deputy Attorney General in the Antitrust Law Section of the Office of the California Attorney General, located at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004. The telephone number is (415) 510-3882.

2. I am an attorney for Plaintiff State of California in this proceeding. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice, including in California.

3. I have no disciplinary proceedings pending against me.

4. I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts, and agree to comply with them.

5. I have prepared this affidavit pursuant to Local Rule 83.5.3.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2021                                      Respectfully Submitted,

                                                                                                      */s/ Jamie Miller*
                                                                                                      Jamie Miller

                                                                                                      California Attorney General's Office
                                                                                                      455 Golden Gate Avenue, Suite 11000
                                                                                                      San Francisco, CA 94102-7004