AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America, et al, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-11558-LTS |
| American Airlines Group, Inc., et al, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arizona                                                                                          .

Date:  10/22/2021

s/Robert A. Bernheim
*Attorney's signature*

Robert A. Bernheim
*Printed name and bar number*
Office of the Arizona Attorney General
400 W. Congress St., S-215
Tucson, Arizona 85701

*Address*

Robert.Bernheim@azag.gov
*E-mail address*

(520) 628-6507
*Telephone number*

(520) 628-6533
*FAX number*

## Certificate of Service
I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 22, 2021.