UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and<br>JETBLUE AIRWAYS CORPORATION<br><br>Defendants. | Case No. 1:21-cv-11558-LTS |

### NOTICE OF APPEARANCE

Please enter the appearance of Grant A. Bermann as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dated: November 18, 2021

/s/ Grant A. Bermann
Grant A. Bermann
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 436-2651
Grant.Bermann@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Grant A. Bermann, hereby certify that on November 18, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

Dated: November 18, 2021                /s/ Grant A. Bermann
                                                     Grant A. Bermann