**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>AMERICAN AIRLINES GROUP INC. and )<br>JETBLUE AIRWAYS CORPORATION )<br><br>Defendants. ) | Case No. 1:21-cv-11558-LTS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Eric D. Dunn as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dated: November 18, 2021

/s/ Eric D. Dunn
Eric D. Dunn
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 202-431-6727
Eric.Dunn@usdoj.gov

**CERTIFICATE OF SERVICE**

      I, Eric D. Dunn, hereby certify that on November 18, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

Dated: November 18, 2021          /s/ Eric D. Dunn
                                                         Eric D. Dunn