UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS <br><br> **Oral Argument Requested** |

# AMERICAN AIRLINES GROUP INC. AND JETBLUE AIRWAYS CORPORATION'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, American Airlines Group Inc. ("American") and JetBlue Airways Corporation ("JetBlue") (collectively, the "Defendants") respectfully move this Court for an order dismissing Plaintiffs' Complaint in the above-captioned action. As grounds for this motion, Defendants state as follows:

1. Plaintiffs have failed to plead the necessary elements of their federal antitrust claim. Under Section 1 of the Sherman Act, Plaintiffs must allege anticompetitive effects in a relevant market and must plausibly allege that Defendants have market power in the relevant market. Plaintiffs have failed to plead either element. *First*, Plaintiffs have not alleged that the Northeast Alliance between the Defendants actually harmed competition. Without factual allegations of any marketwide anticompetitive effect, Plaintiffs' Complaint fails as a matter of law. *Ohio v. Am. Express Co.*, __ U.S. __, 138 S. Ct. 2274, 2283–84 (2018). *Second*, Plaintiffs failed to plead Defendants' market power, a necessary element for an antitrust claim judged under the rule of reason. *Id.* Market power requires a showing that Defendants can raise price

1

by restricting output, which Plaintiffs do not even attempt to allege. Plaintiffs' market power allegations are also deficient because Plaintiffs have not alleged a properly defined relevant market. The Complaint should be dismissed on these grounds.

The basis for this motion is set forth fully in the accompanying Memorandum in Support, filed herewith.

WHEREFORE, Defendants respectfully request the Court dismiss the complaint with prejudice.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request to be heard at oral argument on their Motion to Dismiss.

Dated: November 22, 2021                                 Respectfully submitted,

/s/ Daniel M. Wall
Daniel M. Wall (*pro hac vice*)
Elizabeth C. Gettinger (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
dan.wall@lw.com
elizabeth.gettinger@lw.com

Ian R. Conner (*pro hac vice*)
Michael G. Egge (*pro hac vice*)
Farrell J. Malone (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
Seung Wan Paik (*pro hac vice*)
Marguerite M. Sullivan (*pro hac vice*)
Tara L. Tavernia (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

ian.conner@lw.com
michael.egge@lw.com
farrell.malone@lw.com
allyson.maltas@lw.com
andrew.paik@lw.com
marguerite.sullivan@lw.com
tara.tavernia@lw.com

David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant*
*American Airlines Group Inc.*

/s/ Richard Schwed
Richard Schwed (*pro hac vice*)
Matthew L. Craner (*pro hac vice*)
Jessica K. Delbaum (*pro hac vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com

Brian Hauser (*pro hac vice*)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

3

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues raised in Defendants' Motion to Dismiss, and Plaintiffs oppose this motion.

/s/ Daniel M. Wall
Daniel M. Wall

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Daniel M. Wall
Daniel M. Wall