UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STANDING ORDER REGARDING BRIEFING OF SUMMARY
JUDGMENT MOTIONS FOR JUDGE LEO T. SOROKIN'S SESSION

The following requirements shall apply to all summary judgment motions, and all related briefs and submissions, filed in this Session:

1. **Reply Briefs:** The moving party may file a reply, within seven days of the filing of the opposition, not to exceed five pages. Leave of court is required for a longer reply, a longer period of time to file a reply, or a surreply.

2. **Cross-Motions:** If both sides are filing motions for summary judgment, absent leave of court, they shall do so in the following manner:
   a. Plaintiff shall file its motion, with a memorandum not to exceed twenty pages, on or before the date set forth in the Scheduling Order governing the case;
   b. Within thirty days of Plaintiff's submission pursuant to paragraph 2(a), Defendant shall file a single memorandum as both its memorandum in opposition to Plaintiff's motion and its memorandum in support of its cross-motion, not to exceed thirty pages;
   c. Within twenty-one days of Defendant's submission pursuant to paragraph 2(b), Plaintiff shall file a single memorandum as both its reply in support of its motion and its opposition to Defendant's cross-motion, not to exceed fifteen pages; and
   d. Within ten days of Plaintiff's submission pursuant to paragraph 2(c), Defendant may file a single memorandum as both its reply in support of its cross-motion and its surreply in opposition to Plaintiff's motion, not to exceed five pages.

3. **Statement of Undisputed Facts:** The parties shall file one combined statement of material undisputed facts in which the moving party's statement of facts and the opposing party's response to each fact are presented together using the following format:

   1. [fact recited by the movant]. [citation(s) to record evidence supporting the fact].

      RESPONSE: [statement by opposing party that the fact is either admitted or disputed]. [if disputed, citation(s) to record evidence showing the dispute].

   If there are cross-motions, Plaintiff shall list its facts in a numbered list under the heading "Plaintiff's Statement of Material Undisputed Facts" and Defendant shall present its responses beneath each listed fact. In the same document, Defendant shall list its facts under the heading "Defendant's Statement of Material Undisputed Facts," numbering its facts consecutively beginning with the number following the last

number appearing in the Plaintiff's statement, and Plaintiff shall present its responses beneath each listed fact.

The unified statement of material undisputed facts shall be filed concurrently with the memorandum filed by the party opposing summary judgment, or in the case of cross-motions, concurrently with the Plaintiff's reply/opposition brief pursuant to paragraph 2(c) above.

4. **Exhibits:** Each party shall file its exhibits in chronological order, with a descriptive table of contents. <u>Opposing parties **shall** cite to exhibits already filed, rather than filing duplicate copies</u>. For example, the record before the Court should contain only one copy of any relevant contract, patent, ordinance, or insurance policy; parties referencing the document thereafter shall cite to its original location in the record, and shall not submit additional identical copies with their subsequent filings. When submitting either more than five exhibits or lengthy exhibits, a tabbed paper courtesy copy shall also be provided to the Courtroom Deputy.

5. **ECF Citations:** As specified in this Court's Order Requiring Compliance with General Practices of This Session, when citing to other documents filed on the Court's electronic docket in the case (e.g., the complaint, another party's memorandum, or an exhibit to a prior submission), **parties shall use the citation format "Doc. No. ___ at ___"** in order to ensure that such citations are recognized by ECF's Citation Links feature. <u>This citation convention shall be used instead of citation formats that use the title of the cited document</u> (e.g., the Bluebook format for citing Court and Litigation Documents).

                                                    SO ORDERED.

                                                    /s/ Leo T. Sorokin
                                                    United States District Judge