AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-11558-LTS |
| American Airlines Group, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Florida.

Date: 11/24/2021

/s/ Lizabeth A. Brady
*Attorney's signature*

Lizabeth A. Brady, Florida Bar No. 457991
*Printed name and bar number*

PL-01, The Capitol
Tallahassee, FL 32399
*Address*

Liz.Brady@myfloridalegal.com
*E-mail address*

(850) 414-3300
*Telephone number*

*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I filed the foregoing Notice of Appearance electronically via the Court's CM/ECF system, which will send a Notice of Electronic Filing to all registered counsel of record.

/s/ Lizabeth A. Brady
Lizabeth A. Brady