UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>      Defendants. | Civil Action No.: 1:21-cv-11558 |

## UNOPPOSED MOTION FOR MARTHA E. VEGA-GONZALEZ *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of Defendant JetBlue Airways Corporation, respectfully moves that Martha E. Vega-Gonzalez, of the firm Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York, 10022-6069, be admitted *pro hac vice* to act as counsel for JetBlue Airways Corporation in this case.

Ms. Vega-Gonzalez has executed a certificate in accordance with Local Rule 85.5.3, which is submitted herewith.

The undersigned is a member in good standing of this Court and will continue to act as local counsel in the representation of JetBlue Airways Corporation in this action.

          Respectfully submitted,

          s/ Glenn A. MacKinlay
          Glenn A. MacKinlay
          BBO #561708
          McCarter & English, LLP
          265 Franklin Street
          Boston, MA 02210
          Tel: 617-449-6548
          gmackinlay@mccarter.com

          *Attorney for JetBlue Airways Corporation*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion. The other parties to this matter do not oppose the relief requested herein.

s/ Glenn A. MacKinlay<br>
Glenn A. MacKinlay

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that this document and its attachments will be served on any unregistered participants by U.S. Mail.

s/ Glenn A. MacKinlay<br>
Glenn A. MacKinlay