UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      Plaintiffs,<br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>      Defendants. | Civil Action No.: 1:21-cv-11558 |

## CERTIFICATION OF MARTHA E. VEGA-GONZALEZ IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Martha E. Vega-Gonzalez, certify that I am a member of the Bar of the State of New York and am admitted to practice in the following courts:

- State of New York
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Southern District of New York

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I certify that the foregoing is true and correct.

|  |  |
|---|---|
| Dated: December 1, 2021 | */s/* Martha E. Vega-Gonzalez |
|  | Martha E. Vega-Gonzalez |
|  | Shearman & Sterling LLP |
|  | 599 Lexington Avenue |
|  | New York, New York 10022-6069 |
|  | Tel: 212-848-7211 |
|  | Fax: 646-848-7211 |
|  | martha.vega-gonzalez@shearman.com |