UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>      Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

### NOTICE OF APPEARANCE

Please enter the appearance of Martha E. Vega-Gonzalez of Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, as an attorney representing Defendant JetBlue Airways Corporation in the above-captioned action.


Dated:  December 2, 2021                                */s/ Martha E. Vega-Gonzalez*
                                                                 Martha E. Vega-Gonzalez
                                                                 Shearman & Sterling LLP
                                                                 599 Lexington Avenue
                                                                 New York, New York 10022-6069
                                                                 Tel: 212-848-7211
                                                                 Fax: 646-848-7211
                                                                 martha.vega-gonzalez@shearman.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<em>/s/ Martha E. Vega-Gonzalez</em><br>
Martha Vega-Gonzalez