IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**United States, et al.,**

      v.                                                   Case No. 1:21-cv-11558

**American Airlines Group, Inc. and**           HON. LEO T. SOROKIN
**JetBlue Airways Corporation.**

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c)(1), the undersigned, Sarah Oxenham Allen, hereby submits her Withdrawal of Appearance as counsel for Plaintiff Commonwealth of Virginia in the above-captioned matter.  Assistant Attorney General Tyler T. Henry will continue to represent the Commonwealth of Virginia, which will not be without representation in this matter.

Dated:  February 8, 2022

                                                Respectfully submitted,

                                                JASON S. MIYARES
                                                ATTORNEY GENERAL

                                                */s/ Sarah Oxenham Allen*
                                                Sarah Oxenham Allen (Va. Bar No. 33217)
                                                Senior Assistant Attorney General
                                                Antitrust Unit
                                                Office of the Virginia Attorney General
                                                202 North 9th Street
                                                Richmond, VA 23219
                                                Tel:  (804) 786-6557
                                                Email:  soallen@oag.state.va.us

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

**United States, et al.,**

   v.                                                            Case No. 1:21-cv-11558

**American Airlines Group, Inc. and**                  HON. LEO T. SOROKIN
**JetBlue Airways Corporation.**

---

## CERTIFICATE OF SERVICE

  The undersigned attorney certifies that on February 8, 2022, a copy of the foregoing Notice of Withdrawal of Appearance for Sarah Oxenham Allen was electronically filed with the Court, thereby providing electronic service to all counsel of record.

  Dated:  February 8, 2022

              Respectfully submitted,

              JASON S. MIYARES
              ATTORNEY GENERAL

              */s/ Sarah Oxenham Allen*
              Sarah Oxenham Allen (Va. Bar No. 33217)
              Senior Assistant Attorney General
              Antitrust Unit
              Office of the Virginia Attorney General
              202 North 9th Street
              Richmond, VA 23219
              Tel:  (804) 786-6557
              Email:  soallen@oag.state.va.us