UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>Defendants. | Civil Action No. 1:21-cv-11558-LTS |

## ASSENTED-TO MOTION FOR MARC R. LEWIS AND OLIVIA BONA TO APPEAR *PRO HAC VICE*

The undersigned, counsel for American Airlines Group Inc. ("American Airlines") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Marc R. Lewis and Olivia Bona, attorneys practicing at Lewis & Llewellyn LLP, be permitted to appear as counsel for American Airlines and practice in this Court *pro hac vice*. The certifications of Attys. Lewis and Bona are filed concurrently herewith, setting forth the information required under Local Rule 83.5.3(e)(3).

Dated: March 23, 2022

Respectfully submitted,

AMERICAN AIRLINES GROUP INC.

By its attorney,

/s/ David C. Tolley
David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with counsel for all parties regarding the relief requested in this motion, and all parties assent to this motion.

/s/ David C. Tolley
David C. Tolley

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ David C. Tolley
David C. Tolley
