UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**CERTIFICATION OF MARC R. LEWIS IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Marc R. Lewis, hereby state as follows:

1. I am a partner at Lewis & Llewellyn LLP, located at 601 Montgomery Street, Suite 2000, San Francisco, CA 94111. The telephone number is (415) 800-0590.

2. I have been retained to represent American Airlines Group Inc. ("American Airlines") in the above-captioned matter, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the State of California and before the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California, the District of Colorado, and the District of Columbia, as well as the Michigan Court of Appeals, the United States Courts of Appeals for the Federal, Fifth, and Ninth Circuits, and the United States Supreme Court.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not previously had *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2022                                /s/ Marc R. Lewis
                                                           Marc R. Lewis