UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**CERTIFICATION OF OLIVIA R. BONA IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Olivia R. Bona, hereby state as follows:

1. I am an associate at Lewis & Llewellyn LLP, located at 1999 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067. The telephone number is (213) 510-8416.

2. I have been retained to represent American Airlines Group Inc. ("American Airlines") in the above-captioned matter, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the State of California, and before the United States District Courts for the Northern, Central, and Southern Districts of California.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not previously had *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2022                              /s/ Olivia R. Bona
                                                        Olivia R. Bona