UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>Defendants. | Civil Action No.: 1:21-cv-11558 |

## NOTICE OF APPEARANCE

Please enter the appearance of Olivia Bona, of Lewis & Llewellyn LLP, 1999 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067, as an attorney representing Defendant American Airlines Group Inc. in the above-captioned action.

Dated: March 28, 2022

Respectfully Submitted,

LEWIS & LLEWELLYN LLP

By:  *s/ Olivia Bona*

Olivia Bona (Bar No. 328577)
LEWIS & LLEWELLYN LLP
obona@lewisllewellyn.com
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone:  (213) 510-8416
Facsimile:   (415) 390-2127

Attorneys for Defendant American Airlines Group Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

Dated: March 28, 2022             *s/ Olivia Bona*
                        Olivia Bona