UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>Defendants. | Civil Action No.: 1:21-cv-11558 |

## NOTICE OF APPEARANCE

Please enter the appearance of Marc R. Lewis, of Lewis & Llewellyn LLP, 601 Montgomery Street, Suite 2000, San Francisco, California 94111, as an attorney representing Defendant American Airlines Group Inc. in the above-captioned action.

Dated: March 28, 2022

Respectfully Submitted,

LEWIS & LLEWELLYN LLP

By:  *s/ Marc R. Lewis*

Marc R. Lewis (Bar No. 233306)
LEWIS & LLEWELLYN LLP
mlewis@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 800-0590
Facsimile:   (415) 390-2127

Attorneys for Defendant American Airlines Group Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

| | |
|---|---|
| Dated: March 28, 2022 | *s/ Marc R. Lewis* <br> Marc R. Lewis |