## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, *et al.*,

                  *Plaintiffs*,

v.

AMERICAN AIRLINES GROUP INC.
and
JETBLUE AIRWAYS CORPORATION,

                  *Defendants*.

Civil Action No.: 1:21-cv-11558-LTS

## <u>JOINT MOTION FOR ENTRY OF AN ORDER GOVERNING FACT DEPOSITIONS</u>

       Plaintiffs, the United States of America and the States of Arizona, California, Florida, Massachusetts, Pennsylvania, Virginia, and the District of Columbia (collectively, "Plaintiffs"), and Defendants, American Airlines Group Inc. and JetBlue Airways Corporation (collectively, "Defendants," and together with Plaintiffs, the "Parties") respectfully submit to the Court this Joint Motion for Entry of an Order Governing Fact Depositions ("Deposition Protocol").

       Pursuant to paragraph 12 of the Scheduling and Case Management Order, ECF No. 76, and in accordance with Rule 26(f) of the Federal Rules of Civil Procedure and Rule 16.1 of the Local Civil Rules, Plaintiffs and Defendants met and conferred on December 23, 2021, January 27, 2022, and March 16, 2022 regarding a Deposition Protocol.  Plaintiffs and Defendants respectfully request that the Court enter the proposed attached Deposition Protocol reflecting the Parties' agreement.

Dated: March 30, 2022                    Respectfully submitted,


     /s/ Kate M. Riggs
Kate M. Riggs (MA Bar No. 670510)
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Phone: 202-390-9877
E-mail: kate.riggs@usdoj.gov

*Attorney for United States of America*


     /s/ Colin G. Fraser
Colin G. Fraser (FL Bar No. 104741)
Office of the Attorney General, State of Florida
PL-01, The Capitol
Tallahassee, FL 32399
Phone: (850) 414-3300
E-mail: Colin.Fraser@myfloridalegal.com

     /s/ William T. Matlack
William T. Matlack (MA Bar No. 552109)
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 727-2200
E-mail: William.Matlack@mass.gov

*Attorneys for the State of Florida, the
Commonwealth of Massachusetts, and on
behalf of the Plaintiff States*

/s/ Daniel M. Wall
Daniel M. Wall (*pro hac vice*)
Elizabeth C. Gettinger (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
dan.wall@lw.com
elizabeth.gettinger@lw.com


Ian R. Conner (*pro hac vice*)
Michael G. Egge (*pro hac vice*)
Farrell J. Malone (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
Marguerite M. Sullivan (*pro hac vice*)
Tara L. Tavernia (*pro hac vice*)
Seung Wan Paik (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
ian.conner@lw.com
michael.egge@lw.com
farrell.malone@lw.com
allyson.maltas@lw.com
marguerite.sullivan@lw.com
tara.tavernia@lw.com
andrew.paik@lw.com


David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant*
*American Airlines Group Inc.*


/s/ Richard Schwed
Richard Schwed (*admitted pro hac vice*)
Matthew L. Craner (*admitted pro hac vice*)

3

Jessica K. Delbaum (*admitted pro hac vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com

Brian Hauser (*admitted pro hac vice*)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com|

/s/ Glenn A. MacKinlay
Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

## CERTIFICATE OF SERVICE

I certify that on March 30, 2022, I filed the foregoing document with the United States District Court for the District of Massachusetts using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing (the "NEF").


    */s/ James H. Congdon*
JAMES H. CONGDON
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 7000
Washington, DC 20001
Tel.: (202) 538-3985
E-mail: James.Congdon@usdoj.gov

*Attorney for Plaintiff United States of America*