UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC.<br>and<br>JETBLUE AIRWAYS CORPORATION,<br><br>*Defendants*. | Civil Action No.: 1:21-cv-11558-LTS |

**JOINT MOTION FOR ENTRY OF AN ORDER GOVERNING DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

Plaintiffs, the United States of America and the States of Arizona, California, Florida, Massachusetts, Pennsylvania, Virginia, and the District of Columbia (collectively, "Plaintiffs"), and Defendants, American Airlines Group Inc. and JetBlue Airways Corporation (collectively, "Defendants," and together with Plaintiffs, the "Parties") respectfully submit to the Court this Joint Motion for Entry of an Order Governing Discovery of Electronically Stored Information.

Pursuant to paragraphs 13, 14, and 16 of the Scheduling and Case Management Order, ECF No. 76, and in accordance with Rule 26 of the Federal Rules of Civil Procedure and Rule 34.1 of the Local Civil Rules, Plaintiffs and Defendants met and conferred by telephone on at least October 29, 2021, December 28, 2021, and March 17, 2022, and exchanged various emails and drafts before and after the telephonic meet and confers. Plaintiffs and Defendants respectfully request that the Court enter the proposed attached Proposed Order Governing Discovery of Electronically Stored Information reflecting the Parties' agreement.

Dated: June 8, 2022                                  Respectfully submitted,

        /s/ Sarah P. McDonough
Sarah P. McDonough
U.S. Department of Justice, Antitrust Division
26 Federal Plaza, Suite 3630
New York, NY 10278
Phone: (202) 705-4620
E-mail: sarah.mcdonough@usdoj.gov

*Attorney for United States of America*

        /s/ Colin G. Fraser
Colin G. Fraser (FL Bar No. 104741)
Office of the Attorney General, State of Florida
PL-01, The Capitol
Tallahassee, FL 32399
Phone: (850) 414-3300
E-mail: Colin.Fraser@myfloridalegal.com

        /s/ William T. Matlack
William T. Matlack (MA Bar No. 552109)
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 727-2200
E-mail: William.Matlack@mass.gov

*Attorneys for the State of Florida, the Commonwealth of Massachusetts, and on behalf of the Plaintiff States*

/s/ Daniel M. Wall
Daniel M. Wall (*pro hac vice*)
Elizabeth C. Gettinger (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
dan.wall@lw.com
elizabeth.gettinger@lw.com

Ian R. Conner (*pro hac vice*)
Michael G. Egge (*pro hac vice*)
Farrell J. Malone (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
Marguerite M. Sullivan (*pro hac vice*)
Tara L. Tavernia (*pro hac vice*)
Seung Wan Paik (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
ian.conner@lw.com
michael.egge@lw.com
farrell.malone@lw.com
allyson.maltas@lw.com
marguerite.sullivan@lw.com
tara.tavernia@lw.com
andrew.paik@lw.com

David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant
American Airlines Group Inc.*


/s/ Richard Schwed
Richard Schwed (*admitted pro hac vice*)
Matthew L. Craner (*admitted pro hac vice*)

3

        Jessica K. Delbaum (*admitted pro hac vice*)
        Shearman & Sterling LLP
        599 Lexington Avenue
        New York, NY 10022
        Telephone: (212) 848-5445
        rschwed@shearman.com
        matthew.craner@shearman.com
        jessica.delbaum@shearman.com

        Brian Hauser (*admitted pro hac vice*)
        Shearman & Sterling LLP
        401 9th Street, NW
        Washington, DC 20004
        Telephone: (202) 508-8005
        brian.hauser@shearman.com|

        <u>/s/ Glenn A. MacKinlay</u>
        Glenn A. MacKinlay, BBO #561708
        McCarter & English, LLP
        265 Franklin Street
        Boston, MA 02110
        Telephone: (617) 449-6548
        gmackinlay@mccarter.com

        *Attorneys for Defendant*
        *JetBlue Airways Corporation*

**CERTIFICATE OF SERVICE**

I certify that on June 8, 2022 I filed the foregoing document with the United States District Court for the District of Massachusetts using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing (the "NEF").

    */s/ Sarah P. McDonough*
Sarah P. McDonough
U.S. Department of Justice, Antitrust Division
26 Federal Plaza, Suite 3630
New York, NY  10278
Phone: (202) 705-4620
E-mail: sarah.mcdonough@usdoj.gov

*Attorney for Plaintiff United States of America*