# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and<br>JETBLUE AIRWAYS CORPORATION,<br><br>    Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

## ASSENTED-TO MOTION FOR
## ELISE M. NELSON, JESSE A. VELLA, AND NITESH DARYANANI
## TO APPEAR PRO HAC VICE

The undersigned, counsel for American Airlines Group Inc. ("American Airlines") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Elise M. Nelson, Jesse A. Vella, and Nitesh Daryanani, attorneys practicing at Latham & Watkins LLP, be permitted to appear as counsel for American Airlines and practice in this Court *pro hac vice*. All have a prior relationship with American Airlines which is essential in defending this case on behalf of American Airlines. The certifications of Attys. Nelson, Vella, and Daryanani are filed concurrently herewith, setting forth the information required under Local Rule 83.5.3(e)(3).

Dated: June 13, 2022                              Respectfully submitted,

                                                AMERICAN AIRLINES GROUP INC.

                                                By its attorney,

                                                /s/ David C. Tolley
                                                David C. Tolley (BBO# 676222)
                                                LATHAM & WATKINS LLP
                                                John Hancock Tower
                                                200 Clarendon Street, 27th Floor
                                                Boston, MA 02116
                                                Telephone: (617) 948-6000
                                                Facsimile: (617) 948-6001
                                                david.tolley@lw.com

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with counsel for Plaintiff regarding the relief requested in this motion, and Plaintiff's counsel assents to this motion.

/s/ David C. Tolley
David C. Tolley

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on June 13, 2022 to those identified as non-registered participants.

/s/ David C. Tolley
David C. Tolley