UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>    Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

**CERTIFICATION OF NITESH DARYANANI IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Nitesh Daryanani, hereby state as follows:

1.  I am an associate at Latham & Watkins LLP, located at 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538. The telephone number is (415) 391-0600.

2.  I have been retained to represent American Airlines Group Inc. ("American Airlines") in the above-captioned matter, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3.  I am admitted to practice in the State of California.

4.  I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.  I have not previously had *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2022                /s/ Nitesh Daryanani
                                                                        Nitesh Daryanani