# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>    Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Elise M. Nelson of Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, California 94111, as an attorney representing Defendants American Airlines Group Inc. in the above-captioned action.

Dated: June 16, 2022

Respectfully submitted,

AMERICAN AIRLINES GROUP INC.

By its attorney,

/s/ Elise M. Nelson
Elise M. Nelson (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
elise.nelson@lw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on June 16, 2022 to those identified as non-registered participants.

                                                      /s/ Elise M. Nelson
                                                      Elise M. Nelson