# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Jesse A. Vella of Latham & Watkins LLP, 555 Eleventh Street NW, Suite 1000, Washington, DC 20004, as an attorney representing Defendants American Airlines Group Inc. in the above-captioned action.

Dated: June 16, 2022

Respectfully submitted,

AMERICAN AIRLINES GROUP INC.

By its attorney,

/s/ Jesse A. Vella
Jesse A. Vella (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
jesse.vella@lw.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on June 16, 2022 to those identified as non-registered participants.

                                                  /s/ Jesse A. Vella
                                                  Jesse A. Vella