UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC.<br><br>and<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>*Defendants*. | Civil Action No.: 1:21-cv-11558-LTS |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.5.2(c), Attorney Martha E. Vega-Gonzalez, counsel for Defendant JetBlue Airways Corporation ("JetBlue"), respectfully requests leave of Court to withdraw her appearance as counsel for JetBlue. Because a trial date has been set, the Court's local rules require leave of Court to withdraw as counsel. In support of this motion, counsel states as follows:

1. On September 29, 2021, Attorney Glenn MacKinlay of McCarter & English, LLP entered an appearance on behalf of JetBlue in the above-captioned litigation (the "Litigation"). (ECF No. 28).

2. On September 29, 2021, this Court granted JetBlue's motion that Attorneys Richard Schwed, Matthew L. Craner, Jessica K. Delbaum, and Brian C. Hauser of Shearman & Sterling LLP be admitted *pro hac vice* to act as counsel to JetBlue in the Litigation. (ECF No. 31, granting ECF No. 29).

3. On October 6, 2021, Attorneys Schwed, Craner, Delbaum, and Hauser entered appearances on behalf of JetBlue in the Litigation. (ECF Nos. 40-43).

4. Attorneys Schwed, Craner, Delbaum, Hauser, and MacKinlay will continue to represent JetBlue in the Litigation going forward and are aware of all upcoming deadlines and Court appearances in the Litigation.

**WHEREFORE,** Attorney Martha E. Vega-Gonzalez, counsel for JetBlue, respectfully requests leave of Court to withdraw her appearance as counsel for JetBlue as good cause has been demonstrated.

Dated:  August 8, 2022							Respectfully submitted,

<div style="margin-left: 3em;">

By:  /s/ *Martha E. Vega-Gonzalez*  
Martha E. Vega-Gonzalez (*admitted pro hac vice*)  
Shearman & Sterling LLP  
599 Lexington Avenue  
New York, New York 10022-6069  
Tel: 212-848-7211  
Fax: 646-848-7211  
martha.vega-gonzalez@shearman.com

</div>

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion. The other parties to this matter do not oppose the relief requested herein.

/s/ *Martha E. Vega-Gonzalez*
Martha E. Vega-Gonzalez

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ *Martha E. Vega-Gonzalez*
Martha E. Vega-Gonzalez