UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Case No.: 1:21-cv-11558 |

### CERTIFICATION OF ADAM GITLIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Adam Gitlin, state as follows:

1.   I am Chief of the Public Integrity Section at the Office of the Attorney General for the District of Columbia, located at 400 6th St., N.W., Washington, D.C. 20001. My office phone number is (202) 442-9864.

2.   I am representing Plaintiff District of Columbia in the above-captioned matter and submit this statement in support of a motion for leave to practice before this Court *pro hac vice* under Local Rule 83.5.3.

3.   I am admitted to practice before the highest court in the States of California and New York.

4.   I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings against me pending in any jurisdiction where I am a member of the bar.

6. I have not been previously had *pro hac vice* admission to practice to this Court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 10, 2022

/s/ *Adam Gitlin*
Adam Gitlin

\* Admitted to practice only in California and New York.  Practicing in the District of Columbia under the direct supervision of Kathleen Konopka, a member of the D.C. Bar, pursuant to D.C. Court of Appeals Rule 49(c).