**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

v.

AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,

Defendants.

Civil Action No.: 1:21-cv-11558

**UNOPPOSED MOTION FOR MATTHEW A. MCGEE, LEILA R. SIDDIKY AND RYAN LESKE *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of Defendant JetBlue Airways Corporation, respectfully moves that Matthew A. McGee, of the firm Shearman & Sterling LLP, 2828 North Harwood Street, 18th floor, Dallas, TX 75201, Leila R. Siddiky, of the firm Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York, 10022, and Ryan Leske, of the firm Shearman & Sterling LLP, 401 9th Street, N.W., Suite 800, Washington, DC 20004, be admitted *pro hac vice* to act as counsel for JetBlue Airways Corporation in this case.

Mr. McGee, Ms. Siddiky, and Mr. Leske have executed certificates in accordance with Local Rule 85.5.3, which are submitted herewith.

The undersigned is a member in good standing of this Court and will continue to act as

counsel in the representation of JetBlue Airways Corporation in this action.

Dated: August 11, 2022

Respectfully submitted,

s/ Glenn A. MacKinlay

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02210
Tel: 617-449-6548
gmackinlay@mccarter.com

*Attorney for JetBlue Airways Corporation*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion. The other parties to this matter do not oppose the relief requested herein.

s/ Glenn A. MacKinlay
Glenn A. MacKinlay

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that this document and its attachments will be served on any unregistered participants by U.S. Mail.

s/ Glenn A. MacKinlay
Glenn A. MacKinlay