**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA, *et al.*

Plaintiffs,

v.

AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION

Defendants.

Civil Action No. 1:21-cv-11558-LTS

**CERTIFICATION OF RYAN LESKE**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Ryan Leske, certify that I am a member of the Bars of the State of New York, the State of New Jersey and the District of Columbia and am admitted to practice in the following courts:

- State of New York
- State of New Jersey
- District of Columbia
- United States District Court for the District of Columbia

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a pro hac vice admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: August 11, 2022

/s/ Ryan Leske

Ryan Leske
Shearman & Sterling LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel. 202-508-8022
Fax. 202-661-7480
ryan.leske@shearman.com

System.Object[]