**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA, *et al.*

Plaintiffs,

v.

AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION

Defendants.

Civil Action No. 1:21-cv-11558-LTS

**CERTIFICATION OF MATTHEW A. MCGEE**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Matthew A. McGee, certify that I am a member of the Bars of the States of Texas and North Carolina and am admitted to practice in the following courts:

- State of Texas
- State of North Carolina
- United States Court of Appeals for the Fifth Circuit
- United States District Court for the Eastern District of Texas
- United States District Court for the Northern District of Texas
- United States District Court for the Southern District of Texas
- United States District Court for the Western District of Texas
- United States District Court for the Eastern District of North Carolina
- United States District Court for the Middle District of North Carolina
- United States District Court for the Western District of North Carolina
- United States District Court for the District of Colorado

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a pro hac vice admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: August 11, 2022

/s/ Matthew A. McGee

Matthew A. McGee
Shearman & Sterling LLP
2828 North Harwood Street, 18th floor
Dallas, TX 75201
Tel: 214-271-5766
Fax: 214-853-5647
matt.mcgee@shearman.com