**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION<br><br>Defendants. | ) | Civil Action No. 1:21-cv-11558-LTS |

**CERTIFICATION OF LEILA R. SIDDIKY**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Leila R. Siddiky, certify that I am a member of the Bars of the State of New York and am admitted to practice in the following courts:

- State of New York
- United States District Court for the Southern District of New York
- United States District Court for the Eastern District of New York
- United States District Court for the Eastern District of Michigan
- United States District Court for the Western District of Michigan
- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Fifth Circuit
- United States Court of Appeals for the Sixth Circuit

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a pro hac vice admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: August 11, 2022

/s/ Leila R. Siddiky

Leila R. Siddiky
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY, 10022
Tel. 212-848-7299
Fax. 646-848-7299
leila.s



System.Object[]