# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES GROUP INC. and )<br>JETBLUE AIRWAYS CORPORATION )<br>)<br>Defendants. )<br>) | Case No. 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of John J. Hogan as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dated:  August 11, 2022

/s/ John J. Hogan
John J. Hogan
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 7632
Washington, DC 20530
(202) 288-2195
john.hogan2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, John J. Hogan, hereby certify that on August 11, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 11, 2022                  /s/ John J. Hogan
                                                      John J. Hogan