# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES GROUP INC. and )<br>JETBLUE AIRWAYS CORPORATION, )<br>)<br>Defendants. )<br>) | Case No. 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Craig L. Briskin as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dated:  August 11, 2022

/s/ *Craig L. Briskin*
Craig L. Briskin
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 704-4741
Craig.Briskin@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, Craig L. Briskin, hereby certify that on August 11, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  August 11, 2022             /s/ *Craig L. Briskin*
                                               Craig L. Briskin