UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        Plaintiffs,<br>   v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>        Defendants. | Civil Action No.: 1:21-cv-11558 |

## NOTICE OF APPEARANCE

Please enter the appearance of Matthew A. McGee of Shearman & Sterling LLP, 2828 North Harwood Street, Dallas, Texas 75201, as an attorney representing Defendant JetBlue Airways Corporation in the above-captioned action.

Dated:  August 11, 2022

/s/ Matthew A. McGee
Matthew A. McGee
Shearman & Sterling LLP
2828 North Harwood Street, 18th Floor
Dallas, TX 75201
Tel: 214-271-5766
Fax: 214-853-5647
matt.mcgee@shearman.com

-1-

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Matthew A. McGee*
Matthew A. McGee