UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES GROUP INC. and )<br>JETBLUE AIRWAYS CORPORATION )<br>)<br>Defendants. )<br>) | Case No. 1:21-cv-11558-LTS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Patricia L. Sindel as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dated: August 12, 2022

/s/ Patricia L. Sindel
Patricia L. Sindel
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 598-8300
patricia.sindel@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Patricia L. Sindel, hereby certify that on August 12, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  August 12, 2022                    /s/ Patricia L. Sindel
                                                        Patricia L. Sindel