# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | |
| Plaintiffs, | |
| v. | Civil Action No.: 1:21-cv-11558 |
| AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Leila R. Siddiky of Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, as an attorney representing Defendant JetBlue Airways Corporation in the above-captioned action.


Dated:  August 12, 2022

/s/ Leila R. Siddiky
Leila R. Siddiky
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Tel:  212.848.7299
leila.siddiky@shearman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


/s/  Leila R. Siddiky
Leila R. Siddiky