UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>    Defendants. | Civil Action No.: 1:21-cv-11558 |

## NOTICE OF APPEARANCE

Please enter the appearance of Ryan O. Leske of Shearman & Sterling LLP, 401 9th Street, N.W., Suite 800, Washington, DC 20004, as an attorney representing Defendant JetBlue Airways Corporation in the above-captioned action.

Dated:  August 16, 2022

*/s/ Ryan O. Leske*
Ryan O. Leske
Shearman & Sterling LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: 202-508-8005
Fax: 202-508-8100
Brian.hauser@shearman.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        */s/ Ryan O. Leske*
                                        Ryan O. Leske