AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1-21-cv-11558-LTS |
| American Airlines Group Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

District of Columbia.

Date: 08/18/2022

/s/ Adam Gitlin
*Attorney's signature*

Adam Gitlin
*Printed name and bar number*

400 Sixth Street, N.W.
Washington, D.C. 20001
*Address*

adam.gitlin@dc.gov
*E-mail address*

(202) 442-9864
*Telephone number*

*FAX number*