## CERTIFICATE OF SERVICE

  I hereby certify that on August 18, 2022, I filed the foregoing Notice of Appearance electronically via the Court's CM/ECF system, which will send a Notice of Electronic Filing to all registered counsel of record.

*/s/ Adam Gitlin*
Adam Gitlin[*]

---

[*] Admitted to practice only in California and New York.  Practicing in the District of Columbia under the direct supervision of Kathleen Konopka, a member of the D.C. Bar, pursuant to D.C. Court of Appeals Rule 49(c).