UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil No. 21-11558-LTS |

ORDER SETTING SCHEDULE FOR BENCH TRIAL

August 23, 2022

SOROKIN, J.

Trial in this case will commence on Tuesday, September 27, 2022[1] and will proceed on the following schedule:

- Tuesday, September 27th: 9:00 a.m. to 1:00 p.m., and 2:15 to 4:30 p.m.
- Wednesday, September 28th: 9:00 a.m. to 1:00 p.m., and 2:00 to 3:30 p.m.
- Thursday, September 29th: 9:00 a.m. to 1:00 p.m.
- Friday, September 30th: 9:00 a.m. to 1:00 p.m., and 2:45 to 4:30 p.m.
- Monday, October 3rd: 9:00 a.m. to 1:00 p.m., and 2:30 to 4:30 p.m.
- Tuesday, October 4th: 8:30 a.m. to 12:30 p.m.
- Thursday, October 6th:[2] 9:00 a.m. to 1:00 p.m.

---

[1] Court will not be in session on Monday, September 26, 2022, due to the observance of Rosh Hashana.
[2] Court will not be in session on Wednesday, October 5, 2022, due to the observance of Yom Kippur.

- Friday, October 7th: 9:00 a.m. to 1:00 p.m., and 2:00 to 4:30 p.m.

- Tuesday, October 11th:[3] 9:00 a.m. to 1:00 p.m, and 2:00 to 3:30 p.m.

- Wednesday, October 12th: 9:00 a.m. to 1:00 p.m., and 2:00 to 3:30 p.m.

- Thursday, October 13th: 9:00 a.m. to 1:00 p.m.

- Friday, October 14th: 9:00 a.m. to 1:00 p.m., and 2:00 to 4:30 p.m.

- Monday, October 17th: 9:00 a.m. to 1:00 p.m.

SO ORDERED.

    /s/ Leo T. Sorokin
United States District Judge

---

[3] Court will not be in session on Monday, October 10, 2022, due to the observance of Indigenous Peoples' Day.