# APPENDIX A

## Plaintiffs' Trial Exhibit List

| Exhibit Number | Defendants' FRE Objection(s) |
| --- | --- |
| PX0001 | None |
| PX0002 | 402; 403; 805 |
| PX0003 | 402; 802; 901; 1002 |
| PX0004 | 402; 802; 901 |
| PX0005 | 402; 802; 901 |
| PX0006 | 402; 802; 901; Illegible |
| PX0007 | 402; 802; 901 |
| PX0008 | 402; 802; 901 |
| PX0009 | 402; 802; 901 |
| PX0010 | 402; 802; 901 |
| PX0011 | 402; 802; 901 |
| PX0012 | 402; 802; 901 |
| PX0013 | 402; 802; 901; Illegible |
| PX0014 | 402; 802; 901 |
| PX0015 | 402; 802; 901 |
| PX0016 | 402 |
| PX0017 | 402 |
| PX0018 | 402 |
| PX0019 | 402; 802; 901; Illegible |
| PX0020 | 402; 802; 901 |
| PX0021 | None |
| PX0022 | None |
| PX0023 | 402; 802; 901 |
| PX0024 | Multiple Documents; 106; 402; 802; 901 |
| PX0025 | None |
| PX0026 | 402; 805; 901 |
| PX0027 | 402 |
| [Omit] | None |
| PX0029 | 402; 802; 901 |
| PX0030 | 402; 802; 901 |
| PX0031 | 402 |
| PX0032 | 402 |
| PX0033 | 402 |
| PX0034 | 402 |
| PX0035 | 402 |
| PX0036 | 402 |
| PX0037 | 402 |
| PX0038 | 402; 805 |
| PX0039 | 402 |
| PX0040 | 402 |
| PX0041 | 402 |
| PX0042 | 802; 901 |
| PX0043 | None |
| PX0044 | None |
| PX0045 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0046 | None |
| PX0047 | None |
| PX0048 | 805 |
| PX0049 | None |
| PX0050 | None |
| PX0051 | None |
| PX0052 | None |
| PX0053 | None |
| PX0054 | None |
| PX0055 | None |
| PX0056 | None |
| PX0057 | None |
| PX0058 | None |
| PX0059 | None |
| PX0060 | None |
| PX0061 | None |
| PX0062 | None |
| PX0063 | None |
| PX0064 | 805 |
| PX0065 | None |
| PX0066 | None |
| PX0067 | None |
| PX0068 | None |
| PX0069 | None |
| PX0070 | None |
| PX0071 | None |
| PX0072 | None |
| PX0073 | None |
| PX0074 | None |
| PX0075 | 901 (illegible) |
| PX0076 | 901 (illegible) |
| PX0077 | None |
| PX0078 | None |
| PX0079 | None |
| PX0080 | None |
| PX0081 | None |
| PX0082 | None |
| PX0083 | 805 |
| PX0084 | 805 |
| PX0085 | None |
| PX0086 | None |
| PX0087 | None |
| PX0088 | 805 |
| PX0089 | None |
| PX0090 | None |
| PX0091 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0092 | None |
| PX0093 | None |
| PX0094 | None |
| PX0095 | None |
| PX0096 | None |
| PX0097 | None |
| PX0098 | None |
| PX0099 | 805 |
| PX0100 | None |
| PX0101 | None |
| PX0102 | None |
| PX0103 | None |
| PX0104 | None |
| PX0105 | None |
| PX0106 | None |
| PX0107 | None |
| PX0108 | None |
| PX0109 | None |
| PX0110 | None |
| PX0111 | None |
| PX0112 | None |
| PX0113 | None |
| PX0114 | None |
| PX0115 | None |
| PX0116 | None |
| PX0117 | None |
| PX0118 | None |
| PX0119 | None |
| PX0120 | None |
| PX0121 | None |
| PX0122 | None |
| PX0123 | None |
| PX0124 | None |
| PX0125 | None |
| PX0126 | None |
| PX0127 | None |
| PX0128 | None |
| PX0129 | None |
| PX0130 | None |
| PX0131 | None |
| PX0132 | None |
| PX0133 | None |
| PX0134 | None |
| PX0135 | None |
| PX0136 | None |
| PX0137 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0138 | None |
| PX0139 | 805 |
| PX0140 | None |
| PX0141 | None |
| PX0142 | None |
| PX0143 | None |
| PX0144 | None |
| PX0145 | None |
| PX0146 | 805 |
| PX0147 | None |
| PX0148 | None |
| PX0149 | None |
| PX0150 | None |
| PX0151 | None |
| PX0152 | None |
| PX0153 | None |
| PX0154 | None |
| PX0155 | None |
| PX0156 | None |
| PX0157 | None |
| PX0158 | None |
| PX0159 | None |
| PX0160 | None |
| PX0161 | None |
| PX0162 | None |
| PX0163 | None |
| PX0164 | None |
| PX0165 | 805 |
| PX0166 | None |
| PX0167 | None |
| PX0168 | None |
| PX0169 | None |
| PX0170 | None |
| PX0171 | None |
| PX0172 | None |
| PX0173 | 805 |
| PX0174 | None |
| PX0175 | None |
| PX0176 | None |
| PX0177 | None |
| PX0178 | None |
| PX0179 | 805 |
| PX0180 | None |
| PX0181 | 805 |
| PX0182 | None |
| PX0183 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0184 | None |
| PX0185 | None |
| PX0186 | None |
| PX0187 | 402; 805 |
| PX0188 | None |
| PX0189 | None |
| PX0190 | None |
| PX0191 | None |
| PX0192 | None |
| PX0193 | None |
| PX0194 | None |
| PX0195 | None |
| PX0196 | None |
| PX0197 | 805 |
| PX0198 | 805 |
| PX0199 | None |
| PX0200 | None |
| PX0201 | None |
| PX0202 | None |
| PX0203 | 805 |
| PX0204 | None |
| PX0205 | None |
| PX0206 | None |
| PX0207 | None |
| PX0208 | None |
| PX0209 | None |
| PX0210 | None |
| PX0211 | None |
| PX0212 | None |
| PX0213 | None |
| PX0214 | None |
| PX0215 | None |
| PX0216 | None |
| PX0217 | None |
| PX0218 | None |
| PX0219 | None |
| PX0220 | None |
| PX0221 | None |
| PX0222 | None |
| PX0223 | None |
| PX0224 | None |
| PX0225 | None |
| PX0226 | None |
| PX0227 | None |
| PX0228 | None |
| PX0229 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0230 | None |
| PX0231 | 402; 805 |
| PX0232 | None |
| PX0233 | None |
| PX0234 | None |
| PX0235 | None |
| PX0236 | None |
| PX0237 | None |
| PX0238 | None |
| PX0239 | None |
| PX0240 | None |
| PX0241 | None |
| PX0242 | 805 |
| PX0243 | 805 |
| PX0244 | None |
| PX0245 | None |
| PX0246 | None |
| PX0247 | None |
| PX0248 | None |
| PX0249 | 402; 805 |
| PX0250 | 805 |
| PX0251 | 805 |
| PX0252 | 805 |
| PX0253 | None |
| PX0254 | None |
| PX0255 | 805 |
| PX0256 | 805 |
| PX0257 | 805 |
| PX0258 | None |
| PX0259 | None |
| PX0260 | None |
| PX0261 | None |
| PX0262 | None |
| PX0263 | None |
| PX0264 | None |
| PX0265 | 805 |
| PX0266 | None |
| PX0267 | None |
| PX0268 | None |
| PX0269 | None |
| PX0270 | Privilege |
| PX0271 | None |
| PX0272 | None |
| PX0273 | None |
| PX0274 | None |
| PX0275 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0276 | None |
| PX0277 | 402 |
| PX0278 | None |
| PX0279 | None |
| PX0280 | None |
| PX0281 | None |
| PX0282 | 402 |
| PX0283 | None |
| PX0284 | None |
| PX0285 | None |
| PX0286 | None |
| PX0287 | None |
| PX0288 | None |
| PX0289 | None |
| PX0290 | None |
| PX0291 | None |
| PX0292 | None |
| PX0293 | None |
| PX0294 | None |
| PX0295 | None |
| PX0296 | None |
| PX0297 | None |
| PX0298 | None |
| PX0299 | None |
| PX0300 | None |
| PX0301 | None |
| PX0302 | None |
| PX0303 | None |
| PX0304 | None |
| PX0305 | None |
| PX0306 | None |
| PX0307 | None |
| PX0308 | None |
| PX0309 | None |
| PX0310 | 402 |
| PX0311 | None |
| PX0312 | None |
| PX0313 | None |
| PX0314 | None |
| PX0315 | None |
| PX0316 | Bates range does not match description |
| PX0317 | 106 |
| PX0318 | None |
| PX0319 | None |
| PX0320 | None |
| PX0321 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0322 | None |
| PX0323 | None |
| PX0324 | None |
| PX0325 | 106 |
| PX0326 | None |
| PX0327 | None |
| PX0328 | None |
| PX0329 | None |
| PX0330 | None |
| PX0331 | None |
| PX0332 | 805 |
| PX0333 | 805 |
| PX0334 | None |
| PX0335 | None |
| PX0336 | None |
| PX0337 | None |
| PX0338 | None |
| PX0339 | None |
| PX0340 | None |
| PX0341 | None |
| PX0342 | None |
| PX0343 | None |
| PX0344 | 402; 802; 901 |
| PX0345 | 402; 805 |
| PX0346 | 402; 805 |
| PX0347 | 402; 805 |
| PX0348 | 402; 805 |
| PX0349 | 402 |
| PX0350 | 402; 802; 901 |
| PX0351 | 402; 802; 901 |
| PX0352 | 402; 802; 901 |
| PX0353 | 402; 802; 901 |
| PX0354 | 402; 802; 901 |
| PX0355 | None |
| PX0356 | 805 |
| PX0357 | None |
| PX0358 | None |
| PX0359 | None |
| PX0360 | None |
| PX0361 | None |
| PX0362 | None |
| PX0363 | None |
| PX0364 | None |
| PX0365 | None |
| PX0366 | None |
| PX0367 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0368 | None |
| PX0369 | None |
| PX0370 | None |
| PX0371 | None |
| PX0372 | None |
| PX0373 | None |
| PX0374 | None |
| PX0375 | None |
| PX0376 | None |
| PX0377 | None |
| PX0378 | None |
| PX0379 | None |
| PX0380 | None |
| PX0381 | None |
| PX0382 | None |
| PX0383 | None |
| PX0384 | None |
| PX0385 | None |
| PX0386 | None |
| PX0387 | None |
| PX0388 | None |
| PX0389 | None |
| PX0390 | None |
| PX0391 | None |
| PX0392 | None |
| PX0393 | None |
| PX0394 | 805 |
| PX0395 | None |
| PX0396 | None |
| PX0397 | 805 |
| PX0398 | None |
| PX0399 | None |
| PX0400 | 402; 805; 901 |
| PX0401 | 402; 802; 901 |
| PX0402 | 402; 805; 901 |
| PX0403 | 402; 802; 901 |
| PX0404 | None |
| PX0405 | None |
| PX0406 | None |
| PX0407 | None |
| PX0408 | None |
| PX0409 | 402; 802; 901 |
| PX0410 | 402; 802; 901 |
| PX0411 | 402; 802; 901 |
| PX0412 | 402; 802; 901 |
| PX0413 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0414 | 802; 901 |
| PX0415 | None |
| PX0416 | None |
| PX0417 | None |
| PX0418 | None |
| PX0419 | None |
| PX0420 | None |
| PX0421 | 402 |
| PX0422 | 402 |
| PX0423 | 402; 802; 901 |
| PX0424 | 402; 802; 901 |
| PX0425 | 402; 403 |
| PX0426 | 402; 403 |
| PX0427 | 402; 403 |
| PX0428 | 402; 403 |
| PX0429 | 402; 403 |
| PX0430 | 402; 403 |
| PX0431 | 402; 403 |
| PX0432 | 402; 403 |
| PX0433 | None |
| PX0434 | None |
| [Omit] | None |
| PX0436 | None |
| PX0437 | 402; 403 |
| PX0438 | 802 |
| PX0439 | 802; 901 |
| PX0440 | None |
| PX0441 | None |
| PX0442 | None |
| PX0443 | 403 |
| PX0444 | 402; 805; 901 |
| PX0445 | 402; 403; 805; 901 |
| PX0446 | None |
| PX0447 | None |
| PX0448 | 402 |
| PX0449 | None |
| PX0450 | None |
| PX0451 | 802 |
| PX0452 | 802 |
| PX0453 | None |
| PX0454 | None |
| PX0455 | 802, 402, 901; 1002 |
| PX0456 | 402; 403 |
| PX0457 | None |
| PX0458 | 402; 802; 901 |
| PX0459 | 802; 901 |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0460 | None |
| PX0461 | 802; 805 |
| PX0462 | 802; 805 |
| PX0463 | 402 |
| PX0464 | 802; 901 |
| PX0465 | None |
| PX0466 | None |
| PX0467 | None |
| PX0468 | 402; 403 |
| PX0469 | 402; 403 |
| PX0470 | 402; 403 |
| PX0471 | 402; 403; 901 |
| PX0472 | 402; 403 |
| PX0473 | 802; 805; 901 |
| PX0474 | 402; 802; 901 |
| PX0475 | 402; 802; 901 |
| PX0476 | 402; 802; 901 |
| PX0477 | None |
| PX0478 | None |
| PX0479 | None |
| PX0480 | None |
| PX0481 | None |
| PX0482 | 402; 802; 901 |
| PX0483 | None |
| PX0484 | None |
| PX0485 | None |
| PX0486 | 106 |
| PX0487 | None |
| PX0488 | None |
| PX0489 | None |
| PX0490 | None |
| PX0491 | None |
| PX0492 | None |
| PX0493 | None |
| PX0494 | None |
| PX0495 | None |
| PX0496 | None |
| PX0497 | None |
| PX0498 | None |
| PX0499 | 106 |
| PX0500 | None |
| PX0501 | None |
| PX0502 | None |
| PX0503 | None |
| PX0504 | None |
| PX0505 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0506 | None |
| PX0507 | None |
| PX0508 | None |
| PX0509 | 402 |
| PX0510 | None |
| PX0511 | None |
| PX0512 | None |
| PX0513 | None |
| PX0514 | None |
| PX0515 | None |
| PX0516 | None |
| PX0517 | None |
| PX0518 | None |
| PX0519 | None |
| PX0520 | None |
| PX0521 | None |
| PX0522 | None |
| PX0523 | None |
| PX0524 | None |
| PX0525 | None |
| PX0526 | None |
| PX0527 | None |
| PX0528 | None |
| PX0529 | None |
| PX0530 | None |
| PX0531 | None |
| PX0532 | None |
| PX0533 | None |
| PX0534 | None |
| PX0535 | None |
| PX0536 | None |
| PX0537 | None |
| PX0538 | None |
| PX0539 | None |
| PX0540 | None |
| PX0541 | None |
| PX0542 | None |
| PX0543 | None |
| PX0544 | 805 |
| PX0545 | 402 |
| PX0546 | 402 |
| PX0547 | 402 |
| PX0548 | None |
| PX0549 | None |
| PX0550 | None |
| PX0551 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0552 | 403 |
| PX0553 | None |
| PX0554 | None |
| PX0555 | None |
| PX0556 | None |
| PX0557 | None |
| PX0558 | None |
| PX0559 | None |
| PX0560 | 802 |
| PX0561 | None |
| PX0562 | None |
| PX0563 | None |
| PX0564 | None |
| PX0565 | 402 |
| PX0566 | None |
| PX0567 | None |
| PX0568 | None |
| PX0569 | Multiple Documents; 402; 403; Duplicative |
| PX0570 | None |
| PX0571 | None |
| PX0572 | 402 |
| PX0573 | 805 |
| PX0574 | 403; Duplicative |
| PX0575 | 402; 403 |
| PX0576 | 403 |
| PX0577 | 402; 403 |
| PX0578 | 402 |
| PX0579 | None |
| PX0580 | 402; 403 |
| PX0581 | None |
| PX0582 | None |
| PX0583 | None |
| PX0584 | None |
| PX0585 | None |
| PX0586 | None |
| PX0587 | None |
| PX0588 | None |
| PX0589 | None |
| PX0590 | None |
| PX0591 | None |
| PX0592 | None |
| PX0593 | None |
| PX0594 | None |
| PX0595 | None |
| PX0596 | None |
| PX0597 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
| --- | --- |
| PX0598 | None |
| PX0599 | None |
| PX0600 | None |
| PX0601 | None |
| PX0602 | None |
| PX0603 | None |
| PX0604 | None |
| PX0605 | None |
| PX0606 | None |
| PX0607 | None |
| PX0608 | None |
| PX0609 | None |
| PX0610 | None |
| PX0611 | None |
| PX0612 | None |
| PX0613 | None |
| PX0614 | None |
| PX0615 | None |
| PX0616 | None |
| PX0617 | None |
| PX0618 | None |
| PX0619 | None |
| PX0620 | None |
| PX0621 | None |
| PX0622 | None |
| PX0623 | None |
| PX0624 | None |
| PX0625 | None |
| PX0626 | None |
| PX0627 | 403 |
| PX0628 | None |
| PX0629 | None |
| PX0630 | None |
| PX0631 | 402 |
| PX0632 | None |
| PX0633 | None |
| PX0634 | 403 |
| PX0635 | None |
| PX0636 | 402; 403 |
| PX0637 | None |
| PX0638 | None |
| PX0639 | None |
| PX0640 | None |
| PX0641 | None |
| PX0642 | None |
| PX0643 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0644 | None |
| PX0645 | None |
| PX0646 | None |
| PX0647 | None |
| PX0648 | None |
| PX0649 | None |
| PX0650 | None |
| PX0651 | None |
| PX0652 | None |
| PX0653 | None |
| PX0654 | 403 |
| PX0655 | None |
| PX0656 | None |
| PX0657 | 403 |
| PX0658 | 805 |
| PX0659 | None |
| PX0660 | None |
| PX0661 | None |
| PX0662 | 805 |
| PX0663 | None |
| PX0664 | None |
| PX0665 | None |
| PX0666 | None |
| PX0667 | None |
| PX0668 | None |
| PX0669 | None |
| PX0670 | None |
| PX0671 | None |
| PX0672 | None |
| [Omit] | None |
| PX0674 | 802 |
| PX0675 | 802 |
| PX0676 | 802 |
| PX0677 | None |
| PX0678 | 402 |
| PX0679 | 802 |
| PX0680 | 802 |
| PX0681 | 802 |
| PX0682 | 802 |
| PX0683 | 402; 403 |
| PX0684 | None |
| PX0685 | 403 |
| PX0686 | None |
| PX0687 | 805 |
| PX0688 | 403 |
| PX0689 | 402; 805 |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0690 | None |
| PX0691 | 805 |
| PX0692 | None |
| PX0693 | 402 |
| PX0694 | None |
| PX0695 | None |
| PX0696 | 402 |
| PX0697 | None |
| PX0698 | None |
| PX0699 | None |
| PX0700 | None |
| PX0701 | 802; 805 |
| PX0702 | 402; 403; 802 |
| PX0703 | None |
| PX0704 | 403 |
| PX0705 | None |
| PX0706 | None |
| PX0707 | None |
| PX0708 | None |
| PX0709 | None |
| PX0710 | None |
| PX0711 | None |
| PX0712 | None |
| PX0713 | 402; 403 |
| PX0714 | 805 |
| PX0715 | None |
| PX0716 | 402 |
| PX0717 | None |
| PX0718 | 402 |
| PX0719 | None |
| [Omit] | None |
| PX0721 | None |
| PX0722 | None |
| PX0723 | None |
| PX0724 | 403 |
| PX0725 | 403 |
| PX0726 | 402 |
| PX0727 | 403 |
| PX0728 | None |
| PX0729 | 402 |
| PX0730 | 403 |
| PX0731 | 402 |
| PX0732 | None |
| PX0733 | None |
| PX0734 | None |
| PX0735 | 802 |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0736 | 402 |
| PX0737 | 402 |
| PX0738 | None |
| PX0739 | None |
| PX0740 | None |
| PX0741 | 403 |
| PX0742 | None |
| PX0743 | None |
| PX0744 | None |
| PX0745 | None |
| PX0746 | None |
| PX0747 | None |
| PX0748 | None |
| PX0749 | None |
| PX0750 | None |
| PX0751 | None |
| PX0752 | None |
| PX0753 | None |
| PX0754 | Illegible |
| PX0755 | None |
| PX0756 | None |
| PX0757 | None |
| PX0758 | None |
| PX0759 | 402 |
| PX0760 | None |
| PX0761 | None |
| PX0762 | None |
| PX0763 | None |
| PX0764 | None |
| PX0765 | None |
| PX0766 | None |
| PX0767 | None |
| PX0768 | None |
| PX0769 | None |
| PX0770 | None |
| PX0771 | None |
| PX0772 | None |
| PX0773 | None |
| PX0774 | None |
| PX0775 | None |
| PX0776 | None |
| PX0777 | None |
| PX0778 | None |
| PX0779 | None |
| PX0780 | None |
| PX0781 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0782 | None |
| PX0783 | None |
| PX0784 | None |
| PX0785 | 805 |
| PX0786 | None |
| PX0787 | None |
| PX0788 | None |
| PX0789 | None |
| PX0790 | None |
| PX0791 | None |
| PX0792 | None |
| PX0793 | 106 |
| PX0794 | None |
| PX0795 | None |
| PX0796 | None |
| PX0797 | None |
| PX0798 | 802 |
| PX0799 | 802 |
| PX0800 | None |
| PX0801 | None |
| PX0802 | 403 |
| PX0803 | 402 |
| PX0804 | None |
| PX0805 | None |
| PX0806 | 403 |
| PX0807 | 802 |
| PX0808 | None |
| PX0809 | 805 |
| PX0810 | None |
| PX0811 | None |
| PX0812 | None |
| PX0813 | None |
| PX0814 | 403 |
| PX0815 | None |
| PX0816 | None |
| PX0817 | None |
| PX0818 | None |
| PX0819 | None |
| PX0820 | None |
| PX0821 | None |
| PX0822 | None |
| PX0823 | None |
| PX0824 | None |
| PX0825 | None |
| PX0826 | None |
| PX0827 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0828 | None |
| PX0829 | None |
| PX0830 | 106 |
| PX0831 | None |
| PX0832 | None |
| PX0833 | 805 |
| PX0834 | None |
| PX0835 | 802 |
| PX0836 | 802 |
| PX0837 | None |
| PX0838 | None |
| PX0839 | None |
| PX0840 | 402 |
| PX0841 | None |
| PX0842 | Multiple Documents; 402; 802 |
| PX0843 | 402; 802; 805 |
| PX0844 | 805 |
| PX0845 | None |
| PX0846 | None |
| PX0847 | None |
| PX0848 | None |
| PX0849 | None |
| PX0850 | None |
| PX0851 | None |
| PX0852 | 802 |
| PX0853 | None |
| PX0854 | None |
| PX0855 | None |
| PX0856 | None |
| PX0857 | None |
| PX0858 | None |
| PX0859 | 805 |
| PX0860 | None |
| PX0861 | 805 |
| PX0862 | None |
| PX0863 | None |
| PX0864 | None |
| PX0865 | None |
| PX0866 | 402; 805 |
| PX0867 | 805 |
| PX0868 | None |
| PX0869 | 402; 403 |
| PX0870 | None |
| PX0871 | None |
| PX0872 | None |
| PX0873 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0874 | None |
| PX0875 | None |
| PX0876 | None |
| PX0877 | 402 |
| PX0878 | None |
| PX0879 | None |
| PX0880 | None |
| PX0881 | None |
| PX0882 | None |
| PX0883 | None |
| PX0884 | None |
| PX0885 | None |
| PX0886 | Multiple Documents |
| PX0887 | None |
| PX0888 | Bates range does not match description |
| PX0889 | 802; 901 |
| PX0890 | None |
| PX0891 | None |
| PX0892 | 802 |
| PX0893 | None |
| PX0894 | None |
| PX0895 | None |
| PX0896 | None |
| PX0897 | None |
| PX0898 | None |
| PX0899 | None |
| PX0900 | None |
| PX0901 | None |
| PX0902 | None |
| PX0903 | None |
| PX0904 | 802; 402; 901; 1002 |
| PX0905 | 805 |
| PX0906 | None |
| PX0907 | 805 |
| PX0908 | None |
| PX0909 | 402; 802; 901 |
| PX0910 | 402; 802; 901 |
| PX0911 | Multiple Documents; 402; 802; 901 |

\* Defendants reserve their right to object to any 1006
summaries prepared by Plaintiffs at a future date.

# APPENDIX B

## Defendants' Trial Exhibit List

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-001 | 802; 805 |
| DX-002 | None |
| DX-003 | None |
| DX-004 | 106 |
| DX-005 | None |
| DX-006 | None |
| DX-007 | None |
| DX-008 | None |
| DX-009 | None |
| DX-010 | 106 |
| DX-011 | 106 |
| DX-012 | None |
| DX-013 | None |
| DX-014 | 802 |
| DX-015 | 802 |
| DX-016 | 802 |
| DX-017 | None |
| DX-018 | None |
| DX-019 | None |
| DX-020 | None |
| DX-021 | None |
| DX-022 | None |
| DX-023 | None |
| DX-024 | 106; 403; 802 |
| DX-025 | 106 |
| DX-026 | None |
| DX-027 | None |
| DX-028 | 106 |
| DX-029 | None |
| DX-030 | 106 |
| DX-031 | None |
| DX-032 | None |
| DX-033 | 106 |
| DX-034 | 106 |
| DX-035 | None |
| DX-036 | 106; 403; 802 |
| DX-037 | None |
| DX-038 | None |
| DX-039 | None |
| DX-040 | 106 |
| DX-041 | 106 |
| DX-042 | None |
| DX-043 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-044 | 106; 403; 802 |
| DX-045 | 802 |
| DX-046 | 106 |
| DX-047 | None |
| DX-048 | None |
| DX-049 | 802; 805 |
| DX-050 | None |
| DX-051 | None |
| DX-052 | None |
| DX-053 | None |
| DX-054 | 802 |
| DX-055 | None |
| DX-056 | 403; 802; 805 |
| DX-057 | None |
| DX-058 | None |
| DX-059 | None |
| DX-060 | None |
| DX-061 | 403; 802 |
| DX-062 | None |
| DX-063 | None |
| DX-064 | None |
| DX-065 | None |
| DX-066 | None |
| DX-067 | None |
| DX-068 | None |
| DX-069 | 701; 802 |
| DX-070 | None |
| DX-071 | None |
| DX-072 | None |
| DX-073 | None |
| DX-074 | None |
| DX-075 | 106 |
| DX-076 | None |
| DX-077 | 802; 805 |
| DX-078 | 802 |
| DX-079 | 802 |
| DX-080 | None |
| DX-081 | None |
| DX-082 | None |
| DX-083 | None |
| DX-084 | None |
| DX-085 | None |
| DX-086 | None |
| DX-087 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-088 | None |
| DX-089 | 106 |
| DX-090 | 802 |
| DX-091 | 106 |
| DX-092 | 802 |
| DX-093 | None |
| DX-094 | None |
| DX-095 | None |
| DX-096 | None |
| DX-097 | None |
| DX-098 | 802 |
| DX-099 | 602; 802 |
| DX-100 | 106 |
| DX-101 | 106 |
| DX-102 | None |
| DX-103 | None |
| DX-104 | None |
| DX-105 | None |
| DX-106 | None |
| DX-107 | None |
| DX-108 | None |
| DX-109 | None |
| DX-110 | 106 |
| DX-111 | None |
| DX-112 | None |
| DX-113 | None |
| DX-114 | None |
| DX-115 | None |
| DX-116 | None |
| DX-117 | None |
| DX-118 | None |
| DX-119 | None |
| DX-120 | None |
| DX-121 | None |
| DX-122 | None |
| DX-123 | None |
| DX-124 | None |
| DX-125 | None |
| DX-126 | None |
| DX-127 | None |
| DX-128 | None |
| DX-129 | None |
| DX-130 | None |
| DX-131 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-132 | None |
| DX-133 | None |
| DX-134 | None |
| DX-135 | None |
| DX-136 | None |
| DX-137 | None |
| DX-138 | None |
| DX-139 | 403; 802 |
| DX-140 | None |
| DX-141 | 106 |
| DX-142 | 106 |
| DX-143 | None |
| DX-144 | None |
| DX-145 | None |
| DX-146 | 402 |
| DX-147 | 402 |
| DX-148 | 402 |
| DX-149 | None |
| DX-150 | None |
| DX-151 | None |
| DX-152 | None |
| DX-153 | 802 |
| DX-154 | 802 |
| DX-155 | None |
| DX-156 | None |
| DX-157 | None |
| DX-158 | None |
| DX-159 | None |
| DX-160 | None |
| DX-161 | None |
| DX-162 | None |
| DX-163 | 802 |
| DX-164 | None |
| DX-165 | None |
| DX-166 | None |
| DX-167 | 802 |
| DX-168 | 802 |
| DX-169 | 802 |
| DX-170 | 802 |
| DX-171 | 802 |
| DX-172 | 802 |
| DX-173 | 802 |
| DX-174 | 802 |
| DX-175 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-176 | None |
| DX-177 | None |
| DX-178 | None |
| DX-179 | None |
| DX-180 | None |
| DX-181 | 802 |
| DX-182 | None |
| DX-183 | 802 |
| DX-184 | 802 |
| DX-185 | 802 |
| DX-186 | 802 |
| DX-187 | 802 |
| DX-188 | 802 |
| DX-189 | 802 |
| DX-190 | 802 |
| DX-191 | 802 |
| DX-192 | 802 |
| DX-193 | 802 |
| DX-194 | 802 |
| DX-195 | 802 |
| DX-196 | 802 |
| DX-197 | 802 |
| DX-198 | 802 |
| DX-199 | 802 |
| DX-200 | 701; 802 |
| DX-201 | 802 |
| DX-202 | None |
| DX-203 | None |
| DX-204 | None |
| DX-205 | None |
| DX-206 | None |
| DX-207 | 106; 802 |
| DX-208 | None |
| DX-209 | 602 |
| DX-210 | 602 |
| DX-211 | None |
| DX-212 | 403; 602 |
| DX-213 | None |
| DX-214 | None |
| DX-215 | None |
| DX-216 | None |
| DX-217 | None |
| DX-218 | None |
| DX-219 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-220 | None |
| DX-221 | 602 |
| DX-222 | 106 |
| DX-223 | None |
| DX-224 | None |
| DX-225 | 106 |
| DX-226 | None |
| DX-227 | None |
| DX-228 | None |
| DX-229 | None |
| DX-230 | None |
| DX-231 | 106 |
| DX-232 | None |
| DX-233 | None |
| DX-234 | None |
| DX-235 | None |
| DX-236 | 802; 805 |
| DX-237 | None |
| DX-238 | None |
| DX-239 | None |
| DX-240 | None |
| DX-241 | None |
| DX-242 | None |
| DX-243 | None |
| DX-244 | None |
| DX-245 | 106 |
| DX-246 | 106 |
| DX-247 | 802; 805 |
| DX-248 | 802; 805 |
| DX-249 | 802; 805 |
| DX-250 | 802 |
| DX-251 | None |
| DX-252 | None |
| DX-253 | None |
| DX-254 | None |
| DX-255 | 802; 805 |
| DX-256 | 106 |
| DX-257 | 106 |
| DX-258 | None |
| DX-259 | None |
| DX-260 | None |
| DX-261 | None |
| DX-262 | None |
| DX-263 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-264 | None |
| DX-265 | None |
| DX-266 | None |
| DX-267 | 802; 805 |
| DX-268 | None |
| DX-269 | None |
| DX-270 | 106 |
| DX-271 | None |
| DX-272 | None |
| DX-273 | None |
| DX-274 | None |
| DX-275 | None |
| DX-276 | None |
| DX-277 | None |
| DX-278 | None |
| DX-279 | None |
| DX-280 | None |
| DX-281 | None |
| DX-282 | None |
| DX-283 | None |
| DX-284 | 106 |
| DX-285 | 106 |
| DX-286 | 106 |
| DX-287 | None |
| DX-288 | None |
| DX-289 | None |
| DX-290 | None |
| DX-291 | None |
| DX-292 | None |
| DX-293 | None |
| DX-294 | None |
| DX-295 | None |
| DX-296 | None |
| DX-297 | None |
| DX-298 | None |
| DX-299 | None |
| DX-300 | None |
| DX-301 | None |
| DX-302 | None |
| DX-303 | None |
| DX-304 | None |
| DX-305 | None |
| DX-306 | None |
| DX-307 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-308 | None |
| DX-309 | None |
| DX-310 | None |
| DX-311 | None |
| DX-312 | 106 |
| DX-313 | 106 |
| DX-314 | None |
| DX-315 | None |
| DX-316 | None |
| DX-317 | None |
| DX-318 | None |
| DX-319 | None |
| DX-320 | None |
| DX-321 | None |
| DX-322 | None |
| DX-323 | None |
| DX-324 | None |
| DX-325 | 106 |
| DX-326 | None |
| DX-327 | None |
| DX-328 | None |
| DX-329 | None |
| DX-330 | None |
| DX-331 | None |
| DX-332 | None |
| DX-333 | None |
| DX-334 | None |
| DX-335 | None |
| DX-336 | None |
| DX-337 | None |
| DX-338 | None |
| DX-339 | None |
| DX-340 | None |
| DX-341 | None |
| DX-342 | None |
| DX-343 | None |
| DX-344 | None |
| DX-345 | None |
| DX-346 | None |
| DX-347 | None |
| DX-348 | None |
| DX-349 | None |
| DX-350 | None |
| DX-351 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-352 | None |
| DX-353 | None |
| DX-354 | None |
| DX-355 | None |
| DX-356 | None |
| DX-357 | None |
| DX-358 | None |
| DX-359 | None |
| DX-360 | None |
| DX-361 | None |
| DX-362 | None |
| DX-363 | None |
| DX-364 | None |
| DX-365 | None |
| DX-366 | None |
| DX-367 | 802 |
| DX-368 | None |
| DX-369 | 802; 805 |
| DX-370 | None |
| DX-371 | 802 |
| DX-372 | 802 |
| DX-373 | None |
| DX-374 | None |
| DX-375 | None |
| DX-376 | None |
| DX-377 | None |
| DX-378 | 403; 802 |
| DX-379 | None |
| DX-380 | None |
| DX-381 | 403; 802 |
| DX-382 | None |
| DX-383 | None |
| DX-384 | None |
| DX-385 | 802; 805 |
| DX-386 | None |
| DX-387 | None |
| DX-388 | None |
| DX-389 | None |
| DX-390 | None |
| DX-391 | None |
| DX-392 | None |
| DX-393 | None |
| DX-394 | None |
| DX-395 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
| --- | --- |
| DX-396 | None |
| DX-397 | None |
| DX-398 | None |
| DX-399 | None |
| DX-400 | None |
| DX-401 | None |
| DX-402 | None |
| DX-403 | None |
| DX-404 | None |
| DX-405 | None |
| DX-406 | None |
| DX-407 | 802 |
| DX-408 | 802 |
| DX-409 | 802 |
| DX-410 | None |
| DX-411 | None |
| DX-412 | None |
| DX-413 | None |
| DX-414 | None |
| DX-415 | None |
| DX-416 | None |
| DX-417 | None |
| DX-418 | None |
| DX-419 | None |
| DX-420 | 802 |
| DX-421 | None |
| DX-422 | None |
| DX-423 | None |
| DX-424 | None |
| DX-425 | None |
| DX-426 | None |
| DX-427 | None |
| DX-428 | None |
| DX-429 | None |
| DX-430 | None |
| DX-431 | 106 |
| DX-432 | 106 |
| DX-433 | None |
| DX-434 | None |
| DX-435 | None |
| DX-436 | None |
| DX-437 | None |
| DX-438 | None |
| DX-439 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-440 | None |
| DX-441 | None |
| DX-442 | 106 |
| DX-443 | None |
| DX-444 | None |
| DX-445 | None |
| DX-446 | None |
| DX-447 | None |
| DX-448 | None |
| DX-449 | None |
| DX-450 | None |
| DX-451 | 106 |
| DX-452 | None |
| DX-453 | None |
| DX-454 | None |
| DX-455 | None |
| DX-456 | None |
| DX-457 | None |
| DX-458 | None |
| DX-459 | None |
| DX-460 | 602 |
| DX-461 | None |
| DX-462 | None |
| DX-463 | None |
| DX-464 | 602 |
| DX-465 | None |
| DX-466 | None |
| DX-467 | 106 |
| DX-468 | 106 |
| DX-469 | None |
| DX-470 | None |
| DX-471 | None |
| DX-472 | None |
| DX-473 | None |
| DX-474 | None |
| DX-475 | None |
| DX-476 | 802 |
| DX-477 | 802 |
| DX-478 | None |
| DX-479 | None |
| DX-480 | None |
| DX-481 | None |
| DX-482 | None |
| DX-483 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-484 | None |
| DX-485 | None |
| DX-486 | 602; 802 |
| DX-487 | 602; 802 |
| DX-488 | None |
| DX-489 | None |
| DX-490 | None |
| DX-491 | None |
| DX-492 | None |
| DX-493 | None |
| DX-494 | None |
| DX-495 | None |
| DX-496 | None |
| DX-497 | None |
| DX-498 | None |
| DX-499 | None |
| DX-500 | None |
| DX-501 | None |
| DX-502 | None |
| DX-503 | None |
| DX-504 | None |
| DX-505 | None |
| DX-506 | None |
| DX-507 | None |
| DX-508 | None |
| DX-509 | None |
| DX-510 | 802; 805 |
| DX-511 | 802 |
| DX-512 | None |
| DX-513 | None |
| DX-514 | None |
| DX-515 | None |
| DX-516 | 106 |
| DX-517 | 106 |
| DX-518 | 802 |
| DX-519 | 802 |
| DX-520 | 802 |
| DX-521 | 802 |
| DX-522 | 802 |
| DX-523 | 802 |
| DX-524 | 802 |
| DX-525 | 802 |
| DX-526 | 802 |
| DX-527 | 802 |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-528 | 802 |
| DX-529 | 802 |
| DX-530 | 802 |
| DX-531 | 802 |
| DX-532 | 802 |
| DX-533 | 802 |
| DX-534 | 802 |
| DX-535 | 802 |
| DX-536 | 802 |
| DX-537 | 802 |
| DX-538 | 802 |
| DX-539 | 802 |
| DX-540 | 802 |
| DX-541 | 802 |
| DX-542 | 802 |
| DX-543 | 802 |
| DX-544 | 802 |
| DX-545 | 802 |
| DX-546 | 802 |
| DX-547 | 802 |
| DX-548 | 802 |
| DX-549 | None |
| DX-550 | 802 |
| DX-551 | 802 |
| DX-552 | None |
| DX-553 | None |
| DX-554 | None |
| DX-555 | 802 |
| DX-556 | 802 |
| DX-557 | None |
| DX-558 | 802 |
| DX-559 | 802 |
| DX-560 | None |
| DX-561 | 802 |
| DX-562 | 802 |
| DX-563 | 802 |
| DX-564 | 802 |
| DX-565 | 802 |
| DX-566 | 802 |
| DX-567 | 802 |
| DX-568 | 802 |
| DX-569 | None |
| DX-570 | None |
| DX-571 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-572 | None |
| DX-573 | None |
| DX-574 | None |
| DX-575 | None |
| DX-576 | None |
| DX-577 | None |
| DX-578 | None |
| DX-579 | None |
| DX-580 | None |
| DX-581 | None |
| DX-582 | None |
| DX-583 | None |
| DX-584 | None |
| DX-585 | None |
| DX-586 | None |
| DX-587 | None |
| DX-588 | None |
| DX-589 | None |
| DX-590 | None |
| DX-591 | None |
| DX-592 | None |
| DX-593 | None |
| DX-594 | None |
| DX-595 | None |
| DX-596 | None |
| DX-597 | None |
| DX-598 | None |
| DX-599 | None |
| DX-600 | None |
| DX-601 | None |
| DX-602 | None |
| DX-603 | None |
| DX-604 | None |
| DX-605 | None |
| DX-606 | None |
| DX-607 | None |
| DX-608 | None |
| DX-609 | None |
| DX-610 | None |
| DX-611 | None |
| DX-612 | None |
| DX-613 | None |
| DX-614 | None |
| DX-615 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
| --- | --- |
| DX-616 | None |
| DX-617 | None |
| DX-618 | None |
| DX-619 | None |
| DX-620 | None |
| DX-621 | None |
| DX-622 | None |
| DX-623 | None |
| DX-624 | None |
| DX-625 | None |
| DX-626 | None |
| DX-627 | None |
| DX-628 | None |
| DX-629 | None |
| DX-630 | None |
| DX-631 | None |
| DX-632 | None |
| DX-633 | None |
| DX-634 | None |
| DX-635 | None |
| DX-636 | None |
| DX-637 | None |
| DX-638 | None |
| DX-639 | None |
| DX-640 | None |
| DX-641 | None |
| DX-642 | None |
| DX-643 | None |
| DX-644 | None |
| DX-645 | None |
| DX-646 | None |
| DX-647 | None |
| DX-648 | None |
| DX-649 | None |
| DX-650 | None |
| DX-651 | None |
| DX-652 | None |
| DX-653 | None |
| DX-654 | None |
| DX-655 | None |
| DX-656 | None |
| DX-657 | None |
| DX-658 | None |
| DX-659 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
| --- | --- |
| DX-660 | None |
| DX-661 | None |
| DX-662 | None |
| DX-663 | None |
| DX-664 | None |
| DX-665 | None |
| DX-666 | None |
| DX-667 | None |
| DX-668 | None |
| DX-669 | None |
| DX-670 | None |
| DX-671 | None |
| DX-672 | None |
| DX-673 | None |
| DX-674 | None |
| DX-675 | None |
| DX-676 | None |
| DX-677 | None |
| DX-678 | None |
| DX-679 | None |
| DX-680 | None |
| DX-681 | None |
| DX-682 | None |
| DX-683 | None |
| DX-684 | None |
| DX-685 | None |
| DX-686 | None |
| DX-687 | None |
| DX-688 | None |
| DX-689 | None |
| DX-690 | None |
| DX-691 | None |
| DX-692 | None |
| DX-693 | None |
| DX-694 | None |
| DX-695 | None |
| DX-696 | None |
| DX-697 | None |
| DX-698 | None |
| DX-699 | None |
| DX-700 | None |
| DX-701 | None |
| DX-702 | None |
| DX-703 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-704 | None |
| DX-705 | None |
| DX-706 | None |
| DX-707 | None |
| DX-708 | None |
| DX-709 | None |
| DX-710 | None |
| DX-711 | None |
| DX-712 | None |
| DX-713 | None |
| DX-714 | None |
| DX-715 | None |
| DX-716 | None |
| DX-717 | None |
| DX-718 | None |
| DX-719 | None |
| DX-720 | 802 |
| DX-721 | None |
| DX-722 | 802; 901 |
| DX-723 | None |
| DX-724 | None |
| DX-725 | None |
| DX-726 | None |
| DX-727 | None |
| DX-728 | None |
| DX-729 | None |
| DX-730 | None |
| DX-731 | 402 |
| DX-732 | None |
| DX-733 | None |
| DX-734 | None |
| DX-735 | None |
| DX-736 | None |
| DX-737 | None |
| DX-738 | None |
| DX-739 | None |
| DX-740 | None |
| DX-741 | None |
| DX-742 | None |
| DX-743 | None |
| DX-744 | None |
| DX-745 | None |
| DX-746 | None |
| DX-747 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-748 | None |
| DX-749 | None |
| DX-750 | None |
| DX-751 | None |
| DX-752 | None |
| DX-753 | None |
| DX-754 | None |
| DX-755 | None |
| DX-756 | None |
| DX-757 | None |
| DX-758 | None |
| DX-759 | 403; 703 |
| DX-760 | 403; 703 |
| DX-761 | 106; 802 |
| DX-762 | 106; 802 |
| DX-763 | 106; 802 |
| DX-764 | 106; 802 |
| DX-765 | None |
| DX-766 | None |
| DX-767 | None |
| DX-768 | None |
| DX-769 | None |
| DX-770 | None |
| DX-771 | None |
| DX-772 | None |
| DX-773 | None |
| DX-774 | None |
| DX-775 | None |
| DX-776 | None |
| DX-777 | None |
| DX-778 | None |
| DX-779 | None |
| DX-780 | None |
| DX-781 | None |
| DX-782 | None |
| DX-783 | None |
| DX-784 | None |
| DX-785 | None |
| DX-786 | None |
| DX-787 | None |
| DX-788 | None |
| DX-789 | None |
| DX-790 | None |
| DX-791 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-792 | None |
| DX-793 | None |
| DX-794 | None |
| DX-795 | None |
| DX-796 | None |
| DX-797 | None |
| DX-798 | None |
| DX-799 | None |
| DX-800 | None |
| DX-801 | None |
| DX-802 | None |
| DX-803 | None |
| DX-804 | None |
| DX-805 | None |
| DX-806 | None |
| DX-807 | None |
| DX-808 | None |
| DX-809 | None |
| DX-810 | None |
| DX-811 | None |
| DX-812 | None |
| DX-813 | None |
| DX-814 | None |
| DX-815 | None |
| DX-816 | None |
| DX-817 | None |
| DX-818 | None |
| DX-819 | None |
| DX-820 | None |
| DX-821 | None |
| DX-822 | None |
| DX-823 | None |
| DX-824 | None |
| DX-825 | None |
| DX-826 | None |
| DX-827 | None |
| DX-828 | None |
| DX-829 | None |
| DX-830 | None |
| DX-831 | None |
| DX-832 | None |
| DX-833 | None |
| DX-834 | None |
| DX-835 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-836 | None |
| DX-837 | None |
| DX-838 | None |
| DX-839 | None |
| DX-840 | None |
| DX-841 | None |
| DX-842 | None |
| DX-843 | None |
| DX-844 | None |
| DX-845 | None |
| DX-846 | None |
| DX-847 | None |
| DX-848 | None |
| DX-849 | None |
| DX-850 | None |
| DX-851 | None |
| DX-852 | None |
| DX-853 | None |
| DX-854 | None |
| DX-855 | None |
| DX-856 | 802 |
| DX-857 | 802 |
| DX-858 | 802 |
| DX-859 | 802 |
| DX-860 | 802 |
| DX-861 | 802 |
| DX-862 | 802 |
| DX-863 | 802 |
| DX-864 | 802 |
| DX-865 | 802 |
| DX-866 | 802 |
| DX-867 | 802 |
| DX-868 | 802 |
| DX-869 | 802 |
| DX-870 | 802 |
| DX-871 | 802 |
| DX-872 | 802 |
| DX-873 | 802 |
| DX-874 | 802 |
| DX-875 | 802 |
| DX-876 | 802 |
| DX-877 | 802 |
| DX-878 | 802 |
| DX-879 | 802 |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-880 | 802 |
| DX-881 | 802 |
| DX-882 | 802 |
| DX-883 | 802 |
| DX-884 | 802 |
| DX-885 | 802 |
| DX-886 | 802 |
| DX-887 | 802 |
| DX-888 | 802 |
| DX-889 | 802 |
| DX-890 | 802 |
| DX-891 | 802 |
| DX-892 | 802 |
| DX-893 | 802 |
| DX-894 | 802 |
| DX-895 | 802 |
| DX-896 | 802 |
| DX-897 | 802 |
| DX-898 | 802 |
| DX-899 | 802 |
| DX-900 | 802 |
| DX-901 | 802 |
| DX-902 | 802 |
| DX-903 | 802 |
| DX-904 | 802 |
| DX-905 | 802 |
| DX-906 | 802 |
| DX-907 | 802 |
| DX-908 | 802 |
| DX-909 | 802 |
| DX-910 | 802 |
| DX-911 | 802 |
| DX-912 | 802 |
| DX-913 | 802 |
| DX-914 | 802 |
| DX-915 | 802 |
| DX-916 | 802 |
| DX-917 | 802 |
| DX-918 | 802 |
| DX-919 | 802 |
| DX-920 | 802 |
| DX-921 | 802 |
| DX-922 | 802 |
| DX-923 | 802 |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-924 | 802 |
| DX-925 | 802 |
| DX-926 | 802 |
| DX-927 | 802 |
| DX-928 | 802 |
| DX-929 | 802 |
| DX-930 | 802 |
| DX-931 | 802 |
| DX-932 | 802 |
| DX-933 | 802 |
| DX-934 | 802 |
| DX-935 | 802 |
| DX-936 | 802 |
| DX-937 | 802 |
| DX-938 | 802 |
| DX-939 | 802 |
| DX-940 | 802 |
| DX-941 | 802 |
| DX-942 | 802 |
| DX-943 | 802 |
| DX-944 | 802 |
| DX-945 | 802 |
| DX-946 | 802 |
| DX-947 | 802 |
| DX-948 | 802 |
| DX-949 | 802 |
| DX-950 | 802 |
| DX-951 | 802 |
| DX-952 | 802 |
| DX-953 | 802 |
| DX-954 | 802 |
| DX-955 | 802 |
| DX-956 | 802 |
| DX-957 | 802 |
| DX-958 | Reserve rights to object |
| DX-959 | Reserve rights to object |