UNITED STATES OF AMERICA et al.,

                                    *Plaintiffs*,

            v.                                      Case No. 1:21-cv-11558-LTS

AMERICAN AIRLINES GROUP INC. and
JETBLUE AIRWAYS CORPORATION,

                                    *Defendants*.

## PLAINTIFFS' UNOPPOSED MOTION TO TEMPORARILY IMPOUND CONFIDENTIAL MATERIALS RELATING TO MOTIONS IN LIMINE

The United States of America, the State of Arizona, the State of California, the District of Columbia, the State of Florida, the Commonwealth of Massachusetts, the Commonwealth of Pennsylvania, and the Commonwealth of Virginia (collectively, Plaintiffs) respectfully move the Court under Local Rule 7.2 to temporarily impound the confidential materials described below, which will be submitted to the Court with Plaintiffs' motions in limine:

1.      Exhibits 1 and 2 to Plaintiffs' Motion in Limine to Exclude Testimony of Defendants' Expert Ron DiLeo, which consist of the Expert Report of Ron DiLeo and excerpts from the Deposition of Ron DiLeo; and

2.      Exhibits 1, 2, and 4 to Plaintiffs' Motion to Exclude Evidence of Defendants' Alleged Carve-out Routes, which consist of the First Amendment to Defendants' Mutual Growth Incentive Agreement, excerpts from Defendants' Northeast Alliance Agreement and its Second Amendment, and excerpts from the Deposition of Robin Hayes.

Each of these documents contains information American Airlines Group Inc. or JetBlue Airways Corporation (collectively, Defendants) has designated as Confidential or Highly Confidential under the terms of the Stipulated Protected Order entered in this case. ECF No. 99.

To the extent Defendants seek to protect the confidentiality of any of this information, the burden is on Defendants to show good cause why the information should not be disclosed on the public record. Fed. R. Civ. P. 26(a)(1). Defendants, however, are unable to make such a determination prior to Plaintiffs filing their motions in limine. To afford Defendants sufficient opportunity to review Plaintiffs' motions in limine and exhibits thereto and to move the Court to impound any information Defendants wish to protect, Plaintiffs request that the Court impound the documents described above for seven (7) calendar days. If during that time Defendants determine that they want any of this information to remain sealed, Defendants are required by Local Rule 7.2 to move the Court for an order of continued impoundment by the end of the seven-day period. If Defendants do not make such a motion, the information becomes public. L.R. 7.2(b).

The Court may issue an order of impoundment requiring that confidential information be protected from public disclosure when a party shows "good cause" for keeping the information confidential. Fed. R. Civ. P. 26(c)(1). Good cause exists where the moving party makes a "factual showing of the harm that would be sustained if the court did not allow the filing under seal." *Dunkin Donuts Franchised Restaurants, LLC v. Agawam Donuts, Inc.*, No. CIV.A. 07-11444-RWZ, 2008 WL 427290, at *1 (D. Mass. Feb. 13, 2008). In civil cases, the public's right to access judicial records may be overcome where the motion is "narrowly tailored" to protect "trade secrets in the documents or confidential business information." *Skyhook Wireless, Inc. v. Google, Inc.*, No. CV 10-11571-RWZ, 2015 WL 13675231, at *2 (D. Mass. Feb. 18, 2015).

Here, Plaintiffs' motion is narrowly tailored to avoid infringing any more than necessary upon the public's right to access judicial records. Plaintiffs seek only temporary impoundment for documents that may contain trade secrets or confidential business information.[1] Plaintiffs are

---

[1] Plaintiffs take no position at this time on whether any of the materials identified in this motion should properly be impounded beyond the limited seven-day period Plaintiffs are requesting.

not seeking to impound or redact any documents beyond the exhibits specified above. Plaintiffs

therefore respectfully request the Court to issue an order of temporary impoundment.

Plaintiffs have met and conferred with Defendants as required by Local Rule 7.1 and

Defendants do not oppose this motion.


Dated: September 2, 2022                          Respectfully submitted,

                                                  */s/ William H. Jones, II*
                                                  William H. Jones, II
                                                  Patricia L. Sindel
                                                  U.S. Department of Justice
                                                  Antitrust Division
                                                  450 Fifth Street NW
                                                  Washington, DC 20530
                                                  Phone: (202) 514-0230
                                                  Fax: (202) 307-5802
                                                  Email: bill.jones2@usdoj.gov

                                                  *Attorneys for the United States of America*

                                                  /s/ *Colin G. Fraser*
                                                  Colin G. Fraser
                                                  Office of the Attorney General
                                                  PL-01, The Capitol
                                                  Tallahassee, FL 32399
                                                  Phone: (850) 414-3300
                                                  Email: colin.fraser@myfloridalegal.com


                                                  */s/ Daniel H. Leff*
                                                  Daniel H. Leff (MA Bar No. 689302)
                                                  Office of the Attorney General
                                                  One Ashburton Place, 18th Floor
                                                  Boston, MA 02108
                                                  Phone: (617) 727-2200
                                                  Email: Daniel.leff@mass.gov

                                                  *Attorneys for the State of Florida and the*
                                                  *Commonwealth of Massachusetts, and on*
                                                  *behalf of the Plaintiff States*

# LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I conferred with counsel for Defendants on September 1 and 2, 2022. Defendants confirmed that they do not oppose this motion.

*/s/ James H. Congdon*

James H. Congdon
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Phone: (202) 299-4574
Fax: (202) 307-5802
Email: james.congdon@usdoj.gov

*Attorney for the United States of America*


# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ William H. Jones, II*
William H. Jones, II
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Phone: (202) 514-0230
Fax: (202) 307-5802
Email: bill.jones2@usdoj.gov

*Attorney for the United States of America*