# EXHIBIT D

```
 1              UNITED STATES DISTRICT COURT

 2               DISTRICT OF MASSACHUSETTS

 3

 4     _____
                                      )
 5     UNITED STATES OF AMERICA,      )
       et al.,                        )
 6                                    )
                Plaintiffs,           )      Civil Action
 7                                    )
       vs.                            )No. 1:21-cv-11558-LTS
 8                                    )
       AMERICAN AIRLINES GROUP        )
 9     INC. and JETBLUE AIRWAYS       )
       CORPORATION,                   )
10                                    )
                Defendants.           )
11     _____)

12

13

14

15          DEPOSITION OF NATHAN H. MILLER, Ph.D.

16                   Washington, DC

17                   August 17, 2022

18

19

20

21

22

23

24     Reported by:  John L. Harmonson, RPR

25     Job No. 213777
```

```
 1                      N. MILLER

 2  Compete."  And it begins with the sentence:          09:55

 3  "Competitor collaborations sometimes do not end       09:55

 4  competition among the participants in the             09:55

 5  collaboration."                                       09:55

 6          Do you see that?                              09:55

 7      A.    Yes, I do see that.                         09:55

 8      Q.    Do you agree that competitor                09:55

 9  collaborations sometimes do not end competition       09:55

10  between the participants?                             09:55

11      A.    It's not something I've studied             09:55

12  broadly.  I see it's a sentence here.  I imagine      09:56

13  that's possible.  I mean -- yeah.                     09:56

14      Q.    Let me back up, then.                       09:56

15          Have you considered in your work with         09:56

16  respect to the NEA whether the collaboration ends     09:56

17  competition between American and JetBlue?             09:56

18      A.    "Ends competition" is a term that I         09:56

19  don't have a precise definition for.  But I did       09:56

20  analyze the NEA specifically, and I determined        09:56

21  that it would effectively align the incentives of     09:56

22  JetBlue and American in the routes that touched       09:56

23  the NEA airports.  And if that is interpreted as      09:56

24  ending competition, then I would say that             09:57

25  JetBlue -- that the NEA is likely to end              09:57
```

1                          N. MILLER

2     competition between those two airlines along the          09:57

3     antitrust markets that I've outlined.                     09:57

4              I've also explored whether it would              09:57

5     affect competition more broadly than that, of            09:57

6     course, and that's discussed in my report.                09:57

7         Q.    Let me see if I can try this again.            09:57

8     The top of 19, the DOJ collaboration guidelines           09:57

9     say, quote:  "Where the nature of the agreement           09:57

10    and market share and market concentration data           09:57

11    reveal a likelihood of anticompetitive harm, the          09:57

12    agencies more closely examine the extent to which        09:57

13    the participants in the collaboration have the            09:57

14    ability and incentive to compete independent of          09:58

15    each other."                                              09:58

16             Do you see that?                                09:58

17        A.    Yes, I do.                                      09:58

18        Q.    Have you done that?                            09:58

19        A.    Have I analyzed the agreement and              09:58

20    market shares and market concentration --                 09:58

21        Q.    No, the second part.  Sorry, my bad.          09:58

22    Have you examined the extent to which the                09:58

23    participants in the collaboration have the                09:58

24    ability and incentive to compete independent of          09:58

25    each other?                                               09:58

Page 43

1                            N. MILLER

2          A.    Yes, I have.                              09:58

3          Q.    Okay.  And what is your conclusion on     09:58

4    that?                                                 09:58

5          A.    My conclusion is that the NEA             09:58

6    effectively aligns the incentives of American and    09:58

7    JetBlue in a number of antitrust markets that are    09:58

8    listed in my report, and may also align             09:58

9    incentives in a way that relaxes competition more    09:58

10   broadly than the -- than along the antitrust         09:58

11   markets that are enumerated in the report and        09:58

12   could extend to transatlantic routes or into         09:58

13   coordination in the industry more broadly or in      09:59

14   routes on which American and JetBlue compete that    09:59

15   are -- that do not touch any NEA airport.            09:59

16         Q.    Okay.  So you went to incentives.  I     09:59

17   want to go back to ability, because this says        09:59

18   "the ability and incentive."  Do you see that?       09:59

19         A.    Yes, I do.                               09:59

20         Q.    Under the NEA agreements, do American    09:59

21   and JetBlue retain the ability to compete            09:59

22   independent of each other?                           09:59

23         A.    Yes, they retain the ability to          09:59

24   compete independent of each other.                   09:59

25         Q.    Okay.  It goes on to say:  "The          09:59

Page 44

1                          N. MILLER

2    agencies are likely to focus on six factors."        09:59

3    The second of which, (b), is "the extent to which    09:59

4    participants retain independent control of assets     09:59

5    necessary to compete."                               09:59

6              Do you see that?                           10:00

7         A.    Yes, I see item (b).                      10:00

8         Q.    Under the NEA agreements, do American     10:00

9    and JetBlue retain independent control of assets      10:00

10   necessary to compete?                                10:00

11        A.    My understanding is that the NEA does     10:00

12   not affect control of assets.                        10:00

13        Q.    At the end of this Section 3.34, the      10:00

14   last sentence says, quote:  "For example, when an    10:00

15   agreement is examined subsequent to formation of     10:00

16   the collaboration, the agencies also examine         10:00

17   factual evidence concerning participants' actual     10:00

18   conduct."                                            10:00

19             Do you see that?                           10:01

20        A.    Yes, I do.                                10:01

21        Q.    Have you examined factual evidence        10:01

22   concerning American and JetBlue actual conduct       10:01

23   since implementation?                                10:01

24        A.    To some extent, yes, I have.              10:01

25        Q.    Do you report in either your initial      10:01

```
                                               Page 45
 1                    N. MILLER
 2   or reply report any conclusions based upon          10:01
 3   evidence that you have found that the               10:01
 4   participants' actual conduct since implementation   10:01
 5   is anticompetitive in some way?                     10:01
 6        A.    I'm sorry.  Could you restate the        10:01
 7   question?                                           10:01
 8        Q.    Sure.                                     10:01
 9             Do you report any conclusions to the      10:01
10   effect that your examination of the participants'   10:01
11   conduct subsequent to formation indicates           10:01
12   anticompetitive behavior or outcomes?               10:01
13        A.    Some information that I've examined       10:02
14   goes to that point.  For example, it is relevant    10:02
15   that as American and JetBlue have been              10:02
16   coordinating capacity, they generally have          10:02
17   succeeded in reaching an agreement about what       10:02
18   capacity should be along the routes that touch      10:02
19   the NEA airports.  And that is described in         10:02
20   either my report or my reply report.                10:02
21             And in my reply report, I also examine    10:02
22   data on the frequency with which consumers use      10:02
23   codeshare flights, and that also informs my         10:03
24   opinions.                                            10:03
25        Q.    Anything else?                            10:03
```

Page 46

1                    N. MILLER

2      A.    My report considers a number of          10:03

3  things.  As you know, it's quite long, and        10:03

4  nothing comes to mind at the moment, but I may be  10:03

5  missing something.                                 10:03

6      Q.    Just to help you, the question is:       10:03

7  Did you come across any evidence regarding the     10:03

8  participants' actual conduct after formation that  10:03

9  you find relevant to a conclusion that the NEA is  10:03

10  having anticompetitive effects?                   10:03

11          You mentioned codesharing, which we'll    10:03

12  talk about, and you mentioned this idea that      10:03

13  they've achieved agreement.                       10:03

14      A.    I believe it was deposition testimony.  10:03

15  And like I said --                                10:04

16      Q.    What was deposition testimony?  Sorry.  10:04

17      A.    That deposition testimony that while    10:04

18  coordinating capacity, American and JetBlue have  10:04

19  been able to reach agreements about the capacity  10:04

20  levels on different routes.                       10:04

21      Q.    Sorry to be sort of flippant about it,  10:04

22  but so what?  What does that mean?  Did they      10:04

23  reduce capacity?  Did they increase capacity?     10:04

24  Are you just saying they reached agreement?       10:04

25      A.    They reached agreement.  It's actually  10:04

1          N. MILLER

2     Q.    Are you at least generally aware that          11:55

3  his approach in his 2013 expert report was to          11:55

4  make predictions regarding the effects of the          11:55

5  American-US Airways merger based upon a          11:56

6  retrospective study of the United-Continental          11:56

7  merger?          11:56

8     A.    No.          11:56

9          MR. DeRITA:   Objection to form.          11:56

10  BY MR. WALL:          11:56

11     Q.    You didn't know that?          11:56

12     A.    No, I did not know that.          11:56

13     Q.    Are retrospective analyses of          11:56

14  transactions relevant or useful for determining          11:56

15  the reliability of results from merger          11:56

16  simulations?          11:56

17          MR. DeRITA:   Objection to form.          11:56

18          THE WITNESS:   That depends on the          11:56

19  implementation of the retrospective and on how          11:56

20  similar the event -- the historical event being          11:57

21  described is to the event being examined in the          11:57

22  model.          11:57

23          To put some meat on that, in the case          11:57

24  of United-Continental, and in the case of          11:57

25  American-US Air, both of these events involve a          11:57

1              N. MILLER

2  merger that was approved by the Department of          11:57

3  Justice subject to divestitures which ameliorate       11:57

4  anticompetitive concern.                               11:57

5          And so the usefulness of a comparison          11:57

6  of the estimated effects in a regression to a          11:57

7  simulation result may not be informative even          11:57

8  setting aside questions of implementation.             11:57

9  BY MR. WALL:                                            11:57

10      Q.    I was asking something a little bit          11:57

11  more specific.  Do you find any utility in using       11:58

12  a retrospective analysis to determine whether the      11:58

13  results of a merger simulation are reliable?           11:58

14      A.    Again, it can be informative.  But           11:58

15  whether it is informative will depend on the           11:58

16  quality of implementation and on the                   11:58

17  comparability between the event being studied and      11:58

18  the retrospective, and the event being studied in      11:58

19  the simulation.                                         11:58

20          And in my previous answer I gave you           11:58

21  an example for why we might not think that would       11:58

22  be the case, comparing the merger events that          11:58

23  occurred in the airlines over the last 14 years        11:58

24  to the simulation model of the NEA that I use.         11:58

25      Q.    You wrote an article in 2017 published       11:58

1                    N. MILLER

2    in Econometrica entitled "Understanding the Price          11:58

3    Effects of the Miller-Coors Joint Venture";                11:59

4    correct?                                                    11:59

5         A.    That is true.                                   11:59

6         Q.    And you did a retrospective study of            11:59

7    the Miller-Coors joint venture in that paper, did          11:59

8    you not?                                                    11:59

9         A.    Yes, I did.                                      11:59

10        Q.    And one of your findings is that the            11:59

11   results of your retrospective study were not               11:59

12   consistent with the predictions of a unilateral            11:59

13   effects model; correct?                                    11:59

14        A.    Yeah.  The data suggested that the              11:59

15   joint venture caused coordinated effects that              11:59

16   caused the unilateral effects model to understate          11:59

17   price effects of that transaction.                         11:59

18        Q.    And along the way to that conclusion,           11:59

19   you wrote in your paper that the data rejected             11:59

20   the hypothesis that the effects were unilateral            11:59

21   effects.  Correct?                                         11:59

22        A.    Yes, that's correct.                            11:59

23        Q.    So have you done anything in your work          11:59

24   here to determine whether the predictions that             11:59

25   you get from your merger simulation model are              12:00

1                    N. MILLER

2  even in the range of price elevation that has          12:00

3  been found in previous airline merger                  12:00

4  retrospectives, including your own work?               12:00

5       A.    That's not a comparison that I have         12:00

6  sought to do because I don't view it as a useful       12:00

7  way to validate the model.                             12:00

8       Q.    Do you know what range of fare effects      12:00

9  has been found in previous airline merger              12:00

10 retrospectives?                                         12:00

11      A.    There are so many of them that I            12:00

12 wouldn't want to characterize the results of the       12:00

13 full literature.                                        12:00

14      Q.    What's the highest documented fare          12:00

15 effect that you know of from the literature?           12:00

16      A.    You're asking for a specific number.        12:00

17 I can't give you one.                                   12:00

18      Q.    I don't remember.  Do you have              12:00

19 Professor Town's reply report in front of you or       12:01

20 not?                                                    12:01

21      A.    I may.                                       12:01

22            MS. NELSON:  Yes.                            12:01

23 BY MR. WALL:                                            12:01

24      Q.    You do.  Take a look at Paragraph 111       12:01

25 which is on page 64.                                    12:01

1                      N. MILLER

2      A.    I'm sorry, what paragraph number?        12:01

3      Q.    111.                                      12:01

4      A.    Paragraph 111.                            12:01

5      Q.    Yes.                                      12:01

6            MR. DeRITA:  Page 64.                      12:01

7            THE WITNESS:  I was thinking 164.          12:01

8   BY MR. WALL:                                        12:01

9      Q.    I said one without the other.  That's     12:01

10   my fault.                                          12:01

11      A.    Yes, I do see this.                       12:01

12      Q.    Okay.  In the context of what he's        12:01

13   arguing, Dr. Town says the following:  "It is     12:01

14   worth noting that these papers generally find low  12:02

15   single-digit impacts on price one way or the       12:02

16   other.  For example, Le," L-e, "(2019) finds a     12:02

17   5 percent decrease in price in nonstop overlap     12:02

18   markets and a 5 to 6 percent increase in price in  12:02

19   connecting overlap markets (and a combined         12:02

20   overall average increase in price of about         12:02

21   3 percent).  Das," D-a-s, "(2019) finds results    12:02

22   of a similar magnitude."                           12:02

23            Is that summary by Dr. Town consistent    12:02

24   with your understanding of the findings in the     12:02

25   airline merger retrospective literature about the  12:02

Page 113

1                     N. MILLER

2   range of fare effects from airline mergers?          12:02

3        A.    I believe that Professor Town has          12:02

4   accurately described these two articles.  But         12:02

5   I'll point out again that the events that they're     12:02

6   studying are consummated mergers that were            12:02

7   approved by DOJ subject to divestitures that          12:02

8   ameliorated the DOJ's competitive effects as I        12:03

9   understand them.                                      12:03

10       Q.    That's not true with respect to           12:03

11  Delta-Northwest, is it?                               12:03

12       A.    Did he study Delta-Northwest?             12:03

13       Q.    I'm just saying that the                  12:03

14  Delta-Northwest merger was approved without           12:03

15  remedies.                                             12:03

16       A.    Yeah, I understand that.  Yeah, I         12:03

17  agree with that.  But you were asking about these     12:03

18  two articles.                                         12:03

19       Q.    Just putting aside the details of         12:03

20  these articles, is the statement that the             12:03

21  published papers generally find low single-digit      12:03

22  impacts on price consistent with your                 12:03

23  understanding of that literature?                     12:03

24            MR. DeRITA:  Objection to form.            12:03

25            THE WITNESS:  The literature is very       12:03

Page 136

1                        N. MILLER

2              MR. WALL:  This is a good time to          12:35

3    break for lunch.                                     12:35

4              THE VIDEOGRAPHER:  We are off the          12:35

5    record at 12:34.                                     12:35

6              (Recess taken.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    N. MILLER

 2   --------------------------------------------------

 3                 AFTERNOON SESSION

 4                    1:18 p.m.

 5   --------------------------------------------------

 6           THE VIDEOGRAPHER:  We are back on the      13:19

 7   record at 1:18.                                    13:19

 8   BY MR. WALL:                                       13:19

 9       Q.    All right.  Let's pick up with sort of   13:19

10   the basic question of why you're simulating that  13:19

11   the NEA is like a merger.  So let me begin and     13:19

12   let's see if we can agree on a few things.         13:19

13           So you agree that technically,             13:19

14   formalistically, the NEA is not a merger; right?   13:19

15       A.    That's right.  It's an agreement         13:19

16   between JetBlue and American.                       13:19

17       Q.    It's a bilateral contract or set of      13:19

18   contracts.                                          13:19

19       A.    Okay.                                     13:19

20       Q.    So American doesn't have any right to    13:19

21   choose board members for JetBlue or vice versa;    13:19

22   right?                                              13:20

23       A.    Okay.                                     13:20

24       Q.    I mean, is that consistent with your     13:20

25   understanding?                                      13:20
```

1                          N. MILLER

2        A.    Yes, it is.                                    13:20

3        Q.    Okay.  The NEA is not going to lead to         13:20

4   the elimination of the JetBlue brand; correct?           13:20

5        A.    I haven't seen any evidence that it           13:20

6   would.                                                   13:20

7        Q.    Okay.  Nor the American brand; right?         13:20

8        A.    Same for American.                            13:20

9        Q.    Okay.  And you haven't seen any               13:20

10  evidence that the NEA requires JetBlue to adopt          13:20

11  or conform to American's so-called legacy or             13:20

12  general network carrier business model, have you?        13:20

13       A.    No, I don't think there is language           13:20

14  that requires JetBlue to do that.                        13:20

15       Q.    There is no permanent transfer of             13:20

16  assets through the NEA, is there?                        13:20

17       A.    No.                                           13:20

18       Q.    And there is no pricing coordination          13:20

19  in the NEA, is there?                                    13:20

20       A.    I do not believe the NEA provides a           13:20

21  structure for JetBlue and American to talk about         13:21

22  the prices that they're setting.                         13:21

23       Q.    There is no aggregate capacity                13:21

24  coordination of the kind that Dr. Town talks             13:21

25  about in his report in connection with capacity          13:21

1                      N. MILLER

2   discipline, is there?                              13:21

3        A.    The NEA is a bilateral contract         13:21

4   between American and JetBlue, and I believe        13:21

5   Professor Town when he talks about capacity        13:21

6   coordination, what you're referring to is          13:21

7   something more industry-wide, and the contract is  13:21

8   going to cover coordination of capacity between    13:21

9   JetBlue and American specifically.                 13:21

10       Q.    But it doesn't -- they do not discuss   13:21

11  or coordinate the setting of their industry-wide   13:21

12  capacity; the size of their fleets, for example,   13:21

13  those sorts of things?                             13:22

14       A.    Certainly I think that the results      13:22

15  would have bearing on that.  But I believe what    13:22

16  the agreement allows for is coordination on        13:22

17  capacity in routes that connect to an NEA          13:22

18  airport.                                           13:22

19       Q.    Okay.  So then go ahead and -- in       13:22

20  light of all of that, go ahead and just explain    13:22

21  for the record why it is that you believe that     13:22

22  the competitive effects of the NEA can be fairly   13:22

23  addressed through a merger simulation.             13:22

24       A.    Sure.  First of all, for               13:22

25  clarification, the model that I'm using            13:22

1                          N. MILLER

2   characterizes the incentives that are created by          13:23

3   the NEA specifically, not those of a generic              13:23

4   merger.  So I prefer to call it just the                  13:23

5   simulation model.                                         13:23

6            The model incorporates that when the             13:23

7   NEA is in place and in effect on particular               13:23

8   routes, that JetBlue benefits if American's               13:23

9   revenue increase, and American benefits if                13:23

10  JetBlue revenue increase.  And that creates               13:23

11  incentives, according to economic theory, to              13:23

12  raise price in a way that's mutually beneficial            13:23

13  for JetBlue and American along the particular             13:23

14  markets that I've studied.  And that's laid out           13:23

15  in Section 4 of the report.                               13:24

16           Of course the NEA is more broad than             13:24

17  only the sharing of revenue.  It also creates an          13:24

18  avenue for capacity coordination.  And I've               13:24

19  considered the arguments that were put forth by           13:24

20  the defendants' economist in the course of the            13:24

21  investigation, and also put forth by Dr. Israel           13:24

22  in his expert report that the NEA would provide           13:24

23  unilateral incentives for each party to expand            13:24

24  output.                                                   13:24

25           And I've pointed out both in my report           13:24

1                       N. MILLER

2    and in my initial report, reply report, that it          13:24

3    would be inappropriate to consider those                 13:25

4    unilateral incentives in a context in which              13:25

5    JetBlue and American are coordinating.                   13:25

6              In fact, if they were to act on the            13:25

7    unilateral incentives of the MGIA to expand              13:25

8    capacity instead of coordinating capacity with           13:25

9    each other, the effect would be that each party          13:25

10   would subsidize unprofitable expansion of the            13:25

11   other and thereby exploit the other partner.             13:25

12   Joint profits would go down.                             13:25

13             And therefore, it does not seem                13:25

14   reasonable or likely that decisions taken in the         13:25

15   midst of capacity coordination would undermine or        13:25

16   alter the effects of revenue sharing on pricing          13:25

17   incentives that the agreement creates.                   13:26

18             And that is the way that my model              13:26

19   captures the incentives that are created by the          13:26

20   NEA.                                                     13:26

21        Q.   Okay.  Thank you.                              13:26

22             So in Section 4.1 of your initial              13:26

23   report, around page 21, you lay out your argument        13:26

24   that incentive alignment, not a change in                13:26

25   coordination or control, is what makes a                 13:26

1                        N. MILLER

2  collaboration akin to a merger; right?                13:26

3     A.    Well, you know, mergers can create a         13:26

4  whole host of effects involving control that are      13:26

5  not going to be in play here.  But the incentives     13:26

6  created by the NEA for pricing are going to be         13:26

7  the same incentives that are created by a merger       13:26

8  among competitors with respect to pricing in          13:27

9  terms of the ability to recapture sales that are      13:27

10 lost when prices go up.                                13:27

11    Q.    Okay.  So where did you get your             13:27

12 theory that incentive alignment and not also          13:27

13 coordination or control permits one to analyze a      13:27

14 collaboration as if it were a merger?                 13:27

15    A.    I've analyzed the terms of the NEA and       13:27

16 analyzed the incentives that they create.  And my     13:27

17 analysis of those incentives is that by sharing       13:27

18 revenue the NEA creates something that an             13:27

19 economist would call upward pricing pressure,         13:27

20 which is a reference to the notion that when one      13:27

21 firm, maybe American, raises price and loses          13:28

22 customers, it's able to recapture some customers      13:28

23 on the products of the other airline, maybe           13:28

24 JetBlue.                                               13:28

25              And here "recapture," that might be a    13:28

1                        N. MILLER

2   merger term.  But the point is you divert sales          13:28

3   in a way that the lost sales with the NEA in             13:28

4   effect are still revenue that's meaningful.              13:28

5              And so this is a straightforward              13:28

6   conclusion of economic theory in its application         13:28

7   to the NEA agreement.                                    13:28

8        Q.    I think I gave you a vague question           13:28

9   here.  Let me put it to you this way.  I can find        13:28

10  literature, for example, involving the                   13:28

11  competitive effects of partial acquisitions which        13:28

12  indicates that incentives along with coordination        13:28

13  and control matter to an analysis.  But I cannot         13:29

14  find anything saying that coordination or control        13:29

15  do not matter and so you can focus solely on             13:29

16  incentives.                                              13:29

17             Can you point me to something?                13:29

18       A.    The article that I cite to construct          13:29

19  modified Herfindahl indices -- and I will give           13:29

20  you the cite here in a moment --                         13:29

21       Q.    Is that the Salop O'Brien article?            13:29

22       A.    Yeah, the Salop O'Brien article               13:29

23  provides a framework for understanding agreements        13:29

24  that involve changes in incentives and changes in        13:29

25  control where the effect of the incentives can be        13:29

```
 1                    N. MILLER
 2  capacity decisions along the routes, along the        14:31
 3  markets that I examined in my report.  They touch     14:31
 4  the NEA airports.                                     14:32
 5       Q.    And specifically does that mean that       14:32
 6  they jointly set capacity on those routes as they     14:32
 7  would if they were merged?                            14:32
 8       A.    No, I don't need to make an assumption     14:32
 9  about that.  A merger, as you know, has a whole       14:32
10  host of other issues related to control that          14:32
11  could introduce different outcomes than you would     14:32
12  get from a pure change in incentives.                 14:32
13       Q.    So for the purpose of this sentence in     14:32
14  footnote 68, any coordination of capacity on the      14:32
15  route suffices?                                        14:32
16       A.    The NEA coordination.  The                 14:32
17  coordination terms that are laid out in the NEA       14:33
18  suffice.                                              14:33
19       Q.    Why do they suffice?                       14:33
20       A.    Because if they can coordinate             14:33
21  capacity, then they're going -- they have an          14:33
22  incentive to realize the higher profits that the      14:33
23  NEA allows and to avoid any exploitative capacity     14:33
24  growth that would or could occur if either of the     14:33
25  carriers makes unilateral capacity decisions in       14:33
```

Page 185

1                          N. MILLER

2  its own interest at the expense of its partner.        14:33

3       Q.    But doesn't that just return us back        14:33

4  to the idea that they are setting capacity in          14:33

5  order to promote joint profit maximization as          14:34

6  they would if they were merged?                        14:34

7       A.    I haven't modeled specifically the          14:34

8  capacity-setting process.  However, I don't see a      14:34

9  reason that through the coordination process that      14:34

10 American and JetBlue would take -- would refrain       14:34

11 from obtaining outcomes that don't undermine the       14:34

12 profits they're able to get by softening price         14:34

13 competition.                                            14:34

14      Q.    But you changed a lot of my question.       14:34

15 What I'm asking you is the profit-maximizing           14:34

16 solution that they reach under your model, at          14:34

17 least on nonstop overlap routes, is the same as        14:34

18 they would reach in a merger; right?                    14:35

19      A.    If the merger is modeled as involving       14:35

20 a change in incentives and internalization of          14:35

21 pricing incentives, as many models are but not         14:35

22 all, and if we set aside the presence of any           14:35

23 smaller connect competitors on the nonstop             14:35

24 routes, then yes, that would be correct.               14:35

25      Q.    Okay.  So you then contrast what you        14:35

Page 186

1                          N. MILLER

2    said occurs as a mechanical matter with a          14:35

3    behavior point.  You say they behave as though     14:35

4    they share profits according to a static formula   14:35

5    based on their pre-NEA capacities; that is, as      14:35

6    though profits are split according to fixed         14:35

7    proportions.                                        14:35

8               So that turns out to be a ratio of       14:36

9    57 percent for JetBlue and 43 percent for          14:36

10   American; right?                                    14:36

11       A.    Yes, that's what I've been able to        14:36

12   calculate.                                          14:36

13       Q.    Okay.  So what you're saying, then, is    14:36

14   that they go through the motions of acting          14:36

15   consistent with the terms of the MGIA but behave    14:36

16   as though at all times JetBlue will get             14:36

17   57 percent of the revenues and American will get    14:36

18   43 percent.                                         14:36

19       A.    In the pricing -- in the pricing          14:36

20   decision, yes, that's what I assume.                14:36

21       Q.    Okay.  Do you have any reason to          14:36

22   believe that at the present time American and       14:36

23   JetBlue with respect to the NEA routes are          14:36

24   behaving as though they are sharing profits in      14:36

25   these fixed proportions?                            14:36

Page 187

```
 1                        N. MILLER
 2      A.     Yes, I do.                              14:36
 3      Q.     And what is that?                       14:36
 4      A.     The airline industry, as I've           14:37
 5  articulated it, and also Dr. Israel has            14:37
 6  articulated it, can be conceptualized as           14:37
 7  involving two decisions:  one, capacity, and       14:37
 8  then pricing.  And that makes sense because in     14:37
 9  order for airlines to post prices and for          14:37
10  consumers to buy tickets, there's got to be a      14:37
11  route that's been scheduled.                       14:37
12           At the time prices are set, therefore,    14:37
13  the capacities are predetermined and already set.  14:37
14  And so in effect, when it comes to the pricing     14:37
15  decision, the fixed proportion is the proper       14:37
16  characterization of the economic incentives of     14:37
17  JetBlue and American under the NEA insofar as it   14:38
18  comes to their pricing.                            14:38
19      Q.     I didn't ask you whether it was the     14:38
20  proper characterization.  I asked you more of an   14:38
21  empirical question.                                14:38
22      A.     Oh.                                     14:38
23      Q.     Do you have any evidence that they are  14:38
24  in fact behaving as though they are sharing        14:38
25  profits in these fixed proportions?                14:38
```

Page 188

1                        N. MILLER

2          A.     And apologies.  I gave you an answer          14:38

3    based on economic theory.  You know, as we've            14:38

4    gone over a number of times and as I've outlined         14:38

5    in my report and reply report, I don't think a          14:38

6    comparison of data from before and after is an          14:38

7    appropriate way to understand the competitive           14:38

8    effects of the NEA either directly on prices or         14:38

9    on the behavior of carriers.                            14:38

10          So no, I don't have empirical evidence            14:38

11   that they're behaving this way.                         14:38

12          Q.     Okay.  Could you turn to page 189 of       14:38

13   your initial report.                                    14:39

14          MR. WALL:  It's 2:40.  I don't want to           14:39

15   have to do math at this point.  I apologize to         14:39

16   everybody.                                             14:39

17   BY MR. WALL:                                           14:39

18          Q.     So -- okay.  So 14.2 entitled "Supply"    14:39

19   introduces a set of equations.                         14:40

20          Am I correct that the equation in               14:40

21   Paragraph 400 and the beginning of the bottom of       14:40

22   page 189 captures the logic of your simulation?        14:40

23          MR. DeRITA:  Objection to form.                 14:41

24          THE WITNESS:  This equation shows the           14:41

25   objective function of JetBlue and American in          14:41

1                          N. MILLER

2                  C E R T I F I C A T E

3

4    DISTRICT OF COLUMBIA

5            I, JOHN L. HARMONSON, a Notary Public

6    within and for the District of Columbia, do

7    hereby certify that NATHAN H. MILLER, Ph.D., the

8    witness whose deposition is hereinbefore set

9    forth, was duly sworn by me and that such

10   deposition is a true record of the testimony

11   given by such witness.

12           That before completion of the

13   proceedings, review and signature of the

14   transcript was requested.

15           I further certify that I am not related

16   to any of the parties to this action by blood or

17   marriage; and that I am in no way interested in

18   the outcome of this matter.

19           IN WITNESS WHEREOF, I have hereunto set

20   my hand this 22nd day of August, 2022.

21

22           _____

23           JOHN L. HARMONSON, RPR

24           My commission expires: 04/14/26

25