# EXHIBIT F

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* *Plaintiffs*, v. AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION *Defendants*. | Case No. 1:21-cv-11558 |

**INITIAL EXPERT REPORT OF ROBERT J. TOWN, Ph.D.**

**June 9th, 2022**

industry concentration and facilitated capacity reductions. While there are some obvious unilateral capacity effects associated with some of these mergers (e.g., dehubbing), the features of the airline industry that facilitate coordination and/or accommodation also present problems for evaluating post-merger unilateral capacity decisions. When one of the effects of a merger is to facilitate coordination and/or accommodation, the anticompetitive effects of that merger may not be limited to decisions made by the merged carrier and may not be limited to routes where the merging parties' operations overlaps; this complicates the identification of unilateral anticompetitive effects because potential benchmarks for measuring unilateral decisions may be confounded. For this reason, I focus on aggregate effects for the remainder of this section.

### 1. Competition and role of capacity in the airline industry

43. Capacity in the airline industry is defined as the ability to transport a certain number of passengers in a particular period and is often measured as ASM. Airlines publish flight schedules, including the number of flights for each route and the number of available seats on each flight, for a certain time well ahead of the period of the scheduled flights.[108] The flight schedules make a certain amount of capacity available for sale, and airlines use sophisticated pricing practices, known as "yield management," to maximize the amount of revenue from the sale of tickets for a given capacity.[109] Modern yield management leverages advancements in machine learning and accomplishes this goal by offering tickets at a variety of different prices and under various terms and restrictions, depending on the number of seats the airline has already sold at a given point in time.[110] The impact of yield management is well known, even to casual travelers who are aware that they often pay less by booking earlier and may sit next to someone on the flight who paid significantly more or less for a seat.

---

Kessides, "Living by the 'Golden Rule': Multimarket Contact in the U.S. Airline Industry." The Quarterly Journal of Economics Vol 109. No. 2, (1994); Miller, Amelia R.,"Did the airline tariff publishing case reduce collusion?," *The Journal of Law and Economics*, Vol. 53, No. 3, (2010): pp. 569-586, ("Miller (2010)"); Ciliberto, Federico, Eddie Watkins, and Jonathan W. Williams, "Collusive pricing patterns in the US airline industry." *International Journal of Industrial Organization*, Vol. 62, (2019): pp. 136-157, ("Ciliberto et al. (2019)".

[108] *See, for example*, OAG, "Global Airlines Schedule Data," available at https://www.oag.com/airline-schedules-data (accessed June 9, 2022).

[109] *See, for example,* Netessine, Serguei and Robert Shumsky, "Introduction to the Theory and Practice of Yield Management." *INFORMS Transactions on Education*, Vol. 3., No. 1 (2002): pp. 34-44. The authors state that "American Airlines credits yield management techniques for a revenue increase of $500 million/year," at p. 34. In the airline industry, "yield" is a technical term equal to passenger revenue divided by revenue passenger miles. RASM and yield are metrics used in the airline industry to evaluate average prices.

[110] *See, for example*, AAB6-RC-00062046 at -090-093 and -116.

## VI. CONCLUSION

155. Over the last decade and a half, the airline industry has been transformed by consolidation. I find that this increased consolidation facilitated a period of capacity discipline amongst the legacy air carriers. By the mid- to late-2010s, capacity discipline began to weaken, initiating a period of increased capacity expansion. Economic evidence shows that JetBlue did not restrain its capacity growth during the capacity discipline period, however, rather it engaged in disruptive growth. Thus, the NEA risks facilitating a new period of capacity discipline as it effectively increases industry concentration as well as brings a fast growing "maverick" airline into the fold.

156. The Defendants claim that the NEA will provide significant consumer benefits through a variety of network enhancements. The Defendants' claims of consumer benefits rest on comparing NEA planned network to American and JetBlue's network in 2019. However, prior to the NEA, both airlines had independent plans to expand their networks at NEA airports. Furthermore, as JetBlue faces binding aircraft constraints, the planned NEA expansions are unlikely to be realized without reducing capacity at non-NEA airports. Finally, many of the purported gains from the NEA could be achieved by other means. Thus, the Defendants grossly overstate the likely consumer benefits, if any, of the NEA.

_____
Robert J. Town, Ph.D.
June 9th, 2022