UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES GROUP INC. and )<br>JETBLUE AIRWAYS CORPORATION )<br>)<br>Defendants. )<br>) | Case No. 1:21-cv-11558-LTS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Seth J. Wiener as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dated: September 6, 2022

/s/ Seth J. Wiener
Seth J. Wiener
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 307-6349
seth.wiener@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Seth J. Wiener, hereby certify that on September 6, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 6, 2022        /s/ Seth J. Wiener
                                             Seth J. Wiener