UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**AMERICAN AIRLINES GROUP INC. AND JETBLUE AIRWAYS CORPORATION'S MOTION FOR AN ORDER OF CONTINUED IMPOUNDMENT OF CONFIDENTIAL MATERIALS RELATING TO MOTIONS IN LIMINE**

Pursuant to Local Rule 7.2 and the Stipulated Protective Order in this case (ECF No. 99), Defendants American Airlines Group Inc. and JetBlue Airways Corporation (collectively "Defendants") respectfully move the Court for an order of continued impoundment until further order of the court as to limited portions of the Expert Report of Ronald DiLeo, dated July 11, 2022 ("DiLeo Report"), which was previously submitted to the Court as Exhibit 1 to Plaintiffs' Motion *in Limine* to Exclude Testimony of Defendants' Expert Ron DiLeo.[1]

This document contains information Delta Air Lines ("Delta") has designated as Confidential, and United Airlines ("United") and Alaska Airlines ("Alaska") have designated as Highly Confidential, under the terms of the Stipulated Protected Order entered in this case. ECF No. 99.

---

[1] Along with Plaintiffs' motion *in limine*, Plaintiffs filed an Unopposed Motion to Temporarily Impound Confidential Materials Relating to Motions *In Limine*, which requested the Court to impound certain exhibits referenced in those motions for seven calendar days. The Court granted Plaintiffs' Motion to Temporarily Impound Confidential Materials. This Motion is for the continued impoundment of one of those exhibits beyond the limited seven-day period initially requested by Plaintiffs.

1

The Stipulated Protected Order requires Defendants to seal any such information that a third party has designated as Confidential or Highly Confidential when it is filed on the public docket. *See id*. ¶ 17. Defendants' request for sealing is narrowly tailored. Defendants seek only to seal the excerpts from the DiLeo Report that discuss and reference this third party information. This ensures that detailed third-party information will remain confidential and protects the respective third parties' commercial interests while permitting the public to have the fullest possible access to the DiLeo Report.

Accordingly, and pursuant to the Stipulated Protective Order, Defendants respectfully request that the Court continue to seal limited portions of the exhibit to protect this information designated as Confidential or Highly Confidential by each of Delta, United, and Alaska. Defendants have redacted the DiLeo Report, attached hereto as Exhibit 1, to seal only the relevant confidential material. If the instant motion is granted, Defendants will file Exhibit 1 on the public docket.

Defendants have met and conferred with Plaintiffs as required by Local Rule 7.1, and Plaintiffs do not oppose this motion.

Dated: September 9, 2022

Respectfully submitted,

 /s/ Daniel M. Wall
Daniel M. Wall (*pro hac vice*)
Elizabeth C. Gettinger (*pro hac vice*)
Elise M. Nelson (*pro hac vice*)
Nitesh Daryanani (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
dan.wall@lw.com
elizabeth.gettinger@lw.com
elise.nelson@lw.com
nitesh.daryanani@lw.com

Ian R. Conner (*pro hac vice*)
Michael G. Egge (*pro hac vice*)
Farrell J. Malone (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
Marguerite M. Sullivan (*pro hac vice*)
Tara L. Tavernia (*pro hac vice*)
Seung Wan Paik (*pro hac vice*)
Jesse A. Vella (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
allyson.maltas@lw.com
ian.conner@lw.com
michael.egge@lw.com
farrell.malone@lw.com
marguerite.sullivan@lw.com
andrew.paik@lw.com
tara.tavernia@lw.com
jesse.vella@lw.com

David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant
American Airlines Group Inc.*

/s/ Richard Schwed
Richard Schwed (*pro hac vice*)
Matthew L. Craner (*pro hac vice*)
Jessica K. Delbaum (*pro hac vice*)
Leila Siddiky (*pro hac vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com
leila.siddiky@shearman.com

3

Brian Hauser (*pro hac vice*)
Ryan Leske (*pro hac vice*)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com
ryan.leske@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, Defendants have met and conferred with Plaintiffs regarding the relief requested in this motion, and Plaintiffs do not oppose this motion.

/s/ Daniel M. Wall
Daniel M. Wall

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Daniel M. Wall
Daniel M. Wall