# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3

 4   _____
                                   )
 5   UNITED STATES OF AMERICA,     )
     et al.,                       )
 6                                 )
             Plaintiffs,           )   Civil Action
 7                                 )
     vs.                           )No. 1:21-cv-11558-LTS
 8                                 )
     AMERICAN AIRLINES GROUP       )
 9   INC. and JETBLUE AIRWAYS      )
     CORPORATION,                  )
10                                 )
             Defendants.           )
11   _____)

12

13

14

15       DEPOSITION OF NATHAN H. MILLER, Ph.D.

16                  Washington, DC

17                 August 17, 2022

18

19

20

21

22

23

24   Reported by:  John L. Harmonson, RPR

25   Job No. 213777
```

Page 124

1           N. MILLER

2   Justice entitled "Evaluating the Performance of

3   Merger Simulation:  Evidence from the U.S.

4   Airline Industry."

5   BY MR. WALL:

6       Q.   You were going to find me the language

7   you were talking about.  I will note for the

8   record that in the abstract the second sentence

9   is:  "I find that standard simulation methods

10  which measure the effect of the change in

11  ownership on unilateral pricing incentives do not

12  generally provide an accurate forecast."

13      A.   Yeah.  So I think the most relevant

14  paragraph, and I'll read it, is the paragraph

15  that appears just before the conclusion in which

16  he says:  "The unifying theme in this analysis is

17  that the oligopoly model used here and in nearly

18  all other merger simulations does not allow one

19  to distinguish among several plausible hypotheses

20  explaining the observed pattern of post-merger

21  price effects.  While this leaves a great deal of

22  uncertainty about precisely what accounts for

23  these effects" -- the effects being what he's

24  estimated -- "the results are nonetheless

25  informative about what does not account for them,

Page 125

1            N. MILLER

2    at least to not a significant degree.  In

3    particular, it appears that post-merger entry and

4    exit and demand side effects of changes in flight

5    frequency and airport presence played a

6    relatively minor role in determining the impact

7    of these mergers on prices.

8              "In short, the result suggests that in

9    order to assess the likely effects of airline

10   mergers on consumer welfare, an important focus

11   should be on our understanding of the role of

12   cost and firm conduct.  While merger simulation

13   can be useful to understand the effect of a

14   merger on unilateral pricing incentives" -- and

15   that's the way I've used it -- "such methods are

16   likely to yield unsatisfactory predictions of a

17   merger's overall effect, at least in the context

18   of the airline industry, unless richer models of

19   firm conduct are incorporated into the

20   methodology."

21             Elsewhere in the other article he

22   discusses why he believes that in the mergers

23   that produced greater price effects than are

24   predicted by the model, it's likely due to

25   coordination between airlines.

```
                                                      Page 164
 1                    N. MILLER
 2           MR. DeRITA:  Objection to form and
 3   assumes facts.
 4           THE WITNESS:  There was a long prelude
 5   there, and the question seemed to change the
 6   subject.  So let me try to answer the question at
 7   the end.  And the question at the end is would
 8   other carriers on the routes, without taking a
 9   stand on who they are because I haven't looked
10   into the details of this particular market and
11   this particular time, my -- typically I assume,
12   and the assumption of economics, is that prices
13   are set to maximize profit.  And so I would -- I
14   would typically think that other competitors see
15   these prices and react accordingly.
16   BY MR. WALL:
17       Q.   So your conclusion that the NEA
18   functions like a partial or complete acquisition
19   of ownership is based in the first instance on
20   your understanding of the revenue-sharing terms;
21   right?
22           MR. DeRITA:  Objection; misstates
23   testimony.
24           THE WITNESS:  Two observations.  I've
25   tried to model the NEA itself, not simply assume
```

1                    N. MILLER

2    it's a merger or a transfer of ownership.  And

3    that's the way I think of the simulation model.

4    The simulation model and the analysis I presented

5    in Section 4 of my initial report and Section 2

6    of the reply report are based on my understanding

7    of the MGIA which details the revenue-sharing

8    terms within the NEA as well as the

9    superstructure put in place by the NEA that

10   describes and provides a mechanism for how

11   American and JetBlue can coordinate their

12   decisions on capacity and other related things.

13   BY MR. WALL:

14        Q.    Okay.  Before I get back to that, you

15   mentioned before that, and kind of alluded to in

16   this answer, that there is a difference in your

17   simulation between a generic merger simulation.

18   What is the difference?

19        A.    The difference is that my model

20   incorporates the terms of the NEA, and I will

21   give you examples.

22             Example 1 is that a merger simulation

23   would assume that when, for example, JetBlue

24   determines its prices on one of its nonstop

25   routes that it fully internalizes the effect of

1               N. MILLER

2   competition, the effect of those prices on a

3   competing American connect route.  Whereas an

4   analysis of the NEA terms would indicate that it

5   should only partially internalize the effect of

6   its pricing on an American connect route in which

7   it's in competition because only part of the

8   revenue on the connect route is subject to the

9   revenue sharing in the NEA.

10           So that's one way the model differs

11  from a merger agreement.

12       Q.   Anything else?

13       A.   A second reason it differs is that the

14  simulations that I've done that inform my

15  baseline results on the unilateral effects of the

16  NEA are confined to routes that touch the NEA,

17  have an endpoint or begin at an NEA airport or

18  are otherwise affected -- and these are the other

19  affected markets served by the revenue-sharing

20  terms.  But there are other routes that are not

21  affected by the NEA because they're outside the

22  scope of the NEA, and I do not forecast in my

23  baseline results harm along those routes.

24           There may be other smaller differences

25  that I list in the report, but those are the ones

1           N. MILLER

2     that are most meaningful, I believe.

3          Q.   In the case of nonstop overlap routes

4     that touch the NEA airports, how, if at all, does

5     your simulation differ from a generic merger

6     simulation?

7          A.   Those routes also can feature connect

8     traffic from American or JetBlue, or possibly

9     both.  And in those settings, the effects of the

10    competing nonstop, the prices that are put on the

11    competing nonstop route -- or on the connect

12    route are only partially internalized, which is

13    consistent with the terms of the NEA.

14         Q.   Okay.  So if I understand it, what

15    you're saying is, say for example, San Francisco

16    to New York, that some amount of the passengers

17    are going to go New York, Chicago, to San

18    Francisco.  In a generic merger simulation, that

19    would be fully internalized.  But in this

20    simulation, that particular feature of the

21    connect traffic that competes with the nonstop

22    traffic is subject to partial internalization?

23         A.   That's correct.

24         Q.   Okay.  Anything else besides that?

25         A.   As I said, aside from the, you know,

1                    N. MILLER

2    trying to constrain it only to NEA markets, I

3    think those are the big two that came to mind.

4    But I'll refer you to the report because there

5    might be nuances that come up, you know, looking

6    at different markets.

7         Q.    Okay.  So focusing back on the

8    importance of revenue sharing, is it appropriate

9    to analyze the effects of the NEA on routes in

10   which the parties do not share revenues as a

11   merger?  Let me say that again.  I kind of

12   botched it.

13              Is it appropriate to predict the

14   competitor effects of the NEA on nonstop overlap

15   routes on which the parties do not share revenue?

16              MR. DeRITA:  Objection to form.

17              THE WITNESS:  It can be appropriate.

18   And I believe that I've done so in my report in

19   the sense that I've tried to get a sense for how

20   outcomes might change in other markets if the

21   competitive effects of the NEA extend beyond what

22   is explicitly covered in the NEA agreement.

23   BY MR. WALL:

24        Q.    I'm sorry.  I'm not talking about --

25   my question was limited to the nonstop overlap

1              N. MILLER

2   extent that JetBlue and American would act on the

3   unilateral incentives to expand capacity that are

4   as claimed by the defendants' economists in the

5   course of the investigation, that the effect of

6   that would be to reduce the joint profitability

7   of American and JetBlue because those actions

8   would exploit the other partner.  And so that's

9   the sense in which I analyzed it.

10       Q.   So do I understand that you are

11  comparing that outcome that they act on their

12  unilateral incentives to expand capacity to a

13  benchmark of joint profit maximization?

14       A.   I would not characterize it precisely

15  that way.  I've assumed something close to joint

16  profit maximization in the pricing stage, but

17  it's not exact because it's respecting the

18  specific terms of the MGIA and how revenues are

19  shared.

20            And then in the capacity stage, I hold

21  the capacity schedule fixed as it appears in

22  2019, and I don't model changes in capacity that

23  might be conducted by American or JetBlue, but I

24  do point out that to the extent that capacity

25  increases occur because they're subsidized by the

Page 108

1                    N. MILLER

2        Q.    Are you at least generally aware that
3   his approach in his 2013 expert report was to
4   make predictions regarding the effects of the
5   American-US Airways merger based upon a
6   retrospective study of the United-Continental
7   merger?
8        A.    No.
9              MR. DeRITA:  Objection to form.
10  BY MR. WALL:
11       Q.    You didn't know that?
12       A.    No, I did not know that.
13       Q.    Are retrospective analyses of
14  transactions relevant or useful for determining
15  the reliability of results from merger
16  simulations?
17             MR. DeRITA:  Objection to form.
18             THE WITNESS:  That depends on the
19  implementation of the retrospective and on how
20  similar the event -- the historical event being
21  described is to the event being examined in the
22  model.
23             To put some meat on that, in the case
24  of United-Continental, and in the case of
25  American-US Air, both of these events involve a

1            N. MILLER

2    merger that was approved by the Department of

3    Justice subject to divestitures which ameliorate

4    anticompetitive concern.

5             And so the usefulness of a comparison

6    of the estimated effects in a regression to a

7    simulation result may not be informative even

8    setting aside questions of implementation.

9    BY MR. WALL:

10       Q.   I was asking something a little bit

11   more specific.  Do you find any utility in using

12   a retrospective analysis to determine whether the

13   results of a merger simulation are reliable?

14       A.   Again, it can be informative.  But

15   whether it is informative will depend on the

16   quality of implementation and on the

17   comparability between the event being studied and

18   the retrospective, and the event being studied in

19   the simulation.

20             And in my previous answer I gave you

21   an example for why we might not think that would

22   be the case, comparing the merger events that

23   occurred in the airlines over the last 14 years

24   to the simulation model of the NEA that I use.

25       Q.   You wrote an article in 2017 published

1                    N. MILLER

2         A.    As I've stated before, there's

3    numerous obstacles for isolating an effect of an

4    agreement like the NEA in data that we've talked

5    about.  And I'm not optimistic those can be

6    overcome in this instance.

7         Q.    Okay.  I want to switch topics a

8    little bit and talk about retrospectives again.

9              MR. DeRITA:  Before we move on, I just

10   want to put on the record some objections to this

11   document.  I want to preserve all objections on

12   it.  We haven't seen this document before.  It

13   wasn't produced in advance.  We have no way of

14   knowing whether the numbers are accurate.

15             In addition to the objections, also we

16   would like you to commit to producing any backup

17   that went into making this document.

18             MR. WALL:  We're happy to do that.

19   That's fine.

20             THE WITNESS:  Can I give this to

21   somebody just to clear some space in front of me?

22             (Off the record.)

23   BY MR. WALL:

24        Q.    So retrospectives.  Could you please

25   explain your position as to the value of airline

Page 102

1        N. MILLER
2   merger retrospectives in predicting the effects
3   of the NEA?
4        A.   Well, the NEA creates incentives that
5   are similar in many respects to those that are
6   created by a merger.  And so it is natural to
7   look into whether merger retrospectives can be
8   used to make inferences about competition.
9             Of course, I've looked into whether
10  that would be promising.  Some of my own research
11  looks into that.  And I find that in the context
12  of airlines, isolating the effect of a merger on
13  fares is quite difficult to do.  And given that,
14  despite the initial appeal, I don't view the
15  airline retrospectives as providing much useful
16  information about the likely competitive effects
17  of the NEA.
18       Q.   Okay.
19            MR. WALL:  Can you pull up the merger
20  guideline, please?
21            MS. NELSON:  An exhibit or just
22  reference?
23            MR. WALL:  Just reference.
24  BY MR. WALL:
25       Q.   So I gather it is your position that