# EXHIBIT E

Clean Team Document

# AA and B6

# Project Garland

## Proposal

April 17, 2020

**Clean Team Meeting Document**

Privileged and Confidential, Attorney Client Work Product

Clean Team Document

PLAINTIFFS EXHIBIT
PX0286
1:21-CV-11558

Confidential Commercial Information

Project Garland - Proposal | Privileged and Confidential, Attorney Client Work Product

## Objective/Proposal

- Maximize customer value and connectivity in JFK, LGA, and BOS
- Improve overall relevance and competitiveness in the Northeast region
- To accomplish this AA and B6 would enter into a "metal neutrality" agreement that incentivises both carriers to provide a better and robust network and customer experience
- The Proposal contains revenue sharing and capacity governance to ensure mutual benefit for the carriers and enhanced experience for our customers

## Scope

The scope of this proposal includes all AA and B6 flying into / out of JFK, LGA, and BOS airports.  This includes AA Domestic and International flying and B6 Domestic and International flying (excludes B6's potential TATL flying)



## Deal Structure

The Deal will be structured to be mutual beneficial for both carriers and their customers

**Revenue Share Model** – designed to create "metal neutrality", equitable share of synergies, resulting in better and enhanced customer experience

- Set baseline for each carrier
- Share incremental value created based on flown capacity
- Includes all passenger revenue and limited passenger variable costs

**Capacity Governance** –carrier capacity deployment governance by both carriers to:

- Maximize customer value and connectivity in JFK/LGA/BOS
- Explore possible slot swaps
- Improve relevance and overall competitiveness in the Northeast region

**Other Synergies** – beyond revenue and capacity synergies, many more benefits including:

- Frequent Flyer benefits and alignment
- Oneworld membership
- Set SPAs between the carriers
- Co-location
- Joint corporate dealing

Clean Team Document