# EXHIBIT G

# HIGHLY CONFIDENTIAL



## Transcript of **Dennis W. Carlton, Ph.D.**

Tuesday, August 23, 2022

*U.S. v. American Airlines and JetBlue Airways*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 119166

1   of questions they're going to ask me.  But I would

2   say my report speaks for itself and that, as I said

3   earlier, my understanding is that Dr. Israel has

4   examined those incentives to expand capacity and that

5   I would say it's important to do so.

6              You can't ignore those incentives and that

7   to the extent, for example, that Dr. Miller or Dr.

8   Town has ignored those, that would be narrow.  To me,

9   that covers almost everything I say.  Again, I'd be

10  happy to go through my report if you can see

11  something else where I talk about the incentives.

12  But that's my recollection of what I say about the

13  incentives.

14       Q.    Let me ask you to assume that there is an

15  alliance without a separate agreement that creates

16  any incentives with respect to expanding or reducing

17  capacity and all you had was the ability to

18  coordinate capacity on a particular route from A to

19  B.  Would you expect that arrangement to create

20  adverse horizontal effects?

21       A.    Well, I think it depends.  Again, if you

22  just look at a market, say, an O and D market and you



1  had two firms and there were two extreme examples.

2  Suppose those are the only two firms and suppose

3  entry is not likely.  If you said to me, Dennis, what

4  do you think about a joint venture between those two

5  firms in which they -- the first firm chooses the

6  capacity on the route for the second one.  I'd say

7  that doesn't sound desirable to me unless there's

8  some other effect that I'm missing.

9            So I was giving you a stark example of

10 where I would be opposed.  On the other hand, it's

11 easy for me to envision situations where someone

12 might say, listen, you know, as part of our venture,

13 let's, for example, make better utilization of planes

14 or better utilization of slots or, you know,

15 something else.  Or as in the case of, as I

16 understand the MGIA, as Dr. Israel has explained that

17 it creates an incentive to capacity, you'd have to

18 consider those other things.

19            But if you're just asking me, in my stark

20 example, I'd like to think about it some more, but

21 just in that stark example, it seems like I would --

22 unless I knew more, my initial reaction is I would be



1    probably opposed to allowing a joint venture between

2    the only two carriers between an O and a D unless

3    there's some offsetting considerations that I'm

4    missing.

5          Q.    Why would you be opposed to something like

6    that that you just described?  What is the mechanism?

7          A.    Well, the mechanism is that capacity would

8    be that the two firms would have a collective

9    incentive to reduce capacity and drive up fares.

10    That's again a stark example of an O and a D.  And as

11    I talk about in our paper in 2019, you'd have to take

12    account of the vertical effects.  And it can be that

13    even on overlap routes, once you have taken account

14    of connecting flights and how the network

15    connectivity is improved as a result of the merger,

16    then all bets are off and you'd have to do a more

17    detailed analysis and that's what we talk about in

18    our 2019 paper.

19          But if you just have -- you know, forget

20    about connecting flights -- you just have two

21    airlines, the Carlton Airline and the Heipp Airline

22    and all they go is between point O and point D and

1    you ask what do I think if Carlton and Heipp got

2    together and had a joint venture to determine

3    capacity. I don't think I'd be in favor of that.

4    All I'm saying is there are a lot of complications,

5    especially in the airline industry, where you have to

6    take kind of network structure.

7         Q.    Backing up a little bit, you have

8    testified as an expert witness in court, correct?

9         A.    Yes.

10        Q.    Have you ever been the subject of a

11   Daubert challenge?

12        A.    I believe so, yes.

13        Q.    Have you ever had any of your opinions or

14   testimony excluded from evidence?

15        A.    My recollection is I've never been in a

16   situation in which a significant opinion was

17   excluded. Mainly my recollection is that judges

18   restrict the testimony taken out of subjects and

19   don't want economists venturing into what's in public

20   policy interest as to how a law should be

21   interpreted. That's my recollection of the

22   instructions that have come from some of these