# Exhibit I

Leave to File Under Seal Requested