# EXHIBIT J

# JetBlue/American Northeast Alliance

## Overview of MGIA
## Presentation to the Antitrust Division

July 21, 2020

jetBlue 

Confidential Treatment Requested



DOJ-NEA-00002014

# Transaction Summary

## JetBlue and American entering into a series of agreements to enable NYC/BOS growth and increased competitiveness:

- **Northeast Alliance Agreement (NEA):** Umbrella agreement, including
  - Network/schedule optimization
  - Joint access across slot portfolio
  - Incremental revenue sharing

- **Mutual Growth Incentive Agreement (MGIA):** Incentivize optimization and expansion to increase consumer benefits
  - No pricing coordination; each carrier retains pricing independence

- **Codeshare Agreement**
  - JetBlue code on AA routes that touch JFK, LGA, EWR, and BOS
  - AA code on JetBlue routes that touch same airports, excluding transatlantic

- **Frequent Flyer Program (FFP) Agreement**

- **Potential follow-on agreements,** such as Lounge Access Agreement

- JetBlue is not joining **one**world (or the AA/IAG JBA)

Confidential Treatment Requested

DOJ-NEA-00002015

# MGIA Preserves Incentives To Compete/Grow

- Like any output-expanding venture, JetBlue and American share risks and rewards of network growth in accordance with their respective contributions

- To incentivize capacity expansion, parties have entered MGIA to share in incremental NEA revenue in proportion to capacity contributed

- The MGIA is designed to make each carrier indifferent as to which carrier an incremental passenger flies

- Parties expect roughly 50/50 split based on initial Alliance capacity

- **Pricing remains independent**

Confidential Treatment Requested

DOJ-NEA-00002016

# MGIA Agreement Overview

## NEA Route Scope:

- All AA domestic and international flying operated out of JFK, LGA, EWR, and BOS

- B6 domestic and non-transatlantic international flying operated out of JFK, LGA, EWR and BOS
    - Excludes any B6 European flying

## NEA Net Revenue:

- Net Revenue is sum of all revenues minus all included expenses, across all routes in the NEA

| Revenues | Expenses |
|---|---|
| 1) Passenger Revenue | 1) Credit Card Fees |
| 2) Fuel and Security Surcharges | 2) Travel Agency Commissions and Incentives |
| 3) Net Frequent Flyer Revenue | 3) GDS Fees |
| 4) Passenger Fees and Charges | |
| 5) AD-ID and Non-Commercial Revenue | |

*Net revenue is essentially passenger-related revenues less selling expenses*

Confidential Treatment Requested

# MGIA Mechanics

- Each carrier's **Net Revenue** is contributed to a Total Net Revenue Pool, from which each carrier recovers:

    1) Its "base" amount of revenue based on the capacity it operates, adjusted for current capacity, and

    $$\text{Base Revenue} = \frac{\text{Baseline Year Revenue}}{\text{Baseline Year Capacity}} \times \text{Current Year Capacity}$$

    2) Its share of "incremental revenue," which is the additional revenue (or loss) after Base Revenue is subtracted from the Total Net Revenue Pool

    $$\text{Incremental Revenue} = \text{Total Net Revenue Pool} - \text{Base Revenue}$$

- Excluding each carrier's Base Revenue from the Incremental Revenue calculation controls for each carrier's "pre-Alliance" position

- Sharing incremental revenue ensures that risks and rewards of network growth post-Alliance are split between the carriers

Confidential Treatment Requested

DOJ-NEA-00002018

5

# Alliance Shares Incremental Revenue Proportionally

- Incremental Revenue is split between the carriers based on "Attributed Share"

- Attributed Share = Each carrier's share of current period capacity (in ESMs)

- If joint unit revenue increases, all carriers share proportionally in the benefit; if joint unit revenue decreases, all carriers share proportionally in the deficit

- Alliance redistributes the pooled revenue based on each carrier's proportional share of total Alliance capacity



Attributed Share (%)
- American Airlines: 48%
- jetBlue: 52%

Confidential Treatment Requested

# Carriers' Retained Revenue

- A carrier's Retained Revenue for a given time period is equal to its Base Revenue plus its Attributed Share of Incremental Revenue



Revenue that carrier retains each year | Base Unit Revenue x Current Period ESMs | Incremental Revenue x Attributed Share

Confidential Treatment Requested
DOJ-NEA-00002020

## Transfer Payments May Be Required

- A transfer payment is required when a carrier's collected Net Revenue is more/less than its calculated Retained Revenue

- True-up/accounting to occur [twice] per year through clean team or other appropriate method



Confidential Treatment Requested

DOJ-NEA-00002021

# JetBlue/American Northeast Alliance

# Overview of MGIA Presentation to the Antitrust Division

**July 21, 2020**




Confidential Treatment Requested

# Transaction Summary

**JetBlue and American entering into a series of agreements to enable NYC/BOS growth and increased competitiveness:**

- **Northeast Alliance Agreement (NEA):** Umbrella agreement, including
  - Network/schedule optimization
  - Joint access across slot portfolio
  - Incremental revenue sharing

- **Mutual Growth Incentive Agreement (MGIA):** Incentivize optimization and expansion to increase consumer benefits
  - No pricing coordination; each carrier retains pricing independence

- **Codeshare Agreement**
  - JetBlue code on AA routes that touch JFK, LGA, EWR, and BOS
  - AA code on JetBlue routes that touch same airports, excluding transatlantic

- **Frequent Flyer Program (FFP) Agreement**

- **Potential follow-on agreements,** such as Lounge Access Agreement

- JetBlue is not joining **one**world (or the AA/IAG JBA)

2

Confidential Treatment Requested

# MGIA Preserves Incentives To Compete/Grow

- Like any output-expanding venture, JetBlue and American share risks and rewards of network growth in accordance with their respective contributions

- To incentivize capacity expansion, parties have entered MGIA to share in incremental NEA revenue in proportion to capacity contributed

- The MGIA is designed to make each carrier indifferent as to which carrier an incremental passenger flies

- Parties expect roughly 50/50 split based on initial Alliance capacity

- **Pricing remains independent**

*Confidential Treatment Requested*

3

# MGIA Agreement Overview

## NEA Route Scope:

- All AA domestic and international flying operated out of JFK, LGA, EWR, and BOS

- B6 domestic and non-transatlantic international flying operated out of JFK, LGA, EWR and BOS
  - Excludes any B6 European flying

## NEA Net Revenue:

- Net Revenue is sum of all revenues minus all included expenses, across all routes in the NEA

| Revenues | Expenses |
|---|---|
| 1) Passenger Revenue | 1) Credit Card Fees |
| 2) Fuel and Security Surcharges | 2) Travel Agency Commissions and Incentives |
| 3) Net Frequent Flyer Revenue | 3) GDS Fees |
| 4) Passenger Fees and Charges | |
| 5) AD-ID and Non-Commercial Revenue | |

*Net revenue is essentially passenger-related revenues less selling expenses*

4

# MGIA Mechanics

- Each carrier's **Net Revenue** is contributed to a Total Net Revenue Pool, from which each carrier recovers:

    1) Its "base" amount of revenue based on the capacity it operates, adjusted for current capacity, and

    $$\text{Base Revenue} = \frac{\text{Baseline Year Revenue}}{\text{Baseline Year Capacity}} \times \text{Current Year Capacity}$$

    2) Its share of "incremental revenue," which is the additional revenue (or loss) after Base Revenue is subtracted from the Total Net Revenue Pool

    $$\text{Incremental Revenue} = \text{Total Net Revenue Pool} - \text{Base Revenue}$$

- Excluding each carrier's Base Revenue from the Incremental Revenue calculation controls for each carrier's "pre-Alliance" position

- Sharing incremental revenue ensures that risks and rewards of network growth post-Alliance are split between the carriers

5

# Alliance Shares Incremental Revenue Proportionally

- Incremental Revenue is split between the carriers based on "Attributed Share"

- Attributed Share = Each carrier's share of current period capacity (in ESMs)

- If joint unit revenue increases, all carriers share proportionally in the benefit; if joint unit revenue decreases, all carriers share proportionally in the deficit

- Alliance redistributes the pooled revenue based on each carrier's proportional share of total Alliance capacity



Shared Net Revenue – Base Revenue = Incremental Revenue

American Airlines: 48%
jetBlue: 52%

**Attributed Share (%)**

6

*Confidential Treatment Requested*

# Carriers' Retained Revenue

- A carrier's Retained Revenue for a given time period is equal to its Base Revenue plus its Attributed Share of Incremental Revenue



Revenue that carrier retains each year

Base Unit Revenue x Current Period ESMs

Incremental Revenue x Attributed Share

7

*Confidential Treatment Requested*

# Transfer Payments May Be Required

- A transfer payment is required when a carrier's collected Net Revenue is more/less than its calculated Retained Revenue

- True-up/accounting to occur [twice] per year through clean team or other appropriate method



Confidential Treatment Requested

8