# EXHIBIT S

JETBLUE AIRWAYS CORPORATION                                    CONFIDENTIAL TREATMENT REQUESTED

| | |
|---|---|
| **From:** | Davidson, Reese |
| **Sent:** | Friday, May 15, 2020 3:48 PM |
| **To:** | Howard Mann;Kevin Healy;James Lundy |
| **Cc:** | Land, Robert;Schless, Adam |
| **Subject:** | RE: Follow Up on JetBlue UK CMA Support |
| **Attachments:** | UK meeting v2 RD 1013am.pptx; JetBlue Mint Impact 11-1-19.pdf; LHR through flights v8 (all slides).pdf |

Hi Campbell-Hill team,

Thank you for your time this morning and we look forward to working with you on this exciting project!

Attached are three recent decks we did, just to give you a sense of some of the material we've previously used.

Perhaps we could aim to have a check in call early next week?  In the meantime as you get underway, please feel free to reach out to me anytime with questions or if you want to bat around any ideas/concepts.

Thanks again and have a great weekend,
Reese

**From:** Howard Mann <hmann@av-econ.com>
**Sent:** Wednesday, May 13, 2020 7:15 PM
**To:** Davidson, Reese <Reese.Davidson@jetblue.com>
**Cc:** Kevin Healy <khealy@av-econ.com>; James Lundy <jlundy@av-econ.com>
**Subject:** Follow Up on JetBlue UK CMA Support

Reese,

I have included Kevin Healy and James Lundy from our office on this email.

We are very interested in working on this project and have reviewed the documents that you passed along.  Our initial ideas are as follows:

A.  Immunized Alliance competition is not as strong as LCC competition that JetBlue would provide.  We could provide:

a.  Analyze Transatlantic fares in monopoly nonstop routes vs. ones with only JV competition.  Focus on lack of fare competition, in total and by compartment.
b.  Domestic fare/yield curve examples where legacy carriers compete with each other on a nonstop basis vs. when they face JetBlue competition.  Highlight JetBlue's more significant competitive impacts.
c.  An analysis of how the introduction of Mint affected fares in long-haul routes such as NYC-LAX and apply this to business fares in the New York-London market for example.

B.  One-Stop Competition does have a significant impact on fares

a.  Highlight all the markets that B6 would access via one-stop from its BOS and NYC hubs with service to London.

1

**PLAINTIFFS EXHIBIT**
**PX0725**
1:21-CV-11558

JBLU02606761

b. Investigate examples where B6 entry on a one-stop basis has lowered legacy carrier fares serving routes on a nonstop basis.

c. Investigate if European low-cost carrier competition connecting service in markets provided effective fare competition to nonstop competitors. This is the basis for demonstrating the consumer benefits of a more effective competitor with JetBlue's superior product (especially Mint) in both direct nonstop routes and significant one-stop and connecting markets across the U.S.

d. Highlight that DL's previous route attempts with the remedy slots was a failure and other carriers cannot make these carveouts work on a nonstop basis. Therefore, the JV is giving up nothing. Connecting LCC competition is a far more effective solution.

Depending on the final scope after a discussion, we estimate the cost of the above tasks to be between $12,000 - $18,000.

After you review, can we have a call tomorrow to discuss and understand if there are other issues you would like us to address?

Thank you.

**Howard Mann**
Vice President

Campbell-Hill
Aviation Group, LLC

Campbell-Hill Aviation Group, LLC
700 N. Fairfax Street, Suite 300
Alexandria, Virginia 22314

Direct: 703-229-5659　Cell: 240-351-6322　Fax: 703-229-4307

www.av-econ.com

JBLU02606762



# JetBlue Meeting with
# The Right Honourable Grant Shapps, MP

March 5, 2020 – Washington, D.C.

Confidential – Do Not Distribute

# JetBlue will begin nonstop Boston/New York-London service in Spring 2021 with an Updated Mint Product



## JetBlue's Motivation:

- London is JetBlue's largest unserved market
- The New York and Boston fare environment is ripe for disruption, especially in the premium cabin where limited competition exists
- JetBlue will utilize a fleet of 26 A321NEO LR/XLR, with an updated Mint product, serving London beginning in Spring of 2021; additional service planned for 2022 and beyond

**London launch requires up to six, well-timed, slots to compete effectively; will ideally result in 3x daily service from BOS and JFK to LHR**

JBLU02606764

# JetBlue's expansive New York and Boston networks will stimulate Transatlantic demand across multiple O&Ds



# Nearly every LHR departure across North Atlantic is covered by a Joint Venture, the majority on AA/BA



## 2019 Departures from LHR to North America / Caribbean

| | |
|---|---|
| OneWorld JV | 56% |
| SkyTeam JV (includes VS) | 23% |
| Star Alliance JV | 21% |
| Non covered by JV (NZ*) | 1% |

* LHR-LAX service to end Oct 2020

**Current remedy slots reverting back to OneWorld JV in March 2021 would further contribute to the anti-competitive dynamics at LHR**

JBLU02606766

# We urge the UK Government and CMA to act decisively to address the anti-competitive environment at LHR and demonstrate that the UK is open for business in a post-Brexit world

- The EUs DG-COMP 2010 investigation resulted in AA/BA leasing out LHR remedy slots to new entrants; these slots revert back to AA/BA in March 2021 when the 10-year remedy expires

- We have met with the CMA numerous times to express our concerns over the anti-competitive concentration levels that exist in core U.S.-U.K. transatlantic markets like Boston-London

- It is imperative that CMA issue a Statement of Objections and ensure that the remedy slots can exist beyond March 2021 and be used by new entrants like JetBlue

- We also urge U.K. Department for Transport to continue plans for additional early slot growth at LHR which is not dependent on the third runway

JBLU02606767

# The deadline for JetBlue to secure plans to serve LHR is fast approaching

**Current anti-competitive environment** → **CMA action and/or Release of Early Growth Slots** → **"JetBlue Effect" arrives at LHR**

- **Anti-trust immunised JVs dominate LHR-North Atlantic markets**

- **Opportunity to foster long-term, sustainable competition by awarding slots to JetBlue**

- **JetBlue announces LHR and out-for-sale 2H 2020 with BOS/JFK-LHR 3x daily Mint service**

**The CMA and UK Government can act now to enable the "JetBlue Effect"**

JBLU02606768



jetBlue | Thank You

Confidential – Do Not Distribute



## JetBlue will begin nonstop Boston/New York-London service in Spring 2021 with an Updated Mint Product





**JetBlue's Motivation:**

- London is JetBlue's largest unserved market
- The New York and Boston fare environment is ripe for disruption, especially in the premium cabin where limited competition exists
- JetBlue will utilize a fleet of 26 A321NEO LR/XLR, with an updated Mint product, serving London beginning in Spring of 2021; additional service planned for 2022 and beyond

**London launch requires up to six, well-timed, slots to compete effectively; will ideally result in 3x daily service from BOS and JFK to LHR**

jetBlue   Confidential – Do Not Distribute                                    2





**Nearly every LHR departure across North Atlantic is covered by a Joint Venture, the majority on AA/BA**

2019 Departures from LHR to North America / Caribbean

| | |
|---|---|
| OneWorld JV | 56% |
| SkyTeam JV (includes VS) | 23% |
| Star Alliance JV | 21% |
| Non covered by JV (NZ*) | 1% |

\* LHR-LAX service to end Oct 2020

**Current remedy slots reverting back to OneWorld JV in March 2021 would further contribute to the anti-competitive dynamics at LHR**

jetBlue   Confidential – Do Not Distribute                    4

**We urge the UK Government and CMA to act decisively to address the anti-competitive environment at LHR and demonstrate that the UK is open for business in a post-Brexit world**

- **The EUs DG-COMP 2010 investigation resulted in AA/BA leasing out LHR remedy slots to new entrants; these slots revert back to AA/BA in March 2021 when the 10-year remedy expires**

- **We have met with the CMA numerous times to express our concerns over the anti-competitive concentration levels that exist in core U.S.-U.K. transatlantic markets like Boston-London**

- **It is imperative that CMA issue a Statement of Objections and ensure that the remedy slots can exist beyond March 2021 and be used by new entrants like JetBlue**

- **We also urge U.K. Department for Transport to continue plans for additional early slot growth at LHR which is not dependent on the third runway**

jetBlue   Confidential – Do Not Distribute                                          5

5





CONFIDENTIAL TREATMENT REQUESTED



# JetBlue Mint Impact on the US Transcontinental Market



**November 1, 2019**

# The JetBlue Mint premium product has been revolutionary in the Transcontinental US

**Since Mint was introduced in 2014:**

- Public fares for the premium cabin have decreased, making business class more affordable for all customers

- The number of premium class seats have grown in the markets Mint was added in

- Other carriers have improved their front cabin product to better compete with Mint

 Rated Best Regional Business Class in North America in 2019 by TripAdvisor travelers.







2

# Following the introduction of Mint in JFK-LAX, AA and DL have lowered their fares significantly

| JFK-LAX | Q3 2013 Mint out for sale | | | Q3 2014 Mint launch | | | Q3 2016 | | | Q3 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fare Type** | AA | DL | B6 | AA | DL | B6 | AA | DL | B6 | AA | DL | B6 |
| Refundable | $4,009 | $8,680 | $999 | $3,012 | $8,680 | $1,399 | $3,012 | $3,049 | $1,499 | $2,313 | $3,071 | $2,299 |
| Non-Ref (0 AP) | $2,919 | $3,230 | $799 | $1,999 | $3,230 | $1,229 | $1,499 | $1,499 | $1,099 | $1,849 | $2,099 | $1,849 |
| Non-Ref (7 AP) | | | | $1,499 | | $949 | $1,329 | $1,329 | $699 | $1,489 | $1,489 | $1,449 |
| Non-Ref (30 AP) | | | $499 | $599 | | $599 | $599 | $599 | $549 | $659 | $659 | $709 |

*Note: ATPCO GFS reflects published fares only. Private fares (e.g. corporate contracted rates, promotional fares, etc.) may not appear in the dataset.*

- Lowest available walk-up fare: **~$3000** pre-Mint to **~$1849** today

- Lowest available fare: **~$3000** pre-Mint to **$659** today

**jetBlue®**

3

# AA and DL have similarly lowered their fares in JFK-SFO as well

| JFK-SFO | Q2 2014 Mint out for sale | | | Q4 2014 Mint launch | | | Q4 2016 | | | Q3 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fare Type | AA | DL | B6 | AA | DL | B6 | AA | DL | B6 | AA | DL | B6 |
| Refundable | $1,926 | $2,752 | $919 | $1,933 | $2,752 | $1,111 | $2,807 | $2,819 | $1,333 | $2,906 | $1,787 | $1,845 |
| Non-Ref (0 AP) | | | $546 | | | $544 | $1,380 | $1,380 | $915 | $1,706 | $1,482 | $1,110 |
| Non-Ref (3 AP) | | | | $1,202 | | | | | $636 | | | $831 |
| Non-Ref (7 AP) | | | | | | | $1,222 | $1,222 | $543 | $1,371 | $599 | $599 |
| Non-Ref (14 AP) | | | | $1,013 | | | | $1,008 | | $1,110 | | |
| Non-Ref (21 AP) | | | | $923 | | | | $636 | $496 | | $552 | $450 |
| Non Ref (30 AP) | | | | $734 | | | $543 | $543 | | $506 | | |

*Note: ATPCO GFS reflects published fares only. Private fares (e.g. corporate contracted rates, promotional fares, etc.) may not appear in the dataset.*

- Lowest available walk-up fare: **~$2000** pre-Mint to **$1482** today

- Lowest available fare: **~$2000** pre-Mint to **$506** today

**jetBlue**®

4

# United has also significantly decreased their pricing in BOS-SFO after Mint was introduced

| BOS-SFO | Q3 2015 Mint out for sale | | Q1 2016 Mint launch | | Q1 2018 | | Q3 2018 | |
|---|---|---|---|---|---|---|---|---|
| **Fare Type** | **UA** | **B6** | **UA** | **B6** | **UA** | **B6** | **UA** | **B6** |
| Refundable (0 AP) | $1,996 | $1,101 | $1,026 | $1,101 | $1,147 | $1,147 | $1,152 | $1,152 |
| Refundable (7 AP) | $1,717 | | | | | | | |
| Non-Ref (0 AP) | | $757 | $794 | $757 | $450 | $450 | $455 | $450 |
| Non-Ref (3 AP) | | $543 | | $543 | $403 | $403 | $408 | $408 |
| Non-Ref (7 AP) | | | $571 | | $357 | $357 | $361 | $361 |
| Non-Ref (14 AP) | $1,551 | | | | | | | |
| Non Ref (21 AP) | | | | $444 | | | | |

*Note: ATPCO GFS reflects published fares only. Private fares (e.g. corporate contracted rates, promotional fares, etc.) may not appear in the dataset.*

- Lowest available walk-up fare: ~**$2000** pre-Mint to **$455** today
- Lowest available fare: ~**$1500** pre-Mint to **$361** today

**jetBlue**

5

CONFIDENTIAL TREATMENT REQUESTED

# In markets where JetBlue added Mint, the number of premium class seats have increased



*2019 industry capacity has been affected by the Boeing 737 MAX groundings*

JBLU02606675

# The industry has also improved their front cabin product since Mint was introduced in 2014

**American Airlines**



Boeing 767-200 (JFK-LAX) in 2013
First Class





Airbus 321T (JFK-LAX) in 2019
First Class

**DELTA**



Boeing 757 (JFK-LAX/SFO) in 2013
BusinessElite





Boeing 767 (JFK-LAX) in 2019
Delta One

**UNITED**



Boeing 757 (JFK-LAX/SFO) in 2013
premier service business class





Boeing 787-10 (NYC-LAX/SFO) in 2019
Polaris

jetBlue

# jetBlue | Meeting with United Kingdom Competition and Markets Authority (CMA)

February 6, 2020

Strictly Confidential – Do Not Distribute

JBLU02606777

# Atlantic Joint Business Agreement Dominates Major U.S.-London City-Pair Markets Including London-Boston/Dallas/Philadelphia/Miami/Chicago; JetBlue's Boston Focus City Would Uniquely Provide Competitive Alternatives



# In addition to BOS, JetBlue would be able to provide competitive discipline in the Chicago-London and South Florida-London market with "Flex" slots



Strictly Confidential – Do Not Distribute

| CITY | DEPARTURE | ARRIVE BOS | DEPART BOS | ARRIVE LHR |
| --- | --- | --- | --- | --- |
| PBI | 11:07 | 14:13 | 18:30 | 06:30+1 |
| ORD | 11:05 | 14:36 | 18:30 | 06:30+1 |
| DFW | 11:27 | 16:20 | 18:30 | 06:30+1 |
| PHL | 15:02 | 16:25 | 18:30 | 06:30+1 |
| FLL | 13:30 | 16:48 | 18:30 | 06:30+1 |
| ORD | 14:14 | 17:47 | 18:30 | 06:30+1 |
| PHL | 18:17 | 19:53 | 20:30 | 08:30+1 |
| ORD | 17:53 | 21:24 | 23:30 | 11:30+1 |
| FLL | 18:45 | 21:59 | 23:30 | 11:30+1 |
| PHL | 20:36 | 21:59 | 23:30 | 11:30+1 |

| CITY | DEPARTURE | ARRIVE JFK | DEPART JFK | ARRIVE LHR |
| --- | --- | --- | --- | --- |
| PBI | 11:45 | 14:31 | 18:00 | 06:30+1 |
| FLL | 11:50 | 14:42 | 18:00 | 06:30+1 |
| ORD | 11:41 | 14:59 | 18:00 | 06:30+1 |
| PBI | 13:18 | 16:04 | 18:00 | 06:30+1 |
| FLL | 15:30 | 18:33 | 19:30 | 08:00+1 |
| FLL | 17:35 | 20:38 | 22:00 | 10:30+1 |
| PBI | 17:47 | 20:40 | 22:00 | 10:30+1 |

**jetBlue**   Strictly Confidential – Do Not Distribute

JBLU02606780

Case 1:21-cv-11558-LTS   Document 154-19   Filed 09/08/22   Page 29 of 37

# JetBlue is planning to start service in Miami in 2021, with up to 3x daily service from BOS & JFK, which would provide additional competitive discipline in the Miami-London market



JBLU02606781

# JetBlue is planning to start service from DFW to JFK and would consider launching PHL to JFK in conjunction with "Flex" slots.



**JetBlue would utilize Flex slots to provide direct service from DFW, PHL, ORD and / or MIA to LHR**

JBLU02606782

# The DFW – LHR nonstop market is currently 100% oneworld and has particularly high fares; JetBlue could currently offer 1x daily connecting service via BOS, however…



Strictly Confidential – Do Not Distribute

7

# … a JetBlue 3x daily direct DFW – LHR service (via BOS/JFK) would provide additional competitive connecting schedules and drive lower fares



| FLIGHT | DEPARTURE | ARRIVE JFK | FLIGHT | DEPART JFK | ARRIVE LHR |
|--------|-----------|-----------|--------|-----------|-----------|
| B6 2301 | 13:07 | 18:00 | B6 2301 | 18:30 | 06:30+1 |
| B6 2403 | 14:31 | 19:00 | B6 2403 | 19:30 | 08:00 |
| AA 20 | 15:50 | - | - | - | 06:50+1 |
| AA 80 | 17:15 | - | - | - | 08:15+1 |
| AA 50 | 18:10 | - | - | - | 09:20+1 |
| B6 2305 | 18:28 | 23:00 | B6 2305 | 23:30 | 11:30+1 |
| AA 78 | 20:30 | - | - | - | 11:35+1 |
| BA 192 | 22:15 | - | - | - | 13:15+1 |

Strictly
Confidential
Do Not
Distribute

8

# PHL – LHR currently has limited nonstop service and high fares; JetBlue could offer connecting service via BOS, however…



| FLIGHT | DEPARTURE | ARRIVE BOS | FLIGHT | DEPART BOS | ARRIVE LHR |
|--------|-----------|-----------|--------|-----------|-----------|
| B6 660 | 15:00 | 16:20 | B6 2301 | 18:30 | 06:30[+1] |
| B6 2460 | 17:01 | 18:22 | B6 2303 | 20:30 | 08:30[+1] |
| B6 760 | 19:01 | 20:20 | B6 2305 | 23:30 | 11:30[+1] |
| BA 66 | 19:30 | - | - | - | 07:35[+1] |
| BA 68 | 21:30 | - | - | - | 09:50[+1] |
| AA 728 | 21:50 | - | - | - | 10:10[+1] |

Strictly Confidential Do Not Distribute

9

# PHL – LHR could also benefit from a JetBlue 3x daily direct service, a market that also has limited competition and high fares



Strictly
Confidential
Do Not
Distribute

CONFIDENTIAL TREATMENT REQUESTED

# JetBlue can provide one-stop / stop-over service from 86 cities to London; 47 of these currently have no nonstop service to London



11

JBLU02606787

| TOP 5 DESTINATIONS WITH NO NONSTOP SERVICE | BRITISH OVERSEAS TERRITORY/ COMMONWEALTH | MAJOR CARIBBEAN | NO NONSTOP SERVICE | | OTHER MARKETS | |
|---|---|---|---|---|---|---|
| BOS-CLE | BOS-BDA | BOS-AUA | BOS-ACK | JFK-CUR | BOS-ATL | JFK-BNA |
| BOS-FLL | BOS-BGI | BOS-CUN | BOS-BUF | JFK-GUA | BOS-AUS | JFK-CHS |
| BOS - JAX | BOS-GCM | BOS-PUJ | BOS-BUR | JFK-GYE | BOS-BNA | JFK-CLT |
| BOS-SJU | BOS-MBJ | BOS-SXM | BOS-BZN | JFK-HYA | BOS-BWI | JFK-DEN |
| JFK-FLL | BOS-NAS | JFK-AUA | BOS-DCA | JFK-LGB | BOS-CHS | JFK-IAH |
| JFK-JAX | BOS-PLS | JFK-CUN | BOS-HDN | JFK-MVY | BOS-CLT | JFK-LAS |
| JFK-POS | BOS-UVF | JFK-PUJ | BOS-LGB | JFK-ONT | BOS-DEN | JFK-LAX |
| JFK-SJU | JFK-ANU | JFK-SXM | BOS-MVY | JFK-ORH | BOS-DFW | JFK-LIR |
| | JFK-BDA | | BOS-PAP | JFK-PAP | BOS-DTW | JFK-MCO |
| | JFK-BGI | | BOS-PBI | JFK-PBI | BOS-IAH | JFK-MSY |
| | JFK-GCM | | BOS-POP | JFK-POP | BOS-LAS | JFK-ORD |
| | JFK-GEO | | BOS-PSP | JFK-PSE | BOS-LAX | JFK-PDX |
| | JFK-GND | | BOS-RIC | JFK-PSP | BOS-LIR | JFK-PHX |
| | JFK-KIN | | BOS-ROC | JFK-PTP | BOS-MCO | JFK-RDU |
| | JFK-MBJ | | BOS-RSW | JFK-PWM | MOS-MSP | JFK-SAN |
| | JFK-NAS | | BOS-SAV | JFK-RNO | MOS-MSY | JFK-SEA |
| | JFK-PLS | | BOS-SDQ | JFK-ROC | BOS-ORD | JFK-SFO |
| | JFK-UVF | | BOS-SMF | JFK-RSW | BOS-PDX | JFK-SJC |
| | | | BOS-SRQ | JFK-SAV | BOS-PHL | JFK-SJO |
| | | | BOS-STI | JFK-SDQ | BOS-PHX | JFK-SLC |
| | | | BOS-STT | JFK-SMF | BOS-PIT | JFK-TPA |
| | | | BOS-SYR | JFK-SRQ | BOS-RDU | |
| | | | JFK-ABQ | JFK-STI | BOS-SAN | |
| | | | JFK-ACK | JFK-SYR | BOS-SEA | |
| | | | JFK-BQN | | BOS-SFO | |
| | | | JFK-BTV | | BOS-SJC | |
| | | | JFK-BUF | | BOS-SLC | |
| | | | JFK-BUR | | BOS-TPA | |
| | | | JFK-BZN | | JFK-ATL | |
| | | | JFK-CTG | | JFK-AUS | |

Strictly
Confidential
Do Not
Distribute

12

# JetBlue has 26 A321NEO LR/XLR aircraft on order and will begin transatlantic service in March 2021



JBLU02606789