# EXHIBIT Z

**HIGHLY CONFIDENTIAL**



Transcript of **Jan K. Brueckner, Ph.D.**

Thursday, August 25, 2022

*U.S. v. American Airlines and JetBlue Airways*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 119167

1  Q. And you conclude on page 21 of your report
2  that the 17.4 percent false positives rate has a
3  "relatively low value," right?
4  A. Yeah.
5  Q. Is the conclusion that the placebo test's
6  results of 17.4 percent false positives was a
7  relatively low value supported by any statistical
8  analysis?
9  A. Well, it comes out of statistical
10  analysis.
11  Q. My question is what led you to conclude
12  that the 17.4 percent false positives rate was
13  relatively low?
14  A. I mean, if you were computing the power of
15  the test and that -- in a proper fashion -- this is
16  again not a power calculation. If you were computing
17  the power of the test in a particular instance using
18  correct methods and you found the power was 17.4
19  percent, you would say, well, that's pretty good.
20  I'm not going to be doing the wrong thing all that
21  often.
22  Q. You'll be doing the wrong thing 17.4

1  percent of the time?

2    A.   Of the time, yeah.  And so that's sort of

3  acceptable.  Again, this is not a power calculation.

4    Q.   What makes you say that doing the wrong

5  thing 17.4 percent of the time is acceptable?

6    A.   Well, if it were 80 percent, you'd be

7  really worried because then you'd be doing the wrong

8  thing most of the time.  And so this number is low.

9  It's toward the bottom.  It's not 5 percent as it is

10 by construction in the significance test.  It's not 5

11 percent, but it's closer to 5 percent than it is to

12 80 percent.

13   Q.   Is there a threshold of what percent of

14 false positives a test would have to find for that

15 false positives rate to be unacceptable?

16   A.   You know, I'm not familiar that much with

17 that type of issue, in other words, what's an

18 acceptable power.  I don't think that there is such a

19 number out there.  It's just that lower is better.

20   Q.   And you looked at the 17.4 percent false

21 positives rate that you got from running the placebo

22 test for the 2014 report and you decided that that