# EXHIBIT AA

| | |
|---|---|
| From: | Massey, Jack |
| Sent: | Thursday, August 30, 2018 10:56 AM |
| To: | Blechman, Jeremy;White, Sebastian;BlueInventoryLeadership;Lusso, Andrea;Friedman, Eric |
| Subject: | RE: JetBlue Effect |
| Attachments: | JetBlue Effect v3.pdf |

Hi Sebastian,

Please see attached.

Best,

Jack

**From:** Blechman, Jeremy
**Sent:** Thursday, August 30, 2018 9:55 AM
**To:** White, Sebastian; BlueInventoryLeadership; Lusso, Andrea; Friedman, Eric; Massey, Jack
**Subject:** RE: JetBlue Effect

Including Route Planning to assist.

Thanks,

Jeremy

**From:** White, Sebastian
**Sent:** Thursday, August 30, 2018 9:51 AM
**To:** BlueInventoryLeadership
**Subject:** JetBlue Effect

Hi everyone –

Do you happen to have this with an updated Slide 2 that shows FY BOSLGA figures? If so, could I get it as background for Robin's upcoming speaking engagement? Thanks!

**Sebastian White**
Director Corporate Communications
27-01 Queens Plaza North
Long Island City, NY 11101
T: +1 718-709-2097
M: +1 212-960-8021
Media hotline: +1 718-709-3089

To fly, visit jetblue.com

PLAINTIFFS EXHIBIT
PX0562
1:21-CV-11558



# The JetBlue Effect

**Network Planning**

December 2017

Confidential – Do Not Distribute

JBLU00647686

# The JetBlue effect in recent markets we've entered

| Market (Start Q) | | Before entry | | | | | After entry | | | | | YoY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Full year | -4 Q | -3 Q | -2 Q | -1 Q | Full year | +1 Q | +2 Q | +3 Q | +4 Q | Full year | +1 Q | +2 Q | +3 Q | +4 Q |
| BOS-LGA (4Q16) | Fare[2] | $202 | $202 | $218 | $196 | $193 | $131 | $134 | $114 | $140 | $132 | -35% | -34% | -48% | -29% | -32% |
| | Pax[2] | 791 | 823 | 716 | 907 | 719 | 1114 | 1103 | 1125 | 1217 | 1014 | 41% | 34% | 57% | 34% | 41% |
| BOS-CLE (2Q15) | Fare[2] | $265 | $259 | $275 | $270 | $254 | $124 | $122 | $108 | $134 | $141 | -53% | -53% | -61% | -50% | -44% |
| | Pax[2] | 106 | 127 | 113 | 105 | 79 | 307 | 319 | 393 | 304 | 212 | 190% | 151% | 248% | 190% | 168% |
| BOS-EWR (2Q11) | Fare[2] | $300 | $295 | $291 | $296 | $322 | $156 | $180 | $139 | $147 | $161 | -48% | -39% | -52% | -50% | -50% |
| | Pax[2] | 217 | 237 | 218 | 215 | 199 | 510 | 470 | 563 | 549 | 456 | 135% | 98% | 158% | 155% | 129% |
| BOS-DCA (4Q10) | Fare[2] | $164 | $172 | $172 | $165 | $151 | $117 | $123 | $112 | $118 | $116 | -29% | -28% | -35% | -28% | -23% |
| | Pax[2] | 781 | 776 | 647 | 914 | 786 | 1354 | 1221 | 1179 | 1593 | 1420 | 73% | 57% | 82% | 74% | 81% |
| BOS-DTW (2Q14) | Fare[2] | $255 | $267 | $268 | $258 | $221 | $165 | $166 | $171 | $155 | $168 | -35% | -38% | -36% | -40% | -24% |
| | Pax[2] | 262 | 258 | 258 | 279 | 250 | 493 | 542 | 541 | 508 | 381 | 88% | 110% | 110% | 82% | 52% |

Source: Diio Airline Performance Report

# The JetBlue effect in recent markets we've entered

| Market (Start Q) | | Before entry | | | | | After entry | | | | | YoY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Full year | -4 Q | -3 Q | -2 Q | -1 Q | Full year | +1 Q | +2 Q | +3 Q | +4 Q | Full year | +1 Q | +2 Q | +3 Q | +4 Q |
| CHS-FLL[1] (1Q16) | Fare[2] | $180 | $195 | $192 | $181 | $158 | $120 | $121 | $125 | $113 | $121 | -33% | -38% | -35% | -38% | -23% |
| | Pax[2] | 37 | 29 | 31 | 26 | 60 | 108 | 111 | 115 | 101 | 104 | 192% | 283% | 271% | 288% | 73% |
| FLL-SAN[1] (3Q16) | Fare[2] | $238 | $246 | $238 | $238 | $231 | $193 | $181 | $199 | $190 | $200 | -19% | -26% | -16% | -20% | -13% |
| | Pax[2] | 78 | 53 | 76 | 92 | 92 | 199 | 171 | 188 | 195 | 240 | 155% | 223% | 147% | 112% | 161% |
| FLL-MEX[1] (4Q15) | Fare[2] | $229 | $275 | $241 | $216 | $191 | $143 | $156 | $144 | $128 | $143 | -38% | -43% | -40% | -41% | -25% |
| | Pax[2] | 223 | 240 | 215 | 202 | 235 | 347 | 320 | 358 | 331 | 381 | 56% | 33% | 67% | 64% | 62% |
| FLL-PLS[1] (1Q16) | Fare[2] | $228 | $244 | $248 | $234 | $183 | $142 | $138 | $137 | $145 | $146 | -38% | -43% | -45% | -38% | -20% |
| | Pax[2] | 86 | 81 | 78 | 96 | 89 | 130 | 110 | 124 | 169 | 117 | 51% | 36% | 59% | 76% | 31% |

Source: Diio Airline Performance Report

jetBlue Confidential – Do Not Distribute   [1]Data reflective of Miami Metro   [2]Fare and passenger data inclusive of only local, nonstop traffic

JBLU00647688

# The impact of JetBlue exiting a market

| Market (Last Q) | | Before exit | | | | | After exit | | | | | YoY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Year before | -4 Q | -3 Q | -2 Q | -1 Q | Year after | +1 Q | +2 Q | +3 Q | +4 Q | YoY | +1 Q | +2 Q | +3 Q | +4 Q |
| JFK-RIC (3Q10) | Fare[2] | $81 | $86 | $81 | $79 | $78 | $134 | $95 | $134 | $147 | $164 | 65% | 10% | 65% | 86% | 110% |
| | Pax[2] | 152 | 198 | 146 | 133 | 130 | 78 | 113 | 63 | 69 | 65 | -49% | -43% | -57% | -48% | -50% |
| JFK-PIT (1Q13) | Fare[2] | $106 | $111 | $101 | $102 | $108 | $186 | $186 | $182 | $183 | $193 | 75% | 68% | 80% | 79% | 79% |
| | Pax[2] | 209 | 302 | 209 | 203 | 123 | 66 | 68 | 67 | 80 | 48 | -68% | -77% | -68% | -61% | -61% |
| AUS-SFO (2Q14) | Fare[2] | $184 | $170 | $188 | $188 | $191 | $210 | $213 | $207 | $216 | $206 | 14% | 25% | 10% | 15% | 8% |
| | Pax[2] | 456 | 483 | 463 | 425 | 453 | 417 | 364 | 431 | 414 | 461 | -9% | -25% | -7% | -3% | 2% |

Source: Diio Airline Performance Report

jetBlue  Confidential – Do Not Distribute

[2] Fare and passenger data inclusive of only local, nonstop traffic

JBLU00647689

## Control cases: Markets that have not benefitted from a JetBlue entry

| Market | | TTM 2Q16 | 3Q15 | 4Q15 | 1Q16 | 2Q16 | TTM 2Q17 | 3Q16 | 4Q16 | 1Q17 | 2Q17 | TTM YoY | 3Q YoY | 4Q YoY | 1Q YoY | 2Q YoY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LGA-DCA | Fare[2] | $159 | $159 | $159 | $160 | $158 | $146 | $147 | $156 | $141 | $141 | -8% | -8% | -2% | -12% | -11% |
| | Pax[2] | 613 | 560 | 674 | 527 | 693 | 565 | 533 | 555 | 507 | 664 | -8% | -5% | -18% | -4% | -4% |
| NYC-DTW | Fare[2] | $173 | $176 | $178 | $171 | $168 | $156 | $172 | $155 | $136 | $158 | -10% | -2% | -13% | -20% | -6% |
| | Pax[2] | 1415 | 1425 | 1487 | 1214 | 1532 | 1547 | 1545 | 1657 | 1317 | 1664 | 9% | 8% | 11% | 8% | 9% |
| NYC-ATL | Fare[2] | $180 | $191 | $174 | $175 | $178 | $167 | $175 | $162 | $158 | $173 | -7% | -8% | -7% | -10% | -3% |
| | Pax[2] | 3320 | 3202 | 3468 | 2960 | 3648 | 3615 | 3563 | 3839 | 3272 | 3782 | 9% | 11% | 11% | 11% | 4% |
| NYC-CLE | Fare[2] | $190 | $192 | $189 | $208 | $176 | $179 | $169 | $174 | $187 | $189 | -6% | -12% | -8% | -10% | 7% |
| | Pax[2] | 543 | 525 | 562 | 436 | 648 | 596 | 668 | 659 | 448 | 607 | 10% | 27% | 17% | 3% | -6% |
| NYC-MEX[1] | Fare[2] | $266 | $258 | $281 | $254 | $270 | $270 | $273 | $284 | $273 | $249 | 2% | 6% | 1% | 7% | -8% |
| | Pax[2] | 295 | 274 | 324 | 320 | 260 | 283 | 244 | 308 | 303 | 278 | -4% | -11% | -5% | -5% | 7% |
| CLT-FLL | Fare[2] | $233 | $230 | $226 | $237 | $238 | $205 | $233 | $189 | $206 | $196 | -12% | 1% | -16% | -13% | -18% |
| | Pax[2] | 134 | 110 | 153 | 145 | 127 | 174 | 118 | 180 | 184 | 215 | 30% | 7% | 18% | 27% | 69% |

Source: Diio Airline Performance Report

jetBlue **Confidential – Do Not Distribute**   [1]Data is one quarter behind column headings   [2]Fare and passenger data inclusive of only local, nonstop traffic