UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**DECLARATION OF ALLYSON M. MALTAS IN SUPPORT OF AMERICAN AIRLINES GROUP INC. AND JETBLUE AIRWAYS CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* NO. 1 TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERT RON DILEO**

I, Allyson M. Maltas, an attorney admitted to practice *pro hac vice* before the United States District Court for the District of Massachusetts, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am counsel at the law firm of Latham and Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, DC, 20004, attorneys for Defendant American Airlines Group Inc., and a member in good standing of the bar of the State of Maryland and the District of Columbia.

2. I was admitted to appear *pro hac vice* before this Court on September 23, 2021.

3. I submit this declaration in further support of Defendants' American Airlines Group Inc. and JetBlue Airways Corporation's Opposition to Plaintiffs' Motion *In Limine* No. 1 to Exclude Testimony of Defendants' Expert Ron DiLeo.

4. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the Deposition of Ronald DiLeo, taken on August 19, 2022.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2022 in Washington, DC.

/s/ Allyson M. Maltas
Allyson M. Maltas

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

      /s/ Daniel M. Wall
      Daniel M. Wall