# Exhibit C

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0001-a | None |
| PX0001-b | None |
| PX0001-c | None |
| PX0001-d | None |
| PX0001-e | None |
| PX0002 | 402; 403; 805 |
| PX0003 | 402 |
| PX0004 | 402 |
| PX0005 | 402 |
| PX0006 | 402; 901; Illegible |
| PX0007 | 402; 901 |
| PX0008 | 402; 901 |
| PX0009 | 402 |
| PX0010 | 402; 901 |
| PX0011 | 402; 901 |
| PX0012 | 402; 901 |
| PX0013 | 402; Illegible |
| PX0014 | 402; 901 |
| PX0015 | 402; 901 |
| PX0016 | 402 |
| PX0017 | 402 |
| PX0018 | 402 |
| PX0019 | 402; 901; Illegible |
| PX0020 | 402; 901 |
| PX0021 | None |
| PX0022 | None |
| PX0023 | 402; 802; 901 |
| PX0024-a | 106; 402; 802; 901 |
| PX0024-b | 106; 402; 802; 901 |
| PX0024-c | 106; 402; 802; 901 |
| PX0024-d | 106; 402; 802; 901 |
| PX0024-e | 106; 402; 802; 901 |
| PX0024-f | 106; 402; 802; 901 |
| PX0024-g | 106; 402; 802; 901 |
| PX0024-h | 106; 402; 802; 901 |
| PX0024-i | 106; 402; 802; 901 |
| PX0024-j | 106; 402; 802; 901 |
| PX0024-k | 106; 402; 802; 901 |
| PX0025 | None |
| PX0026 | 402; 805; 901 |
| PX0027 | 402 |
| PX0028 | N/A |
| PX0029 | 402; 901 |
| PX0030 | 402; 802; 901 |
| PX0031 | 402 |
| PX0032 | 402 |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0033 | 402 |
| PX0034 | 402 |
| PX0035 | 402 |
| PX0036 | 402 |
| PX0037 | 402 |
| PX0038 | 402; 805 |
| PX0039 | 402 |
| PX0040 | 402 |
| PX0041 | 402 |
| PX0042 | 802; 901 |
| PX0043 | None |
| PX0044 | None |
| PX0045 | None |
| PX0046 | None |
| PX0047 | None |
| PX0048 | 805 |
| PX0049 | None |
| PX0050 | None |
| PX0051 | None |
| PX0052 | None |
| PX0053 | None |
| PX0054 | None |
| PX0055 | None |
| PX0056 | None |
| PX0057 | None |
| PX0058 | None |
| PX0059 | None |
| PX0060 | None |
| PX0061 | None |
| PX0062 | None |
| PX0063 | None |
| PX0064 | 805 |
| PX0065 | None |
| PX0066 | None |
| PX0067 | None |
| PX0068 | None |
| PX0069 | None |
| PX0070 | None |
| PX0071 | None |
| PX0072 | None |
| PX0073 | None |
| PX0074 | None |
| PX0075 | None |
| PX0076 | 901 (illegible) |
| PX0077 | None |
| PX0078 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
| --- | --- |
| PX0079 | None |
| PX0080 | None |
| PX0081 | None |
| PX0082 | None |
| PX0083 | 805 |
| PX0084 | 805 |
| PX0085 | None |
| PX0086 | None |
| PX0087 | None |
| PX0088 | 805 |
| PX0089 | None |
| PX0090 | None |
| PX0091 | None |
| PX0092 | None |
| PX0093 | None |
| PX0094 | None |
| PX0095 | None |
| PX0096 | None |
| PX0097 | None |
| PX0098 | None |
| PX0099 | 805 |
| PX0100 | None |
| PX0101 | None |
| PX0102 | None |
| PX0103 | None |
| PX0104 | None |
| PX0105 | None |
| PX0106 | None |
| PX0107 | None |
| PX0108 | None |
| PX0109 | None |
| PX0110 | None |
| PX0111 | None |
| PX0112 | None |
| PX0113 | None |
| PX0114 | None |
| PX0115 | None |
| PX0116 | None |
| PX0117 | None |
| PX0118 | None |
| PX0119 | None |
| PX0120 | None |
| PX0121 | None |
| PX0122 | None |
| PX0123 | None |
| PX0124 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
| --- | --- |
| PX0125 | None |
| PX0126 | None |
| PX0127 | None |
| PX0128 | None |
| PX0129 | None |
| PX0130 | None |
| PX0131 | None |
| PX0132 | None |
| PX0133 | None |
| PX0134 | None |
| PX0135 | None |
| PX0136 | None |
| PX0137 | None |
| PX0138 | None |
| PX0139 | 805 |
| PX0140 | None |
| PX0141 | None |
| PX0142 | None |
| PX0143 | None |
| PX0144 | None |
| PX0145 | None |
| PX0146 | 805 |
| PX0147 | None |
| PX0148 | None |
| PX0149 | None |
| PX0150 | None |
| PX0151 | None |
| PX0152 | None |
| PX0153 | None |
| PX0154 | None |
| PX0155 | None |
| PX0156 | None |
| PX0157 | None |
| PX0158 | None |
| PX0159 | None |
| PX0160 | None |
| PX0161 | None |
| PX0162 | None |
| PX0163 | None |
| PX0164 | None |
| PX0165 | 805 |
| PX0166 | None |
| PX0167 | None |
| PX0168 | None |
| PX0169 | None |
| PX0170 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0171 | None |
| PX0172 | None |
| PX0173 | 805 |
| PX0174 | None |
| PX0175 | None |
| PX0176 | None |
| PX0177 | None |
| PX0178 | None |
| PX0179 | 805 |
| PX0180 | None |
| PX0181 | None |
| PX0182 | None |
| PX0183 | None |
| PX0184 | None |
| PX0185 | None |
| PX0186 | None |
| PX0187 | 402; 805 |
| PX0188 | None |
| PX0189 | None |
| PX0190 | None |
| PX0191 | None |
| PX0192 | None |
| PX0193 | None |
| PX0194 | None |
| PX0195 | None |
| PX0196 | None |
| PX0197 | 805 |
| PX0198 | 805 |
| PX0199 | None |
| PX0200 | None |
| PX0201 | None |
| PX0202 | None |
| PX0203 | 805 |
| PX0204 | None |
| PX0205 | None |
| PX0206 | None |
| PX0207 | None |
| PX0208 | None |
| PX0209 | None |
| PX0210 | None |
| PX0211 | None |
| PX0212 | None |
| PX0213 | None |
| PX0214 | None |
| PX0215 | None |
| PX0216 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0217 | None |
| PX0218 | None |
| PX0219 | None |
| PX0220 | None |
| PX0221 | None |
| PX0222 | None |
| PX0223 | None |
| PX0224 | None |
| PX0225 | None |
| PX0226 | None |
| PX0227 | None |
| PX0228 | None |
| PX0229 | None |
| PX0230 | None |
| PX0231 | 402; 805 |
| PX0232 | None |
| PX0233 | None |
| PX0234 | None |
| PX0235 | None |
| PX0236 | None |
| PX0237 | None |
| PX0238 | None |
| PX0239 | None |
| PX0240 | None |
| PX0241 | None |
| PX0242 | None |
| PX0243 | 805 |
| PX0244 | None |
| PX0245 | None |
| PX0246 | None |
| PX0247 | None |
| PX0248 | None |
| PX0249 | 402; 805 |
| PX0250 | 805 |
| PX0251 | None |
| PX0252 | 805 |
| PX0253 | None |
| PX0254 | None |
| PX0255 | 805 |
| PX0256 | 805 |
| PX0257 | 805 |
| PX0258 | None |
| PX0259 | None |
| PX0260 | None |
| PX0261 | None |
| PX0262 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0263 | None |
| PX0264 | None |
| PX0265 | 805 |
| PX0266 | None |
| PX0267 | None |
| PX0268 | None |
| PX0269 | None |
| PX0270 | Privilege |
| PX0271 | None |
| PX0272 | None |
| PX0273 | None |
| PX0274 | None |
| PX0275 | None |
| PX0276 | None |
| PX0277 | 402 |
| PX0278 | None |
| PX0279 | None |
| PX0280 | None |
| PX0281 | None |
| PX0282 | None |
| PX0283 | None |
| PX0284 | None |
| PX0285 | None |
| PX0286 | None |
| PX0287 | None |
| PX0288 | None |
| PX0289 | None |
| PX0290 | None |
| PX0291 | None |
| PX0292 | None |
| PX0293 | None |
| PX0294 | None |
| PX0295 | None |
| PX0296 | None |
| PX0297 | None |
| PX0298 | None |
| PX0299 | None |
| PX0300 | None |
| PX0301 | None |
| PX0302 | None |
| PX0303 | None |
| PX0304 | None |
| PX0305 | None |
| PX0306 | None |
| PX0307 | None |
| PX0308 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0309 | None |
| PX0310 | 402 |
| PX0311 | None |
| PX0312 | None |
| PX0313 | None |
| PX0314 | None |
| PX0315 | None |
| PX0316 | None |
| PX0317 | None |
| PX0318 | None |
| PX0319 | None |
| PX0320 | None |
| PX0321 | None |
| PX0322 | None |
| PX0323 | None |
| PX0324 | None |
| PX0325 | None |
| PX0326 | None |
| PX0327 | None |
| PX0328 | None |
| PX0329 | None |
| PX0330 | None |
| PX0331 | None |
| PX0332 | 805 |
| PX0333 | 805 |
| PX0334 | None |
| PX0335 | None |
| PX0336 | None |
| PX0337 | None |
| PX0338 | None |
| PX0339 | None |
| PX0340 | None |
| PX0341 | None |
| PX0342 | None |
| PX0343 | None |
| PX0344 | 402 |
| PX0345 | 402; 805 |
| PX0346 | 402; 805 |
| PX0347 | 402; 805 |
| PX0348 | 402; 805 |
| PX0349 | 402 |
| PX0350 | 402; 802; 901 |
| PX0351 | 402; 802; 901 |
| PX0352 | 402 |
| PX0353 | 402; 802 |
| PX0354 | 402; 802; 901 |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
| --- | --- |
| PX0355 | None |
| PX0356 | 805 |
| PX0357 | None |
| PX0358 | None |
| PX0359 | None |
| PX0360 | None |
| PX0361 | None |
| PX0362 | None |
| PX0363 | None |
| PX0364 | None |
| PX0365 | None |
| PX0366 | None |
| PX0367 | None |
| PX0368 | None |
| PX0369 | None |
| PX0370 | None |
| PX0371 | None |
| PX0372 | None |
| PX0373 | None |
| PX0374 | None |
| PX0375 | None |
| PX0376 | None |
| PX0377 | None |
| PX0378 | None |
| PX0379 | None |
| PX0380 | None |
| PX0381 | None |
| PX0382 | None |
| PX0383 | None |
| PX0384 | None |
| PX0385 | None |
| PX0386 | None |
| PX0387 | None |
| PX0388 | None |
| PX0389 | None |
| PX0390 | None |
| PX0391 | None |
| PX0392 | None |
| PX0393 | None |
| PX0394 | 805 |
| PX0395 | None |
| PX0396 | None |
| PX0397 | 805 |
| PX0398 | None |
| PX0399 | None |
| PX0400 | 402; 805; 901 |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
| --- | --- |
| PX0401 | 402; 802; 901 |
| PX0402 | 402; 805; 901 |
| PX0403 | 402; 802; 901 |
| PX0404 | None |
| PX0405 | None |
| PX0406 | None |
| PX0407 | None |
| PX0408 | None |
| PX0409 | 402; 802; 901 |
| PX0410 | 402; 802 |
| PX0411 | 402; 802 |
| PX0412 | 402; 802; 901 |
| PX0413 | None |
| PX0414 | None |
| PX0415 | None |
| PX0416 | None |
| PX0417 | None |
| PX0418 | None |
| PX0419 | None |
| PX0420 | None |
| PX0421 | 402 |
| PX0422 | 402 |
| PX0423 | 402 |
| PX0424 | 402 |
| PX0425 | None |
| PX0426 | None |
| PX0427 | None |
| PX0428 | None |
| PX0429 | None |
| PX0430 | None |
| PX0431 | None |
| PX0432 | None |
| PX0433 | None |
| PX0434 | None |
| PX0435 | N/A |
| PX0436 | None |
| PX0437 | None |
| PX0438 | None |
| PX0439 | 802 |
| PX0440 | None |
| PX0441 | None |
| PX0442 | None |
| PX0443 | None |
| PX0444 | 402; 805 |
| PX0445 | 402; 403; 805 |
| PX0446 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0447 | None |
| PX0448 | 402 |
| PX0449 | None |
| PX0450 | None |
| PX0451 | 802 |
| PX0452 | 802 |
| PX0453 | None |
| PX0454 | None |
| PX0455 | 402 |
| PX0456 | None |
| PX0457 | None |
| PX0458 | 402; 802 |
| PX0459 | 802 |
| PX0460 | None |
| PX0461 | 802; 805 |
| PX0462 | 802; 805 |
| PX0463 | 402 |
| PX0464 | 802; 901 |
| PX0465 | None |
| PX0466 | None |
| PX0467 | None |
| PX0468 | None |
| PX0469 | None |
| PX0470 | None |
| PX0471 | 402; 403; 901 |
| PX0472 | 402; 403 |
| PX0473 | 802; 805; 901 |
| PX0474 | 402; 802; 901 |
| PX0475 | 402; 802; 901 |
| PX0476 | 402; 802; 901 |
| PX0477 | None |
| PX0478 | None |
| PX0479 | None |
| PX0480 | None |
| PX0481 | None |
| PX0482 | 402; 802; 901 |
| PX0483 | None |
| PX0484 | None |
| PX0485 | None |
| PX0486 | None |
| PX0487 | None |
| PX0488 | None |
| PX0489 | None |
| PX0490 | None |
| PX0491 | None |
| PX0492 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0493 | None |
| PX0494 | None |
| PX0495 | None |
| PX0496 | None |
| PX0497 | None |
| PX0498 | None |
| PX0499 | None |
| PX0500 | None |
| PX0501 | None |
| PX0502 | None |
| PX0503 | None |
| PX0504 | None |
| PX0505 | None |
| PX0506 | None |
| PX0507 | None |
| PX0508 | None |
| PX0509 | 402 |
| PX0510 | None |
| PX0511 | None |
| PX0512 | None |
| PX0513 | None |
| PX0514 | None |
| PX0515 | None |
| PX0516 | None |
| PX0517 | None |
| PX0518 | None |
| PX0519 | None |
| PX0520 | None |
| PX0521 | None |
| PX0522 | None |
| PX0523 | None |
| PX0524 | None |
| PX0525 | None |
| PX0526 | None |
| PX0527 | None |
| PX0528 | None |
| PX0529 | None |
| PX0530 | None |
| PX0531 | None |
| PX0532 | None |
| PX0533 | None |
| PX0534 | None |
| PX0535 | None |
| PX0536 | None |
| PX0537 | None |
| PX0538 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0539 | None |
| PX0540 | None |
| PX0541 | None |
| PX0542 | None |
| PX0543 | None |
| PX0544 | None |
| PX0545 | None |
| PX0546 | None |
| PX0547 | None |
| PX0548 | None |
| PX0549 | None |
| PX0550 | None |
| PX0551 | None |
| PX0552 | None |
| PX0553 | None |
| PX0554 | None |
| PX0555 | None |
| PX0556 | None |
| PX0557 | None |
| PX0558 | None |
| PX0559 | None |
| PX0560 | 802 |
| PX0561 | None |
| PX0562 | None |
| PX0563 | None |
| PX0564 | None |
| PX0565 | None |
| PX0566 | None |
| PX0567 | None |
| PX0568 | None |
| PX0569 | None |
| PX0570 | None |
| PX0571 | None |
| PX0572 | 402 |
| PX0573 | None |
| PX0574 | None |
| PX0575 | 402; 403 |
| PX0576 | None |
| PX0577 | None |
| PX0578 | 402 |
| PX0579 | None |
| PX0580 | None |
| PX0581 | None |
| PX0582 | None |
| PX0583 | None |
| PX0584 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0585 | None |
| PX0586 | None |
| PX0587 | None |
| PX0588 | None |
| PX0589 | None |
| PX0590 | None |
| PX0591 | None |
| PX0592 | None |
| PX0593 | None |
| PX0594 | None |
| PX0595 | None |
| PX0596 | None |
| PX0597 | None |
| PX0598 | None |
| PX0599 | None |
| PX0600 | None |
| PX0601 | None |
| PX0602 | None |
| PX0603 | None |
| PX0604 | None |
| PX0605 | None |
| PX0606 | None |
| PX0607 | None |
| PX0608 | None |
| PX0609 | None |
| PX0610 | None |
| PX0611 | None |
| PX0612 | None |
| PX0613 | None |
| PX0614 | None |
| PX0615 | None |
| PX0616 | None |
| PX0617 | None |
| PX0618 | None |
| PX0619 | None |
| PX0620 | None |
| PX0621 | None |
| PX0622 | None |
| PX0623 | None |
| PX0624 | None |
| PX0625 | None |
| PX0626 | None |
| PX0627 | None |
| PX0628 | None |
| PX0629 | None |
| PX0630 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0631 | None |
| PX0632 | None |
| PX0633 | None |
| PX0634 | None |
| PX0635 | None |
| PX0636 | 402; 403 |
| PX0637 | None |
| PX0638 | None |
| PX0639 | None |
| PX0640 | None |
| PX0641 | None |
| PX0642 | None |
| PX0643 | None |
| PX0644 | None |
| PX0645 | None |
| PX0646 | None |
| PX0647 | None |
| PX0648 | None |
| PX0649 | None |
| PX0650 | None |
| PX0651 | None |
| PX0652 | None |
| PX0653 | None |
| PX0654 | 403 |
| PX0655 | None |
| PX0656 | None |
| PX0657 | 403 |
| PX0658 | 805 |
| PX0659 | None |
| PX0660 | None |
| PX0661 | None |
| PX0662 | 805 |
| PX0663 | None |
| PX0664 | None |
| PX0665 | None |
| PX0666 | None |
| PX0667 | None |
| PX0668 | None |
| PX0669 | None |
| PX0670 | None |
| PX0671 | None |
| PX0672 | None |
| PX0673 | N/A |
| PX0674 | None |
| PX0675 | None |
| PX0676 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0677 | None |
| PX0678 | 402 |
| PX0679 | None |
| PX0680 | None |
| PX0681 | None |
| PX0682 | None |
| PX0683 | 402; 403 |
| PX0684 | None |
| PX0685 | None |
| PX0686 | None |
| PX0687 | 805 |
| PX0688 | None |
| PX0689 | 402; 805 |
| PX0690 | None |
| PX0691 | None |
| PX0692 | None |
| PX0693 | 402 |
| PX0694 | None |
| PX0695 | None |
| PX0696 | 402 |
| PX0697 | None |
| PX0698 | None |
| PX0699 | None |
| PX0700 | None |
| PX0701 | None |
| PX0702 | 402; 403 |
| PX0703 | None |
| PX0704 | 403 |
| PX0705 | None |
| PX0706 | None |
| PX0707 | None |
| PX0708 | None |
| PX0709 | None |
| PX0710 | None |
| PX0711 | None |
| PX0712 | None |
| PX0713 | None |
| PX0714 | 805 |
| PX0715 | None |
| PX0716 | 402 |
| PX0717 | None |
| PX0718 | 402 |
| PX0719 | None |
| PX0720 | N/A |
| PX0721 | None |
| PX0722 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0723 | None |
| PX0724 | None |
| PX0725 | None |
| PX0726 | 402 |
| PX0727 | None |
| PX0728 | None |
| PX0729 | None |
| PX0730 | None |
| PX0731 | 402 |
| PX0732 | None |
| PX0733 | None |
| PX0734 | None |
| PX0735 | 802 |
| PX0736 | None |
| PX0737 | None |
| PX0738 | None |
| PX0739 | None |
| PX0740 | None |
| PX0741 | 403 |
| PX0742 | None |
| PX0743 | None |
| PX0744 | None |
| PX0745 | None |
| PX0746 | None |
| PX0747 | None |
| PX0748 | None |
| PX0749 | None |
| PX0750 | None |
| PX0751 | None |
| PX0752 | None |
| PX0753 | None |
| PX0754 | Illegible |
| PX0755 | None |
| PX0756 | None |
| PX0757 | None |
| PX0758 | None |
| PX0759 | None |
| PX0760 | None |
| PX0761 | None |
| PX0762 | None |
| PX0763 | None |
| PX0764 | None |
| PX0765 | None |
| PX0766 | None |
| PX0767 | None |
| PX0768 | None |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0769 | None |
| PX0770 | None |
| PX0771 | None |
| PX0772 | None |
| PX0773 | None |
| PX0774 | None |
| PX0775 | None |
| PX0776 | None |
| PX0777 | None |
| PX0778 | None |
| PX0779 | None |
| PX0780 | None |
| PX0781 | None |
| PX0782 | None |
| PX0783 | None |
| PX0784 | None |
| PX0785 | 805 |
| PX0786 | None |
| PX0787 | None |
| PX0788 | None |
| PX0789 | None |
| PX0790 | None |
| PX0791 | None |
| PX0792 | None |
| PX0793 | None |
| PX0794 | None |
| PX0795 | None |
| PX0796 | None |
| PX0797 | None |
| PX0798 | 802 |
| PX0799 | 802 |
| PX0800 | None |
| PX0801 | None |
| PX0802 | None |
| PX0803 | None |
| PX0804 | None |
| PX0805 | None |
| PX0806 | None |
| PX0807 | 802 |
| PX0808 | None |
| PX0809 | 805 |
| PX0810 | None |
| PX0811 | None |
| PX0812 | None |
| PX0813 | None |
| PX0814 | 403 |

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0815 | None |
| PX0816 | None |
| PX0817 | None |
| PX0818 | None |
| PX0819 | None |
| PX0820 | None |
| PX0821 | None |
| PX0822 | None |
| PX0823 | None |
| PX0824 | None |
| PX0825 | None |
| PX0826 | None |
| PX0827 | None |
| PX0828 | None |
| PX0829 | None |
| PX0830 | None |
| PX0831 | None |
| PX0832 | None |
| PX0833 | 805 |
| PX0834 | None |
| PX0835 | None |
| PX0836 | None |
| PX0837 | None |
| PX0838 | None |
| PX0839 | None |
| PX0840 | None |
| PX0841 | None |
| PX0842 | 802 |
| PX0843 | None |
| PX0844 | 805 |
| PX0845 | None |
| PX0846 | None |
| PX0847 | None |
| PX0848 | None |
| PX0849 | None |
| PX0850 | None |
| PX0851 | None |
| PX0852 | None |
| PX0853 | None |
| PX0854 | None |
| PX0855 | None |
| PX0856 | None |
| PX0857 | None |
| PX0858 | None |
| PX0859 | 805 |
| PX0860 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0861 | 805 |
| PX0862 | None |
| PX0863 | None |
| PX0864 | None |
| PX0865 | None |
| PX0866 | 805 |
| PX0867 | 805 |
| PX0868 | None |
| PX0869 | None |
| PX0870 | None |
| PX0871 | None |
| PX0872 | None |
| PX0873 | None |
| PX0874 | None |
| PX0875 | None |
| PX0876 | None |
| PX0877 | 402 |
| PX0878 | None |
| PX0879 | None |
| PX0880 | None |
| PX0881 | None |
| PX0882 | None |
| PX0883 | None |
| PX0884 | None |
| PX0885 | None |
| PX0886 | None |
| PX0887 | None |
| PX0888 | None |
| PX0889 | 802; 901 |
| PX0890 | None |
| PX0891 | None |
| PX0892 | 802 |
| PX0893 | None |
| PX0894 | None |
| PX0895 | None |
| PX0896 | None |
| PX0897 | None |
| PX0898 | None |
| PX0899 | None |
| PX0900 | None |
| PX0901 | None |
| PX0902 | None |
| PX0903 | None |
| PX0904 | None |
| PX0905 | 805 |
| PX0906 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0907 | 805 |
| PX0908 | None |
| PX0909 | 402; 802; 901 |
| PX0910 | 402; 802; 901 |
| PX0911 | 402; 802; 901 |
| PX0912 | 402; 805; 901; Illegible |
| PX0913 | 402; 901 |
| PX0914 | 402; 805; 901 |
| PX0915 | 402; 805 |
| PX0916 | None |
| PX0917 | None |
| PX0918 | None |
| PX0919 | None |
| PX0920 | None |
| PX0921 | None |
| PX0922 | None |
| PX0923 | 805 |
| PX0924 | None |
| PX0925 | None |
| PX0926 | None |
| PX0927 | None |
| PX0928 | None |
| PX0929 | None |
| PX0930 | None |
| PX0931 | None |
| PX0932 | None |
| PX0933 | None |
| PX0934 | None |
| PX0935 | None |
| PX0936 | None |
| PX0937 | None |
| PX0938 | None |
| PX0939 | None |
| PX0940 | None |
| PX0941 | None |
| PX0942 | None |
| PX0943 | None |
| PX0944 | None |
| PX0945 | 802; 805 |
| PX0946 | None |
| PX0947 | None |
| PX0948 | None |
| PX0949 | None |
| PX0950 | None |
| PX0951 | 402; 802 |
| PX0952 | 402; 802 |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
| --- | --- |
| PX0953 | None |
| PX0954 | None |
| PX0955 | 802; 805 |
| PX0956 | 802; 805 |
| PX0957 | None |
| PX0958 | None |
| PX0959 | None |
| PX0960 | None |
| PX0961 | None |
| PX0962 | None |
| PX0963 | None |
| PX0964 | None |
| PX0965 | None |
| PX0966 | None |
| PX0967 | None |
| PX0968 | None |
| PX0969 | None |
| PX0970 | None |
| PX0971 | None |
| PX0972 | None |
| PX0973 | None |
| PX0974 | None |
| PX0975 | None |
| PX0976 | None |
| PX0977 | None |
| PX0978 | None |
| PX0979 | None |
| PX0980 | None |
| PX0981 | None |
| PX0982 | None |
| PX0983 | None |
| PX0984 | None |
| PX0985 | None |
| PX0986 | None |
| PX0987 | None |
| PX0988 | None |
| PX0989 | None |
| PX0990 | None |
| PX0991 | None |
| PX0992 | None |
| PX0993 | None |
| PX0994 | None |
| PX0995 | None |
| PX0996 | None |
| PX0997 | None |
| PX0998 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX0999 | None |
| PX1000 | None |
| PX1001 | None |
| PX1002 | None |
| PX1003 | None |
| PX1004 | None |
| PX1005 | None |
| PX1006 | None |
| PX1007 | None |
| PX1008 | None |
| PX1009 | None |
| PX1010 | None |
| PX1011 | None |
| PX1012 | None |
| PX1013 | None |
| PX1014 | None |
| PX1015 | None |
| PX1016 | None |
| PX1017 | None |
| PX1018 | None |
| PX1019 | None |
| PX1020 | None |
| PX1021 | None |
| PX1022 | None |
| PX1023 | None |
| PX1024 | None |
| PX1025 | None |
| PX1026 | None |
| PX1027 | None |
| PX1028 | None |
| PX1029 | None |
| PX1030 | None |
| PX1031 | None |
| PX1032 | None |
| PX1033 | None |
| PX1034 | None |
| PX1035 | None |
| PX1036 | None |
| PX1037 | None |
| PX1038 | None |
| PX1039 | None |
| PX1040 | None |
| PX1041 | None |
| PX1042 | None |
| PX1043 | None |
| PX1044 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
| --- | --- |
| PX1045 | None |
| PX1046 | None |
| PX1047 | None |
| PX1048 | None |
| PX1049 | None |
| PX1050 | None |
| PX1051 | None |
| PX1052 | None |
| PX1053 | None |
| PX1054 | None |
| PX1055 | None |
| PX1056 | None |
| PX1057 | None |
| PX1058 | None |
| PX1059 | None |
| PX1060 | None |
| PX1061 | None |
| PX1062 | None |
| PX1063 | None |
| PX1064 | None |
| PX1065 | None |
| PX1066 | None |
| PX1067 | None |
| PX1068 | None |
| PX1069 | None |
| PX1070 | None |
| PX1071 | None |
| PX1072 | None |
| PX1073 | None |
| PX1074 | None |
| PX1075 | None |
| PX1076 | None |
| PX1077 | None |
| PX1078 | None |
| PX1079 | None |
| PX1080 | None |
| PX1081 | None |
| PX1082 | None |
| PX1083 | None |
| PX1084 | None |
| PX1085 | None |
| PX1086 | None |
| PX1087 | None |
| PX1088 | None |
| PX1089 | None |
| PX1090 | None |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:12-cv-11558-LTS*

| Exhibit Number | Defendants' FRE Objection(s) |
|---|---|
| PX1091 | None |
| PX1092 | None |
| PX1093 | None |
| PX1094 | None |
| PX1095 | None |
| PX1096 | None |
| PX1097 | None |
| PX1098 | None |
| PX1099 | None |
| PX1100 | None |
| PX1101 | None |
| PX1102 | None |
| PX1103 | None |
| PX1104 | None |
| PX1105 | None |
| PX1106 | None |
| PX1107 | None |
| PX1108 | None |
| PX1109 | None |
| PX1110 | None |
| PX1111 | None |
| PX1112 | None |
| PX1113 | None |
| PX1114 | None |
| PX1115 | None |
| PX1116 | None |
| PX1117 | None |
| PX1118 | None |
| PX1119 | None |
| PX1120 | None |