# Exhibit D

**Defendants' Trial Exhibit List**

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-001 | N/A |
| DX-002 | None |
| DX-003 | None |
| DX-004 | 106 |
| DX-005 | None |
| DX-006 | None |
| DX-007 | None |
| DX-008 | None |
| DX-009 | None |
| DX-010 | 106 |
| DX-011 | 106 |
| DX-012 | None |
| DX-013 | None |
| DX-014 | None |
| DX-015 | None |
| DX-016 | None |
| DX-017 | None |
| DX-018 | None |
| DX-019 | None |
| DX-020 | None |
| DX-021 | None |
| DX-022 | None |
| DX-023 | None |
| DX-024 | 106; 403; 802 |
| DX-025 | 106 |
| DX-026 | None |
| DX-027 | None |
| DX-028 | 106 |
| DX-029 | None |
| DX-030 | 106 |
| DX-031 | None |
| DX-032 | None |
| DX-033 | 106 |
| DX-034 | 106 |
| DX-035 | None |
| DX-036 | 106; 403 |
| DX-037 | None |
| DX-038 | None |
| DX-039 | None |
| DX-040 | 106 |
| DX-041 | 106 |
| DX-042 | None |
| DX-043 | None |
| DX-044 | 106; 403; 802 |
| DX-045 | None |
| DX-046 | 106 |
| DX-047 | None |
| DX-048 | None |
| DX-049 | 805 |
| DX-050 | None |
| DX-051 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-052 | None |
| DX-053 | None |
| DX-054 | None |
| DX-055 | None |
| DX-056 | 403; 805 |
| DX-057 | None |
| DX-058 | None |
| DX-059 | None |
| DX-060 | None |
| DX-061 | 403 |
| DX-062 | None |
| DX-063 | None |
| DX-064 | None |
| DX-065 | None |
| DX-066 | None |
| DX-067 | None |
| DX-068 | None |
| DX-069 | 701 |
| DX-070 | None |
| DX-071 | None |
| DX-072 | None |
| DX-073 | None |
| DX-074 | None |
| DX-075 | 106 |
| DX-076 | None |
| DX-077 | None |
| DX-078 | 805 |
| DX-079 | None |
| DX-080 | None |
| DX-081 | None |
| DX-082 | None |
| DX-083 | None |
| DX-084 | None |
| DX-085 | None |
| DX-086 | None |
| DX-087 | None |
| DX-088 | None |
| DX-089 | 106 |
| DX-090 | None |
| DX-091 | 106 |
| DX-092 | 805 |
| DX-093 | None |
| DX-094 | None |
| DX-095 | None |
| DX-096 | None |
| DX-097 | None |
| DX-098 | 805 |
| DX-099 | 602 |
| DX-100 | 106 |
| DX-101 | 106 |
| DX-102 | None |
| DX-103 | None |
| DX-104 | None |
| DX-105 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
| --- | --- |
| DX-106 | None |
| DX-107 | None |
| DX-108 | None |
| DX-109 | None |
| DX-110 | 106 |
| DX-111 | None |
| DX-112 | None |
| DX-113 | None |
| DX-114 | None |
| DX-115 | None |
| DX-116 | None |
| DX-117 | None |
| DX-118 | None |
| DX-119 | None |
| DX-120 | None |
| DX-121 | None |
| DX-122 | None |
| DX-123 | None |
| DX-124 | None |
| DX-125 | None |
| DX-126 | None |
| DX-127 | None |
| DX-128 | None |
| DX-129 | None |
| DX-130 | None |
| DX-131 | None |
| DX-132 | None |
| DX-133 | None |
| DX-134 | None |
| DX-135 | None |
| DX-136 | None |
| DX-137 | None |
| DX-138 | None |
| DX-139 | 403; 802 |
| DX-140 | None |
| DX-141 | 106 |
| DX-142 | 106 |
| DX-143 | None |
| DX-144 | None |
| DX-145 | None |
| DX-146 | 402 |
| DX-147 | 402 |
| DX-148 | 402 |
| DX-149 | None |
| DX-150 | None |
| DX-151 | None |
| DX-152 | None |
| DX-153 | 802 |
| DX-154 | 802 |
| DX-155 | None |
| DX-156 | None |
| DX-157 | None |
| DX-158 | None |
| DX-159 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-160 | None |
| DX-161 | None |
| DX-162 | None |
| DX-163 | 802 |
| DX-164 | None |
| DX-165 | None |
| DX-166 | None |
| DX-167 | 802 |
| DX-168 | 802 |
| DX-169 | 802 |
| DX-170 | 802 |
| DX-171 | 802 |
| DX-172 | 802 |
| DX-173 | 802 |
| DX-174 | 802 |
| DX-175 | None |
| DX-176 | None |
| DX-177 | None |
| DX-178 | None |
| DX-179 | None |
| DX-180 | None |
| DX-181 | 802 |
| DX-182 | None |
| DX-183 | 802 |
| DX-184 | 802 |
| DX-185 | 802 |
| DX-186 | 802 |
| DX-187 | 802 |
| DX-188 | 802 |
| DX-189 | 802 |
| DX-190 | 802 |
| DX-191 | 802 |
| DX-192 | 802 |
| DX-193 | 802 |
| DX-194 | 802 |
| DX-195 | 802 |
| DX-196 | 802 |
| DX-197 | 802 |
| DX-198 | 802 |
| DX-199 | 802 |
| DX-200 | 701; 802 |
| DX-201 | 802 |
| DX-202 | None |
| DX-203 | None |
| DX-204 | None |
| DX-205 | None |
| DX-206 | None |
| DX-207 | 106; 802 |
| DX-208 | None |
| DX-209 | 602 |
| DX-210 | 602 |
| DX-211 | None |
| DX-212 | 403; 602 |
| DX-213 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-214 | None |
| DX-215 | None |
| DX-216 | None |
| DX-217 | None |
| DX-218 | None |
| DX-219 | None |
| DX-220 | None |
| DX-221 | 602 |
| DX-222 | 106 |
| DX-223 | None |
| DX-224 | None |
| DX-225 | 106 |
| DX-226 | None |
| DX-227 | None |
| DX-228 | None |
| DX-229 | None |
| DX-230 | None |
| DX-231 | 106 |
| DX-232 | None |
| DX-233 | None |
| DX-234 | None |
| DX-235 | None |
| DX-236 | 805 |
| DX-237 | None |
| DX-238 | None |
| DX-239 | None |
| DX-240 | None |
| DX-241 | None |
| DX-242 | None |
| DX-243 | None |
| DX-244 | None |
| DX-245 | 106 |
| DX-246 | 106 |
| DX-247 | 805 |
| DX-248 | 802; 805 |
| DX-249 | 802; 805 |
| DX-250 | None |
| DX-251 | None |
| DX-252 | None |
| DX-253 | None |
| DX-254 | None |
| DX-255 | 805 |
| DX-256 | 106 |
| DX-257 | 106 |
| DX-258 | None |
| DX-259 | None |
| DX-260 | None |
| DX-261 | None |
| DX-262 | None |
| DX-263 | None |
| DX-264 | None |
| DX-265 | None |
| DX-266 | None |
| DX-267 | 802; 805 |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-268 | None |
| DX-269 | None |
| DX-270 | 106 |
| DX-271 | None |
| DX-272 | None |
| DX-273 | None |
| DX-274 | None |
| DX-275 | None |
| DX-276 | None |
| DX-277 | None |
| DX-278 | None |
| DX-279 | None |
| DX-280 | None |
| DX-281 | None |
| DX-282 | None |
| DX-283 | None |
| DX-284 | 106 |
| DX-285 | 106 |
| DX-286 | 106 |
| DX-287 | None |
| DX-288 | None |
| DX-289 | None |
| DX-290 | None |
| DX-291 | None |
| DX-292 | None |
| DX-293 | None |
| DX-294 | None |
| DX-295 | None |
| DX-296 | None |
| DX-297 | None |
| DX-298 | None |
| DX-299 | None |
| DX-300 | None |
| DX-301 | None |
| DX-302 | None |
| DX-303 | None |
| DX-304 | None |
| DX-305 | None |
| DX-306 | None |
| DX-307 | None |
| DX-308 | None |
| DX-309 | None |
| DX-310 | None |
| DX-311 | None |
| DX-312 | 106 |
| DX-313 | 106 |
| DX-314 | None |
| DX-315 | None |
| DX-316 | None |
| DX-317 | None |
| DX-318 | None |
| DX-319 | None |
| DX-320 | None |
| DX-321 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-322 | None |
| DX-323 | None |
| DX-324 | None |
| DX-325 | 106 |
| DX-326 | None |
| DX-327 | None |
| DX-328 | None |
| DX-329 | None |
| DX-330 | None |
| DX-331 | None |
| DX-332 | None |
| DX-333 | None |
| DX-334 | None |
| DX-335 | None |
| DX-336 | None |
| DX-337 | None |
| DX-338 | None |
| DX-339 | None |
| DX-340 | None |
| DX-341 | None |
| DX-342 | None |
| DX-343 | None |
| DX-344 | None |
| DX-345 | None |
| DX-346 | None |
| DX-347 | None |
| DX-348 | None |
| DX-349 | None |
| DX-350 | None |
| DX-351 | None |
| DX-352 | None |
| DX-353 | None |
| DX-354 | None |
| DX-355 | None |
| DX-356 | None |
| DX-357 | None |
| DX-358 | None |
| DX-359 | None |
| DX-360 | None |
| DX-361 | None |
| DX-362 | None |
| DX-363 | None |
| DX-364 | None |
| DX-365 | None |
| DX-366 | None |
| DX-367 | None |
| DX-368 | None |
| DX-369 | 802; 805 |
| DX-370 | None |
| DX-371 | None |
| DX-372 | None |
| DX-373 | None |
| DX-374 | None |
| DX-375 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-376 | None |
| DX-377 | None |
| DX-378 | 403; 802 |
| DX-379 | None |
| DX-380 | None |
| DX-381 | 403 |
| DX-382 | None |
| DX-383 | None |
| DX-384 | None |
| DX-385 | 802; 805 |
| DX-386 | None |
| DX-387 | None |
| DX-388 | None |
| DX-389 | None |
| DX-390 | None |
| DX-391 | None |
| DX-392 | None |
| DX-393 | None |
| DX-394 | None |
| DX-395 | None |
| DX-396 | None |
| DX-397 | None |
| DX-398 | None |
| DX-399 | None |
| DX-400 | None |
| DX-401 | None |
| DX-402 | None |
| DX-403 | None |
| DX-404 | None |
| DX-405 | None |
| DX-406 | None |
| DX-407 | None |
| DX-408 | None |
| DX-409 | None |
| DX-410 | None |
| DX-411 | None |
| DX-412 | None |
| DX-413 | None |
| DX-414 | None |
| DX-415 | None |
| DX-416 | None |
| DX-417 | None |
| DX-418 | None |
| DX-419 | None |
| DX-420 | 802 |
| DX-421 | None |
| DX-422 | None |
| DX-423 | None |
| DX-424 | None |
| DX-425 | None |
| DX-426 | None |
| DX-427 | None |
| DX-428 | None |
| DX-429 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-430 | None |
| DX-431 | 106 |
| DX-432 | 106 |
| DX-433 | None |
| DX-434 | None |
| DX-435 | None |
| DX-436 | None |
| DX-437 | None |
| DX-438 | None |
| DX-439 | None |
| DX-440 | None |
| DX-441 | None |
| DX-442 | 106 |
| DX-443 | None |
| DX-444 | None |
| DX-445 | None |
| DX-446 | None |
| DX-447 | None |
| DX-448 | None |
| DX-449 | None |
| DX-450 | None |
| DX-451 | 106 |
| DX-452 | None |
| DX-453 | None |
| DX-454 | None |
| DX-455 | None |
| DX-456 | None |
| DX-457 | None |
| DX-458 | None |
| DX-459 | None |
| DX-460 | 602 |
| DX-461 | None |
| DX-462 | None |
| DX-463 | None |
| DX-464 | 602 |
| DX-465 | None |
| DX-466 | None |
| DX-467 | 106 |
| DX-468 | 106 |
| DX-469 | None |
| DX-470 | None |
| DX-471 | None |
| DX-472 | None |
| DX-473 | None |
| DX-474 | None |
| DX-475 | None |
| DX-476 | 802 |
| DX-477 | 802 |
| DX-478 | None |
| DX-479 | None |
| DX-480 | None |
| DX-481 | None |
| DX-482 | None |
| DX-483 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-484 | None |
| DX-485 | None |
| DX-486 | 602 |
| DX-487 | 602 |
| DX-488 | None |
| DX-489 | None |
| DX-490 | None |
| DX-491 | None |
| DX-492 | None |
| DX-493 | None |
| DX-494 | None |
| DX-495 | None |
| DX-496 | None |
| DX-497 | None |
| DX-498 | None |
| DX-499 | None |
| DX-500 | None |
| DX-501 | None |
| DX-502 | None |
| DX-503 | None |
| DX-504 | None |
| DX-505 | None |
| DX-506 | None |
| DX-507 | None |
| DX-508 | None |
| DX-509 | None |
| DX-510 | 805 |
| DX-511 | None |
| DX-512 | None |
| DX-513 | None |
| DX-514 | None |
| DX-515 | None |
| DX-516 | 106 |
| DX-517 | 106 |
| DX-518 | 802 |
| DX-519 | 802 |
| DX-520 | 802 |
| DX-521 | 802 |
| DX-522 | 802 |
| DX-523 | 802 |
| DX-524 | 802 |
| DX-525 | 802 |
| DX-526 | 802 |
| DX-527 | 802 |
| DX-528 | 802 |
| DX-529 | 802 |
| DX-530 | 802 |
| DX-531 | 802 |
| DX-532 | 802 |
| DX-533 | 802 |
| DX-534 | 802 |
| DX-535 | 802 |
| DX-536 | 802 |
| DX-537 | 802 |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-538 | 802 |
| DX-539 | 802 |
| DX-540 | 802 |
| DX-541 | 802 |
| DX-542 | 802 |
| DX-543 | 802 |
| DX-544 | 802 |
| DX-545 | 802 |
| DX-546 | 802 |
| DX-547 | 802 |
| DX-548 | 802 |
| DX-549 | None |
| DX-550 | 802 |
| DX-551 | 802 |
| DX-552 | None |
| DX-553 | None |
| DX-554 | None |
| DX-555 | 802 |
| DX-556 | 802 |
| DX-557 | None |
| DX-558 | 802 |
| DX-559 | 802 |
| DX-560 | None |
| DX-561 | 802 |
| DX-562 | 802 |
| DX-563 | 802 |
| DX-564 | 802 |
| DX-565 | 802 |
| DX-566 | 802 |
| DX-567 | 802 |
| DX-568 | 802 |
| DX-569 | None |
| DX-570 | None |
| DX-571 | None |
| DX-572 | None |
| DX-573 | None |
| DX-574 | None |
| DX-575 | None |
| DX-576 | None |
| DX-577 | None |
| DX-578 | None |
| DX-579 | None |
| DX-580 | None |
| DX-581 | None |
| DX-582 | None |
| DX-583 | None |
| DX-584 | None |
| DX-585 | None |
| DX-586 | None |
| DX-587 | None |
| DX-588 | None |
| DX-589 | None |
| DX-590 | None |
| DX-591 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-592 | None |
| DX-593 | None |
| DX-594 | None |
| DX-595 | None |
| DX-596 | None |
| DX-597 | None |
| DX-598 | None |
| DX-599 | None |
| DX-600 | None |
| DX-601 | None |
| DX-602 | None |
| DX-603 | None |
| DX-604 | None |
| DX-605 | None |
| DX-606 | None |
| DX-607 | None |
| DX-608 | None |
| DX-609 | None |
| DX-610 | None |
| DX-611 | None |
| DX-612 | None |
| DX-613 | None |
| DX-614 | None |
| DX-615 | None |
| DX-616 | None |
| DX-617 | None |
| DX-618 | None |
| DX-619 | None |
| DX-620 | None |
| DX-621 | None |
| DX-622 | None |
| DX-623 | None |
| DX-624 | None |
| DX-625 | None |
| DX-626 | None |
| DX-627 | None |
| DX-628 | None |
| DX-629 | None |
| DX-630 | None |
| DX-631 | None |
| DX-632 | None |
| DX-633 | None |
| DX-634 | None |
| DX-635 | None |
| DX-636 | None |
| DX-637 | None |
| DX-638 | None |
| DX-639 | None |
| DX-640 | None |
| DX-641 | None |
| DX-642 | None |
| DX-643 | None |
| DX-644 | None |
| DX-645 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-646 | None |
| DX-647 | None |
| DX-648 | None |
| DX-649 | None |
| DX-650 | None |
| DX-651 | None |
| DX-652 | None |
| DX-653 | None |
| DX-654 | None |
| DX-655 | None |
| DX-656 | None |
| DX-657 | None |
| DX-658 | None |
| DX-659 | None |
| DX-660 | None |
| DX-661 | None |
| DX-662 | None |
| DX-663 | None |
| DX-664 | None |
| DX-665 | None |
| DX-666 | None |
| DX-667 | None |
| DX-668 | None |
| DX-669 | None |
| DX-670 | None |
| DX-671 | None |
| DX-672 | None |
| DX-673 | None |
| DX-674 | None |
| DX-675 | None |
| DX-676 | None |
| DX-677 | None |
| DX-678 | None |
| DX-679 | None |
| DX-680 | None |
| DX-681 | None |
| DX-682 | None |
| DX-683 | None |
| DX-684 | None |
| DX-685 | None |
| DX-686 | None |
| DX-687 | None |
| DX-688 | None |
| DX-689 | None |
| DX-690 | None |
| DX-691 | None |
| DX-692 | None |
| DX-693 | None |
| DX-694 | None |
| DX-695 | None |
| DX-696 | None |
| DX-697 | None |
| DX-698 | None |
| DX-699 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-700 | None |
| DX-701 | None |
| DX-702 | None |
| DX-703 | None |
| DX-704 | None |
| DX-705 | None |
| DX-706 | None |
| DX-707 | None |
| DX-708 | None |
| DX-709 | None |
| DX-710 | None |
| DX-711 | None |
| DX-712 | None |
| DX-713 | None |
| DX-714 | None |
| DX-715 | None |
| DX-716 | None |
| DX-717 | None |
| DX-718 | None |
| DX-719 | None |
| DX-720 | 802 |
| DX-721 | None |
| DX-722 | 802; 901 |
| DX-723 | None |
| DX-724 | None |
| DX-725 | None |
| DX-726 | None |
| DX-727 | None |
| DX-728 | None |
| DX-729 | None |
| DX-730 | None |
| DX-731 | 402 |
| DX-732 | None |
| DX-733 | None |
| DX-734 | None |
| DX-735 | None |
| DX-736 | None |
| DX-737 | None |
| DX-738 | None |
| DX-739 | None |
| DX-740 | None |
| DX-741 | None |
| DX-742 | None |
| DX-743 | None |
| DX-744 | None |
| DX-745 | None |
| DX-746 | None |
| DX-747 | None |
| DX-748 | None |
| DX-749 | None |
| DX-750 | None |
| DX-751 | None |
| DX-752 | None |
| DX-753 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
| --- | --- |
| DX-754 | None |
| DX-755 | None |
| DX-756 | None |
| DX-757 | None |
| DX-758 | None |
| DX-759 | 403; 703 |
| DX-760 | 403; 703 |
| DX-761 | 106; 802 |
| DX-762 | 106; 802 |
| DX-763 | 106; 802 |
| DX-764 | 106; 802 |
| DX-765 | None |
| DX-766 | None |
| DX-767 | None |
| DX-768 | None |
| DX-769 | None |
| DX-770 | None |
| DX-771 | None |
| DX-772 | None |
| DX-773 | None |
| DX-774 | None |
| DX-775 | None |
| DX-776 | None |
| DX-777 | None |
| DX-778 | None |
| DX-779 | None |
| DX-780 | None |
| DX-781 | None |
| DX-782 | None |
| DX-783 | None |
| DX-784 | None |
| DX-785 | None |
| DX-786 | None |
| DX-787 | None |
| DX-788 | None |
| DX-789 | None |
| DX-790 | None |
| DX-791 | None |
| DX-792 | None |
| DX-793 | None |
| DX-794 | None |
| DX-795 | None |
| DX-796 | None |
| DX-797 | None |
| DX-798 | None |
| DX-799 | None |
| DX-800 | None |
| DX-801 | None |
| DX-802 | None |
| DX-803 | None |
| DX-804 | None |
| DX-805 | None |
| DX-806 | None |
| DX-807 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-808 | None |
| DX-809 | None |
| DX-810 | None |
| DX-811 | None |
| DX-812 | None |
| DX-813 | None |
| DX-814 | None |
| DX-815 | None |
| DX-816 | None |
| DX-817 | None |
| DX-818 | None |
| DX-819 | None |
| DX-820 | None |
| DX-821 | None |
| DX-822 | None |
| DX-823 | None |
| DX-824 | None |
| DX-825 | None |
| DX-826 | None |
| DX-827 | None |
| DX-828 | None |
| DX-829 | None |
| DX-830 | None |
| DX-831 | None |
| DX-832 | None |
| DX-833 | None |
| DX-834 | None |
| DX-835 | None |
| DX-836 | None |
| DX-837 | None |
| DX-838 | None |
| DX-839 | None |
| DX-840 | None |
| DX-841 | None |
| DX-842 | None |
| DX-843 | None |
| DX-844 | None |
| DX-845 | None |
| DX-846 | None |
| DX-847 | None |
| DX-848 | None |
| DX-849 | None |
| DX-850 | None |
| DX-851 | None |
| DX-852 | None |
| DX-853 | None |
| DX-854 | None |
| DX-855 | None |
| DX-856 | 802 |
| DX-857 | 802 |
| DX-858 | 802 |
| DX-859 | 802 |
| DX-860 | 802 |
| DX-861 | 802 |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-862 | 802 |
| DX-863 | 802 |
| DX-864 | 802 |
| DX-865 | 802 |
| DX-866 | 802 |
| DX-867 | 802 |
| DX-868 | 802 |
| DX-869 | 802 |
| DX-870 | 802 |
| DX-871 | 802 |
| DX-872 | 802 |
| DX-873 | 802 |
| DX-874 | 802 |
| DX-875 | 802 |
| DX-876 | 802 |
| DX-877 | 802 |
| DX-878 | 802 |
| DX-879 | 802 |
| DX-880 | 802 |
| DX-881 | 802 |
| DX-882 | 802 |
| DX-883 | 802 |
| DX-884 | 802 |
| DX-885 | 802 |
| DX-886 | 802 |
| DX-887 | 802 |
| DX-888 | 802 |
| DX-889 | 802 |
| DX-890 | 802 |
| DX-891 | 802 |
| DX-892 | 802 |
| DX-893 | 802 |
| DX-894 | 802 |
| DX-895 | 802 |
| DX-896 | 802 |
| DX-897 | 802 |
| DX-898 | 802 |
| DX-899 | 802 |
| DX-900 | 802 |
| DX-901 | 802 |
| DX-902 | 802 |
| DX-903 | 802 |
| DX-904 | 802 |
| DX-905 | 802 |
| DX-906 | 802 |
| DX-907 | 802 |
| DX-908 | 802 |
| DX-909 | 802 |
| DX-910 | 802 |
| DX-911 | 802 |
| DX-912 | 802 |
| DX-913 | 802 |
| DX-914 | 802 |
| DX-915 | 802 |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-916 | 802 |
| DX-917 | 802 |
| DX-918 | 802 |
| DX-919 | 802 |
| DX-920 | 802 |
| DX-921 | 802 |
| DX-922 | 802 |
| DX-923 | 802 |
| DX-924 | 802 |
| DX-925 | 802 |
| DX-926 | 802 |
| DX-927 | 802 |
| DX-928 | 802 |
| DX-929 | 802 |
| DX-930 | 802 |
| DX-931 | 802 |
| DX-932 | 802 |
| DX-933 | 802 |
| DX-934 | 802 |
| DX-935 | 802 |
| DX-936 | 802 |
| DX-937 | 802 |
| DX-938 | 802 |
| DX-939 | 802 |
| DX-940 | 802 |
| DX-941 | 802 |
| DX-942 | 802 |
| DX-943 | 802 |
| DX-944 | 802 |
| DX-945 | 802 |
| DX-946 | 802 |
| DX-947 | 802 |
| DX-948 | 802 |
| DX-949 | 802 |
| DX-950 | 802 |
| DX-951 | 802 |
| DX-952 | 802 |
| DX-953 | 802 |
| DX-954 | 802 |
| DX-955 | 802 |
| DX-956 | 802 |
| DX-957 | 802 |
| DX-958 | Reserve rights to object |
| DX-959 | Reserve rights to object |
| DX-960 | None |
| DX-961 | None |
| DX-962 | None |
| DX-963 | None |
| DX-964 | None |
| DX-965 | None |
| DX-966 | None |
| DX-967 | None |
| DX-968 | None |
| DX-969 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-970 | None |
| DX-971 | None |
| DX-972 | None |
| DX-973 | None |
| DX-974 | None |
| DX-975 | None |
| DX-976 | None |
| DX-977 | None |
| DX-978 | None |
| DX-979 | None |
| DX-980 | None |
| DX-981 | None |
| DX-982 | None |
| DX-983 | None |
| DX-984 | None |
| DX-985 | None |
| DX-986 | None |
| DX-987 | None |
| DX-988 | None |
| DX-989 | None |
| DX-990 | None |
| DX-991 | None |
| DX-992 | None |
| DX-993 | None |
| DX-994 | None |
| DX-995 | None |
| DX-996 | None |
| DX-997 | None |
| DX-998 | None |
| DX-999 | None |
| DX-1000 | None |
| DX-1001 | None |
| DX-1002 | None |
| DX-1003 | None |
| DX-1004 | None |
| DX-1005 | None |
| DX-1006 | None |
| DX-1007 | None |
| DX-1008 | None |
| DX-1009 | None |
| DX-1010 | None |
| DX-1011 | None |
| DX-1012 | None |
| DX-1013 | None |
| DX-1014 | None |
| DX-1015 | None |
| DX-1016 | None |
| DX-1017 | None |
| DX-1018 | None |
| DX-1019 | None |
| DX-1020 | None |
| DX-1021 | None |
| DX-1022 | None |
| DX-1023 | None |

| Exhibit No. | Plaintiffs' FRE Objection(s) |
|---|---|
| DX-1024 | None |
| DX-1025 | None |
| DX-1026 | None |
| DX-1027 | None |
| DX-1028 | None |
| DX-1029 | None |
| DX-1030 | None |
| DX-1031 | None |
| DX-1032 | None |
| DX-1033 | Violates Rule 26 and CMO; 802 |
| DX-1034 | Violates Rule 26 and CMO; 802 |
| DX-1035 | Violates Rule 26 and CMO; 802 |
| DX-1036 | Violates Rule 26 and CMO; 802 |
| DX-1037 | Violates Rule 26 and CMO; 802 |
| DX-1038 | Violates Rule 26 and CMO; 802 |
| DX-1039 | Violates Rule 26 and CMO; 802 |
| DX-1040 | Violates Rule 26 and CMO; 802 |
| DX-1041 | Violates Rule 26 and CMO; 802 |
| DX-1042 | Violates Rule 26 and CMO; 802 |
| DX-1043 | Violates Rule 26 and CMO; 802 |
| DX-1044 | Violates Rule 26 and CMO; 802 |
| DX-1045 | Violates Rule 26 and CMO; 802 |
| DX-1046 | Violates Rule 26 and CMO; 802 |
| DX-1047 | Violates Rule 26 and CMO; 802 |
| DX-1048 | Violates Rule 26 and CMO; 802 |
| DX-1049 | Violates Rule 26 and CMO; 802 |
| DX-1050 | Violates Rule 26 and CMO; 802 |
| DX-1051 | Violates Rule 26 and CMO; 802 |
| DX-1052 | Violates Rule 26 and CMO; 802 |
| DX-1053 | Violates Rule 26 and CMO; 802 |
| DX-1054 | Violates Rule 26 and CMO; 802 |
| DX-1055 | 802 |
| DX-1056 | 802 |
| DX-1057 | Violates Rule 26 and CMO; 802 |
| DX-1058 | Violates Rule 26 and CMO; 802 |
| DX-1059 | 106; 802 |
| DX-1060 | 106; 802 |
| DX-1061 | 106; 802 |
| DX-1062 | 106; 802 |
| DX-1063 | 106; 802 |
| DX-1064 | 106; 802 |
| DX-1065 | 106; 802 |
| DX-1066 | 106; 802 |
| DX-1067 | 106; 802 |
| DX-1068 | 106; 802 |
| DX-1069 | Violates Rule 26 and CMO; 802 |
| DX-1070 | None |
| DX-1071 | None |
| DX-1072 | None |
| DX-1073 | None |
| DX-1074 | None |