# EXHIBIT C

| | |
|---|---|
| From: | Wark, Robert </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=05F082AC3ACB4F1E8300D0EE1BC4B841-WARK, BRUCE> |
| To: | Homan, Todd (OST) |
| CC: | Wilkinson, Molly; Robert C. Land (Robert.Land@jetblue.com) |
| Sent: | 11/12/2020 3:52:40 PM |
| Subject: | FW: AA/JetBlue NEA -- CONFIDENTIAL |
| Attachments: | Lepore-Doidge 11-12.pdf |

Todd,

Attached is a letter that we sent to DOJ this afternoon. It is largely consistent with the draft I shared with you yesterday. The only change relates to the look back on the carve outs. Happy to explain our thinking, but I don't think you'll find it is material.

Best regards,

Bruce

Sent from Mail for Windows 10

From: Dan.Wall@LW.com
Sent: Thursday, November 12, 2020 3:45 PM
To: Dick.Doidge@usdoj.gov; Robert.Lepore@usdoj.gov; Kate.Riggs@usdoj.gov; Aaron.Goodman@usdoj.gov; Makan.Delrahim@usdoj.gov
Cc: Michael.Egge@LW.com; Kaleigh, James; Farrell.Malone@lw.com; Wark, Robert; Jessica.Delbaum@Shearman.com
Subject: AA/JetBlue NEA -- CONFIDENTIAL

Dear All:

Please see the attached letter, announcing some forthcoming changes to the Parties' NEA agreements.

We make these changes without prejudice to our view that under the applicable legal standard pursuant to Section 1 of the Sherman Act, 15 U.S.C. § 1, the NEA is lawful in its present form. This is not a merger subject to the prospective standards of Section 7 of the Clayton Act, 15 U.S.C. § 15. It is unlawful only upon proof of anticompetitive effects. Yet all of the concerns we have heard about the NEA are about what might happen during its course, not about some attribute of the NEA agreements that makes them presently unlawful. Nevertheless, we have listened to DOJ Staff's concerns carefully and in good faith, and determined that most can be addressed with changes that do not substantially undermine the integrative efficiencies that the NEA will bring about. That is the spirit in which these changes should be received.

Best regards,
Dan


**Daniel M. Wall**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8240 | M: +1.925.997.2991

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.