# EXHIBIT D

| | |
|---|---|
| From: | Wark, Robert </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=05F082AC3ACB4F1E8300D0EE1BC4B841-WARK, BRUCE> |
| To: | Homan, Todd (OST) |
| CC: | Wilkinson, Molly; Robert C. Land (Robert.Land@jetblue.com) |
| Sent: | 11/11/2020 5:23:28 PM |
| Subject: | FW: Lr Lepore v2.docx |
| Attachments: | Lr Lepore v2.docx |

Todd:

Attached is a working draft of a letter we are contemplating sending to the DOJ. We are still thinking, and working with our experts, on whether carve outs are necessary, and if so, how best to define the rules. The letter currently carve outs 2-1s and 3-2s where both AA and B6 are substantial competitors. It's worth noting, again, this is not a merger so if there are proven adverse fare effects on any route, the parties would be open to enforcement action. That would suggest carve outs are not necessary to protect consumers since the antitrust laws remain in effect. It's also worth noting that we really don't see these as true 2-1s and 3-2s because the services will continue to be priced independently. Regardless, we are considering offering DOJ some carve outs to eliminate any reasonable concern on these more concentrated routes. I will, of course, let you know if our thinking on this issue evolves.

We are happy to discuss any thoughts or concerns that you may have.

Best regards,

Bruce

Sent from Mail for Windows 10

**From:** Dan.Wall@LW.com
**Sent:** Wednesday, November 11, 2020 5:00 PM
**To:** Wark, Robert
**Subject:** Lr Lepore v2.docx

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.