# EXHIBIT I

| | |
|---|---|
| **From:** | Wark, Robert </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=05F082AC3ACB4F1E8300D0EE1BC4B841-WARK, BRUCE> |
| **To:** | Homan, Todd (OST) |
| **CC:** | Wilkinson, Molly; robert.land@jetblue.com |
| **Sent:** | 11/30/2020 1:13:24 PM |
| **Subject:** | Term Sheet |
| **Importance:** | High |
| **Attachments:** | draft term sheet sent to DOT 11-30-20.pdf |

Thank you for your patience.  We are talking to DOJ tomorrow from 2-3:30 cst. We are happy to talk to you and your team about the attached at most any other time.

Bruce



R. Bruce Wark
Vice President and Deputy General Counsel

682.278.0696 | bruce.wark@aa.com

American Airlines | 1 Skyview Drive | MD 8B503 | Fort Worth, TX 76155



Confidential Pursuant to the Court's Default PO

AA-NEA-01526175