# EXHIBIT N

Message

| | |
|---|---|
| **From:** | Davidson, Reese [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=73ccf2c92d1144259835a3390d047d88-Davidson, R] |
| **Sent:** | 7/9/2021 7:22:04 PM |
| **To:** | Homan, Todd (OST) [Todd.Homan@dot.gov]; Irvine, Peter (OST) [Peter.Irvine@dot.gov]; Ahmad, Fahad (OST) [fahad.ahmad@dot.gov] |
| **CC:** | Land, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6d48348af76c49678e2a6733618fa3e9-Land, Robert]; Bruce.Wark@aa.com; Kaleigh, James [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8f8c120bbd7c47dab5053236939fe55b-Guest_07c61] |
| **Subject:** | JetBlue/American NEA and MGIA Amendments |
| **Attachments:** | Fully Executed NEA Amendment.pdf; Fully Executed MGIA Amendment.pdf |

**CONFIDENTIAL**

Good evening Todd, Peter and Fahad,

Attached are amendments to the NEA and MGIA that include changes that address commitments made in the DOT-JetBlue American January 10, 2021, Agreement as well as to the DOJ. Although these Amendments have been documented and executed only recently, JetBlue and American have been operating since implementation consistent with them.

We request that the Department treat these documents as strictly confidential pursuant to 14 CFR Part 302.12 and any other applicable law or regulation.

Thanks and have a great weekend,
Reese


**Reese Davidson**
Manager, Staff Counsel International
JetBlue
Office — (202) 715-2565
Cell — (646) 581-2062
Reese.Davidson@jetblue.com