UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**AMERICAN AIRLINES GROUP INC. AND JETBLUE AIRWAYS CORPORATION'S UNOPPOSED MOTION TO SEAL CONFIDENTIAL INFORMATION IN DEFENDANTS' PRETRIAL BRIEF**

Defendants American Airlines Group Inc. and JetBlue Airways Corporation (collectively, "Defendants"), respectfully move the Court under Local Rule 7.2 and the Stipulated Protective Order (Dkt. No. 99) for an order placing under seal limited portions of their Pretrial Brief. Pursuant to Local Rule 7.2, Defendants further request that the sealed portions of the Pretrial Brief remain impounded until further order of the court.

The Pretrial Brief contains information that third parties Alaska Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., and United Airlines, Inc., have designated as Confidential or Highly Confidential under the terms of the Stipulated Protected Order entered in this case. ECF No. 99. The Stipulated Protected Order requires Defendants to seal any such information that a third party has designated as Confidential or Highly Confidential when it is filed on the public docket. *See id.* ¶ 17.

Defendants' request for sealing is narrowly tailored. Defendants seek only to seal the excerpts from the Pretrial Brief that discuss and reference this third-party information. This

ensures that detailed third-party information will remain confidential and protects the respective third parties' commercial interests while permitting the public to have the fullest possible access to the Pretrial Brief.

Accordingly, and pursuant to the Stipulated Protective Order, Defendants respectfully request that the Court seal limited portions of Defendants' Pretrial Brief to protect this information designated Confidential or Highly Confidential by third parties. Defendants are concurrently filing a redacted version of their Pretrial Brief on the public docket, where only the confidential material has been removed.

Defendants have met and conferred with Plaintiffs as required by Local Rule 7.1, and Plaintiffs do not oppose this motion.

Dated: September 9, 2022

Respectfully submitted,

/s/ Daniel M. Wall
Daniel M. Wall (*pro hac vice*)
Elizabeth C. Gettinger (*pro hac vice*)
Elise M. Nelson (*pro hac vice*)
Nitesh Daryanani (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
dan.wall@lw.com
elizabeth.gettinger@lw.com
elise.nelson@lw.com
nitesh.daryanani@lw.com

Allyson M. Maltas (*pro hac vice*)
Ian R. Conner (*pro hac vice)*
Michael G. Egge (*pro hac vice*)
Farrell J. Malone (*pro hac vice*)
Marguerite M. Sullivan (*pro hac vice*)
Tara L. Tavernia (*pro hac vice*)
Seung Wan Paik (*pro hac vice*)
Jesse A. Vella (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
allyson.maltas@lw.com
ian.conner@lw.com
michael.egge@lw.com
farrell.malone@lw.com
marguerite.sullivan@lw.com
andrew.paik@lw.com
tara.tavernia@lw.com
jesse.vella@lw.com

David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant*
*American Airlines Group Inc.*

/s/ Richard Schwed
Richard Schwed (*pro hac vice*)
Matthew L. Craner (*pro hac vice*)
Jessica K. Delbaum (*pro hac vice*)
Leila Siddiky (*pro hac vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com
leila.siddiky@shearman.com

Brian Hauser (*pro hac vice*)
Ryan Leske (*pro hac vice*)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com
ryan.leske@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, Defendants have met and conferred with Plaintiffs, and Plaintiffs do not oppose this motion.

/s/ Daniel M. Wall
Daniel M. Wall

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Daniel M. Wall
Daniel M. Wall