**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-11558-LTS |
| | ) | |
| AMERICAN AIRLINES GROUP INC. and | ) | |
| JETBLUE AIRWAYS CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Brandon Storm as counsel for the United States of

America in the above-captioned matter.

Respectfully submitted,

Dated:  September 12, 2022

/s/ Brandon Storm
Brandon Storm
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 549-5822
brandon.storm@usdoj.gov