# EXHIBIT 1

| | |
|---|---|
| **From:** | Wall, Dan (Bay Area) |
| **To:** | James P. Denvir |
| **Cc:** | Michael Mitchell |
| **Subject:** | RE: Trial Subpoenas |
| **Date:** | Wednesday, September 7, 2022 6:07:00 PM |

Understood.

So be it.

---

**From:** James P. Denvir <JDenvir@bsfllp.com>
**Sent:** Wednesday, September 7, 2022 3:05 PM
**To:** Wall, Dan (Bay Area) <Dan.Wall@LW.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>
**Subject:** Trial Subpoenas

Dan, in response to your voicemail, this is to let you know that we are not going to voluntarily make available for trial either Glen Hauenstein or Joe Esposito.   If you subpoena either or both we will move to quash.

Best,

Jim

**James P. Denvir**

Partner

**BOIES SCHILLER FLEXNER LLP**

1401 New York Avenue
Washington, DC 20005
(t) +1 202 895 7560
jdenvir@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]