UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**AMERICAN AIRLINES GROUP INC. AND JETBLUE AIRWAYS CORPORATION'S UNOPPOSED MOTION TO SEAL CONFIDENTIAL INFORMATION IN THEIR MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL <u>ATTENDANCE OF DELTA EXECUTIVES AT TRIAL</u>**

Defendants American Airlines Group Inc. and JetBlue Airways Corporation (collectively, "Defendants"), respectfully move the Court under Local Rule 7.2 and the Stipulated Protective Order (Dkt. No. 99) for an order placing under seal limited portions of their Memorandum in Support of their Motion to Compel Attendance of Delta Executives at Trial ("Memorandum"). Pursuant to Local Rule 7.2, Defendants further request that the sealed portions of the Memorandum remain impounded until further order of the Court.

The Memorandum contains information that third party Delta Air Lines, Inc. ("Delta") has designated as Confidential or Highly Confidential under the terms of the Stipulated Protected Order entered in this case.  ECF No. 99.  The Stipulated Protected Order requires Defendants to seal any such information that a third party has designated as Confidential or Highly Confidential when it is filed on the public docket.  *See id.* ¶ 17.

Defendants' request for sealing is narrowly tailored. Defendants seek only to seal the excerpts from the Memorandum that discuss and reference Delta's confidential information. This ensures that Delta's information will remain confidential and protects Delta's commercial interests while permitting the public to have the fullest possible access to the Memorandum.

Accordingly, and pursuant to the Stipulated Protective Order, Defendants respectfully request that the Court seal limited portions of Defendants' Memorandum to protect this information designated as Confidential or Highly Confidential by Delta. Defendants are concurrently filing a redacted version of their Memorandum on the public docket, where only the confidential material has been removed.

Defendants have met and conferred with Plaintiffs as required by Local Rule 7.1, and Plaintiffs do not oppose this motion.

Dated:  September 13, 2022

Respectfully submitted,

*/s/ Daniel M. Wall*
Daniel M. Wall (pro hac vice)
Elizabeth C. Gettinger (pro hac vice)
Elise M. Nelson (pro hac vice)
Nitesh Daryanani (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
dan.wall@lw.com
elizabeth.gettinger@lw.com
elise.nelson@lw.com
nitesh.daryanani@lw.com

Ian R. Conner (pro hac vice)
Michael G. Egge (pro hac vice)
Farrell J. Malone (pro hac vice)
Allyson M. Maltas (pro hac vice)
Marguerite M. Sullivan (pro hac vice)
Tara L. Tavernia (pro hac vice)
Seung Wan Paik (pro hac vice)
Jesse A. Vella (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
ian.conner@lw.com
michael.egge@lw.com
farrell.malone@lw.com
allyson.maltas@lw.com
marguerite.sullivan@lw.com
andrew.paik@lw.com
tara.tavernia@lw.com
jesse.vella@lw.com

David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant American Airlines Group Inc.*


*/s/ Richard Schwed*
Richard Schwed (pro hac vice)
Matthew L. Craner (pro hac vice)
Jessica K. Delbaum (pro hac vice)
Leila Siddiky (pro hac vice)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com
leila.siddiky@shearman.com

Brian Hauser (pro hac vice)
Ryan Leske (pro hac vice)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com
ryan.leske@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant JetBlue Airways Corporation*

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, Defendants have conferred with Plaintiffs regarding the relief requested in this motion, and Plaintiffs do not oppose this motion.

*/s/ Daniel M. Wall*
Daniel M. Wall

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.  In addition, I hereby certify that a copy of the foregoing document was served by email upon Michael Mitchell of Boies Schiller Flexner LLP, counsel to Delta Air Lines, Inc.

*/s/ Daniel M. Wall*
Daniel M. Wall