UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**AMERICAN AIRLINES GROUP INC. AND JETBLUE AIRWAYS CORPORATION'S UNOPPOSED MOTION FOR EXPEDITED BRIEFING AND CONSIDERATION OF MOTION TO COMPEL ATTENDANCE OF DELTA EXECUTIVES AT TRIAL**

Defendants American Airlines Group Inc. ("American") and JetBlue Airways Corporation (collectively with American, "Defendants") respectfully move this Court for an expedited briefing schedule with respect to American and JetBlue's Motion to Compel Attendance of Delta Executives at Trial ("Motion") (ECF No. 175). The Motion seeks to compel the attendance and testimony of Joseph Esposito and Glen Hauenstein—two high-ranking executives of Delta Air Lines, Inc. ("Delta"). As set forth in Defendants' Motion and Memorandum in Support of the Motion, Delta's voluminous document production in this matter, as well as Mr. Esposito's deposition testimony, show that Delta has made numerous statements about the NEA that directly rebut Plaintiffs' theory of the case. As such, Mr. Esposito and Mr. Hauenstein will be crucial witnesses in this trial.

Under the Court's Local Rules, "[a] party opposing a motion shall file an opposition within 14 days after the motion is served, unless . . . another period is fixed by . . . order of the court."

Local Rule 7.1(b)(2). Accordingly, Defendants respectfully request that any opposition to the Motion by Plaintiffs or Delta be filed by September 21, 2022 (eight days after they were served with the Motion). Defendants also respectfully request that the Court rule on the Motion by September 27, 2022. Doing so will allow Defendants and Delta sufficient time to arrange for the scheduling and appearance of Mr. Esposito and Mr. Hauenstein at trial in the event the Court grants the Motion.

Dated: September 14, 2022

Respectfully submitted,

*/s/ Daniel M. Wall*
Daniel M. Wall (pro hac vice)
Elizabeth C. Gettinger (pro hac vice)
Elise M. Nelson (pro hac vice)
Nitesh Daryanani (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
dan.wall@lw.com
elizabeth.gettinger@lw.com
elise.nelson@lw.com
nitesh.daryanani@lw.com

Ian R. Conner (pro hac vice)
Michael G. Egge (pro hac vice)
Farrell J. Malone (pro hac vice)
Allyson M. Maltas (pro hac vice)
Marguerite M. Sullivan (pro hac vice)
Tara L. Tavernia (pro hac vice)
Seung Wan Paik (pro hac vice)
Jesse A. Vella (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
ian.conner@lw.com
michael.egge@lw.com

farrell.malone@lw.com
allyson.maltas@lw.com
marguerite.sullivan@lw.com
andrew.paik@lw.com
tara.tavernia@lw.com
jesse.vella@lw.com

David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant American Airlines Group Inc.*

*/s/ Richard Schwed*
Richard Schwed (pro hac vice)
Matthew L. Craner (pro hac vice)
Jessica K. Delbaum (pro hac vice)
Leila Siddiky (pro hac vice)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com
leila.siddiky@shearman.com

Brian Hauser (pro hac vice)
Ryan Leske (pro hac vice)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com
ryan.leske@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548

gmackinlay@mccarter.com

*Attorneys for Defendant JetBlue Airways Corporation*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), Defendants hereby certify that they have conferred with Plaintiffs and James Denvir of Boies Schiller Flexner LLP, counsel to Delta Air Lines, Inc., regarding the relief requested in this motion. Plaintiffs and Delta do not oppose this motion.

*/s/ Daniel M. Wall*
Daniel M. Wall

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing. In addition, I hereby certify that a copy of the foregoing document was served by email upon Michael Mitchell and James Denvir of Boies Schiller Flexner LLP, counsel to Delta Air Lines, Inc.

*/s/ Daniel M. Wall*
Daniel M. Wall