UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of John J. Falvey Jr., of Goodwin Procter LLP, as counsel for non-party United Airlines, Inc. in the above-captioned action.

Dated:  September 19, 2022

Respectfully submitted,

UNITED AIRLINES, INC.

By its attorneys,

/s/  *John J. Falvey, Jr.*
John J. Falvey, Jr. (BBO No. 542674)
Katherine L. Dacey (BBO No. 706636)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570 1000
Fax.: (617) 523 1231
jfalvey@goodwinlaw.com
kdacey@goodwinlaw.com

*Attorneys for United Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants as known this 19th day of September, 2022.

                                                  */s/ John J. Falvey, Jr.*