# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**CERTIFICATE OF MARY LEHNER IN SUPPORT OF
MOTION FOR *PRO HAC VICE* ADMISSION**

I, Mary Lehner, hereby certify that:

1. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the District of Columbia, the Commonwealth of Virginia, the United States Court of Appeals for the Ninth Circuit and the United States District Court for the District of Columbia.

2. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

3. I have not previously had a *pro hac vice* admission to this Court, or to any other court, revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

1

I declare, under the penalty of perjury, that the foregoing is true and correct. Executed on September 19, 2022.

        */s/ Mary Lehner*
        Mary Lehner

        FRESHFIELDS BRUCKHAUS
        DERINGER US LLP
        700 13th Street, NW, 10th Floor
        Washington, District of Columbia  20005
        Telephone:    202 777 4500
        Facsimile:    202 777 4555