# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>    Defendants. | Civil Action No. 1:21-cv-11558-LTS |

### CERTIFICATE OF JULIE ELMER IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Julie Elmer, hereby certify that:

1. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the District of Columbia, the State of Alabama, the United States Court of Appeals for the Eleventh Circuit and the United States District Courts for the Northern, Middle, and Southern Districts of Alabama.

2. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

3. I have not previously had a *pro hac vice* admission to this Court, or to any other court, revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

1

2

I declare, under the penalty of perjury, that the foregoing is true and correct.  Executed on September 19, 2022.

                                           */s/ Julie Elmer*
                                           Julie Elmer

                                           FRESHFIELDS BRUCKHAUS DERINGER US LLP
                                           700 13th Street, NW, 10th Floor
                                           Washington, District of Columbia  20005
                                           Telephone:     202 777 4500
                                           Facsimile:      202 777 4555