# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and<br>JETBLUE AIRWAYS CORPORATION,<br>Defendants. | Case No. 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Benjamin Solomon-Schwartz, of Boies Schiller Flexner LLP, as counsel for non-parties Delta Air Lines, Inc., Glen Hauenstein, and Joseph Esposito in the above-captioned action.

Dated: September 19, 2022

> */s/ Benjamin Solomon-Schwartz*
> Benjamin Solomon-Schwartz (BBO No. 688674)
> BOIES SCHILLER FLEXNER LLP
> 1401 New York Avenue, NW, Suite 1100
> Washington, DC 20005
> Telephone: (202) 237-2727
> Email: bsolomon-schwartz@bsfllp.com
>
> *Attorney for non-parties Delta Air Lines, Inc.,*
> *Glen Hauenstein, and Joseph Esposito*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any party or counsel of record who is not a registered participant of the Court's ECF system.

Dated: September 19, 2022

/s/ *Benjamin Solomon-Schwartz*
Benjamin Solomon-Schwartz