**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, Defendants. | Case No. 1:21-cv-11558-LTS |

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF
JAMES DENVIR AND MICHAEL MITCHELL**

Pursuant to Local Rule 83.5.3, the undersigned attorney, counsel for non-parties Delta Air Lines, Inc., Glen Hauenstein, and Joseph Esposito (together, "Delta") and a member of the bar of this Court, hereby moves for the admission *pro hac vice* of James Denvir and Michael Mitchell of Boies Schiller Flexner LLP. As grounds for this Motion, I state that:

1.  James P. Denvir is a Partner with the law firm of Boies Schiller Flexner LLP, 1401 New York Avenue, N.W., Washington, DC 20005, Tel: (202) 237-2727, and is a member in good standing of the District of Columbia Bar. He has also been admitted to the: U.S. District Court for The District of Columbia; U.S. District Court for The Eastern District of Michigan; U.S. District Court for The Western District of Michigan; U.S. District Court for The Northern District of Oklahoma; U.S. District court for the District of Colorado; District of Columbia Court of Appeals for The District of Columbia Circuit; US Court of Appeals for The Federal Circuit; U.S. Court of Appeals for The Sixth Circuit; U.S. Court of Appeals for The Tenth Circuit; U.S. Court of Appeals for The Ninth Circuit; U.S. Court of Appeals for The First Circuit and the Supreme Court of the United States.

2. In further support of its motion, I submit as **Exhibit 1** the Certification of James P. Denvir stating that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; he has not previously had a *pro hac vice* admission in this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and that he has read and agrees to comply with the Local Rules of this Court.

3. Michael S. Mitchell is a Partner with the law firm of Boies Schiller Flexner LLP, 1401 New York Avenue, N.W., Washington, DC 20005, Tel: (202) 237-2727, and is a member in good standing of the State Bar of Maryland and the District of Columbia Bar. He has also been admitted to the: United States District Court for the District of Columbia; United States District Court for the District of Colorado; United States District Court for the District of Maryland; United States Court of Appeals for the Eleventh Circuit; United States Court of Appeals for the Ninth Circuit; United States Court of Appeals for the District of Columbia Circuit; and the Supreme Court of the United States.

4. In further support of its motion, I submit as **Exhibit 2** the Certification of Michael S. Mitchell stating that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; he has not previously had a *pro hac vice* admission in this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and that he has read and agrees to comply with the Local Rules of this Court.

WHEREFORE, this Court should grant the admission of James P. Denvir and Michael S. Mitchell *pro hac vice* to the Bar of this Court.

Dated: September 19, 2022

        */s/ Benjamin Solomon-Schwartz*
Benjamin Solomon-Schwartz (BBO No. 688674)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 237-2727
Email: bsolomon-schwartz@bsfllp.com

*Attorney for non-parties Delta Air Lines, Inc., Glen Hauenstein, and Joseph Esposito*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for non-party Delta has conferred with counsel for Plaintiffs and Defendants regarding the foregoing requested relief and they do not oppose this Motion.

Dated:  September 19, 2022

        */s/ Benjamin Solomon-Schwartz*
Benjamin Solomon-Schwartz

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any party or counsel of record who is not a registered participant of the Court's ECF system.

Dated: September 19, 2022

        */s/ Benjamin Solomon-Schwartz*
Benjamin Solomon-Schwartz