**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC.<br>and JETBLUE AIRWAYS CORPORATION,<br><br>              Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Joanne Wisner of O'Melveny & Myers LLP as counsel of record for Non-Party, Alaska Airlines, Inc. in the above-captioned matter.

September 19, 2022

Respectfully submitted,

/s/ Joanne Wisner
Joanne Wisner (MA #646301)
O'MELVENY & MYERS LLP
1625 I St NW
Washington, D.C. 20006
Telephone: (202) 383-5197
Fax: (202) 383-5414
E-mail: jwisner@omm.com

Counsel for Non-Party Alaska Airlines, Inc.

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 19, 2022.

      /s/ Joanne Wisner
      Joanne Wisner