UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC.<br>and JETBLUE AIRWAYS CORPORATION,<br><br>            Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Non-Party Alaska Airlines, Inc. submits the following corporate disclosure:

Non-Party Alaska Airlines, Inc., is a wholly owned subsidiary of Alaska Air Group, Inc., a publicly held corporation. No publicly held corporation owns more than 10 percent of Alaska Air Group, Inc.'s stock.

September 19, 2022

Respectfully submitted,

/s/ Joanne Wisner
Joanne Wisner (MA #646301)
O'MELVENY & MYERS LLP
1625 I St NW
Washington, D.C. 20006
Telephone: (202) 383-5197
Fax: (202) 383-5414
E-mail: jwisner@omm.com

Counsel for Non-Party Alaska Airlines, Inc.

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 19, 2022.

/s/ Joanne Wisner
Joanne Wisner