UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                           *Plaintiffs*,<br><br>      v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>                           *Defendants*. | Civil Action No. 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Samuel N. Rudman, of Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, as an attorney representing non-parties Spirit Airlines, Inc. and John P. Kirby in the above-captioned action.

Dated: September 19, 2022

                                            Respectfully submitted,

                                            /s/ *Samuel N. Rudman*
                                            Samuel N. Rudman (BBO #: 698018)
                                            Choate, Hall & Stewart LLP
                                            Two International Place
                                            Boston, MA 02110
                                            (617) 248-4034
                                            srudman@choate.com

                                            *Attorney for Non-Parties Spirit Airlines, Inc.*
                                            *and John P. Kirby*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 19, 2022.

                                                         /s/ *Samuel N. Rudman*
                                                         Samuel N. Rudman