AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| UNITED STATES OF AMERICA, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-cv-11558-LTS |
| American Airlines Group Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-party National Railroad Passenger Corporation d/b/a Amtrak.

Date:  09/19/2022

/s/ Allison M. Aviki
*Attorney's signature*

Allison M. Aviki (MA Bar No. 688328)
*Printed name and bar number*

1221 Avenue of the Americas
New York, New York 10020

*Address*

aaviki@mayerbrown.com
*E-mail address*

(212) 506-2310
*Telephone number*

(212) 262-1910
*FAX number*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                          /s/ Allison Aviki
                                          Allison Aviki