UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                              *Plaintiffs*,<br><br>                    v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>                              *Defendants*. | Civil Action No. 1:21-cv-11558-LTS |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel Samuel N. Rudman, hereby moves that this Court enter an Order granting leave to Sophia Bertran of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, to appear *pro hac vice* on behalf of non-parties Spirit Airlines, Inc. ("Spirit") and John P. Kirby in the above-captioned matter. In support of this motion, undersigned counsel submits that Ms. Bertran has represented as follows:

1. On September 19, 2022, Samuel N. Rudman of Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, who is a member in good standing of the bar of this Court, filed a Notice of Appearance in the above-captioned matter on behalf of Spirit and Mr. Kirby.

2. Attorney Sophia Bertran's certification pursuant to Local Rule 83.5.3 accompanies this motion as Exhibit A.

3. As certified below, Spirit has conferred with Plaintiffs, United States of America, et al., and Defendants, American Airlines Group Inc. and JetBlue Airways Corporation, who assent to this motion.

WHEREFORE, the undersigned counsel respectfully moves that Sophia Bertran be admitted to practice before this Court *pro hac vice*.

Dated: September 19, 2022

Respectfully submitted,

/s/ *Samuel N. Rudman*
Samuel N. Rudman (BBO #: 698018)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-4034
srudman@choate.com

*Attorney for Non-Parties Spirit Airlines, Inc. and John P. Kirby*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that all parties have previously conferred with respect to the relief requested in this motion and that Plaintiffs, United States of America, et al., and Defendants, American Airlines Group Inc. and JetBlue Airways Corporation, assent to this motion.

/s/ *Samuel N. Rudman*
Samuel N. Rudman

## CERTIFICATE OF SERVICE

I, Samuel N. Rudman, hereby certify that this motion was filed through the ECF system on September 19, 2022 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Samuel N. Rudman*
Samuel N. Rudman