AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-CV-11558-LTS |
| AMERICAN AIRLINES GROUP INC., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party FMR LLC.

Date: 09/19/2022

/s/ Mark A. Ford
*Attorney's signature*

Mark A. Ford (659009 )
*Printed name and bar number*
60 State Street
Boston, MA 02109

*Address*

mark.ford@wilmerhale.com
*E-mail address*

(617) 526-6423
*Telephone number*

(617) 526-5000
*FAX number*