UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, non-party National Railroad Passenger Corporation (Amtrak) hereby discloses the following:

National Railroad Passenger Corporation (Amtrak) is a District of Columbia corporation that was authorized to be created by the Rail Passenger Service Act, 49 U.S.C. §24101 et seq.

Amtrak has no parent corporation. It has three wholly owned subsidiaries: Passenger Railroad Insurance Limited (PRIL), Washington Terminal Company (WTC), and NERI PCC, Inc. (NERI).

The United States holds, through the U.S. Secretary of Transportation, 100% of Amtrak's preferred stock (109,396,994 shares at $100 par value). Amtrak's common stock (9,385,694 shares at $10 par value) is held by American Premier Underwriters, Inc. (55.8%; a wholly owned, not publicly traded, subsidiary of American Financial Group, Inc., which is publicly traded), Burlington Northern and Santa Fe LLC (35.7%; BNSF LLC is a wholly-owned, not publicly

749883475.1

traded, subsidiary of Berkshire Hathaway, which is publicly traded) Canadian Pacific Railway (6.3%), and Canadian National Railway (2.2%). None of Amtrak's stock is publicly traded.

Dated: September 19, 2022	Respectfully submitted,

/s/ Allison Aviki
Allison Aviki
William H. Stallings *(pro hac vice pending)*

749883475.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Allison Aviki
Allison Aviki

749883475.1