AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| UNITED STATES OF AMERICA, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-11558-LTS |
| American Airlines Group Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-party Southwest Airlines Co.

Date: 09/19/2022

/s/ Allison M. Aviki
*Attorney's signature*

Allison M. Aviki (MA Bar No. 688328)
*Printed name and bar number*

1221 Avenue of the Americas
New York, New York 10020

*Address*

aaviki@mayerbrown.com
*E-mail address*

(212) 506-2310
*Telephone number*

(212) 262-1910
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as not registered participants on September 19, 2022.

/s/ Allison Aviki
Allison Aviki (BBO # 688328)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-506-2500

749874393.2