UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

## MOTION FOR ADMISSION *PRO HAC VICE*

Now comes Allison Aviki, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of William H. Stallings as counsel for non-party Southwest Airlines Co.

As set forth in the accompanying Certification, William H. Stallings certifies that (1) he is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; (3) he has not previously had a *pro hac vice* admission to the Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

749874393.2

Dated: September 19, 2022

/s/ Allison Aviki
Allison Aviki (BBO # 688328)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-506-2500
aaviki@mayerbrown.com

749874393.2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as not registered participants on September 19, 2022.

/s/ Allison Aviki
Allison Aviki (BBO # 688328)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-506-2500

749874393.2