UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC.<br>and<br>JETBLUE AIRWAYS CORPORATION,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-11558-LTS |

**NON-PARTY DELTA AIR LINES, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

　　　Pursuant to Fed. R. Civ. P. 7.1, non-party Delta Air Lines, Inc., states that it has no parent corporation. Vanguard Group Inc. owns 10% or more of its stock.

Dated:  September 19, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: */s/ Benjamin Solomon-Schwartz*
　　　　　　　　　　　　　　　　　　　　　James P. Denvir (pro hac vice)
　　　　　　　　　　　　　　　　　　　　　Michael S. Mitchell (pro hac vice)
　　　　　　　　　　　　　　　　　　　　　Benjamin Solomon-Schwartz (BBO #688674)
　　　　　　　　　　　　　　　　　　　　　Boies Schiller Flexner LLP
　　　　　　　　　　　　　　　　　　　　　1401 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 237-2727
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 237-6131
　　　　　　　　　　　　　　　　　　　　　jdenvir@bsfllp.com
　　　　　　　　　　　　　　　　　　　　　mmitchell@bsfllp.com
　　　　　　　　　　　　　　　　　　　　　bsolomon-schwartz@bsfllp.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Delta Air Lines, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any party or counsel of record who is not a registered participant of the Court's ECF system.

Dated: September 19, 2022

*/s/ Benjamin Solomon-Schwartz*
Benjamin Solomon-Schwartz