# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Julie Elmer of Freshfields Bruckhaus Deringer US LLP, admitted *pro hac vice* to this Court on September 19, 2022 (ECF No. 188), as counsel for non-party United Airlines, Inc. in the above-captioned action.

Dated:  September 19, 2022

Respectfully submitted,

UNITED AIRLINES, INC.

By its attorney,

/s/  *Julie Elmer*
Julie Elmer (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, District of Columbia 20005
Telephone: 202 777 4500
Facsimile: 202 777 4555
julie.elmer@freshfields.com

*Attorney for United Airlines, Inc*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants as known this 19th day of September, 2022.

/s/ Julie Elmer