UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br>Plaintiffs, <br><br>v. <br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br>Defendants. | Civil Action No. 1:21-cv-11558-LTS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, non-party Southwest Airlines Co. hereby discloses the following:

No corporation is the parent of Southwest Airlines Co. The Vanguard Group, Inc. owns approximately 10% of the stock of Southwest Airlines Co., and no other publicly held corporation owns 10% or more of the stock of Southwest Airlines Co.

Dated: September 19, 2022

Respectfully submitted,

/s/ Allison Aviki
Allison Aviki
William H. Stallings *(pro hac vice pending)*

749883055.2

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Allison Aviki
Allison Aviki
