.

# Appendix A

**Appendix A**

| Designated by | Bates Number | Exhibit Number(s) | Description | Motion to Seal and Bases |
|---|---|---|---|---|
| Plaintiffs | AAB6-RC-00006720 | PX0023 | June 20, 2015 internal Alaska email discussing planned domestic and international routes from LAX | Alaska moves to redact one portion of this exhibit listing the international markets (and frequencies) that Alaska considered entering at the time but chose not to do so.<br><br>As explained in Section I.A of the Motion, disclosure of competitively sensitive business information relevant to Alaska's future plans and/or strategy will harm Alaska's competitive standing.<br><br>Although this is a historic document, the redacted portion discussing potential markets and frequencies that Alaska actively considered entering is still relevant to Alaska's present strategy regarding potential future business plans. Disclosure of this information to competitors would give them an unfair advantage in predicting Alaska's future plans. |
| Plaintiffs | AAB6-RC-00040252 | PX0025 | November 10, 2021 letter from Alaska to U.S. Department of Justice regarding West Coast International Alliance ("WCIA") | Alaska moves to redact portions of this exhibit discussing the specific strategic factors that Alaska considers when entering or exiting certain markets.<br><br>As explained in Section I.A of the Motion, disclosure of competitively sensitive business information relevant to Alaska's future plans and/or strategy will harm Alaska's competitive standing. Disclosure of the redacted information to competitors would give them an unfair advantage in predicting Alaska's future plans. |
| Defendants | AS CID 0000115 | DX-221 | July 29, 2020 internal Alaska memorandum discussing Northeast Alliance ("NEA") | Alaska moves to redact portions of this exhibit revealing Alaska's internal deliberations regarding the implications of the NEA on Alaska's business strategy, including Alaska's potential response. Alaska has left unredacted all discussion regarding the NEA itself, |

2

| | | | | |
|---|---|---|---|---|
| | | | | which was based on publicly available information in the first instance.<br><br>As explained in Section I.A of the Motion, disclosure of competitively sensitive business information relevant to Alaska's future plans and/or strategy will harm Alaska's competitive standing. Disclosure of the redacted information to competitors would give them an unfair advantage in predicting Alaska's future plans. |
| Defendants | AS CID 0000724 | DX-222 | Presentation slides from August 26, 2020 internal Alaska "MD/Officer Meeting" | Alaska moves to redact portions of this exhibit revealing financial and strategic information regarding the identities and revenues from Alaska's key corporate customers; Alaska's future plans for retiring and/or acquiring aircraft; and personal, non-business related information for several Alaska employees.<br><br>As explained in Sections I.A, I.B, and I.C of the Motion, disclosure of competitively sensitive business information relevant to Alaska's future plans and/or strategy, detailed financial data, and/or key customer relationships will harm Alaska's competitive standing. Additionally, as explained in section II of the Motion, irrelevant personal information for individual Alaska employees should be sealed for privacy interests.<br><br>Disclosure of the redacted information to competitors would give them an unfair advantage in targeting Alaska's key customers, predicting Alaska's future plans, and/or forecasting Alaska's finances during negotiations. Alaska's employees also have a privacy interest against disclosure of the redacted information. |
| Plaintiffs | AS SDC0000974 | PX0391 | Presentation slides from May 2021 internal Alaska meeting regarding "Post-Pandemic NYC Capacity Strategy" | Alaska moves to redact portions of this document discussing Alaska's business strategy and plans in the NYC markets, including specific strategy considerations for exiting the JFK-LAX market and detailed analysis of past financial performance and projection of future financial performance. |

| | | | | |
|---|---|---|---|---|
| | | | | As explained in Sections I.A and I.B of the Motion, disclosure of Alaska's detailed financial data and/or competitively sensitive business information relevant to Alaska's future plans and/or strategy will harm Alaska's competitive standing.<br><br>Disclosure of the redacted information to competitors would give them an unfair advantage in predicting Alaska's future plans and/or forecasting Alaska's finances during negotiations. Although Alaska has completed its exit from the JFK-LAX market, Alaska's specific strategic considerations and analyses in reaching the decision to do so are applicable to many other markets in which Alaska continues to operate or may consider entering in the future. |
| Defendants | AS SDC0001303 | DX-223 | February 5, 2020 internal Alaska memorandum discussing WCIA | Alaska moves to redact portions of this document discussing Alaska's business strategy and plans in California, detailed financial information regarding the value of Alaska's partnerships, detailed information regarding the calculation of mutual growth incentive payments between Alaska and American, and Alaska's plans for future capital investment.<br><br>As explained in Sections II.A and II.B of the Motion, disclosure of detailed financial data and/or competitively sensitive business information regarding Alaska's future plans and/or strategy will harm Alaska's competitive standing. Disclosure of this information to competitors would give them an unfair advantage in predicting Alaska's future plans or forecasting Alaska's finances during negotiations. |
| Defendants and Plaintiffs | AS SDC0001570 | PX0393; DX-224 | Presentation slides from February 2020 internal Alaska meeting regarding WCIA | Alaska moves to redact portions of this document discussing detailed information regarding the financial value of Alaska's partnerships, the identities and revenues from Alaska's key corporate customers, the methodology for calculating mutual growth incentive payments between Alaska and American, and Alaska's plans for future capital investment. |

4

| | | | | |
|---|---|---|---|---|
| | | | | As explained in Sections II.A, II.B, and II.C of the Motion, disclosure of competitively sensitive business information regarding Alaska's future plans and/or strategy, detailed financial data, and/or key customer relationships will harm Alaska's competitive standing. Disclosure of this information to competitors would give them an unfair advantage in predicting Alaska's future plans, targeting Alaska's key customers, or forecasting Alaska's finances during negotiations. |
| Plaintiffs | AS SDC0001951 | PX0394 | April 6, 2021 internal Alaska emails discussing financial benefits of WCIA | Alaska moves to redact portions of this document discussing detailed information regarding the financial value and categories of benefits from the WCIA and Alaska's plans for future revenue initiatives.<br><br>As explained in Sections II.A and II.B of the Motion, disclosure of detailed financial data and/or competitively sensitive business information regarding Alaska's future plans and/or strategy will harm Alaska's competitive standing. Disclosure of this information to competitors would give them an unfair advantage in predicting Alaska's future plans or forecasting Alaska's finances during negotiations. |
| Defendants | AS SDC0002159 | DX-225 | Presentation slides from May 2021 internal Alaska meeting regarding WCIA and oneworld | Alaska moves to redact portions of this document revealing financial and strategic information regarding the identities and revenues from Alaska's key corporate customers.<br><br>As explained in Section II.C of the Motion, disclosure of competitively sensitive business information regarding Alaska's key customer relationships will harm Alaska's competitive standing. Disclosure of this information to competitors would give them an unfair advantage in predicting targeting Alaska's key customers. |
| Defendants and Plaintiffs | AS SDC0002365 | DX-227 | Presentation slides from May 2021 internal Alaska meeting regarding WCIA and oneworld | Alaska moves to redact portions of this document revealing financial and strategic information regarding the identities and revenues from Alaska's key corporate customers. |

| | | | | |
|---|---|---|---|---|
| | | | | As explained in Section II.C of the Motion, disclosure of competitively sensitive business information regarding Alaska's key customer relationships will harm Alaska's competitive standing. Disclosure of this information to competitors would give them an unfair advantage in predicting targeting Alaska's key customers. |
| Defendants and Plaintiffs | AS SDC0002554 | PX0396; DX-228 | May 1, 2021 internal Alaska emails discussing specific strategic considerations and financial data related to decision to exit LAX-NYC market and add capacity to other markets | Alaska moves to redact portions of this document discussing Alaska's business strategy and plans in certain markets, including specific strategy considerations for exiting the JFK-LAX market and business strategy, financial data, and future plans for entering or adding capacity to other markets.<br><br>As explained in Sections II.A and II.B of the Motion, disclosure of detailed financial data and/or competitively sensitive business information regarding Alaska's future plans and/or strategy will harm Alaska's competitive standing.  Disclosure of the redacted information to competitors would give them an unfair advantage in predicting Alaska's future plans and/or forecasting Alaska's finances during negotiations.  Although Alaska has completed its exit from the JFK-LAX market, Alaska's specific strategic considerations and analyses in reaching the decision to do so are applicable to many other markets in which Alaska continues to operate or may consider entering in the future. |
| Defendants and Plaintiffs | AS SDC0002556 | DX-229 | Presentation slides from May 2021 internal Alaska meeting regarding "Honing our NYC capacity strategy" | Alaska moves to redact portions of this document discussing Alaska's business strategy and plans in the NYC markets, including specific strategy considerations for exiting the JFK-LAX market and detailed analysis of past financial performance and projection of future financial performance.<br><br>As explained in Sections II.A and II.B of the Motion, disclosure of competitively sensitive business information regarding Alaska's future plans and/or strategy and detailed financial data relationships will harm Alaska's competitive standing. |

| | | | | |
|---|---|---|---|---|
| | | | | Disclosure of the redacted information to competitors would give them an unfair advantage in predicting Alaska's future plans and/or forecasting Alaska's finances during negotiations. Although Alaska has completed its exit from the JFK-LAX market, Alaska's specific strategic considerations and analyses in reaching the decision to do so are applicable to many other markets in which Alaska continues to operate or may consider entering in the future. |
| Plaintiffs | AS SDC0002908 | PX0397 | April 6, 2021 internal Alaska emails discussing financial benefits of WCIA | Alaska moves to redact portions of this document discussing detailed information regarding the financial value and categories of benefits from the WCIA and Alaska's plans for future revenue initiatives.<br><br>As explained in Sections II.A and II.B of the Motion, disclosure of detailed financial data and/or competitively sensitive business information regarding Alaska's future plans and/or strategy will harm Alaska's competitive standing. Disclosure of this information to competitors would give them an unfair advantage in predicting Alaska's future plans or forecasting Alaska's finances during negotiations. |
| Plaintiffs | AS SDC0004525 | PX0399 | June 30, 2021 internal Alaska emails discussing financial benefits of WCIA | Alaska moves to redact portions of this document discussing Alaska's business strategy and plans in the NYC markets, including specific strategy considerations for exiting the JFK-LAX market.<br><br>As explained in Section II.A of the Motion, disclosure of competitively sensitive business information regarding Alaska's future plans and/or strategy will harm Alaska's competitive standing. Disclosure of the redacted information to competitors would give them an unfair advantage in predicting Alaska's future plans. Although Alaska has completed its exit from the JFK-LAX market, Alaska's specific strategic considerations and analyses in reaching the decision to do so are applicable to many other markets in which Alaska continues to operate or may consider entering in the future. |