## EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Exhibit | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|
| PX0404 | DAL-00002212 | DAL-00002230 | Email re "RE: Corp Travel Insights for Network" plus attachments dated December 10, 2020 | Reveals confidential Network Planning and Sales information, strategy, methods, practices; specific customer names; revenue projections; competitive analysis. |
| PX0405 | DAL-00007233 | DAL-00007256 | Email re "FW: AA - B6/AS Exec Update for Glen call Tomorrow" plus attachment dated July 31, 2020 | Reveals confidential Network Planning and Sales information, strategy, methods, practices; specific customer names; revenue projections; competitive analysis. |
| PX0406 | DAL-00015965 | DAL-00015973 | Email re "Fwd: Boston Resource Document" plus attachment dated November 19, 2019 | Reveals confidential Network Planning and Sales information, strategy, methods, practices; revenue projections, business plans, human resource needs and strategies. |
| PX0407 | DAL-00034538 | DAL-00034539 | Email re "FW: FYI: B6 GDS Seat Issue" dated May 12, 2021 | Reveals confidential Network Planning and Sales information, strategy, methods, practices; competitive analysis regarding specific markets. |
| PX0408 | DAL-00035110 | DAL-00035112 | Email re "RE: JetBlue and American Airlines Advance Strategic Alliance Following Regulatory Review" dated January 12, 2021 | Reveals confidential Network Planning and Sales information, strategy, methods, practices; competitive analysis regarding specific markets. |
| PX0927 | DAL-00012030 | DAL-00012058 | Email re "AA-AS-B6 Update" plus attachments dated August 12, 2020 | Reveals confidential Network Planning and Sales information, strategy, methods, practices; specific customer names; revenue projections; competitive analysis regarding specific markets. |
| DX0230 | DAL-00000190 | DAL-00000212 | Presentation titled "NYC 2021 Competitive Landscape" dated November 2020 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; competitive analysis regarding specific markets. |
| DX0232 | DAL-00007233 | DAL-00007234 | Email re "AA - B6/AS Exec Update for Glen call tomorrow" dated July 31, 2020 | Reveals confidential Network Planning and Sales information, strategy, methods, practices; competitive analysis regarding specific markets. |

**EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Exhibit | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|
| DX0233 | DAL-00007235 | DAL-00007256 | Presentation titled "AA-B6/AS Executive Update Actions/Opportunities" dated July 31, 2020 | Reveals confidential Network Planning and Sales information, strategy, methods, practices; specific customer names; revenue projections; competitive analysis regarding specific markets; other competitively sensitive commercial strategies. |
| DX0234 | DAL-00007312 | DAL-00007312 | Email re "FW: American - Jetblue/Alaska partnership update" dated July 28, 2020 | Reveals confidential Network Planning and Sales information, strategy, methods, practices; competitive analysis regarding specific markets. |
| DX0235 | DAL-00007313 | DAL-00007326 | Presentation titled "AA-B6/AS Executive Update" dated July 24, 2020 | Reveals confidential Network Planning and Sales information, strategy, methods, practices; competitive analysis regarding specific markets; other competitively sensitive commercial strategies. |
| DX0238 | DAL-00010604 | DAL-00010626 | Presentation titled "NYC 2021 Competitive Landscape" dated January 14, 2021 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; competitive analysis regarding specific markets. |
| DX0239 | DAL-00011499 | DAL-00011500 | Email re "FW: AA +B6 outstation Grouping" dated September 2, 2020 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices. |
| DX0240 | DAL-00011501 | DAL-00011507 | Presentation titled "AA-B6 Partnership Battleground Spokes" dated September 2, 2020 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; specific customer names; competitive analysis regarding specific markets. |
| DX0242 | DAL-00011909 | DAL-00011909 | Presentation titled "American-JetBlue partnership Creates More Relevant Competitor in Select Spoke Markets" dated August 18, 2020 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; competitive analysis regarding specific markets. |
| DX0243 | DAL-00011915 | DAL-00011915 | Email re "2020-08-20 AAB6NYC_BOS Frequency Forecast.pptx" dated August 20, 2020 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; competitive analysis regarding specific markets. |

**EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Exhibit | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|
| DX0244 | DAL-00011916 | DAL-00011916 | Presentation titled "American-JetBlue partnership Creates More Relevant Competitive Portfolio in Select Spoke Markets" dated August 20, 2020 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; competitive analysis regarding specific markets. |
| DX0246 | DAL-00012031 | DAL-00012031 | Presentation titled "AA-B6/AS Update Actions/Opportunities" dated August 12, 2020 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; specific customer names; competitive analysis regarding specific markets; other competitively sensitive commercial strategies. |
| DX0247 | DAL-00015450 | DAL-00015452 | Email re "RE: AA - B6/AS Exec Update for Glen call tomorrow" dated July 31, 2020 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; competitive analysis regarding specific markets. |
| DX0248 | DAL-00021455 | DAL-00021456 | Email re "RE: AA November Load" dated August 30, 2021 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; competitive analysis regarding specific markets. |
| DX0249 | DAL-00022099 | DAL-00022100 | Email re "Re: New Market Announcements for BOS/LGA/SEA" dated April 26, 2021 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; competitive analysis regarding specific markets. |
| DX0250 | DAL-00031998 | DAL-00031998 | Email re "RE: Amex co-brand card" dated February 19, 2021 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; specific customer names; competitive analysis regarding specific markets; other competitively sensitive commercial strategies. |
| DX0251 | DAL-00032377 | DAL-00032377 | Email re "NYC Critical watch list" dated November 1, 2021 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; specific customer names; competitive analysis regarding specific markets. |

## EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Exhibit | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|
| DX0252 | DAL-00032378 | DAL-00032382 | Presentation titled "2021 NYC Priorities" dated November 1, 2021 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; specific customer names; competitive analysis regarding specific markets. |
| DX0253 | DAL-00032450 | DAL-00032450 | Email re "FW: NYC Plan -Draft for Weds dated September 14, 2021 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; specific customer segments; competitive analysis regarding specific markets. |
| DX0254 | DAL-00032451 | DAL-00032457 | Presentation titled "NYC Competitive Update" dated September 13, 2021 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; competitive analysis regarding specific markets. |
| DX0255 | DAL-00033576 | DAL-00033577 | Email re "Fwd: UA & AA/B6 Info – PE" dated February 18, 2021 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; competitive analysis regarding specific markets. |
| DX0256 | DAL-00037569 | DAL-00037570 | Email re "Fwd: BOS 2022 Plan - Pre-read" dated December 1, 2021 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; competitive analysis regarding specific markets. |
| DX0257 | DAL-00037573 | DAL-00037574 | Presentation titled "Positioning Delta to be #1 in BOS" dated December 1, 2021 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; revenue projections; competitive analysis regarding specific markets; other competitively sensitive commercial strategies. |
| DX0258 | DAL-00042090 | DAL-00042101 | Presentation titled "Five Year Network Plan" dated November 2018 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; fleet planning; demand forecasts; revenue projections; competitive analysis regarding specific markets; other competitively sensitive commercial strategies. |

**EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Exhibit | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|
| DX0259 | DAL-00042102 | DAL-00042113 | Presentation titled "Network Strategy Update" dated August 2018 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; fleet planning; demand forecasts; cost information; revenue projections; competitive analysis regarding specific markets; other competitively sensitive commercial strategies. |
| DX0260 | DAL-00042228 | DAL-00042269 | Presentation titled "2020 Business Plan" dated December 5, 2019 | Reveals confidential Delta Network Planning and/or Corporate strategy, methods, practices; fleet planning; demand forecasts; cost and financial information; revenue projections; competitive analysis regarding specific markets; other competitively sensitive commercial strategies. |