## EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Page From | Line From | Page To | Line To | Party Designation | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Somers, Robert | 15 | 21 | 18 | 7 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; how Delta measures performance under corporate contracts. |
| Somers, Robert | 18 | 8 | 18 | 23 | Plaintiffs' Counter-Designations | Reveals confidential Sales information, strategy, methodologies; how Delta measures performance under corporate contracts. |
| Somers, Robert | 30 | 12 | 31 | 3 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; discussion of contract terms and discounts to corporate customers. |
| Somers, Robert | 31 | 18 | 32 | 12 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; discussion of contract terms and discounts to corporate customers. |
| Somers, Robert | 32 | 19 | 35 | 16 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; discussion of contract terms and discounts to corporate customers. |
| Somers, Robert | 65 | 10 | 66 | 18 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; Sales action plan in specific markets |
| Somers, Robert | 66 | 25 | 67 | 19 | Defendants' Counter-Counter Designations | Reveals confidential Sales information, strategy, methodologies; Sales action plan in specific markets |
| Somers, Robert | 68 | 17 | 68 | 21 | Defendants' Designations | Reveals confidential Delta Network Planning strategy, methods, practices; how Delta identifies target cities/accounts |
| Somers, Robert | 68 | 24 | 69 | 13 | Defendants' Designations | Reveals confidential Delta Network Planning strategy, methods, practices; how Delta identifies target cities/accounts. |

### EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Page From | Line From | Page To | Line To | Party Designation | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Somers, Robert | 69 | 22 | 70 | 19 | Defendants' Designations | Reveals confidential Delta Network Planning strategy, methods, practices; how Delta identifies target cities/accounts. |
| Somers, Robert | 80 | 9 | 80 | 14 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; action plan to address target accounts in specific markets. |
| Somers, Robert | 81 | 12 | 82 | 5 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; action plan to address target accounts. |
| Somers, Robert | 82 | 11 | 82 | 15 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; action plan to address target accounts. |
| Somers, Robert | 82 | 21 | 83 | 20 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; action plan to address target accounts. |
| Somers, Robert | 88 | 12 | 89 | 10 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competitor incursion in specific sales sector. |
| Somers, Robert | 93 | 25 | 96 | 14 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition. |
| Somers, Robert | 96 | 21 | 98 | 7 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition. |
| Somers, Robert | 98 | 11 | 98 | 13 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition. |
| Somers, Robert | 99 | 17 | 102 | 20 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific markets. |

## EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Page From | Line From | Page To | Line To | Party Designation | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Somers, Robert | 103 | 7 | 104 | 14 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific markets. |
| Somers, Robert | 104 | 15 | 104 | 23 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific markets; specific customer names. |
| Somers, Robert | 107 | 4 | 107 | 20 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; specific customer names. |
| Somers, Robert | 112 | 10 | 112 | 20 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific markets. |
| Somers, Robert | 115 | 19 | 116 | 15 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition. |
| Somers, Robert | 121 | 3 | 123 | 3 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific market. |
| Somers, Robert | 124 | 2 | 124 | 22 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific market. |
| Somers, Robert | 125 | 11 | 126 | 20 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific market. |
| Somers, Robert | 127 | 16 | 130 | 10 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific market. |

## EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Page From | Line From | Page To | Line To | Party Designation | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Somers, Robert | 132 | 7 | 132 | 11 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific market. |
| Somers, Robert | 133 | 5 | 133 | 12 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific market. |
| Somers, Robert | 133 | 10 | 133 | 18 | Plaintiffs' Counter-Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific market. |
| Somers, Robert | 133 | 20 | 134 | 5 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific market. |
| Somers, Robert | 165 | 21 | 165 | 24 | Plaintiffs' Counter-Designations | Reveals confidential Sales information, strategy, methodologies; customer name. |
| Somers, Robert | 198 | 19 | 199 | 18 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific market. |
| Somers, Robert | 201 | 15 | 203 | 7 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; specific customer name and bidding information. |
| Somers, Robert | 204 | 19 | 205 | 13 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; specific customer name and bidding information. |
| Somers, Robert | 205 | 16 | 208 | 6 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; bidding strategies and practices. |

## EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Page From | Line From | Page To | Line To | Party Designation | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Somers, Robert | 208 | 7 | 208 | 12 | Plaintiffs' Counter-Designations | Reveals confidential Sales information, strategy, methodologies; specific customer name and bidding information. |
| Somers, Robert | 208 | 13 | 210 | 5 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific markets. |
| Somers, Robert | 210 | 25 | 211 | 5 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; specific customer name and bidding information. |
| Somers, Robert | 211 | 6 | 211 | 13 | Plaintiffs' Counter-Designations | Reveals confidential Sales information, strategy, methodologies; specific customer name and bidding information. |
| Somers, Robert | 211 | 20 | 212 | 17 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition; specific customer name. |
| Somers, Robert | 226 | 18 | 227 | 3 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific markets. |
| Somers, Robert | 227 | 11 | 227 | 14 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition with specific customer segment. |
| Somers, Robert | 227 | 17 | 227 | 17 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific markets. |
| Somers, Robert | 227 | 19 | 228 | 6 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific markets. |

### EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Page From | Line From | Page To | Line To | Party Designation | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Somers, Robert | 229 | 22 | 230 | 6 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific markets. |
| Somers, Robert | 230 | 9 | 230 | 9 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific markets. |
| Somers, Robert | 232 | 11 | 232 | 14 | Defendants' Designations | Reveals confidential Sales information, strategy, methodologies; response strategy to competition in specific markets. |
| Somers, Robert | 252 | 15 | 253 | 15 | Plaintiffs' Counter-Designations | Reveals confidential Sales information, strategy, methodologies; specific customer name and bidding information. |
| Somers, Robert | 253 | 17 | 253 | 17 | Plaintiffs' Counter-Designations | Reveals confidential Sales information, strategy, methodologies; specific customer name and bidding information. |
| Somers, Robert | 253 | 19 | 253 | 25 | Plaintiffs' Counter-Designations | Reveals confidential Sales information, strategy, methodologies; specific customer name and bidding information. |
| Somers, Robert | 255 | 7 | 255 | 11 | Plaintiffs' Counter-Designations | Reveals confidential Sales information, strategy, methodologies; specific customer name and bidding information. |
| Somers, Robert | 255 | 19 | 255 | 25 | Plaintiffs' Counter-Designations | Reveals confidential Sales information, strategy, methodologies; specific customer name and bidding information. |