AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-11558-LTS |
| American Airlines Group Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-party National Railroad Passenger Corporation d/b/a Amtrak   .

Date:   09/20/2022

/s/ William H. Stallings
*Attorney's signature*

William H. Stallings (pro hac vice)
*Printed name and bar number*

1999 K St NW
Washington, DC 20006

*Address*

wstallings@mayerbrown.com
*E-mail address*

(202) 263-3807
*Telephone number*

(202) 830-0328
*FAX number*