**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and<br>JETBLUE AIRWAYS CORPORATION,<br>Defendants. | Case No. 1:21-cv-11558-LTS |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Michael S. Mitchell, of Boies Schiller Flexner LLP, admitted pro hac vice to this Court on September 19, 2022 (ECF No. 193), as counsel for non-party Delta Air Lines, Inc., Glen Hauenstein, and Joseph Esposito in the above-captioned action.

Dated: September 20, 2022

/s/ *Michael S. Mitchell*
Michael S. Mitchell
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 237-2727
Email: mmitchell@bsfllp.com

*Attorney for Non-Parties Delta Air Lines, Inc.,
Glen Hauenstein, and Joseph Esposito*

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 20, 2022

                                         */s/ Michael S. Mitchell*
                                         Michael S. Mitchell