UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN AIRLINES GROUP INC. <br><br> and <br><br> JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter my appearance on behalf of the Allied Pilots Association as *amici curiae* in the above-captioned matter.

September 20, 2022                                Respectfully submitted,

                                                                 */s/ Michelle C. Yau*
                                                                 Michelle C. Yau (MA Bar No. 657236)
                                                                 Cohen Milstein Sellers & Toll PLLC
                                                                 1100 New York Avenue NW, 5th Floor
                                                                 Washington, DC 20005
                                                                 (202) 468-4600
                                                                 myau@cohenmilstein.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on September 20, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                            */s/ Michelle C. Yau*