UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        *Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>        *Defendants*. | Civil Action No. 1:21-cv-11558-LTS |

## CORPORATE DISCLOSURE STATEMENT

    Pursuant to Fed. R. Civ. P. 7.1, non-party Spirit Airlines, Inc. hereby discloses that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated: September 20, 2022

                 Respectfully submitted,

                 /s/ *Samuel N. Rudman*
                 Samuel N. Rudman (BBO #: 698018)
                 Choate, Hall & Stewart LLP
                 Two International Place
                 Boston, MA 02110
                 (617) 248-4034
                 srudman@choate.com

                 Andrew C. Finch (*pro hac vice*)
                 Sophia Bertran (*pro hac vice*)
                 Paul, Weiss, Rifkind, Wharton & Garrison LLP
                 1285 Avenue of the Americas
                 New York, NY 10019
                 (212) 373-3000
                 afinch@paulweiss.com
                 sbertran@paulweiss.com

                 *Attorneys for Non-Parties Spirit Airlines, Inc. and John P. Kirby*

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 20, 2022.

               /s/ *Samuel N. Rudman*
               Samuel N. Rudman