# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC.<br>and<br>JETBLUE AIRWAYS CORPORATION,<br><br>  Defendants. | Case No.: 1:21-cv-11558-LTS |

## NON-PARTIES GLEN HAUENSTEIN, JOSEPH ESPOSITO, AND DELTA AIR LINES INC.'S MOTION TO QUASH TRIAL SUBPOENAS TO GLEN HAUENSTEIN AND JOSEPH ESPOSITO

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Non-Parties Glen Hauenstein, Joseph Esposito, and Delta Air Lines, Inc. ("Delta") respectfully move this Court to quash the trial subpoenas to Mr. Hauenstein and Mr. Esposito because there is no "cause" under 15 U.S.C. § 23 to compel their appearance at trial in Boston and doing so would impose an undue burden.

In support of this motion, Mr. Hauenstein, Mr. Esposito, and Delta submit an accompany Memorandum of Law, the Declaration of Michael S. Mitchell and accompanying four exhibits, the Declaration of Glen Hauenstein, and the Declaration of Joseph Esposito. Mr. Hauenstein, Mr. Esposito, and Delta will further submit any additional briefing and argument permitted or requested by the Court.

Dated: September 21, 2022                Respectfully submitted,

*/s/ Michael S. Mitchell*

James P. Denvir (*pro hac vice*)
Michael S. Mitchell (*pro hac vice*)
Benjamin Solomon-Schwartz (BBO 688674)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
jdenvir@bsfllp.com
mmitchell@bsfllp.com
bsolomon-schwartz@bsfllp.com

*Counsel for Non-Parties Glen Hauenstein,
Joseph Esposito and Delta Air Lines, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that Non-Parties Delta, Mr. Hauenstein, and Mr. Esposito met and conferred in good faith with counsel for the Defendants regarding the relief requested in this motion, as described in the Declaration of Michael S. Mitchell. Defendants have filed a motion to compel and confirm they oppose this motion.

*/s/ Michael S. Mitchell*
Michael S. Mitchell (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
mmitchell@bsfllp.com

*Counsel for Non-Parties Glen Hauenstein,
Joseph Esposito and Delta Air Lines, Inc.*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 21, 2022

        */s/ Michael S. Mitchell*
        Michael S. Mitchell (*pro hac vice*)
        BOIES SCHILLER FLEXNER LLP
        1401 New York Avenue, N.W.
        Washington, DC 20005
        Telephone: (202) 237-2727
        Fax: (202) 237-6131
        mmitchell@bsfllp.com

        *Counsel for Non-Parties Glen Hauenstein,*
        *Joseph Esposito and Delta Air Lines, Inc.*