# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> *Defendants*. | Civil Action No. 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew C. Finch, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of Americas, New York, NY 10019, as an attorney representing non-parties Spirit Airlines, Inc. and John P. Kirby in the above-captioned action.

Dated: September 21, 2022

Respectfully submitted,

/s/ *Andrew C. Finch*
Andrew C. Finch (*pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3417
afinch@paulweiss.com

*Attorney for Non-Parties Spirit Airlines, Inc. and John P. Kirby*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 21, 2022.

                                              /s/ *Andrew C. Finch*