UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>        *Defendants*. | Civil Action No. 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Sophia Bertran, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of Americas, New York, NY 10019, as an attorney representing non-parties Spirit Airlines, Inc. and John P. Kirby in the above-captioned action.

Dated: September 21, 2022

                Respectfully submitted,

                /s/ *Sophia Bertran*
                Sophia Bertran (*pro hac vice*)
                Paul, Weiss, Rifkind, Wharton & Garrison LLP
                1285 Avenue of the Americas
                New York, NY 10019
                (212) 373-3063
                sbertran@paulweiss.com

                *Attorney for Non-Parties Spirit Airlines, Inc. and John P. Kirby*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 21, 2022.

                                                              */s/ Sophia Bertran*