UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**NOTICE REGARDING MOTION TO QUASH TRIAL SUBPOENAS
TO GLEN HAUENSTEIN AND JOSEPH ESPOSITO**

On September 21, 2022, Non-Parties Glen Hauenstein, Joseph Esposito, and Delta Air Lines, Inc. (collectively "Delta") filed a motion to quash trial subpoenas served on Mr. Esposito and Mr. Hauenstein (ECF Nos. 230, 231). In addition to moving to quash the subpoenas, Delta's supporting memorandum responds to Defendants' related Motion to Compel compliance with the same subpoenas, filed on September 13, 2022 (ECF. No. 175). This Court previously allowed a related motion for expedited briefing and consideration, setting September 21, 2022 as the deadline for Delta to respond to Defendants' pending motion to compel, and September 27, 2022 as the date by which a ruling would issue. Defendants respectfully submit this notice to inform the Court that they intend to file an opposition to Delta's motion to quash by 6:00 PM on Friday, September 23, 2022, so that the Court has all pertinent information and authorities before rendering its decision on September 27.

Dated:  September 21, 2022                                             Respectfully submitted,

/s/ Daniel M. Wall
Daniel M. Wall (pro hac vice)
Elise M. Nelson (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
dan.wall@lw.com
elizabeth.gettinger@lw.com
elise.nelson@lw.com
nitesh.daryanani@lw.com

Michael G. Egge (pro hac vice)
Farrell J. Malone (pro hac vice)
Allyson M. Maltas (pro hac vice)
Marguerite M. Sullivan (pro hac vice)
Tara L. Tavernia (pro hac vice)
Seung Wan Paik (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
michael.egge@lw.com
farrell.malone@lw.com
allyson.maltas@lw.com
marguerite.sullivan@lw.com
andrew.paik@lw.com
tara.tavernia@lw.com

David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant American Airlines Group Inc.*

/s/ Richard Schwed
Richard Schwed (pro hac vice)
Matthew L. Craner (pro hac vice)
Jessica K. Delbaum (pro hac vice)
Leila Siddiky (pro hac vice)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com
leila.siddiky@shearman.com

Brian Hauser (pro hac vice)
Ryan Leske (pro hac vice)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com
ryan.leske@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant JetBlue Airways Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                         */s/ Daniel M. Wall*
                                         Daniel M. Wall