# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN AIRLINES GROUP INC. and ) <br> JETBLUE AIRWAYS CORPORATION ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Edward Duffy as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dated:  September 22, 2022

/s/ Edward Duffy
Edward Duffy
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 812-4723
Edward.Duffy@usdoj.gov