UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* )<br>  )<br> Plaintiffs, )<br>  )<br> v. )<br>  )<br> AMERICAN AIRLINES GROUP INC. and )<br> JETBLUE AIRWAYS CORPORATION )<br>  )<br> Defendants. )<br>  ) | Case No. 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Patricia C. Corcoran as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dated: September 21, 2022

/s/ Patricia C. Corcoran
Patricia Crowley Corcoran
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 7632
Washington, DC 20530
(202) 288-2195
patricia.corcoran@usdoj.gov

**CERTIFICATE OF SERVICE**

      I, John J. Hogan, hereby certify that on September 21, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 21, 2022                    /s/ John J. Hogan
                                                                   John J. Hogan