# EXHIBIT 3

**LATHAM & WATKINS** LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

File No. 037076.0000

September 13, 2022

**BY EMAIL**

Glen Hauenstein
c/o Michael Mitchell
Boies Schiller Flexner LLP
1401 New York Ave., NW
Washington, DC 20005

Re:   *United States et. al vs. American Airlines Group Inc. and JetBlue Airways Corp.*:
      Case No. 1:21-CV-11558

Dear Mr. Hauenstein:

You have been subpoenaed as a trial witness in the above-referenced case. The trial is scheduled to begin at 10:00 am on September 27, 2022 before The Honorable Leo T. Sorokin in the United States District Court for the District of Massachusetts. The trial is scheduled to continue until October 17, 2022.

You will not be required to appear and testify on each one of those days; however, it is currently unclear on which date your testimony will be required. I will advise your counsel, Mr. Mitchell, as soon as we have a better sense of which date you will be called to testify. I currently anticipate that you will be called to testify on a single day during the period from October 4 and October 17, 2022.

Sincerely,

*/s/ Marguerite M. Sullivan*

Marguerite M. Sullivan
of LATHAM & WATKINS LLP

**LATHAM & WATKINS** LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

File No. 037076.0000

September 13, 2022

**BY EMAIL**

Joseph Esposito
c/o Michael Mitchell
Boies Schiller Flexner LLP
1401 New York Ave., NW
Washington, DC 20005

Re:   *United States et. al vs. American Airlines Group Inc. and JetBlue Airways Corp.*: Case No. 1:21-CV-11558

Dear Mr. Esposito:

You have been subpoenaed as a trial witness in the above-referenced case.  The trial is scheduled to begin at 10:00 am on September 27, 2022 before The Honorable Leo T. Sorokin in the United States District Court for the District of Massachusetts.  The trial is scheduled to continue until October 17, 2022.

You will not be required to appear and testify on each one of those days; however, it is currently unclear on which date your testimony will be required.  I will advise your counsel, Mr. Mitchell, as soon as we have a better sense of which date you will be called to testify.  I currently anticipate that you will be called to testify on a single day during the period from October 4 and October 17, 2022.

Sincerely,

*/s/ Marguerite M. Sullivan*

Marguerite M. Sullivan
of LATHAM & WATKINS LLP