# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES GROUP INC. and )<br>JETBLUE AIRWAYS CORPORATION )<br>)<br>Defendants. )<br>) | Case No. 1:21-cv-11558-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Bonny E. Sweeney as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dated: September 23, 2022

/s/Bonny E. Sweeney
Bonny E. Sweeney
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 702-0537
Bonny.Sweeney@usdoj.gov