## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and<br>JETBLUE AIRWAYS CORPORATION,<br><br>Defendants. | Civil Action No. 1:21-cv-11558-LTS |

## UPDATE TO JOINT REPORT REGARDING DEFENDANTS' MOTION TO SEAL TRIAL EXHIBITS

The Parties provide the following update to their September 23, 2022 Joint Report Regarding Defendants' Motion to Seal Trial Exhibits (Dkt. No. 243, the "Joint Report"). Since filing the Joint Report, the Parties have resolved their disputes as to seven of the exhibits included on Amended Appendix A to the Joint Report. Specifically, the Parties no longer have confidentiality disputes as to DX-385, DX-386, PX0358, PX0660, PX0662, PX0678, and PX0697.

The Parties attach to this update (i) Amended Appendix A to the Defendants' Motion to Seal Trial Exhibits, which identifies the exhibits for which confidentiality remains in dispute, and (ii) Supplemental Appendix B to the Defendants' Motion to Seal Trial Exhibits, which identifies the exhibits for which the Parties have agreed to seal through the meet and confer process.

The versions of Amended Appendix A and Supplemental Appendix B attached hereto replace and supersede the versions of Amended Appendix A and Supplemental Appendix B attached to the Joint Report.

Dated:  September 25, 2022                          Respectfully submitted,

**Counsel for Plaintiff the United States:**          */s/ William H. Jones II*
William H. Jones II
Maisie A. Baldwin
Sarah McDonough
Craig Briskin
Don Amlin
Brandon Storm
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Phone: 202-514-0230
Fax: 202-307-5802
bill.jones2@usdoj.gov

**Counsel for Plaintiff States:**          */s/ William T. Matlack*
William T. Matlack (MA Bar No. 552109)
Daniel H. Leff (MA Bar No. 689302)
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 727-2200
Email: Daniel.leff@mass.gov

*Attorneys for the Commonwealth of Massachusetts, and on behalf of the Plaintiff States*

**Counsel for Defendants:**          */s/ Daniel M. Wall*
Daniel M. Wall (*pro hac vice*)
Elizabeth C. Gettinger (*pro hac vice*)
Elise M. Nelson (*pro hac vice*)
Nitesh Daryanani (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
dan.wall@lw.com
elizabeth.gettinger@lw.com
elise.nelson@lw.com
nitesh.daryanani@lw.com

Allyson M. Maltas (*pro hac vice*)
Ian R. Conner (*pro hac vice)*
Michael G. Egge (*pro hac vice*)
Farrell J. Malone (*pro hac vice*)
Marguerite M. Sullivan (*pro hac vice*)
Tara L. Tavernia (*pro hac vice*)
Seung Wan Paik (*pro hac vice*)
Jesse A. Vella (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
allyson.maltas@lw.com
ian.conner@lw.com
michael.egge@lw.com
farrell.malone@lw.com
marguerite.sullivan@lw.com
andrew.paik@lw.com
tara.tavernia@lw.com
jesse.vella@lw.com

David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant*
*American Airlines Group Inc.*

/s/ Matthew A. McGee
Richard Schwed (*pro hac vice*)
Matthew L. Craner (*pro hac vice*)
Jessica K. Delbaum (*pro hac vice*)
Leila Siddiky (*pro hac vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com
leila.siddiky@shearman.com

3

Brian Hauser (*pro hac vice*)
Ryan Leske (*pro hac vice*)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com
ryan.leske@shearman.com

Matthew A. McGee (*pro hac vice*)
Shearman & Sterling LLP
2828 North Harwood Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 271-5766
matt.mcgee@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Matthew A. McGee*
Matthew A. McGee
