## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | Case No. 1:21-cv-11558-LTS |
| ) | |
| AMERICAN AIRLINES GROUP INC. and  ) | |
| JETBLUE AIRWAYS CORPORATION  ) | |
| ) | |
| Defendants.  ) | |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Michael DeRita as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dated:  September 26, 2022

/s/ Michael DeRita
Michael DeRita
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 664-2418
michael.derita@usdoj.gov