UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC.<br>and JETBLUE AIRWAYS CORPORATION,<br><br>        Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned counsel Joanne L. Wisner, a member in good standing of the bar of this Court, hereby moves that this Court enter an Order granting leave to Courtney B. Dyer to appear *pro hac vice* on behalf of Non-Party, Alaska Airlines, Inc. ("Alaska") in the above-captioned matter. Alaska has conferred with Plaintiffs, United States of America, et al., and Defendants, American Airlines Group Inc. and JetBlue Airways Corporation, who assent to this motion.

As set forth in the accompanying Certification, Courtney B. Dyer certifies that (1) she is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; (3) she has not previously had a *pro hac vice* admission to this Court, or to any other court, revoked for misconduct, and (4) she is familiar with and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

September 27, 2022                                  Respectfully submitted,

                                                      /s/ *Joanne Wisner*
                                                     Joanne L. Wisner (MA #646301)
                                                     O'MELVENY & MYERS LLP
                                                     1625 I St NW
                                                     Washington, D.C. 20006
                                                     Telephone:  (202) 383-5197
                                                     Fax: (202) 383-5414
                                                     E-mail:  jwisner@omm.com

                                                     Counsel for Non-Party Alaska Airlines, Inc.

**LOCAL RULE 7.1 CERTIFICATION**

 Pursuant to Local Rule 7.1(a)(2), I hereby certify that Alaska Airlines, Inc., through counsel, met and conferred in good faith with counsel for Defendants and counsel for Plaintiffs regarding the filing of this motion. Counsel for the United States of America indicated that Plaintiffs assent to the motion. Counsel for American Airlines Group Inc. indicated that Defendants assent to the motion.

/s/ *Joanne Wisner*
Joanne L. Wisner

Counsel for Non-Party Alaska Airlines, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 27, 2022.

                                                  /s/ *Joanne Wisner*
                                                  Joanne Wisner