UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC.<br>and JETBLUE AIRWAYS CORPORATION,<br><br>              Defendants. | Civil Action No.: 1:21-cv-11558-LTS |

## CERTIFICATION OF COURTNEY B. DYER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Courtney B. Dyer, state that:

1. I make this declaration in support of the accompanying Motion for Admission *pro hac vice* and have personal knowledge of the facts stated herein.

2. I am a partner at the law firm of O'Melveny & Myers LLP, 1625 I Street, N.W., Washington, D.C., 20006.

3. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the District of Columbia, the state of New York, and the United States District Court for the District of Columbia.

4. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court, or to any other court, revoked for misconduct.

6. I am familiar with, and agree to comply with, the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct, this 27th day of September 2022.

/s/ *Courtney B. Dyer*
Courtney B. Dyer
O'MELVENY & MYERS LLP
1625 I St NW
Washington, D.C. 20006
Telephone: (202) 383-5215
Fax: (202) 383-5414
E-mail: cdyer@omm.com

Counsel for Non-Party Alaska Airlines, Inc.