# Appendix A

Case 1:21-cv-11558-LTS   Document 265-1   Filed 10/11/22   Page 2 of 9

United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation
Case No. 1:21-cv-11558-LTS

| Priv Log Number | Starting Bates Number | Date | From | To | CC | Email Subject | Basis for Withholding | Redacted or Withheld? | PX or DX |
|---|---|---|---|---|---|---|---|---|---|
| Priv_10855 | | 5/20/2020 | Farrell Malone ESQ | Anmol Bhargava; Chad Schweinzger; Jordan J. Pack | Dan Wall ESQ ; Gustavo E. Bamberger; James Kaleigh ESQ ; Mark Israel; Maya Meidan; Michael Egge ESQ ; Seung Paik ESQ | | Attorney Client | Withhold | |
| Priv_10917 | | 5/20/2020 | Jordan J. Pack | Farrell Malone ESQ ; James Kaleigh ESQ ; Seung Paik ESQ | Anmol Bhargava; Chad Schweinzger; Dan Wall ESQ ; Gustavo E. Bamberger; Mark Israel; Maya Meidan; Michael Egge ESQ | | Attorney Client | Withhold | |
| Priv_10924 | | 5/20/2020 | Jordan J. Pack | Farrell Malone ESQ ; James Kaleigh ESQ ; Seung Paik ESQ | Anmol Bhargava; Chad Schweinzger; Dan Wall ESQ ; Gustavo E. Bamberger; Mark Israel; Maya Meidan; Michael Egge ESQ | | Attorney Client | Withhold | |

Case 1:21-cv-11558-LTS   Document 265-1   Filed 10/11/22   Page 3 of 9
*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:21-cv-11558-LTS*

| Priv Log Number | Starting Bates Number | Date | From | To | CC | Email Subject | Basis for Withholding | Redacted or Withheld? | PX or DX |
|---|---|---|---|---|---|---|---|---|---|
| Priv_10699 | | 5/20/2020 | Jordan J. Pack | Derek Klinka | Anmol Bhargava; Brian Friedman; Chad Schweinzger; Claire Roeschke; David Fintzen; Farrell Malone ESQ ; James Kaleigh ESQ ; Jessica Delbaum ESQ ; Michelle De Vera; Michelle Girkinger | | Attorney Client; Common Interest | Withhold | |
| Priv_10542 | | 5/21/2020 | Mark Israel | Bruce Wark ESQ ; Dan Wall ESQ ; Farrell Malone ESQ ; Gustavo Bamberger; James Kaleigh ESQ ; Maya Meidan; Michael Egge ESQ ; Stephen Johnson | Anmol Bhargava; Chad Schweinzger; Marilyn Reynolds; Tricia Lawson; Vasu Raja | | Attorney Client | Withhold | |

Case 1:21-cv-11558-LTS   Document 265-1   Filed 10/11/22   Page 4 of 9

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:21-cv-11558-LTS*

| Priv Log Number | Starting Bates Number | Date | From | To | CC | Email Subject | Basis for Withholding | Redacted or Withheld? | PX or DX |
|---|---|---|---|---|---|---|---|---|---|
| Priv_11167 | | 5/22/2020 | Farrell Malone ESQ | Anmol Bhargava; Brian Friedman ESQ; Chad Schweinzger; Claire Roeschke; David Fintzen; Derek Klinka; Jordan J. Pack; Michelle de Vera; Michelle Girkinger | Gustavo E. Bamberger; James Kaleigh ESQ; Jessica Delbaum ESQ; Mark Israel; Maya Meidan; Seung Paik ESQ | | Attorney Client; Common Interest | Withhold | |
| Priv_10684 | | 5/22/2020 | Jordan J. Pack | Chad Schweinzger; Matthew McElfresh | Anmol Bhargava; James Kaleigh ESQ | | Attorney Client | Withhold | |
| Priv_10833 | | 5/25/2020 | David Fintzen | Anmol Bhargava; Brian Friedman; Chad Schweinzger; Claire Roeschke; Derek Klinka; Farrell Malone ESQ; Jordan J. Pack; Michelle De Vera; Michelle Girkinger | Gustavo E. Bamberger; James Kaleigh ESQ; Jessica Delbaum ESQ; Mark Israel; Maya Meidan; Seung Paik ESQ | | Attorney Client; Common Interest | Withhold | |

Case 1:21-cv-11558-LTS   Document 265-1   Filed 10/11/22   Page 5 of 9
*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:21-cv-11558-LTS*

| Priv Log Number | Starting Bates Number | Date | From | To | CC | Email Subject | Basis for Withholding | Redacted or Withheld? | PX or DX |
|---|---|---|---|---|---|---|---|---|---|
| Priv_10820 | | 5/25/2020 | Farrell Malone ESQ | Anmol Bhargava; Brian Friedman ESQ; Chad Schweinzger; Claire Roeschke; David Fintzen; Derek Klinka; Jordan J. Pack; Michelle de Vera; Michelle Girkinger | Gustavo E. Bamberger; James Kaleigh ESQ; Jessica Delbaum ESQ; Mark Israel; Maya Meidan; Seung Paik ESQ | | Attorney Client; Common Interest | Withhold | |
| Priv_10752 | | 5/26/2020 | David Fintzen | Anmol Bhargava; Brian Friedman; Chad Schweinzger; Claire Roeschke; Derek Klinka; Farrell Malone ESQ; Jordan J. Pack; Michelle De Vera; Michelle Girkinger | Gustavo E. Bamberger; James Kaleigh ESQ; Jessica Delbaum ESQ; Mark Israel; Maya Meidan; Seung Paik ESQ | | Attorney Client; Common Interest | Withhold | |
| AA_Priv_13971 | | 5/27/2020 | | | | RE: Notes from Meeting - Garland - Privileged and Confidential | Attorney Client; Work Product | Privileged-Withhold | |

Case 1:21-cv-11558-LTS   Document 265-1   Filed 10/11/22   Page 6 of 9
*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:21-cv-11558-LTS*

| Priv Log Number | Starting Bates Number | Date | From | To | CC | Email Subject | Basis for Withholding | Redacted or Withheld? | PX or DX |
|---|---|---|---|---|---|---|---|---|---|
| Priv_10781 | | 5/27/2020 | Jordan J. Pack | Anmol Bhargava; Chad Schweinzger; James Kaleigh ESQ ; Matthew McElfresh | Farrell Malone ESQ | | Attorney Client | Withhold | |
| Priv_10835 | AA-NEA-01491191 | 5/28/2020 | Jordan J. Pack | Chad Schweinzger | | | Attorney Client | Redact | |
| Priv_11659 | | 5/29/2020 | Chad Schweinzger | Anmol Bhargava; Farrell Malone ESQ ; Gustavo E. Bamberger; James Kaleigh ESQ ; Jordan J. Pack; Mark Israel; Matthew McElfresh; Maya Meidan; Seung Paik ESQ | | | Attorney Client | Withhold | |
| Priv_11660 | | 5/29/2020 | | | | | Attorney Client | Withhold | |
| Priv_11591 | AA-NEA-03326052 | 5/29/2020 | Chad Schweinzger | Matthew McElfresh | Anmol Bhargava; James Kaleigh ESQ ; Jordan J. Pack | | Attorney Client | Withhold | |
| Priv_11592 | AA-NEA-03326052 | 5/29/2020 | | | | | Attorney Client | Withhold | |
| Priv_10674 | | 6/1/2020 | Jordan J. Pack | Chad Schweinzger | | | Attorney Client | Withhold | |
| Priv_10683 | AA-NEA-01314750 | 6/1/2020 | Jordan J. Pack | Chad Schweinzger; James Kaleigh ESQ | | | Attorney Client | Withhold | |

Case 1:21-cv-11558-LTS   Document 265-1   Filed 10/11/22   Page 7 of 9

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:21-cv-11558-LTS*

| Priv Log Number | Starting Bates Number | Date | From | To | CC | Email Subject | Basis for Withholding | Redacted or Withheld? | PX or DX |
|---|---|---|---|---|---|---|---|---|---|
| AA_Priv_18822 | AA-NEA-03061036 | 6/2/2020 | Jordan J. Pack | Chad Schweinzger | | | Attorney Client | Withhold | |
| AA_Priv_18823 | AA-NEA-03061047 | 6/2/2020 | Jordan J. Pack | Chad Schweinzger | | | Attorney Client | Withhold | |
| Priv_09723 | | 6/2/2020 | Seung Paik ESQ | Anmol Bhargava; Bruce Wark ESQ ; Chad Schweinzger; Farrell Malone ESQ ; James Kaleigh ESQ ; Jordan J. Pack; Mark Israel; Matthew McElfresh | | | Attorney Client | Withhold | |
| Priv_09768 | | 6/2/2020 | Seung Paik ESQ | Anmol Bhargava; Bruce Wark ESQ ; Chad Schweinzger; Farrell Malone ESQ ; James Kaleigh ESQ ; Jordan J. Pack; Mark Israel; Matthew McElfresh; Seung Paik ESQ | | | Attorney Client | Withhold | |

Case 1:21-cv-11558-LTS   Document 265-1   Filed 10/11/22   Page 8 of 9

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:21-cv-11558-LTS*

| Priv Log Number | Starting Bates Number | Date | From | To | CC | Email Subject | Basis for Withholding | Redacted or Withheld? | PX or DX |
|---|---|---|---|---|---|---|---|---|---|
| Priv_09768 | | 6/2/2020 | Seung Paik ESQ | Anmol Bhargava; Bruce Wark ESQ ; Chad Schweinzger; Farrell Malone ESQ ; James Kaleigh ESQ ; Jordan J. Pack; Mark Israel; Matthew McElfresh; Seung Paik ESQ | | | Attorney Client | Withhold | |
| | AA-NEA-03112555 | 6/2/2020 | | | | | | Withhold | PX374 |
| | AA-NEA-03112560 | 6/2/2020 | | | | | | Withhold | PX374 |
| | AA-NEA-01406217 | 6/2/2020 | Anmol Bhargava | Seung Paik ESQ | | | | Redact | PX270 |
| | AA-NEA-01396739 | 6/2/2020 | | | | | | Withhold | Exhibit 11 from Israel LIT deposition |

Case 1:21-cv-11558-LTS   Document 265-1   Filed 10/11/22   Page 9 of 9
*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:21-cv-11558-LTS*

| Priv Log Number | Starting Bates Number | Date | From | To | CC | Email Subject | Basis for Withholding | Redacted or Withheld? | PX or DX |
|---|---|---|---|---|---|---|---|---|---|
| Priv_10556 | | 6/3/2020 | Jordan J. Pack | Anmol Bhargava; Brian Friedman; Chad Schweinzger; Claire Roeschke; David Fintzen; Derek Klinka; Farrell Malone ESQ ; James Kaleigh ESQ ; Jessica Delbaum ESQ ; Michelle De Vera; Michelle Girkinger | Matthew McElfresh | | Attorney Client; Common Interest | Withhold | |
| AA_Priv_10752 | | 6/4/2020 | | Schweinzger, Chad; Pack, Jordan J.; Bhargava, Anmol ; James Kaleigh ESQ | | RE: Clean Team Call | Attorney Client | Privileged-Withhold | |