# Appendix A

Case 1:21-cv-11558-LTS   Document 266-1   Filed 10/11/22   Page 2 of 7

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:21-cv-11558-LTS*

| PX Number | Defendants' Evidentiary Objections | Starting Bates Number | Exhibit Description |
|---|---|---|---|
| PX0003 | 402 | AA-AAUS-00017856 | Standalone Final Transcript of US Airways' Q2 2006 Earnings Conference Call from July 2006 |
| PX0004 | 402 | AA-AAUS-00018131 | Nocella, and Michael Britman from January 2012 with no subject; contains two attachments titled "PHX Hub Data.xls" and "Project X Presentation v2 4.ppt" |
| PX0005 | 402 | AA-AAUS-00019046 | Healy, Nicholas Andersen, and Andrew Nocella from September 2012 re: FW: Tetris Decks; contains two attachments titled, "AMR Business Plan Deck v5.pptx" and "DRAFT AMR Revenue Shortfall v7.pptx" |
| PX0009 | 402 | AA-AAUS-00020846 | Email from Benjamin Brookman to Andrew Nocella and Michael Britman from September 2011 re: ACE Presentation ppt; contains one attachment titled "ACS Nocella 2.ppt" |
| PX0012 | 402; 901 | AA-AAUS-00023012 | Email thread between David Ela, Don Casey, Brent Overbeek, Elizabeth Parsons, and Yogesh Agarwal from January 2012 re: 2012 Revenue Plan Slides (Revised); contains three attachments titled "2012 Revenue Plan - All Slides.v3.pdf," "2012 Revenue Plan - All Slides.pptx," and "Backup to Revenue Forecast.pdf" |
| PX0015 | 402; 901 | AA-AAUS-00030421 | Standalone US Airways slide deck from December 2012 titled "US Airways - American Airlines A Request for a Level Playing Field" |
| PX0016 | 402 | AA-AAUS-00035057 | from May 2012 titled, "The New American A Bright Future" |
| PX0018 | 402 | AA-AAUS-00036279 | Standalone American Airlines slide deck from July 2011 titled "Industry Schedule Changes 2007 vs. 2011 Summary Findings" |
| PX0027 | 402 | AAB6-RC-00064265 | Standalone Slide deck from 2006 titled "RANPROD0036749" |
| PX0029 | 402; 901 | AAB6-RC-00070041 | Standalone US Airways slide deck titled "US Airways Network Strategy" |
| PX0033 | 402 | AA-CID-0000023241 | Email thread between Anmol Bhargava, Andrew Nocella, Charles Schubert, Kurt Stache, John Boettcher, Uzair Nathani, and Jason Reisinger from June - July 2014 re: AJB Deck for July 8th Meeting; contains one attachment titled, "AJB ESK Reduction Case v12.pptx" |

Case 1:21-cv-11558-LTS   Document 266-1   Filed 10/11/22   Page 3 of 7

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:21-cv-11558-LTS*

| PX Number | Defendants' Evidentiary Objections | Starting Bates Number | Exhibit Description |
|---|---|---|---|
| PX0034 | 402 | AA-CID-0000029226 | Email from Joshua Freed to Daniel Cravens from May 2015 re: Kirby comments, and traffic |
| PX0035 | 402 | AA-CID-0000047364 | Email from Matt Morris to Daniel Cravens and Hunter Keay from June 2015 re: Hunter Keay's slide deck for tomorrow; contains one attachemnt titled "AAL board presentation.pdf" |
| PX0036 | 402 | AA-CID-0000066550 | Email thread between Jim Parker, Bill Franke, Barry Eccleston, Carey Thompson, CA Howlett, Marty St. George, Deborah Ostreicher, and Charles Schubert from May 2015 re: Phoenix Symposium |
| PX0037 | 402 | AA-CID-0000173682 | and Stephen Johnson from August 2014 re: Question |
| PX0042 | 802; 901 | AA-DLUS-00002281 | Standalone slide deck titled, "Overview: A fragmented Industry" |
| PX0146 | 805 | AA-NEA-00215057 | Email thread between Mitchell Goodman, Nicole Celiscar, Karen Buls, Erik Shor, Enilsen Tandt, Maribel Carson, and Laura Glaze from November - December 2019 re: AA Cuts in JFK and LGA |
| PX0203 | 805 | AA-NEA-00600893 | Minerva, Nathan Gatten, Molly Wilkinson, Vasu Raja, Lorne Cass, Jason Reisinger, Dave Scott, Carol Huegel, Robert Berlucchi, Glenn Martin, and Brent Alex from January 2019 re: Letter on JFK - let me know |
| PX0231 | 805 | AA-NEA-00759761 | Cusato, Kaitie Czuchaj, Phillip Dugaw, Neil Goodger, Todd Margotta, Jeffrey Nelson, Alana Rushing, Daniel Cravens, and Neil Watson from May 2019 re: FW: Airlines: US Airlines Primer – 3rd edition - United States - 102pp; contains one attachment titled "05132019 - BofAML - Airline Primer.pdf" |
| PX0252 | 805 | AA-NEA-01284682 | Celiscar, Paola Martinez, Crystal Byrd, Steven Gilman, Debbie Behnke, John Tingle, Axel Starke, Lisa Petruzzi, Kristina Marova, Sara Baker, Nichelle Marrett, Austin Young, Michael Mueller, Rachel Warner, Ricki Reichard, Jennifer Miranda, Laura Glaze, Amy Laura, Lori Perez, Mitchell Goodman, and Andrea Ibarra from January 2020 re: One more BOS call?; contains three attachments titled "IMG_0299," "IMG_0306," and "IMG_0308" |

Case 1:21-cv-11558-LTS   Document 266-1   Filed 10/11/22   Page 4 of 7

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:21-cv-11558-LTS*

| PX Number | Defendants' Evidentiary Objections | Starting Bates Number | Exhibit Description |
|---|---|---|---|
| PX0255 | 805 | AA-NEA-01295827 | Email from Paul Swartz to Ricki Reichard from August 2019 re: Plan B??? |
| PX0265 | 805 | AA-NEA-01354843 | Email thread between Kurt Stache, Michael Douglis, Kyle Mabry, and Alison Taylor from June 2018 re: United/JetBlue/Alaska and San Francisco |
| PX0277 | 402 | AA-NEA-01479565 | Response to Order Requesting Additional Information by American Airlines, Inc. and Qantas Airways Limited from August 2018 in DOT Docket No. DOT-OST-2018-0030-0120 |
| PX0344 | 402 | AA-NEA-02515110 | Standalone document titled "Exhibit 170: Final Transcript LCC - US Airways Group Inc at Rodman & Renshaw LLC Airline Conference" in Case No. 1:15-mc-01404-CKK |
| PX0345 | 402; 805 | AA-NEA-02531296 | Parker in In re AMR Corporation et al. (Case No. 11-15463 (SHL)) and Fjord et al. v. AMR Corporation et al. (Adversary No. 13-01392-SHL) from January 2014 |
| PX0347 | 402; 805 | AA-NEA-02540534 | Transcript Volume II of the live testimony of William Douglas Parker in In re AMR Corporation et al. (Case No. 11-15463 (SHL)) and Fjord et al. v. AMR Corporation et al. (Adversary No. 13-01392-SHL) from March 2019 |
| PX0353 | 402; 802 | AA-NEA-02562507 | Email from Anil Khorana to Gerry Laderman, Nancy Appleyard, Jonathan Ireland, and Rosemary McAleer from February 2014 re: JP Morgan High Yield Conference Support Materials; contains two attachments titled "JPM HY Presentation 2014-2-17.pdf" and "JPM HY Conf Support Materials.pdf" |
| PX0687 | 805 | JBLU01913834 | Email thread between Michelle Girkinger, Andrea Lusso, Jeffrey Goodell, Alexander Harris-Hertel, Reese Davidson, Scott Laurence, Maja Gedosev, and Eric Friedman from June 2020 re: LON Slot |
| PX0714 | 805 | JBLU02531225 | Gedosev, Reese Davidson, Richard Davey, Robert Land, Scott Laurence, Andrea Lusso, Eric Friedman, Alexander Harris-Hertel, and Michelle Girkinger from July 2020 re: JetBlue/PA Consultants catch up |
| PX0726 | 402 | JBLU02611394 | Email thread between Reese Davidson and Robert Land from February 2018 re: Competition; contains one attachment titled, "116.pdf" |

Case 1:21-cv-11558-LTS   Document 266-1   Filed 10/11/22   Page 5 of 7

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:21-cv-11558-LTS*

| PX Number | Defendants' Evidentiary Objections | Starting Bates Number | Exhibit Description |
|---|---|---|---|
| PX0785 | 805 | JBLU-LIT-00901916 | Reifer, Susan Warner-Dooley, Sawmya Abraham, Aidan O'Donnell, Anthony Vero, Jeffrey Goodell, Kevin Costello, Tom Kuehn, Andrea Lusso, Eric Friedman, and Alexander Harris-Hertel from September 2021 re: JetBlue Operations at LaGuardia Airport |
| PX0809 | 805 | JBLU-LIT-01591645 | Email thread between Andrea Lusso, Tom Kuehn, Jeffrey Goodell, Eric Friedman, Lisa Reifer, Kevin Costello, and Alexander Harris-Hertel from September 2021 re: JetBlue Operations at LaGuardia Airport; contains two attachments titled, "LGA.pdf" and "LGA.pptx" |
| PX0842 | 802 | JBLU-LIT-03005559 | Series of text messages between Eric Friedman and Jack Massey from September 2020 |
| PX0877 | 402 | JBLU-LIT-04183226 | Han, Robin Hayes, Joanna Geraghty, Dave Clark, Eric Friedman, Richard Johns, Jonathan Weiner, Alla Gorelik, Tracy Lawlor, Steven Kennington II, and Benjamin Veli from February 2022 re: Preview of Denisfication/Mini-Mint revenue model for Robin and Joanna; contains one attachment titled, "MiniMint Deck v26 (Revenue Only).pptx" |
| PX0905 | 805 | TRP-DOJ-00014653 | Andrew Davis from May 2015 re: airlines at wolfe conference |
| PX0912 | 402; 805; 901; Illegible | AA-AAUS-00022568 | Email thread between Jim Butler and Virasb Vahidi from December 2012 re: Deck; contains one attachment titled, "2012 12 06 Response to US Aiways merger offer.pdf" |
| PX0913 | 402; 901 | AAB6-RC-00067375 | Standalone US Airways Group Inc. document from September 2011 titled, "Doug Parker Charlotte Chamber of Commerce - Charlotte, NC - Sept. 19, 2011" |
| PX0914 | 402; 805; 901 | AAB6-RC-00068599 | Standalone US Airways Group, Inc. slide deck from March 2021 titled "Draft v1 J.P. Morgan Aviation Transportation & Defense Conference" |
| PX0915 | 402; 805 | AA-CID-0000040829 | Email thread between Doug Parker, Hunter Keay, Scott Kirby, Derek Kerr, and Daniel Cravens from June 2015 re: Presentations |

Case 1:21-cv-11558-LTS   Document 266-1   Filed 10/11/22   Page 6 of 7

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:21-cv-11558-LTS*

| PX Number | Defendants' Evidentiary Objections | Starting Bates Number | Exhibit Description |
|---|---|---|---|
| PX0923 | 805 | AA-NEA-01682197 | Service, Cynthia Barnes, Patricia Sutkowski, Alyson Brock, Sanjana Ram, Henry Bendetti, Stephanie Montgomery, Kyle Mabry, Jim Carter, Tom Aichele, and Anmol Bhargava from October 2021 re: FW: Jet Blue AA code sharing issue (via concur) **URGENT** |
| PX0945 | 802; 805 | JBLU-LIT-02362571 | Email thread between Michelle Perciak, Robbie Mehoke, Thomas Connolly, Michelle Girkinger, Derek Salisbury, Nicholas Bucci, and Karen Gibson from July 2021 re: EXT || NEA Amendment// JetBlue **signature required |
| PX0041 | 402 | AA-CID-0000320258 | Bhargava, John Boettcher, Uzair Nathani, and Kurt Stache from November 2014 re: IB Prof; contains four attachments titled, "RE: Madrid meeting (21.9 KB)," "20140829 Views on JBA Capacity Discipline (Final).pdf," "20140916 UX Overview for JBA (Final) b.pdf," and "AJB ESK Reduction Case v13.pdf" |
| PX0165 | 805 | AA-NEA-00260271 | Email thread between Vasu Raja, Neil Chernoff, Tracey Buckmaster, Anmol Bhargava, Henning Greiser, Jason Reisinger, and Brent Alex from August 2019 re: FW: LHR slot |
| PX0179 | 805 | AA-NEA-00430913 | list serv, Hyma Botlaguduru, "DL_RMManagers" list serv, "DL_RMRevenue Analysis" list serv, ""DL_NPLT" list serv, "DL_NAPALLDOM" list serv, "DL_NPALLINT" list serv, and "DL_NPAnalytics" list serv from April 2018 re: FW: Southwest Airlines 1Q 2018 Earnings Highlights |
| PX0250 | 805 | AA-NEA-01261765 | Email thread between Vasu Raja, Timothy Lyon, Elise Eberwein, Kurt Stache, Don Casey, "PR Newswire Complimentary Monitoring," and the "DL_SeniorTeam" list serv from May 2020 re: Southwest Airlines Gives Customers The Freedom To Travel With Peace Of Mind, Low Summer Fares, And More Points |
| PX0421 | 402 | DOJ-NEA-00000351 | Defendant American Airlines Group Inc.'s Proposed Findings of Fact and Conclusions of Law, Fjord v. AMR Corporation, No. 12-01392-SHL (S.D.N.Y. Apr. 15, 2019), ECF No. 272 |

*United States of America et al. v. American Airlines Group Inc. and JetBlue Airways Corporation*
*Case No. 1:21-cv-11558-LTS*

| PX Number | Defendants' Evidentiary Objections | Starting Bates Number | Exhibit Description |
|---|---|---|---|
| PX0422 | 402 | DOJ-NEA-00000450 | Statement of Undisputed Material Facts in Support of Motion for Summary Judgment, Fjord v. AMR Corporation, No. 12-01392-SHL (S.D.N.Y. May 12, 2017), ECF No. 142 |
| PX0423 | 402 | DOJ-NEA-00000466 | Consolidated Amended Complaint, In re Domestic Airline Travel Antitrust Litigation, MDL No. 2656, Misc. No 15-1404 (CKK) (D.D.C. May 11, 2016), ECF No. 106 |
| PX0424 | 402 | DOJ-NEA-00000610 | Defendants' Reply Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiffs' Consolidated Amended Complaint, In re Domestic Airline Travel Antitrust Litigation, MDL No. 2656, Misc. No 15-1404 (CKK) (D.D.C. July 20, 2016), ECF No. 120 |
| PX0448 | 402 | DOJ-NEA-00001951 | American Airlines Group Inc.'s Motion for Summary Judgment, Fjord v. AMR Corporation, No. 12-01392-SHL (S.D.N.Y. May 12, 2017), ECF No. 140 |
| PX0859 | 805 | JBLU-LIT-03558622 | Email thread between Robert Land, Robin Hayes, James Lambert, April Carr, Reese Davidson, Ann Pope, Liam Maclean, ProjectTaurus-External, and Scott Laurence from March 2021 re: FW: Letter from JetBlue; contains one attachment titled, "2021 03 12 Letter to JetBlue.pdf" |
| PX0861 | 805 | JBLU-LIT-03590489 | Email thread between Robert Land, Robin Hayes, Reese Davidson, Joanna Geraghty, Andrea Lusso, and Scott Laurence from April 2021 re: LHR |