# EXHIBIT 2

# Triantafyllou, Kimon (DC)

| | |
|---|---|
| **Subject:** | FW: United States et al. v. American Airlines Group Inc. et al. - Withheld or Redacted Documents |
| **Attachments:** | AA 9-15 Supplemental Priv Log Entries.xlsx |

---

**From:** Tavernia, Tara (DC) <Tara.Tavernia@lw.com>
**Sent:** Thursday, September 15, 2022 2:58 PM
**To:** Moore, James (ATR) <James.Moore4@usdoj.gov>
**Cc:** Maltas, Allyson (DC) <Allyson.Maltas@lw.com>; Malone, Farrell (DC) <Farrell.Malone@lw.com>; RSchwed@Shearman.com; Matthew.Craner@Shearman.com; Matt.McGee@Shearman.com; leila.siddiky@shearman.com; Jones, Bill (ATR) <Bill.Jones2@usdoj.gov>; Riggs, Kate (ATR) <Kate.Riggs@usdoj.gov>; Congdon, James (ATR) <James.Congdon@usdoj.gov>; Storm, Brandon (ATR) <Brandon.Storm@usdoj.gov>; Arthur.durst@dc.gov; THenry@oag.state.va.us; Liz.brady@myfloridalegal.com; Robert.bernheim@azag.gov; Robert.mcnary@doj.ca.gov; Twertz@attorneygeneral.gov; William.matlack@mass.gov
**Subject:** RE: United States et al. v. American Airlines Group Inc. et al. - Withheld or Redacted Documents

Jimmy:

Further to the below, the downgraded documents were loaded to JEFS earlier today as Production Volume No. 50. The password for this production is TW&b#v<2yN. In addition, attached please find enhanced privilege log descriptions for the documents that remain withheld.

Best regards,
Tara

**Tara Lynn Tavernia**

**LATHAM & WATKINS** LLP
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1001 | M: +1.202.407.1665

---

**From:** Tavernia, Tara (DC) <Tara.Tavernia@lw.com>
**Sent:** Wednesday, September 14, 2022 4:47 PM
**To:** Moore, James (ATR) <James.Moore4@usdoj.gov>
**Cc:** Maltas, Allyson (DC) <Allyson.Maltas@lw.com>; Malone, Farrell (DC) <Farrell.Malone@lw.com>; RSchwed@Shearman.com; Matthew.Craner@Shearman.com; Matt.McGee@Shearman.com; leila.siddiky@shearman.com; Jones, Bill (ATR) <Bill.Jones2@usdoj.gov>; Riggs, Kate (ATR) <Kate.Riggs@usdoj.gov>; Congdon, James (ATR) <James.Congdon@usdoj.gov>; Storm, Brandon (ATR) <Brandon.Storm@usdoj.gov>; Arthur.durst@dc.gov; THenry@oag.state.va.us; Liz.brady@myfloridalegal.com; Robert.bernheim@azag.gov; Robert.mcnary@doj.ca.gov; Twertz@attorneygeneral.gov; William.matlack@mass.gov
**Subject:** RE: United States et al. v. American Airlines Group Inc. et al. - Withheld or Redacted Documents

Jimmy:

Apologies for the delayed response. Our vendor advises that the documents will be available for JEFS tomorrow morning. I'll send a note to confirm when they are posted.

Best regards,
Tara

**Tara Lynn Tavernia**

**LATHAM & WATKINS** LLP
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1001 | M: +1.202.407.1665

---

**From:** Moore, James (ATR) <James.Moore4@usdoj.gov>
**Sent:** Tuesday, September 13, 2022 5:56 PM
**To:** Tavernia, Tara (DC) <Tara.Tavernia@lw.com>
**Cc:** Maltas, Allyson (DC) <Allyson.Maltas@lw.com>; Malone, Farrell (DC) <Farrell.Malone@lw.com>; RSchwed@Shearman.com; Matthew.Craner@Shearman.com; Matt.McGee@Shearman.com; leila.siddiky@shearman.com; Jones, Bill (ATR) <Bill.Jones2@usdoj.gov>; Riggs, Kate (ATR) <Kate.Riggs@usdoj.gov>; Congdon, James (ATR) <James.Congdon@usdoj.gov>; Storm, Brandon (ATR) <Brandon.Storm@usdoj.gov>; Arthur.durst@dc.gov; THenry@oag.state.va.us; Liz.brady@myfloridalegal.com; Robert.bernheim@azag.gov; Robert.mcnary@doj.ca.gov; Twertz@attorneygeneral.gov; William.matlack@mass.gov
**Subject:** RE: United States et al. v. American Airlines Group Inc. et al. - Withheld or Redacted Documents

Tara,

When does American expect to produce the documents and enhanced log descriptions that you mention below?

Thank you,
Jimmy

---

**From:** Tara.Tavernia@lw.com <Tara.Tavernia@lw.com>
**Sent:** Wednesday, September 7, 2022 6:33 PM
**To:** Moore, James (ATR) <James.Moore4@usdoj.gov>
**Cc:** Allyson.Maltas@lw.com; Farrell.Malone@lw.com; RSchwed@Shearman.com; Matthew.Craner@Shearman.com; Matt.McGee@Shearman.com; leila.siddiky@shearman.com; Jones, Bill (ATR) <Bill.Jones2@usdoj.gov>; Riggs, Kate (ATR) <Kate.Riggs@usdoj.gov>; Congdon, James (ATR) <James.Congdon@usdoj.gov>; Storm, Brandon (ATR) <Brandon.Storm@usdoj.gov>; Arthur.durst@dc.gov; THenry@oag.state.va.us; Liz.brady@myfloridalegal.com; Robert.bernheim@azag.gov; Robert.mcnary@doj.ca.gov; Twertz@attorneygeneral.gov; William.matlack@mass.gov
**Subject:** [EXTERNAL] RE: United States et al. v. American Airlines Group Inc. et al. - Withheld or Redacted Documents

Jimmy:

Thank you for your letter. We have reviewed the documents that you identified in the Appendix and have concluded that some of the documents can be produced in whole or in part, and we will endeavor to send these documents by early next week. Other documents are clearly privileged (including a number of documents from your list that pre-date the NEA by several years and involve unrelated topics), and we will provide enhanced log descriptions of these documents where possible.

Best regards,
Tara

**Tara Lynn Tavernia**

**LATHAM & WATKINS** LLP
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.1001 | M: +1.202.407.1665

**From:** Moore, James (ATR) <James.Moore4@usdoj.gov>
**Sent:** Friday, September 2, 2022 6:45 PM
**To:** Tavernia, Tara (DC) <Tara.Tavernia@lw.com>
**Cc:** Maltas, Allyson (DC) <Allyson.Maltas@lw.com>; Malone, Farrell (DC) <Farrell.Malone@lw.com>; RSchwed@Shearman.com; Matthew.Craner@Shearman.com; Matt.McGee@Shearman.com; leila.siddiky@shearman.com; Jones, Bill (ATR) <Bill.Jones2@usdoj.gov>; Riggs, Kate (ATR) <Kate.Riggs@usdoj.gov>; Congdon, James (ATR) <James.Congdon@usdoj.gov>; Storm, Brandon (ATR) <Brandon.Storm@usdoj.gov>; Arthur.durst@dc.gov; THenry@oag.state.va.us; Liz.brady@myfloridalegal.com; Robert.bernheim@azag.gov; Robert.mcnary@doj.ca.gov; Twertz@attorneygeneral.gov; William.matlack@mass.gov
**Subject:** United States et al. v. American Airlines Group Inc. et al. - Withheld or Redacted Documents

Tara,

Please see the attached correspondence.

Have a good weekend.

Best,
Jimmy

**James L. Moore**
Trial Attorney
Transportation, Energy, and Agriculture Section
U.S. Department of Justice, Antitrust Division
Mobile:  (202) 805-8413
james.moore4@usdoj.gov

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**American Airlines Group Inc. Replacement Log Entries**
*United States of America, et al. v. American Airlines Group Inc. and JetBlue Airways Corporation, 1:21-cv-11558-LTS (D. Mass.)*
Highly Confidential

| Privilege Log Number | Privilege Log Begin Attach Number | Privilege Log End Attach Number | Production Begin Bates | Production End Bates | Production Begin Attach Bates | Production End Attach Bates | Date |
|---|---|---|---|---|---|---|---|
| Priv_03577 | Priv_03577 | Priv_03578 | | | | | 7/18/2020 |
| Priv_03917 | Priv_03917 | Priv_03917 | | | | | 10/15/2018 |
| Priv_03931 | Priv_03931 | Priv_03931 | | | | | 10/15/2018 |
| Priv_08050 | Priv_08050 | Priv_08050 | | | | | 7/6/2020 |
| Priv_08126 | Priv_08126 | Priv_08126 | | | | | 7/6/2020 |
| Priv_08197 | Priv_08194 | Priv_08198 | | | | | 5/29/2019 |
| Priv_08938 | Priv_08938 | Priv_08938 | | | | | 7/10/2020 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Priv_08946 | Priv_08946 | Priv_08946 | | | | | 7/10/2020 |
| Priv_09723 | Priv_09723 | Priv_09723 | | | | | 6/2/2020 |
| Priv_09768 | Priv_09768 | Priv_09768 | | | | | 6/2/2020 |
| Priv_10366 | Priv_10366 | Priv_10366 | | | | | 6/25/2020 |
| Priv_10683 | Priv_10683 | Priv_10683 | | | | | 6/1/2020 |
| Priv_10776 | Priv_10776 | Priv_10776 | | | | | 5/28/2020 |
| Priv_12039 | Priv_12039 | Priv_12039 | | | | | 7/23/2020 |

| From | To | CC | BCC | Author | Email Subject |
|---|---|---|---|---|---|
| Anmol Bhargava | Farrell Malone ESQ ; Gustavo E. Bamberger; James Kaleigh ESQ ; Mark Israel; Maya Meidan; Michael Egge ESQ ; Molly Wilkinson; Robert Wark ESQ | | | | Project Garland - MGIA model |
| Molly Wilkinson | Stephen Johnson | Anmol Bhargava; Anna Rathbun ESQ ; Bruce Wark ESQ ; Dan Wall ESQ ; Farrell Malone ESQ ; Gustavo E. Bamberger; James Kaleigh ESQ ; Joseph I. Mohan; Mark Israel; Mark Moessner; Michael Egge ESQ ; Mo Garfinkle; Nathan J. Gatten; Paul Denis ESQ ; Paul Jones; Robert | | | Re: Privileged Re: Alliances All-Hands Meeting |
| Bruce Wark ESQ | Stephen Johnson | Anmol Bhargava; Anna Rathbun ESQ ; Dan Wall ESQ ; Farrell Malone ESQ ; Gustavo E. Bamberger; James Kaleigh ESQ ; Joseph I. Mohan; Mark Israel; Mark Moessner; Michael Egge ESQ ; Mo Garfinkle; Molly Wilkinson; Nathan J. Gatten; Paul Denis ESQ ; Paul Jones; | | | Re: Privileged Re: Alliances All-Hands Meeting |
| Stephen Johnson | Dan Wall ESQ | Andrew Paik ESQ ; Farrell Malone ESQ ; Gustavo E. Bamberger; James Kaleigh ESQ ; Mark Israel; Maya Meidan; Michael Egge ESQ ; Priya Aiyar ESQ ; Robert Wark ESQ ; Tara Tavernia ESQ ; Vasu Raja | | | Re: Project Garland - Privileged and Confidential |
| Dan Wall ESQ | Farrell Malone ESQ ; James Kaleigh ESQ ; Priya Aiyar ESQ ; Robert Wark ESQ ; Stephen Johnson; Vasu Raja | Andrew Paik ESQ ; Gustavo E. Bamberger; Mark Israel; Maya Meidan; Michael Egge ESQ ; Tara Tavernia ESQ | | | RE: Project Garland - Privileged and Confidential |
| Paul Reynolds | Alexandra Luchian ESQ ; Brent Alex; Bruce Wark ESQ ; Glenn Martin; James Kaleigh ESQ ; Jean Paul Poitras ESQ ; Jonathan Parker ESQ ; Mo Garfinkle; Molly Wilkinson; Nathan J. Gatten; Oliver Browne ESQ ; Robert Wirick | CLProjectATIJVEUR@compasslexecon.com; Mark Israel; Miguel de la Mano | | | Updated slide deck on state of UK competition |
| Dan Wall ESQ | Andrew Paik ESQ ; Anthony R. Klein ESQ ; Farrell Malone ESQ ; James Kaleigh ESQ ; Mark Israel; Michael Egge ESQ ; Molly Wilkinson; Nathan J. Gatten; Robert Wark ESQ ; Vasu Raja | | | | RE: Latest DOJ Deck - Privileged & Confidential |

| From | To | CC | | | Subject |
|---|---|---|---|---|---|
| Robert Land | Dan Wall ESQ ; Farrell Malone ESQ ; James Kaleigh ESQ ; Mark Israel; Michael Egge ESQ ; Molly Wilkinson; Nathan J. Gatten; Robert Land; Robert Wark ESQ ; Scott Laurence; Vasu Raja | Christine Aylor; Joi Plummer; Mariefrance Guerrero; Marilyn Reynolds | | | Re: AA/B6 Call |
| Seung Paik ESQ | Anmol Bhargava; Bruce Wark ESQ ; Chad Schweinzger; Farrell Malone ESQ ; James Kaleigh ESQ ; Jordan J. Pack; Mark Israel; Matthew McElfresh | | | | Garland - [Redacted] |
| Seung Paik ESQ | Anmol Bhargava; Bruce Wark ESQ ; Chad Schweinzger; Farrell Malone ESQ ; James Kaleigh ESQ ; Jordan J. Pack; Mark Israel; Matthew McElfresh; Seung Paik ESQ | | | | Garland - [Redacted] |
| Jordan J. Pack | Gustavo E. Bamberger; Mark Israel; Maya Meidan | Chad Schweinzger; Farrell Malone ESQ ; James Kaleigh ESQ ; Seung Paik ESQ ; Tara Tavernia ESQ | | | RE: Project Garland: Follow-Up Requests for Slides |
| Jordan J. Pack | Chad Schweinzger; James Kaleigh ESQ | | | | RE: Privileged and Confidential - Future Network Plans |
| Jordan J. Pack | Chad Schweinzger | Anmol Bhargava; Farrell Malone ESQ ; James Kaleigh ESQ | | | RE: Notes from Meeting - Garland - Privileged and Confidential |
| Mark Israel | Gustavo Bamberger; James Kaleigh ESQ | Anmol Bhargava; Chad Schweinzger; Dan Wall ESQ ; Deborah Davis ESQ ; Farrell Malone ESQ ; Jordan J. Pack; Matthew McElfresh; Robert Wark ESQ | | | RE: Garland Raven Modeling |

| Filename | Type of Document | Custodian(s) | Privilege Log Category | Name of Attorney | Withhold/Redact |
|---|---|---|---|---|---|
| 00000000933753FA469D6E42814D906042DDEDBA848B2300.msg | Microsoft Outlook Message Mail | Bhargava, Anmol | Communication with outside counsel and outside economists reflecting legal advice regarding content of draft of presentation for July 21, 2020 meeting with the U.S. Department of Justice regarding the MGIA. | Robert Bruce Wark ESQ | Privileged-Withhold |
| 00000000206C599C5B336341970BFFDC4070164004092400.msg | Microsoft Outlook Message Mail | Bhargava, Anmol | Communication with outside counsel and outside economist for the purpose of obtaining legal advice regarding regulatory matters related to American Airlines alliances (unrelated to the NEA). | American In-house Legal Department | Privileged-Withhold |
| 00000000206C599C5B336341970BFFDC4070164084FC2400.msg | Microsoft Outlook Message Mail | Bhargava, Anmol | Communication with outside counsel and outside economist for the purpose of obtaining legal advice regarding regulatory matters related to American Airlines alliances (unrelated to the NEA). | American In-house Legal Department | Privileged-Withhold |
| 00000000B3D54118C009314C8DF30AB14C3385E924553500.msg | Microsoft Outlook Message Mail | Raja, Vasu | Communication with outside counsel and outside economists reflecting legal advice regarding content of draft of presentation for July 15, 2020 meeting with the U.S. Department of Justice regarding the NEA. | American In-house Legal Department | Privileged-Withhold |
| 00000000FC463FF3E13EEB418EBDE987C43B46F904C72200.msg | Microsoft Outlook Message Mail | Raja, Vasu | Communication with outside counsel and outside economists reflecting legal advice regarding content of draft of presentation for July 15, 2020 meeting with the U.S. Department of Justice regarding the NEA. | American In-house Legal Department | Privileged-Withhold |
| Updated slide deck on state of UK competition.msg | Microsoft Outlook Message Mail | Raja, Vasu | Communication with outside counsel and economists regarding legal advice concerning contents of regulatory submission to UK Department for Transportation and UK CMA. | American In-house Legal Department | Privileged-Withhold |
| 00000000FDC89909C1A546409A2ADC912DE5CE1CC41E2200.msg | Microsoft Outlook Message Mail | Raja, Vasu | Communication with outside counsel and outside economists reflecting legal advice regarding content of draft of presentation for July 15, 2020 meeting with the U.S. Department of Justice regarding the NEA. | American In-house Legal Department | Privileged-Withhold |

| | | | | | |
|---|---|---|---|---|---|
| 00000000FDC89909C1A546409A2ADC912DE5CE1C046A2200.msg | Microsoft Outlook Message Mail | Raja, Vasu | Common interest communication regarding legal strategy related to DOJ review of the NEA. | American In-house Legal Department | Privileged-Withhold |
| 000000009299A8D0F8E9A545A8F3BE2E7E939FF2E4F72300.msg | Outlook Appointment | McElfresh, Matthew; Bhargava, Anmol; Pack, Jordan; Schweinzger, Chad | Communication regarding meeting with outside counsel and outside economists regarding legal strategy related to regulatory review of the NEA. | American In-house Legal Department | Privileged-Withhold |
| 000000009299A8D0F8E9A545A8F3BE2E7E939FF224142200.msg | Outlook Appointment | McElfresh, Matthew; Bhargava, Anmol; Pack, Jordan; Schweinzger, Chad | Communication regarding meeting with outside counsel and outside economists regarding legal strategy related to regulatory review of the NEA. | American In-house Legal Department | Privileged-Withhold |
| 000000009299A8D0F8E9A545A8F3BE2E7E939FF224472300.msg | Microsoft Outlook Message Mail | Pack, Jordan; Schweinzger, Chad | Communication with outside counsel and outside economists reflecting legal advice regarding content of draft of presentation for July 15, 2020 meeting with the U.S. Department of Justice regarding the NEA. | James Kaleigh ESQ | Privileged-Withhold |
| 000000009299A8D0F8E9A545A8F3BE2E7E939FF244042400.msg | Microsoft Outlook Message Mail | Pack, Jordan; Schweinzger, Chad | Communication with J. Kaleigh (in-house American Airlines attorney) regarding data request in connection with regulatory review of the NEA and request for outside counsel to review same. | James Kaleigh ESQ | Privileged-Withhold |
| 000000009299A8D0F8E9A545A8F3BE2E7E939FF264312400.msg | Microsoft Outlook Message Mail | Bhargava, Anmol; Pack, Jordan; Schweinzger, Chad | Communication with outside counsel and outside economists reflecting legal advice regarding content of draft of presentation regarding the NEA. | James Kaleigh ESQ | Privileged-Withhold |
| 0000000033F8F72F7295184CA7E22FD030F9A910C4C02100.msg | Microsoft Outlook Message Mail | McElfresh, Matthew; Bhargava, Anmol; Pack, Jordan; Schweinzger, Chad | Communication with outside counsel and outside economists regarding legal strategy related to regulatory review of the NEA. | American In-house Legal Department | Privileged-Withhold |

| Privilege Basis |
| --- |
| Attorney Client |
| Attorney Client; Common Interest |
| Attorney Client; Common Interest |
| Attorney Client |
| Attorney Client |
| Attorney Client; Common Interest |
| Attorney Client |

| |
|---|
| Attorney Client; Common Interest |
| Attorney Client |
| Attorney Client |
| Attorney Client |
| Attorney Client |
| Attorney Client |
| Attorney Client |