| Priv Log # | Production Bates # | Date | From | To | CC | Email Subject | Privilege Description | Basis for Withholding | Redacted or Withheld? | Status as of 10/14 |
|---|---|---|---|---|---|---|---|---|---|---|
| Priv_10855 | | 5/20/2020 | Farrell Malone ESQ | Anmol Bhargava; Chad Schweinzger; Jordan J. Pack | Dan Wall ESQ ; Gustavo E. Bamberger; James Kaleigh ESQ ; Mark Israel; Maya Meidan; Michael Egge ESQ ; Seung Paik ESQ | RE: Project Garland Clean Team Call | Confidential email requesting and providing legal advice from in-house counsel (James Kaleigh ESQ ) and outside counsel (Farrell Malone ESQ ; Seung Paik ESQ ; Michael Egge ESQ ; Dan Wall ESQ ) regarding contract negotiation. | Attorney Client | Withhold | Continued to Withhold |
| Priv_10917 | | 5/20/2020 | Jordan J. Pack | Farrell Malone ESQ ; James Kaleigh ESQ ; Seung Paik ESQ | Anmol Bhargava; Chad Schweinzger; Dan Wall ESQ ; Gustavo E. Bamberger; Mark Israel; Maya Meidan; Michael Egge ESQ | RE: Project Garland Clean Team Call | Confidential email requesting and providing legal advice from in-house counsel (James Kaleigh ESQ ) and outside counsel (Farrell Malone ESQ ; Seung Paik ESQ ) regarding contract negotiation. | Attorney Client | Withhold | Continued to Withhold |
| Priv_10924 | | 5/20/2020 | Jordan J. Pack | Farrell Malone ESQ ; James Kaleigh ESQ ; Seung Paik ESQ | Anmol Bhargava; Chad Schweinzger; Dan Wall ESQ ; Gustavo E. Bamberger; Mark Israel; Maya Meidan; Michael Egge ESQ | RE: Project Garland Clean Team Call | Confidential email requesting and providing legal advice from in-house counsel (James Kaleigh ESQ ) and outside counsel (Farrell Malone ESQ ; Seung Paik ESQ ) regarding contract negotiation. | Attorney Client | Withhold | Continued to Withhold |
| Priv_10699 | | 5/20/2020 | Jordan J. Pack | Derek Klinka | Anmol Bhargava; Brian Friedman; Chad Schweinzger; Claire Roeschke; David Fintzen; Farrell Malone ESQ ; James Kaleigh ESQ ; Jessica Delbaum ESQ ; Michelle De Vera; Michelle Girkinger | RE: Follow up on Connie/Garland | Confidential email requesting legal advice from in-house counsel (James Kaleigh ESQ ) and outside counsel (Farrell Malone ESQ ) regarding regulatory proceedings. | Attorney Client; Common Interest | Withhold | Produced in Full |
| Priv_10542 | | 5/21/2020 | Mark Israel | Bruce Wark ESQ ; Dan Wall ESQ ; Farrell Malone ESQ ; Gustavo Bamberger; James Kaleigh ESQ ; Maya Meidan; Michael Egge ESQ ; Stephen Johnson | Anmol Bhargava; Chad Schweinzger; Marilyn Reynolds; Tricia Lawson; Vasu Raja | RE: Garland Call | Confidential email discussing legal advice from in-house counsel (Bruce Wark ESQ ) regarding regulatory compliance. | Attorney Client | Withhold | Continued to Withhold |
| Priv_11167 | | 5/22/2020 | Farrell Malone ESQ | Anmol Bhargava; Brian Friedman ESQ ; Chad Schweinzger; Claire Roeschke; David Fintzen; Derek Klinka; Jordan J. Pack; Michelle de Vera; Michelle Girkinger | Gustavo E. Bamberger; James Kaleigh ESQ ; Jessica Delbaum ESQ ; Mark Israel; Maya Meidan; Seung Paik ESQ | Project Garland Counterfactual - Clean Team - Privileged & Confidential | Confidential email containing legal advice from in-house counsel (James Kaleigh ESQ ) and outside counsel (Farrell Malone ESQ ; Seung Paik ESQ ) regarding regulatory compliance. | Attorney Client; Common Interest | Withhold | Continued to Withhold |

| Priv_10684 | | 5/22/2020 | Jordan J. Pack | Chad Schweinzger; Matthew McElfresh | Anmol Bhargava; James Kaleigh ESQ | RE: Scenario 4 Updates- Privileged & Confidential | Confidential email requesting legal advice from in-house counsel (James Kaleigh ESQ ) and outside counsel (Farrell Malone ESQ ) regarding regulatory compliance. | Attorney Client | Withhold | Produced with Redaction |
|---|---|---|---|---|---|---|---|---|---|---|
| Priv_10820 | | 5/25/2020 | Farrell Malone ESQ | Anmol Bhargava; Brian Friedman ESQ ; Chad Schweinzger; Claire Roeschke; David Fintzen; Derek Klinka; Jordan J. Pack; Michelle de Vera; Michelle Girkinger | Gustavo E. Bamberger; James Kaleigh ESQ ; Jessica Delbaum ESQ ; Mark Israel; Maya Meidan; Seung Paik ESQ | RE: Project Garland Counterfactual - Clean Team - Privileged & Confidential | Confidential email requesting and providing legal advice from in-house counsel (James Kaleigh ESQ ) and outside counsel (Seung Paik ESQ ; Farrell Malone ESQ ) regarding regulatory proceedings. | Attorney Client; Common Interest | Withhold | Continued to Withhold |
| Priv_10833 | | 5/25/2020 | David Fintzen | Anmol Bhargava; Brian Friedman; Chad Schweinzger; Claire Roeschke; Derek Klinka; Farrell Malone ESQ ; Jordan J. Pack; Michelle De Vera; Michelle Girkinger | Gustavo E. Bamberger; James Kaleigh ESQ ; Jessica Delbaum ESQ ; Mark Israel; Maya Meidan; Seung Paik ESQ | RE: Project Garland Counterfactual - Clean Team - Privileged & Confidential | Confidential email containing legal advice from in-house counsel (James Kaleigh ESQ ) and outside counsel (Farrell Malone ESQ ; Seung Paik ESQ ) regarding regulatory compliance. | Attorney Client; Common Interest | Withhold | Continued to Withhold |
| Priv_10752 | | 5/26/2020 | David Fintzen | Anmol Bhargava; Brian Friedman; Chad Schweinzger; Claire Roeschke; Derek Klinka; Farrell Malone ESQ ; Jordan J. Pack; Michelle De Vera; Michelle Girkinger | Gustavo E. Bamberger; James Kaleigh ESQ ; Jessica Delbaum ESQ ; Mark Israel; Maya Meidan; Seung Paik ESQ | RE: Project Garland Counterfactual - Clean Team - Privileged & Confidential | Confidential email requesting legal advice from in-house counsel (James Kaleigh ESQ ) and outside counsel (Seung Paik ESQ ; Farrell Malone ESQ ) regarding regulatory proceedings. | Attorney Client; Common Interest | Withhold | Continued to Withhold |
| AA_Priv_13971 | | 5/27/2020 | | | | RE: Notes from Meeting - Garland - Privileged and Confidential | Communications with non-lawyers for the purpose of obtaining, providing, requesting or reflecting legal advice regarding NEA. | Attorney Client; Work Product | Privileged-Withhold | Produced in Full |
| Priv_10781 | | 5/27/2020 | Jordan J. Pack | Anmol Bhargava; Chad Schweinzger; James Kaleigh ESQ ; Matthew McElfresh | Farrell Malone ESQ | RE: Notes from Meeting - Garland - Privileged and Confidential | Confidential email requesting legal advice from in-house counsel (James Kaleigh ESQ ) and outside counsel (Farrell Malone ESQ ) regarding contract negotiation. | Attorney Client | Withhold | Produced with Redaction |
| Priv_10835 | AA-NEA-01491191 | 5/28/2020 | Jordan J. Pack | Chad Schweinzger | | RE: Notes from Meeting - Garland - Privileged and Confidential | Redacted confidential email requesting legal advice from in-house counsel (James Kaleigh ESQ ) and outside counsel (Farrell Malone ESQ ) regarding contract negotiation. | Attorney Client | Redact | Produced with Redaction |
| Priv_11591 | AA-NEA-03326052 | 5/29/2020 | Chad Schweinzger | Matthew McElfresh | Anmol Bhargava; James Kaleigh ESQ ; Jordan J. Pack | TA New Markets - Garland Privileged and Confidential | Confidential email requesting legal advice from in-house counsel (James Kaleigh ESQ ) regarding contract negotiation. | Attorney Client | Withhold | Produced in Full |

| Priv ID | Bates | Date | From | To | CC | Subject/Filename | Description | Privilege | Status | Resolution |
|---|---|---|---|---|---|---|---|---|---|---|
| Priv_11592 | AA-NEA-03326052 | 5/29/2020 | | | | JFK TA LH Incremental Prof JP_CS.xlsx | Confidential spreadsheet attached to email and sent for legal review and edits from in-house counsel (James Kaleigh ESQ ) regarding contract negotiation. | Attorney Client | Withhold | Produced in Full |
| Priv_11659 | | 5/29/2020 | Chad Schweinzger | Anmol Bhargava; Farrell Malone ESQ ; Gustavo E. Bamberger; James Kaleigh ESQ ; Jordan J. Pack; Mark Israel; Matthew McElfresh; Maya Meidan; Seung Paik ESQ | | RE: Raven output call with Compass - Privileged and Confidential | Confidential email requesting legal advice from in-house counsel (James Kaleigh ESQ ) and outside counsel (Seung Paik ESQ ; Farrell Malone ESQ ) regarding regulatory compliance. | Attorney Client | Withhold | Produced in Full |
| Priv_11660 | | 5/29/2020 | | | | Garland v2 Sched vs 2019 Base with Pivot_vCompass.xlsx | Confidential draft spreadsheet attached to email and sent for legal review and edits from in-house counsel (James Kaleigh ESQ ) and outside counsel (Seung Paik ESQ ; Farrell Malone ESQ ) regarding regulatory compliance. | Attorney Client | Withhold | Produced in Full |
| Priv_10674 | | 6/1/2020 | Jordan J. Pack | Chad Schweinzger | | RE: 20200527 Project Garland Update_v5DRAFT.pptx privileged and confidential | Confidential email providing information at the request of in-house counsel (James Kaleigh ESQ ) and outside counsel (Farrell Malone ESQ ) regarding regulatory compliance. | Attorney Client | Withhold | Produced in Full |
| Priv_10683 | AA-NEA-01314750 | 6/1/2020 | Jordan J. Pack | Chad Schweinzger; James Kaleigh ESQ | | RE: Privileged an Confidential - Future Network Plans | Confidential email providing information at the request of in-house counsel (James Kaleigh ESQ ) regarding regulatory compliance. | Attorney Client | Withhold | Continued to Withhold |
| Priv_09723 | | 6/2/2020 | Seung Paik ESQ | Anmol Bhargava; Bruce Wark ESQ ; Chad Schweinzger; Farrell Malone ESQ ; James Kaleigh ESQ ; Jordan J. Pack; Mark Israel; Matthew McElfresh | | Garland - Counterfactual | Confidential email requesting and providing legal advice from in-house counsel (Bruce Wark ESQ ; James Kaleigh ESQ ) and outside counsel (Farrell Malone ESQ ; Seung Paik ESQ ) regarding regulatory compliance. | Attorney Client | Withhold | Produced in Full |
| Priv_09768 | | 6/2/2020 | Seung Paik ESQ | Anmol Bhargava; Bruce Wark ESQ ; Chad Schweinzger; Farrell Malone ESQ ; James Kaleigh ESQ ; Jordan J. Pack; Mark Israel; Matthew McElfresh; Seung Paik ESQ | | Garland - Counterfactual | Confidential email requesting legal advice from in-house counsel (Bruce Wark ESQ ; James Kaleigh ESQ ) and outside counsel (Farrell Malone ESQ ; Seung Paik ESQ ) regarding regulatory compliance. | Attorney Client | Withhold | Produced in Full |

| Priv ID | Bates | Date | From | To | CC | Subject | Description | Privilege | Status | Result |
|---|---|---|---|---|---|---|---|---|---|---|
| Priv_09768 | | 6/2/2020 | Seung Paik ESQ | Anmol Bhargava; Bruce Wark ESQ ; Chad Schweinzger; Farrell Malone ESQ ; James Kaleigh ESQ ; Jordan J. Pack; Mark Israel; Matthew McElfresh; Seung Paik ESQ | | Garland - Counterfactual | Confidential email requesting legal advice from in-house counsel (Bruce Wark ESQ ; James Kaleigh ESQ ) and outside counsel (Farrell Malone ESQ ; Seung Paik ESQ ) regarding regulatory compliance. | Attorney Client | Withhold | Produced in Full |
| | AA-NEA-03112555 | 6/2/2020 | | | | Text Message (No Subject) | | | Withhold | Produced in Full |
| | AA-NEA-01396739 | 6/2/2020 | | | | Garland Base-Sc4 Raven-IFS Comparison 02Jun20.xlsx | Clawed back as a spreadsheet reflecting privileged exercise at request of counsel | | Withhold | Continued to Withhold |
| | AA-NEA-03112560 | 6/2/2020 | | | | Text Message (No Subject) | | | Withhold | Produced in Full |
| | AA-NEA-01406217 | 6/2/2020 | Anmol Bhargava | Seung Paik ESQ | | Accepted: Garland - Counterfactual | | | Redact | Produced in Full |
| Priv_10556 | | 6/3/2020 | Jordan J. Pack | Anmol Bhargava; Brian Friedman; Chad Schweinzger; Claire Roeschke; David Fintzen; Derek Klinka; Farrell Malone ESQ ; James Kaleigh ESQ ; Jessica Delbaum ESQ ; Michelle De Vera; Michelle Girkinger | Matthew McElfresh | RE: Project Garland Clean Team Call | Confidential email requesting legal advice from in-house counsel (James Kaleigh ESQ ) and outside counsel (Farrell Malone ESQ ) regarding contract negotiation. | Attorney Client; Common Interest | Withhold | Continued to Withhold |
| AA_Priv_10752 | | 6/4/2020 | | Schweinzger, Chad; Pack, Jordan J.; Bhargava, Anmol ; James Kaleigh ESQ | | RE: Clean Team Call | Communications with in-house counsel for the purpose of obtaining, providing, requesting or reflecting legal advice regarding NEA. | Attorney Client | Privileged-Withhold | Produced in Full |
| Priv_09731 | | 6/15/2020 | Seung Paik ESQ | Anmol Bhargava; Anthony R. Klein ESQ ; Brandon Nelson ESQ ; Brian Friedman ESQ ; Bruce Wark ESQ ; Chad Schweinzger; Dan Wall ESQ ; David Fintzen; Deborah Davis ESQ ; Derek Klinka; Farrell Malone ESQ ; Gustavo E. Bamberger; James Kaleigh ESQ ; Jessica Delbaum ESQ ; Jordan J. Pack; Kate Hayashi ESQ ; Mark Israel; Maya Meidan; Michael Egge ESQ ; Michelle Girkinger; Molly Wilkinson; Nathan J. Gatten; Robert Land; Seung Paik ESQ ; Steffen Horlacher ESQ | Tara Tavernia ESQ | Garland/Connie - Regulatory Meeting | Confidential email discussing legal advice from in-house counsel (James Kaleigh ESQ ; Bruce Wark ESQ ) and outside counsel (Dan Wall ESQ ; Farrell Malone ESQ ) related to a joint venture (Garland) regarding regulatory proceedings. | Attorney Client;Common Interest;Work Product | Withhold | Continued to Withhold |
| AA_Priv_18822 | AA-NEA-03061036 | 11/21/2020 | Jordan J. Pack | Chad Schweinzger | | Text Message (No Subject) | Communications with non-lawyers for the purpose of obtaining, providing, requesting or reflecting legal advice regarding business operations. | Attorney Client | Withhold | Continued to Withhold |

| AA_Priv_18823 | AA-NEA-03061047 | 11/21/2020 | Jordan J. Pack | Chad Schweinzger | | Text Message (No Subject) | Communications with non-lawyers for the purpose of obtaining, providing, requesting or reflecting legal advice regarding business operations. | Attorney Client | Withhold | Continued to Withhold |