# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>Defendants. | Case No.: 1:21-cv-11558 |

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Attorney Arthur Durst, counsel for Plaintiff District of Columbia, respectfully requests leave of Court to withdraw his appearance as counsel for the District of Columbia (the "District") under Local Rule 83.5.2(c). Because the trial is ongoing, the Court's local rules require leave of Court to withdraw as counsel. In support of this motion, counsel states as follows:

1. On August 18, 2022, Attorney Adam Gitlin, Chief of the Antitrust and Nonprofit Enforcement Section at the Office of the Attorney for the District of Columbia, entered an appearance on behalf of the District. (ECF No. 130).

2. Attorney Gitlin will continue to represent the District in the above-captioned litigation and is aware of all upcoming deadlines and obligations for the District.
   I declare under penalty of perjury that the foregoing is true and correct.

**WHEREFORE**, Attorney Arthur Durst, counsel for the District, respectfully requests leave of Court to withdraw his appearance as counsel for the District as good cause has been demonstrated.

Dated: October 19, 2022

/s/ Arthur Durst
Arthur Durst (*admitted pro hac vice*)

Office of the Attorney General for the District of Columbia

400 6th St., N.W.
Washington, D.C. 20001
Tel: 202-442-9864
arthur.durst@dc.gov

## CERTIFICATE OF CONFERENCE

 Pursuant to Local Rule 7.1, I herby certify that the parties conferred to attempt to resolve the issues presented by this motion.  The other parties to this matter do not oppose the relief requested.

                */s/ Arthur Durst*
                Arthur Durst

## CERTIFICATE OF SERVICE

 I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

Dated: October 19, 2022        */s/ Arthur Durst*
                Arthur Durst