UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**AMERICAN AIRLINES GROUP INC. AND JETBLUE AIRWAYS CORPORATION'S UNOPPOSED MOTION TO SEAL CONFIDENTIAL INFORMATION IN <u>DESIGNATED DEPOSITION TESTIMONY</u>**

Defendants American Airlines Group Inc. and JetBlue Airways Corporation (collectively, "Defendants") respectfully move the Court under Local Rule 7.2 and the Stipulated Protective Order (ECF No. 99) for an order to place under seal the limited portions of the deposition transcripts identified in Exhibit A to this Motion. Exhibit A identifies the pages and lines containing Defendants' confidential information in the designated deposition testimony that the parties provided to the Court in hard copy as part of the trial record on September 27, October 13, and October 27, 2022.[1] Pursuant to Local Rule 7.2, Defendants request that the portions of the

---

[1] Specifically, Exhibit A identifies the pages and lines containing Defendants' confidential information in the following eight deposition transcripts: (1) June 3, 2022 litigation deposition of Anmol Bhargava of American, (2) December 22, 2020 Civil Investigative Demand ("CID") deposition of Mitch Goodman of American, (3) April 28, 2022 litigation deposition of Robert Land of JetBlue, (4) April 11, 2022 litigation deposition of Andrea Lusso of JetBlue, (5) April 29, 2022 litigation deposition of Massimo Mancini of American, (6) June 2, 2022 litigation deposition of Roberta Mehoke of JetBlue, (7) July 21, 2022 litigation deposition of Dorothy Nee of State Street (Defendants move to seal only as to Defendants' own confidential information contained within the transcript), and (8) May 10, 2021 CID deposition of Allysen Roberts of American.

1

deposition transcripts identified in Exhibit A remain impounded until further order of the Court.[2]

Defendants' request for sealing is narrowly tailored. Defendants seek to seal only the limited portions from the designated deposition testimony that contain the categories of highly sensitive information which Defendants previously identified in their Motion to Seal Trial Exhibits (ECF No. 159 at 2-11), and which Defendants reaffirmed in the Parties' Joint Report Regarding Defendants' Motion to Seal Trial Exhibits (ECF No. 243 at 2-3, 5-6). Defendants incorporate by reference the legal arguments included in their Motion to Seal Trial Exhibits with respect to those categories of information. *See* ECF No. 159 at 2-11.

Defendants have met and conferred with Plaintiffs as required by Local Rule 7.1, and Plaintiffs do not oppose this motion.

Dated: October 27, 2022

Respectfully submitted,

*/s/ Daniel M. Wall*
Daniel M. Wall (pro hac vice)
Elizabeth C. Gettinger (pro hac vice)
Elise M. Nelson (pro hac vice)
Nitesh Daryanani (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
dan.wall@lw.com
elizabeth.gettinger@lw.com
elise.nelson@lw.com
nitesh.daryanani@lw.com

---

[2] The Court stated on the first day of trial that it would treat the hard copies of designated deposition testimony that the parties provided the Court as impounded pending a motion to seal from Defendants. Trial Tr. Sept. 27, 2022 at 105:17-106:10.

Ian R. Conner (pro hac vice)
Michael G. Egge (pro hac vice)
Farrell J. Malone (pro hac vice)
Allyson M. Maltas (pro hac vice)
Marguerite M. Sullivan (pro hac vice)
Tara L. Tavernia (pro hac vice)
Seung Wan Paik (pro hac vice)
Jesse A. Vella (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
ian.conner@lw.com
michael.egge@lw.com
farrell.malone@lw.com
allyson.maltas@lw.com
marguerite.sullivan@lw.com
andrew.paik@lw.com
tara.tavernia@lw.com
jesse.vella@lw.com

David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant American Airlines Group Inc.*

/s/ Matthew A. McGee
Richard Schwed (pro hac vice)
Matthew L. Craner (pro hac vice)
Jessica K. Delbaum (pro hac vice)
Leila Siddiky (pro hac vice)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com
leila.siddiky@shearman.com

Brian Hauser (pro hac vice)
Ryan Leske (pro hac vice)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com
ryan.leske@shearman.com

Matthew A. McGee (*pro hac vice*)
Shearman & Sterling LLP
2828 North Harwood Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 271-5766
matt.mcgee@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant JetBlue Airways Corporation*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, Defendants have met and conferred with Plaintiffs, and Plaintiffs do not oppose this motion.

*/s/ Matthew A. McGee*
Matthew A. McGee

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Matthew A. McGee*
Matthew A. McGee