# EXHIBIT A

**Anmol Bhargava**

Confidentiality Designations

| Transcript Location | Redaction Note |
|---|---|
| 71:17-20 | |
| 80:7-10 | Redact quote from document. |
| 80:17-20 | |
| 81:5-8 | |
| 81:18-20 | |
| 82:1-3 | Redact quote from document. |
| 141:19-20 | Redact quote from document. |
| 141:23-142:2 | |
| 212:21-23 | Redact specific numbers. |
| 213:21 | Redact specific numbers. |
| 213:24 | Redact specific numbers. |
| 214:5 | Redact specific numbers. |

## Mitch Goodman (CID)
Confidentiality Designations

| Transcript Location | Redaction Note |
|---|---|
| 109:15 | Specific airport growth plan information |
| 109:24 | Specific airport growth plan information |
| 275:18 | Customer name |
| 275:23 | Customer name |
| 276:6 | Customer name |

**Robert Land**

Confidentiality Designations

| PgFrom | LnFrom | PgTo | LnTo | Redaction Note |
|---|---|---|---|---|
| 171 | 22 | 171 | 23 | Redact specific client information |
| 172 | 23 | 172 | 23 | Redact specific client information |
| 174 | 4 | 174 | 4 | Redact specific client information |
| 206 | 8 | 206 | 8 | Redact specific client information |
| 206 | 25 | 206 | 25 | Redact specific client information |
| 207 | 4 | 207 | 4 | Redact specific client information |
| 207 | 12 | 207 | 13 | Redact specific client information |
| 207 | 16 | 207 | 16 | Redact specific client information |
| 207 | 23 | 207 | 23 | Redact specific client information |
| 207 | 24 | 207 | 24 | Redact specific client information |
| 208 | 4 | 208 | 4 | Redact specific client information |
| 208 | 7 | 208 | 7 | Redact specific client information |
| 208 | 10 | 208 | 10 | Redact specific client information |
| 208 | 14 | 208 | 14 | Redact specific client information |
| 208 | 24 | 208 | 24 | Redact specific client information |
| 224 | 2 | 224 | 2 | Redact specific client information |
| 224 | 3 | 224 | 3 | Redact specific client information |
| 224 | 5 | 224 | 5 | Redact specific client information |
| 244 | 24 | 244 | 25 | Redact specific client information |
| 245 | 2 | 245 | 2 | Redact specific client information |
| 245 | 7 | 245 | 7 | Redact specific client information |
| 245 | 24 | 245 | 24 | Redact specific client information |
| 248 | 7 | 248 | 7 | Redact specific number quoted from document |
| 248 | 23 | 248 | 23 | Redact specific number quoted from document |
| 249 | 10 | 249 | 10 | Redact specific number quoted from document |
| 250 | 16 | 250 | 17 | Redact specific number quoted from document |
| 255 | 18 | 255 | 18 | Redact specific number quoted from document |
| 255 | 19 | 255 | 19 | Redact specific client information |
| 280 | 23 | 280 | 24 | Redact specific client information |
| 282 | 11 | 282 | 11 | Redact specific client information |
| 329 | 23 | 329 | 23 | Redact specific client information |

## Andrea Lusso

Confidentiality Designations

| PgFrom | LnFrom | PgTo | LnTo | Redaction Note |
|---|---|---|---|---|
| 191 | 7 | 191 | 9 | Redact quote from document |
| 192 | 9 | 193 | 11 | Redact quote from document |
| 193 | 16 | 193 | 22 | Redact quote from document |
| 193 | 25 | 194 | 20 | Redact quote from document |
| 194 | 22 | 196 | 2 | Redact quote from document |
| 197 | 11 | 197 | 11 | Redact specific route |
| 198 | 6 | 198 | 6 | Redact specific route |
| 198 | 9 | 198 | 9 | Redact specific route |
| 198 | 14 | 198 | 14 | Redact specific route |
| 198 | 20 | 198 | 20 | Redact specific number |
| 198 | 21 | 198 | 21 | Redact specific route |
| 198 | 23 | 199 | 5 | Redact quote from document |
| 199 | 6 | 199 | 21 | Redact quote from document |
| 200 | 4 | 200 | 4 | Redact specific city |
| 200 | 7 | 200 | 7 | Redact specific route |
| 200 | 8 | 200 | 8 | Redact specific route |
| 200 | 12 | 200 | 12 | Redact specific city |
| 200 | 13 | 200 | 13 | Redact specific route |
| 200 | 22 | 200 | 22 | Redact specific route |
| 200 | 23 | 200 | 23 | Redact specific route |
| 200 | 24 | 200 | 25 | Redact specific route |
| 200 | 25 | 200 | 25 | Redact specific route |
| 201 | 1 | 201 | 1 | Redact specific route |
| 201 | 1 | 201 | 1 | Redact specific route |
| 201 | 14 | 201 | 14 | Redact specific route |
| 201 | 25 | 202 | 1 | Redact quote from document |
| 202 | 22 | 202 | 22 | Redact quote from document |
| 203 | 6 | 203 | 7 | Redact quote from document |
| 204 | 3 | 204 | 3 | Redact quote from document |
| 205 | 12 | 205 | 12 | Redact specific route |
| 206 | 3 | 206 | 3 | Redact specific route |
| 207 | 6 | 207 | 6 | Redact specific route |
| 208 | 7 | 208 | 7 | Redact specific city |
| 208 | 12 | 208 | 12 | Redact specific route |
| 273 | 10 | 273 | 20 | Redact quote from document |
| 275 | 1 | 275 | 2 | Redact quote from document |

## Massimo Mancini
Confidentiality Designations

| Transcript Location | Redaction Note |
| --- | --- |
| 116:17-21 | |
| 117:5-9 | |
| 117:13-16 | |
| 121:7-11 | |
| 123:8-9 | |
| 123:17-20 | |
| 124:23-125:17 | |
| 125:19 | |
| 153:1-3 | |
| 153:5-6 | |
| 153:10-154:3 | |
| 211:12-13 | |
| 211:21 | |
| 211:23-24 | |
| 212:1-12 | |

## Roberta Mehoke

Confidentiality Designations

| PgFrom | LnFrom | PgTo | LnTo | Redaction Note |
|---|---|---|---|---|
| 58 | 16 | 58 | 17 | Redact specific client information |
| 99 | 10 | 99 | 10 | Redact specific number |
| 136 | 24 | 136 | 24 | Redact specific number |
| 147 | 15 | 147 | 15 | Redact specific client information |
| 147 | 21 | 147 | 21 | Redact specific client information |
| 147 | 22 | 147 | 23 | Redact specific client information |
| 147 | 24 | 147 | 24 | Redact specific client information |
| 148 | 19 | 148 | 19 | Redact specific client information |
| 149 | 5 | 149 | 5 | Redact specific client information |
| 149 | 8 | 149 | 8 | Redact specific client information |
| 149 | 23 | 149 | 23 | Redact specific number |
| 151 | 14 | 151 | 15 | Redact specific client information |
| 156 | 23 | 156 | 23 | Redact specific client information |
| 157 | 2 | 157 | 2 | Redact specific client information |
| 157 | 22 | 157 | 22 | Redact specific client information |
| 159 | 21 | 159 | 21 | Redact specific client information |
| 174 | 21 | 174 | 21 | Redact specific client information |
| 175 | 8 | 175 | 8 | Redact specific client information |
| 175 | 12 | 175 | 12 | Redact specific client information |
| 175 | 17 | 175 | 17 | Redact specific client information |
| 176 | 5 | 176 | 5 | Redact specific client information |
| 176 | 10 | 176 | 10 | Redact specific client information |
| 176 | 12 | 176 | 12 | Redact specific client information |
| 185 | 3 | 185 | 3 | Redact specific client information |
| 193 | 17 | 193 | 17 | Redact specific number |
| 198 | 20 | 198 | 21 | Redact specific client information |
| 198 | 24 | 198 | 25 | Redact specific client information |
| 199 | 3 | 199 | 3 | Redact specific client information |
| 199 | 6 | 199 | 6 | Redact specific client information |
| 199 | 22 | 199 | 22 | Redact specific client information |
| 200 | 4 | 200 | 4 | Redact specific client information |
| 200 | 20 | 200 | 20 | Redact specific number |
| 200 | 25 | 200 | 25 | Redact specific city |
| 202 | 4 | 202 | 4 | Redact specific number |
| 202 | 7 | 202 | 7 | Redact specific number |
| 202 | 10 | 202 | 10 | Redact specific number |
| 202 | 14 | 202 | 15 | Redact specific routes |
| 202 | 16 | 202 | 16 | Redact specific airport |
| 202 | 18 | 202 | 20 | Redact quote from document |

| 202 | 25 | 203 | 1 | Redact specific client information |
|---|---|---|---|---|
| 203 | 4 | 203 | 4 | Redact specific client information |
| 203 | 6 | 203 | 6 | Redact specific client information |
| 203 | 10 | 203 | 10 | Redact specific routes |
| 203 | 13 | 203 | 13 | Redact specific route |
| 203 | 14 | 203 | 14 | Redact specific route |
| 203 | 16 | 203 | 17 | Redact specific client information |
| 203 | 20 | 203 | 21 | Redact specific client information |
| 203 | 24 | 203 | 25 | Redact specific client information |
| 204 | 1 | 204 | 1 | Redact specific client information |
| 204 | 3 | 204 | 3 | Redact specific client information |
| 204 | 5 | 204 | 5 | Redact specific client information |
| 204 | 8 | 204 | 9 | Redact specific client information |
| 204 | 18 | 204 | 19 | Redact specific client information |
| 204 | 21 | 204 | 21 | Redact specific client information |
| 205 | 2 | 205 | 2 | Redact specific client information |
| 205 | 3 | 205 | 3 | Redact specific city |
| 205 | 4 | 205 | 5 | Redact specific client information |
| 205 | 7 | 205 | 8 | Redact specific client information |
| 205 | 12 | 205 | 13 | Redact specific client information |
| 205 | 13 | 205 | 13 | Redact specific airport |
| 222 | 11 | 222 | 11 | Redact specific client information |
| 222 | 13 | 222 | 13 | Redact specific client information |
| 222 | 24 | 222 | 24 | Redact specific client information |
| 223 | 3 | 223 | 3 | Redact specific client information |
| 223 | 6 | 223 | 6 | Redact specific route |
| 223 | 7 | 223 | 7 | Redact specific route |
| 223 | 21 | 223 | 21 | Redact specific route |
| 223 | 25 | 223 | 25 | Redact specific route |
| 224 | 10 | 224 | 10 | Redact specific client information |
| 224 | 14 | 224 | 14 | Redact specific route |
| 224 | 17 | 224 | 17 | Redact specific route |
| 224 | 20 | 224 | 20 | Redact specific route |
| 224 | 22 | 224 | 22 | Redact specific route |
| 225 | 2 | 225 | 2 | Redact specific route |
| 234 | 4 | 234 | 4 | Redact specific client information |
| 234 | 11 | 234 | 11 | Redact specific client information |
| 234 | 14 | 234 | 14 | Redact specific client information |
| 234 | 17 | 234 | 17 | Redact specific client information |
| 234 | 18 | 234 | 18 | Redact specific number |
| 234 | 19 | 234 | 19 | Redact specific number |
| 234 | 22 | 234 | 22 | Redact specific route |
| 234 | 23 | 234 | 23 | Redact specific route |
| 235 | 3 | 235 | 3 | Redact specific number |
| 235 | 4 | 235 | 4 | Redact specific number |

| | | | | |
|---|---|---|---|---|
| 235 | 8 | 235 | 8 | Redact specific number |
| 235 | 9 | 235 | 9 | Redact specific route |
| 235 | 16 | 235 | 16 | Redact specific number |
| 235 | 21 | 235 | 21 | Redact specific route |
| 236 | 5 | 236 | 5 | Redact specific route |
| 239 | 5 | 239 | 5 | Redact specific route |
| 242 | 4 | 242 | 4 | Redact specific client information |
| 242 | 7 | 242 | 7 | Redact specific client information |
| 242 | 8 | 242 | 8 | Redact specific client information |
| 242 | 13 | 242 | 13 | Redact specific client information |
| 242 | 17 | 242 | 17 | Redact specific client information |
| 242 | 18 | 242 | 18 | Redact specific client information |
| 303 | 1 | 303 | 1 | Redact specific number |
| 340 | 10 | 340 | 10 | Redact specific number |
| 58 | 16 | 58 | 16 | Redact specific client information |
| 201 | 9 | 201 | 10 | Redact specific number |
| 202 | 14 | 202 | 14 | Redact specific route |
| 202 | 18 | 202 | 18 | Redact specific route |
| 203 | 3 | 203 | 4 | Redact specific city |
| 203 | 10 | 203 | 10 | Redact specific route |
| 203 | 21 | 203 | 21 | Redact specific route |
| 222 | 11 | 222 | 11 | Redact specific client information |
| 234 | 4 | 234 | 4 | Redact specific client information |
| 234 | 17 | 234 | 17 | Redact specific client information |
| 245 | 21 | 245 | 21 | Redact quote from document |
| 245 | 21 | 245 | 21 | Redact quote from document |

## Dorothy Nee

Confidentiality Designations

| PgFrom | LnFrom | PgTo | LnTo | Redaction Note |
|---|---|---|---|---|
| 75 | 1 | 75 | 2 | Redact specific client information |
| 94 | 1 | 94 | 1 | Redact specific client information |
| 94 | 2 | 94 | 2 | Redact specific client information |
| 95 | 9 | 95 | 9 | Redact specific route |
| 95 | 9 | 95 | 9 | Redact specific number |
| 95 | 9 | 95 | 9 | Redact specific number |
| 95 | 10 | 95 | 10 | Redact specific number |
| 95 | 10 | 95 | 10 | Redact specific city |
| 95 | 11 | 95 | 11 | Redact specific city |
| 101 | 7 | 101 | 7 | Redact specific number |
| 101 | 10 | 101 | 10 | Redact specific route |
| 101 | 10 | 101 | 10 | Redact specific number |
| 101 | 17 | 101 | 17 | Redact specific number |
| 101 | 20 | 101 | 20 | Redact specific route |
| 101 | 22 | 101 | 22 | Redact specific route |
| 102 | 3 | 102 | 3 | Redact specific route |
| 102 | 5 | 102 | 6 | Redact specific airport |
| 102 | 9 | 102 | 9 | Redact specific route |
| 102 | 9 | 102 | 9 | Redact specific number |
| 102 | 13 | 102 | 13 | Redact specific route |
| 102 | 13 | 102 | 13 | Redact specific number |
| 102 | 16 | 102 | 16 | Redact specific route |
| 102 | 19 | 102 | 19 | Redact specific route |
| 102 | 20 | 102 | 20 | Redact specific route |
| 104 | 3 | 104 | 3 | Redact specific airport |
| 104 | 6 | 104 | 6 | Redact specific route |
| 104 | 6 | 104 | 6 | Redact specific number |
| 104 | 9 | 104 | 9 | Redact specific route |
| 104 | 9 | 104 | 10 | Redact specific airport |
| 104 | 13 | 104 | 13 | Redact specific number |
| 104 | 15 | 104 | 15 | Redact specific route |
| 104 | 15 | 104 | 16 | Redact specific airport |
| 104 | 19 | 104 | 19 | Redact specific number |
| 104 | 21 | 104 | 21 | Redact specific route |
| 104 | 21 | 104 | 22 | Redact specific airport |
| 104 | 25 | 104 | 25 | Redact specific number |
| 105 | 2 | 105 | 2 | Redact specific route |
| 105 | 2 | 105 | 3 | Redact specific airport |
| 105 | 6 | 105 | 6 | Redact specific number |
| 108 | 3 | 108 | 3 | Redact specific number |

| | | | | |
|---|---|---|---|---|
| 108 | 20 | 108 | 20 | Redact specific number |
| 109 | 2  | 109 | 2  | Redact specific number |
| 109 | 14 | 109 | 14 | Redact specific number |
| 110 | 10 | 110 | 10 | Redact specific number |
| 110 | 16 | 110 | 16 | Redact specific route |
| 110 | 19 | 110 | 19 | Redact specific route |
| 110 | 21 | 110 | 21 | Redact specific route |
| 110 | 23 | 110 | 23 | Redact specific route |
| 110 | 25 | 110 | 25 | Redact specific route |
| 111 | 2  | 111 | 2  | Redact specific route |
| 111 | 4  | 111 | 4  | Redact specific route |
| 111 | 7  | 111 | 7  | Redact specific number |
| 111 | 7  | 111 | 7  | Redact specific number |
| 111 | 20 | 111 | 20 | Redact specific number |
| 111 | 23 | 111 | 23 | Redact specific route |
| 111 | 25 | 111 | 25 | Redact specific number |
| 112 | 1  | 112 | 1  | Redact specific number |
| 112 | 5  | 112 | 5  | Redact specific number |
| 112 | 6  | 112 | 6  | Redact specific route |
| 112 | 6  | 112 | 6  | Redact specific number |
| 112 | 9  | 112 | 9  | Redact specific number |
| 112 | 14 | 112 | 14 | Redact specific number |
| 112 | 19 | 112 | 19 | Redact specific route |
| 112 | 19 | 112 | 19 | Redact specific number |
| 112 | 21 | 112 | 21 | Redact specific number |
| 112 | 22 | 112 | 22 | Redact specific route |
| 113 | 1  | 113 | 1  | Redact specific number |
| 113 | 4  | 113 | 4  | Redact specific number |
| 113 | 4  | 113 | 4  | Redact specific route |
| 113 | 4  | 113 | 4  | Redact specific number |
| 123 | 9  | 123 | 9  | Redact specific number |
| 135 | 4  | 135 | 4  | Redact specific number |
| 135 | 23 | 135 | 23 | Redact specific number |
| 135 | 24 | 135 | 24 | Redact specific route |
| 139 | 18 | 139 | 18 | Redact specific route |
| 139 | 19 | 139 | 19 | Redact specific number |
| 139 | 24 | 139 | 24 | Redact specific number |
| 140 | 1  | 140 | 1  | Redact specific number |

## Allysen Roberts (CID)

Confidentiality Designations

| Transcript Location | Redaction Note |
|---|---|
| 50:21 | Redact specific revenue number. |
| 51:16-17 | Redact specific numbers. |
| 55:20-56:8 | |
| 57:2-15 | |
| 60:24-61:1 | Redact quote from document. |
| 105:19-22 | |
| 106:6-14 | |
| 107:11-108:1 | |
| 108:23-109:25 | |
| 110:4-6 | |
| 110:8 | |
| 114:19-115:4 | |
| 117:2-5 | |
| 119:20-120:7 | |
| 122:22-23 | |
| 123:4-10 | |
| 139:8-9 | |
| 139:12-15 | |
| 140:21-23 | |
| 141:4-10 | |
| 150:5-7 | |
| 150:15-16 | |
| 150:24-151:3 | Redact quote from document. |
| 151:6-23 | |
| 152:2-6 | |
| 152:15-18 | |
| 152:24-153:6 | |
| 173:22-174:6 | |
| 174:14-18 | |
| 175:12-16 | |
| 181:21-25 | |
| 182:7-183:6 | |