UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**DEFENDANTS' UPDATE TO MOTION TO SEAL TRIAL EXHIBITS AND REQUEST FOR COURT TO ENTER SUPPLEMENTAL ORDER <u>SEALING ADDITIONAL EXHIBITS WITH NO OBJECTION BY PLAINTIFFS</u>**

Defendants provide the following update to their September 9, 2022 Motion to Seal Trial Exhibits (Dkt. No. 159, the "Motion to Seal"), the Parties' September 23, 2022 Joint Report Regarding Defendants' Motion to Seal Trial Exhibits (Dkt. No. 243, the "Joint Report"), and the Parties' Update to the Joint Report Regarding Defendants' Motion to Seal Trial Exhibits (Dkt. No. 245, the "Update to the Joint Report"). The Motion to Seal, the Joint Report, and the Update to the Joint Report included Appendix A, which identified trial exhibits for which Plaintiffs disputed Defendants' confidentiality designations, and Appendix B, which identified trial exhibits for which Plaintiffs did not object to Defendants' confidentiality designations.[1] The Court has entered orders

---

[1] The Joint Report included Supplemental Appendix B identifying additional exhibits for which the Parties were able to resolve their differences between the filing of the Motion to Seal and the filing of the Joint Report. The Update to the Joint Report included a revised Supplemental Appendix B which replaced and superseded the version of Supplemental Appendix B attached to the Joint Report.

1

sealing the trial exhibits included on Appendix B to these prior filings (September 19, 2022 Transcript at 31:5-21; Dkt. No. 249).[2]

Since filing the Update to the Joint Report, the Parties continued to confer throughout trial and have resolved all of their remaining differences as to the confidentiality of the trial exhibits, either by Defendants withdrawing or narrowing their confidentiality designations, or by Plaintiffs withdrawing their objections to Defendants' confidentiality designations. The Parties have also successfully reached agreement as to additional exhibits for which Defendants added confidentiality designations during trial. Accordingly, Defendants submit the attached Second Supplemental Appendix B identifying additional trial exhibits for which Plaintiffs do not object to Defendants' redaction or sealing requests.

Defendants respectfully request that the Court enter a supplemental order granting the Motion to Seal as to the exhibits identified in Second Supplemental Appendix B.

Dated: October 27, 2022

Respectfully submitted,

/s/ *Daniel M. Wall*
Daniel M. Wall (pro hac vice)
Elizabeth C. Gettinger (pro hac vice)
Elise M. Nelson (pro hac vice)
Nitesh Daryanani (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
dan.wall@lw.com
elizabeth.gettinger@lw.com
elise.nelson@lw.com
nitesh.daryanani@lw.com

---

[2] At the beginning of the trial day on October 27, 2022, the Court also entered an order sealing the Parties' expert reports that were admitted into evidence on October 26, 2022.

        Ian R. Conner (pro hac vice)
        Michael G. Egge (pro hac vice)
        Farrell J. Malone (pro hac vice)
        Allyson M. Maltas (pro hac vice)
        Marguerite M. Sullivan (pro hac vice)
        Tara L. Tavernia (pro hac vice)
        Seung Wan Paik (pro hac vice)
        Jesse A. Vella (pro hac vice)
        LATHAM & WATKINS LLP
        555 Eleventh Street, NW, Suite 1000
        Washington, DC 20004-1304
        Telephone: (202) 637-2200
        Facsimile: (202) 637-2201
        ian.conner@lw.com
        michael.egge@lw.com
        farrell.malone@lw.com
        allyson.maltas@lw.com
        marguerite.sullivan@lw.com
        andrew.paik@lw.com
        tara.tavernia@lw.com
        jesse.vella@lw.com

        David C. Tolley (BBO #676222)
        LATHAM & WATKINS LLP
        200 Clarendon Street
        Boston, MA 02116
        Telephone: (617) 948-6000
        Facsimile: (617) 948-6001
        david.tolley@lw.com

        *Attorneys for Defendant American Airlines Group Inc.*

*/s/ Matthew A. McGee*
Richard Schwed (pro hac vice)
Matthew L. Craner (pro hac vice)
Jessica K. Delbaum (pro hac vice)
Leila Siddiky (pro hac vice)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com
leila.siddiky@shearman.com

Brian Hauser (pro hac vice)
Ryan Leske (pro hac vice)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com
ryan.leske@shearman.com

Matthew A. McGee (*pro hac vice*)
Shearman & Sterling LLP
2828 North Harwood Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 271-5766
matt.mcgee@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant JetBlue Airways Corporation*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                                             */s/ Matthew A. McGee*
                                                             Matthew A. McGee