UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> *Defendants*. | Civil Action No. 1:21-CV-11558-LTS |

**PLAINTIFFS' OPPOSED IN PART MOTION TO CORRECT TRIAL TRANSCRIPT**

The United States of America, the State of Arizona, the State of California, the District of Columbia, the State of Florida, the Commonwealth of Massachusetts, the Commonwealth of Pennsylvania, and the Commonwealth of Virginia (collectively, Plaintiffs) respectfully move the Court pursuant to Local Rule 7.2 to correct the trial transcripts as set forth in the attached Appendix A. Appendix A reflects corrections Plaintiffs identified in review of the trial transcripts, with additional agreed-upon changes to reflect input from Defendants.[1] Plaintiffs previously sent these proposed corrections to Defendants. Defendants have informed Plaintiffs that they disagree with one correction, regarding a reference to "New York" that Plaintiffs believe should be corrected to read "Newark," in Volume 1:244:3. A copy of the correspondence regarding this exchange is attached as Appendix B.

---

[1] Plaintiffs understand that Defendants have not independently reviewed the transcript for potential corrections and that Defendants have told Plaintiffs that they reserve their right to do so if necessary in the future, after providing Plaintiffs with an opportunity to review and raise any objections.

Plaintiffs have met and conferred with Defendants as required by Local Rule 7.1. Defendants oppose this motion in part as to the correction to Volume 1:244:3, but do not otherwise oppose this motion.

Dated: January 9, 2023                     Respectfully submitted,

/s/ Kate M. Riggs
Kate M. Riggs
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Phone: (202) 390-9877
Email: Kate.Riggs@usdoj.gov

*Attorney for the United States of America*

/s/ Colin G. Fraser
Colin G. Fraser
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399
Phone: (850) 414-3300
Email: Colin.Fraser@myfloridalegal.com

/s/ William Matlack
William Matlack (MA Bar No. 552109)
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 727-2200
Email: William.Matlack@mass.gov

*Attorneys for the State of Florida and the Commonwealth of Massachusetts, and on behalf of the Plaintiff States*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I conferred with counsel for Defendants on November 17 and December 16, 2022, and January 6, 2023 regarding this Motion. Defendants confirmed that they do not oppose this motion except with respect to the correction of Volume 1:244:3.

/s/ Kate M. Riggs
Kate M. Riggs
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
(202) 390-9877
Kate.Riggs@usdoj.gov

*Attorney for the United States of America*