# Appendix A

## Plaintiffs' Errata Chart

| Volume | Page/Line | Edit | Witness |
|---|---|---|---|
| 1 | 10:16 | Replace "traction" with "action" | Plfs Opening Statement |
| 1 | 10:21 | Replace "packet" with "pact" | Plfs Opening Statement |
| 1 | 18:23 | Replace "justice department's" with "Justice Department's" | Plfs Opening Statement |
| 1 | 23:12 | Replace "justice department's" with "Justice Department's" | Plfs Opening Statement |
| 1 | 30:11 | Replace "carries" with "carriers" | Plfs Opening Statement |
| 1 | 110:14 | Replace "Your" with "You're" | Hayes |
| 1 | 134:21 | Replace "Low" with "Load" | Hayes |
| 1 | 144:23 | Replace "They" with "There" | Hayes |
| 1 | 156:12 | Replace "I have trying" with "I have been trying" | Hayes |
| 1 | 158:19 | Replace "they're" with "their" | Hayes |
| 1 | 167:5 | Replace "concern" with "concerns" | Hayes |
| 1 | 173:9 | Replace "feature is" with "features" | Hayes |
| 1 | 174:6 | Replace "roots" with "routes" | Hayes |
| 1 | 174:6 | Replace "measures" with "measured" | Hayes |
| 1 | 178:2 | Replace "ventures" with "venture" | Hayes |
| 1 | 183:3 | Replace "it's" with "its" | Hayes |
| 1 | 184:15 | Replace "combination" with "combinations" | Hayes |
| 1 | 187:24 | Replace "Equivalency" with "Equivalent seat" | Hayes |
| 1 | 188:4 | Replace "equivalency" with "equivalent" | Hayes |
| 1 | 188:13 | Replace "going less" with "growing less" | Hayes |
| 1 | 191:25 | Replace "united" with "United" | Hayes |
| 1 | 192:20 | Replace "your" with "you're" | Hayes |
| 1 | 197:1 | Replace "that" with "with" | Hayes |
| 1 | 197:18 | Replace "NGIA" with "MGIA" | Hayes |
| 1 | 221:13 | Replace "things" with "thing" | Hayes |
| 1 | 227:25 | Replace "are" with "or" | Hayes |
| 1 | 231:14 | Replace "other booking" with "overbooking" | Hayes |
| 1 | 232:6 | Replace "damped" with "tamped" | Hayes |
| 1 | 239:10 | Replace "29" with "2019" | Hayes |
| 1 | 243:24 | Replace "flight" with "flights" | Hayes |
| 1 | 244:3 | Replace "New York" with "Newark" | Hayes |
| 1 | 249:25 | Replace "with lot" with "with a lot" | Hayes |
| 1 | 258:7 | Replace "it's" with "its" | Hayes |
| 1 | 265:2 | Replace "MR. DAVIS" with "MR. HAYES" | Hayes |
| 1 | 266:22 | Replace "knee" with "knew" | Hayes |
| 1 | 269:25 | Replace "down our" with "down from our" | Hayes |
| 2 | 19:18 | Replace "path as" with "path so as" | Hayes |
| 2 | 28:2 | Replace "disadvantaged" with "disadvantage" | Hayes |
| 2 | 31:11 | Replace "member's" with "members'" | Hayes |

1

| 2 | 35:20 | Replace "once" with "one" | Hayes |
|---|---|---|---|
| 2 | 43:9 | Replace "1820s 20s" with "A220s" | Hayes |
| 2 | 43:16<br>43:21<br>43:23<br>43:24 | Replace "co-chair" with "codeshare" | Hayes |
| 2 | 45:25 | Replace "your" with "you're" | Hayes |
| 2 | 46:20 | Replace "way" with "ways" | Hayes |
| 2 | 49:5 | Replace "pilots" with "pilot" | Hayes |
| 2 | 49:20 | Replace "ore serves" with "on reserves" | Hayes |
| 2 | 76:16 | Replace "flighting" with "fighting" | Hayes |
| 2 | 78:5 | Replace "debt" with "deck" | Hayes |
| 2 | 84:1 | Replace "for" with "four" | Hayes |
| 2 | 98:9 | Replace "role in" with "role at" | Watterson |
| 2 | 100:20 | Delete "and" | Watterson |
| 2 | 101:19 | Replace "they simplify fleet" with "a simplified fleet" | Watterson |
| 2 | 104:7 | Replace "pricing schedule" with "price and schedule" | Watterson |
| 2 | 114:24 | Replace "are slots unavailable" with "no slots available" | Watterson |
| 2 | 209:21 | Add "not" between "are" and "conducive" | McMenamin |
| 2 | 211:8 | Delete "don't" | McMenamin |
| 2 | 217:7 | Replace "from" with "for" | McMenamin |
| 2 | 239:17 | Replace "pull" with "hold" | McMenamin |
| 2 | 240:10 | Replace period with comma, followed by lower case "r" instead of capital "R". | McMenamin |
| 3 | 52:23 | Replace "January 2, 2019" with "January 22, 2019" | Jarashow |
| 3 | 104:4 | Replace "spirit" with "Spirit" | Kirby |
| 3 | 115:12 | Replace "is" with "does" | Kirby |
| 3 | 115:12 | Replace "sideshow" with "slide show" | Kirby |
| 3 | 121:2 | Replace first "It's" with "Its" | Kirby |
| 3 | 126:19<br>127:2<br>136:19 | Replace "co-chair" with "codeshare" | Kirby |
| 3 | 145:3 | Replace "cares" with "fares" | Kirby |
| 3 | 147:4 | Replace "Co-Chair" with "codeshare" | Kirby |
| 3 | 147:24 | Replace "co-chair" with "codeshare" | Kirby |
| 3 | 160:13 | Replace "role" with "rule" | Kirby |
| 3 | 160:20 | Replace "back" with "both" | Kirby |
| 3 | 162:10 | Replace "documented" with "document" | Kirby |
| 3 | 163:15 | Replace "effect" with "affect" | Kirby |
| 3 | 169:12 | Replace "co-chair" with "codeshare" | Kirby |

| | | | |
|---|---|---|---|
| 3 | 173:25 | Replace "substantial Boston" with "substantial in Boston" | Kirby |
| 3 | 174:3 | Replace "Q. Right. Delta is the second largest." with "Q. Right. A. Delta is the second largest" | Kirby |
| 3 | 176:20 | Replace "shore holds" with "shortholds" | Kirby |
| 4 | 23:6 23:7 | Replace "it's" with "its" | Kirby |
| 4 | 27:5 | Replace second "that" with "at" | Kirby |
| 4 | 38:24 | Replace "co-chair" with "codeshare" | Kirby |
| 4 | 39:9 | Replace "corporation" with "cooperation" | Kirby |
| 4 | 40:21 | Replace "pubically" with "publicly" | Kirby |
| 4 | 43:15 | Replace "ordinarily" with "ordinary" | Kirby |
| 4 | 57:2 | Replace "seems" with "seams" | Kirby |
| 4 | 101:8 | Replace "care-out" with "carve-out" | Raja |
| 4 | 116:23 | Replace "Ma teus" with "Mateus" | Raja |
| 4 | 128:16 | Replace "Mr. Jones" with "Mr. Raja" | Raja |
| 4 | 136:11 | Replace "the" with "a" | Raja |
| 4 | 138:7 | Replace "slit" with "split" | Raja |
| 4 | 140:21-22 | Add "of" between "one" and "American" | Raja |
| 4 | 156:12 | Add "like" between "looks" and "in" | Raja |
| 5 | 3:20 | Delete "Scott Laurence" and replace with "Robert Isom" | Isom |
| 5 | 5:21 | Change "And if you have a seat right there." to "And if you could have a seat right there." | Isom |
| 5 | 8:17 | Change "rationals" to "rationales" | Isom |
| 5 | 9:13 | Change "the specifically New York" to "specifically in New York" | Isom |
| 5 | 9:20 | Change "issue" to "issues" | Isom |
| 5 | 10:17-18 | Change "do separate transactions" to "though separate transactions" | Isom |
| 5 | 18:12 | Change "Forecast" to "forecasted" | Isom |
| 5 | 24:16-17 | Replace "Scott Laurence" with "Robert Isom" | Isom |
| 5 | 27:13-14 | Change "how do ASM's growth figure in the planning?" to "How does ASM growth figure" | Isom |
| 5 | 32:7 | Change 9-11 to 9/11 | Isom |
| 5 | 38:25 | Change "softeness" to "softness" | Isom |
| 5 | 39:13 | Change "ticket price is" to "ticket prices" | Isom |
| 5 | 42:5 | Change the date in the email to 10/26, not 10/6. | Isom |
| 5 | 50:15 | Replace "ANNIS" with "analysts" | Isom |
| 5 | 50:16 | Replace "ANNIS" with "analysts" | Isom |
| 5 | 51:10 | Change "PX34" to "DX34" | Isom |
| 5 | 55:22 | Change "JetBlue be it 180" to "JetBlue to 180 flights" | Isom |

| | | | |
|---|---|---|---|
| 5 | 56:14 | Change "I got that. Wrong." to "I got that wrong." | Isom |
| 5 | 58:1 | Change "acronym means" to "acronyms mean" | Isom |
| 5 | 62:17 | Change "They're" to "Their" | Isom |
| 5 | 66:19 | Capitalize Continental | Isom |
| 5 | 67:18 | Change "net work" to "network" | Isom |
| 5 | 84:9 | Change "they're" to "their" | Isom |
| 5 | 113:2 | Delete "Physical" | Laurence |
| 5 | 129:12 | Delete "with" | Laurence |
| 5 | 207:15 | Replace "airline" with "interline" | Laurence |
| 5 | 210:9 | Replace "group" with "route" | Laurence |
| 6 | 35:17 | Replace "believe" with "believed" | Parker |
| 6 | 36:22 | Replace "do" with "did" | Parker |
| 6 | 57:17 | Replace "core down" with "coordinate on" | Parker |
| 6 | 94:15 | Replace "piquing" with "peaking" in both places on the line | Parker |
| 6 | 100:6 | Replace "they're" with "their" | Parker |
| 7 | 23:17 | Replace "There's" with "Theirs" | Harrison |
| 7 | 28:7 | Replace "connection" with "connecting" | Harrison |
| 7 | 50:21 | Replace "Bonnie" with "Bonny" | Harrison |
| 7 | 163:21 | Delete "those" between "they" and "proposed" | Raja |
| 8 | 21:9 | Replace "bind" with "binder" | Swartz |
| 8 | 54:12 | Replace "industry" with "implementation" | Swartz |
| 8 | 76:21 | Replace "imbedded" with "embedded" | Fintzen |
| 8 | 77:4 | Replace "imbedded" with "embedded" | Fintzen |
| 8 | 80:20 | Replace "reflects" with "we flex" | Fintzen |
| 8 | 83:25 | Replace "saying" with "seeing" | Fintzen |
| 8 | 84:7 | Replace "transconference" with "transcontinental" | Fintzen |
| 8 | 229:22 | Replace "B2" with "v2" | Pack |
| 8 | 241:7 | Replace "B4" with "v4" | Pack |
| 8 | 260:7 | Replace "Having you come up" with "Hounding you to come up" | Pack |
| 8 | 270:19 | Replace "ventures" with "venture" | Friedman |
| 8 | 271:1 | Replace "ventures" with "venture" | Friedman |
| 8 | 271:4 | Replace "ventures" with "venture" | Friedman |
| 8 | 272:12 | Replace "ventures" with "venture" | Friedman |
| 8 | 279:6 | Replace "result" with "results" | Friedman |
| 8 | 279:25 | Replace "you're" with "your" | Friedman |
| 8 | 300:9 | Replace "was" with "had" | Friedman |
| 9 | 77:7 | Replace "morale" with "moral" | Town |
| 9 | 194:20 | Replace "FDC" with "FTC" | Town |
| 10 | 37:17 | Insert "have" between "scenario" and "been" | Clark |
| 10 | 85:15 | Change "Mr. Derita" to "Mr. Congdon" | Clark |
| 10 | 89:13 | Replace "and markets" with "in markets" | Miller |

| 10 | 98:2-3 | Replace "defendants and economists" with "defendants' economists" | Miller |
| --- | --- | --- | --- |
| 10 | 101:23 | Replace "change" with "changed" | Miller |
| 10 | 102:4 | Replace "different shaded" with "differentiated" | Miller |
| 10 | 102:10-11 | Replace "different shaded" with "differentiated" | Miller |
| 10 | 103:22 | Replace "different shade of" with "differentiated" | Miller |
| 10 | 104:7 | Replace "five" with "six" | Miller |
| 10 | 105:21 | Replace "leave believe" with "leave " | Miller |
| 10 | 113:25 | Replace "making" with "negative" | Miller |
| 10 | 118:1 | Replace "different shade of" with "differentiated" | Miller |
| 10 | 119:7 | Replace "allow" with "allows" | Miller |
| 10 | 136:25 | Replace "nonstop" with "connect" | Miller |
| 10 | 138:5 | Replace "has nonstop" with "is nonstop" | Miller |
| 10 | 138:8 | Replace "assistance" with "distance" | Miller |
| 10 | 139:16 | Replace "cost" with "across" | Miller |
| 10 | 143:6 | Delete "litter" | Miller |
| 10 | 144:13 | Replace "cast" with "cost" | Miller |
| 10 | 145:1 | Replace "badge" with "baggage" | Miller |
| 10 | 150:17 | Replace "little" with "literal" | Miller |
| 10 | 153:16 | Replace "overlaps" with "overlap" | Miller |
| 10 | 154:17 | Replace "and the substantial loss" with "in the substantial loss" | Miller |
| 10 | 156:9 | Replace "428" with "428 million" | Miller |
| 10 | 159:24 | Replace "heterogeneity markets" with "heterogeneity in markets" | Miller |
| 10 | 162:10 | Replace "the same I simulate" with "the same way I simulate" | Miller |
| 10 | 165:3 | Delete "you" | Miller |
| 10 | 165:22 | Replace "serve" with "show" | Miller |
| 10 | 166:15 | Replace "not" with "now" | Miller |
| 10 | 166:23 | Replace "predictive" with "predicted" | Miller |
| 10 | 172:11 | Replace "American" with "JetBlue" | Miller |
| 10 | 172:15 | Replace "different shaded" with "differentiated" | Miller |
| 10 | 193:19 | Replace "response to a price" with "response to a price change" | Miller |
| 10 | 194:12 | Replace "assessed" with "assessing" | Miller |
| 10 | 194:21 | Replace "demand of supply" with "demand and supply" | Miller |

| 10 | 195:3-4 | Replace "prices are either defendants' products or are larger" with "prices of either of defendants' products is larger" | Miller |
|---|---|---|---|
| 10 | 201:5 | Replace "voided" with "avoided" | Miller |
| 10 | 206:13 | Replace "makes no sense " with "makes sense" | Miller |
| 10 | 229:11 | Replace "different and shaded" with "differentiated" | Miller |
|  |  |  |  |
| 11 | 5:25 | Replace "preNEA" with "pre-NEA" | Miller |
| 11 | 30:5 | Replace "LaGuardia to JFK" with "LaGuardia or JFK" | Miller |
| 11 | 33:9 | Replace "New York" with "Newark" | Miller |
| 11 | 37:12–13 | Replace "New York" with "Newark" | Miller |
| 11 | 58:6 | Replace "New York" with "Newark" | Miller |
| 11 | 72:9–10 | Replace "JFK and American" with "JetBlue and American" | Miller |
| 11 | 82:8 | Replace "guideline points" with "guidelines point" | Miller |
| 11 | 82:10 | Replace "provides" with "provide" | Miller |
| 11 | 82:23 | Replace "postNEA" with "post-NEA" | Miller |
| 11 | 85:12–14 | Replace "A. I haven't studied -- compared predisposed NEA behavior," with "A. I haven't studied -- compared pre and post NEA behavior," | Miller |
| 11 | 87:24 | Replace "year" with "years" | Miller |
| 11 | 93:7 | Replace "Dr. Miller: Take a break now, Your Honor?" with "Mr. Wall: Take a break now, Your Honor?" | Miller |
| 11 | 94:9 | Replace "one-shop" with "one-shot" | Miller |
| 11 | 94:13 | Replace "preNEA and the predicted postNEA" with "pre-NEA and the predicted post-NEA" | Miller |
| 11 | 100:15 | Replace "that to" with "they do" | Miller |
| 11 | 103:22 | Replace "unlikelihood" with "unlikely to" | Miller |
| 11 | 105:18 | Replace "the" with "what the" | Miller |
| 11 | 114:22 | Replace "if you're people on a plane" with "if you have fewer people on a plane" | Miller |
| 11 | 116:24 | Replace "preNEA" with "pre-NEA" | Miller |
| 11 | 128:20 | Replace "clause" with "cost" | Miller |
| 11 | 129:13 | Replace "assent" with "asset" | Miller |
| 11 | 147:24 | Replace "you" with "your" | Miller |
| 11 | 150:10 | Replace "y ou" with "you" | Miller |
| 11 | 153:5 | Replace "spot" with "shot" | Miller |
| 11 | 154:7 | Replace "JetBlue found a profit to raise price" with "JetBlue found it profitable to raise price" | Miller |

6

| 11 | 158:7 | Replace "Newark" with "JFK" | Miller |
|---|---|---|---|
| 11 | 159:2 | Replace "there's no lost composition" with "there's lost competition" | Miller |
| 11 | 159:4 | Replace "Delta and JFK and American" with "Delta at JFK and American" | Miller |
| 11 | 159:23 | Replace "careen" with "screen" | Miller |
| 11 | 163:18 | Replace "enhancement" with "assessment" | Miller |
| 12 | 32:4 | Replace "weight it" with "wait" | Miller |
| 12 | 66:12 | Replace "you're" with "your" | Lee |
| 12 | 67:2 | "Continental Airlines" should be capitalized | Lee |
| 12 | 74:10 | Replace "too" with "two" | Lee |
| 12 | 78:3 | Replace "It's" with "It" | Lee |
| 12 | 101:2 | Replace "MVR" with "NBER" | Lee |
| 12 | 101:16 | Replace "MBR" with "NBER" | Lee |
| 12 | 101:22 | Replace "high watermark" with "high-water mark" | Lee |
| 12 | 109:15 | Replace "Neward" with "Newark" | Lee |
| 12 | 110:12 | Replace "principled" with "principal" | Lee |
| 12 | 123:23 | Replace "Bruckner" with "Brueckner" | Lee |
| 12 | 124:1 | Replace "Bruckner" with "Brueckner" | Lee |
| 12 | 126:22 | Replace "Bruckner" with "Brueckner" | Lee |
| 12 | 127:2 | Replace "Bruckner's" with "Brueckner's" | Lee |
| 12 | 127:6 | Replace "Bruckner's" with "Brueckner's" | Lee |
| 12 | 127:7 | Replace "Bruckner" with "Brueckner" | Lee |
| 12 | 151:24 | Replace "RP M" with "RPM" | Lee |
| 12 | 153:14 | Replace "DeRita" with "Duffy" | Lee |
| 12 | 155:23 | Replace "LCC to RPM" with "LCC RPM" | Lee |
| 12 | 156:8 | Replace "invariable" with "variable" | Lee |
| 12 | 156:12 | Replace "defendant" with "dependent" | Lee |
| 12 | 156:22 | Replace "capacity" with "carrier" | Lee |
| 12 | 158:25 | Replace "RMPs" with "RPMs" | Lee |
| 12 | 187:21 | Replace "median" with "medium" | Carter |
| 12 | 218:15 | Replace "making Delta" with "making Boston" | Carter |
| 13 | 72:25 | Replace "It does not reference the slot constrained airports" with "It does not. It references the slot constrained airports." | Schweinzger |
| 13 | 76:8 | Remove "[sic]" | Schweinzger |
| 13 | 78:8 | Replace "for immediate" with "for a media" | Schweinzger |
| 13 | 78:9 | Replace "for immediate" with "for a media" | Schweinzger |
| 13 | 114:2 | Replace "history" with "hierarchy" | Israel |
| 13 | 115:10 | Replace "and" with "at" | Israel |
| 13 | 117:22 | Replace "airline" with "airlines" | Israel |
| 13 | 124:16 | Replace "increaser" with "increase" | Israel |
| 13 | 146:25 | Replace "directly" with "correctly" | Israel |

|  |  |  |  |
|---|---|---|---|
| 13 | 148:16-17 | Replace "a reliance" with "an alliance" | Israel |
| 13 | 150:9 | Replace "entrance" with "entrants" | Israel |
| 13 | 150:20 | Replace "New York" with "Newark" | Israel |
| 13 | 151:20 | Replace "FA A" with "FAA" | Israel |
| 13 | 153:23 | Replace "stuffer" with "suffer" | Israel |
| 13 | 162:12 | Replace "accounts" with "counts" | Israel |
| 14 | 28:14 | Replace "shifts the supply fare route" with "shifts the supply curve out" | Israel |
| 14 | 47:20 | Replace "OM" with "own" | Israel |
| 14 | 67:21 | Replace "MR. SCWHED" with "THE WITNESS" | Israel |
| 14 | 69:22 | Replace "planes" with "plans" | Israel |
| 14 | 82:2 | Replace "analyzed" with "annualized" | Israel |
| 14 | 88:17 | Replace "They" with "They're" | Israel |
| 14 | 120:1 | Replace "similar" with "familiar" | Israel |
| 14 | 142:24 | Replace "that" with "net" | Israel |
| 14 | 143:22 | Replace "more suits" with "more seats" | Israel |
| 14 | 191:16 | Replace "fairs" with "fares" | Israel |
| 14 | 191:16 | Replace "over lap" with "overlap" | Israel |
| 15 | 4:11 | Repalce "investigation" with "examination" | Brueckner |
| 15 | 7:5 | Replace "Darren" with "Darin" | Brueckner |
| 15 | 7:19 | Replace "Darren" with "Darin" | Brueckner |
| 15 | 8:25 | "Continental" should be capitalized | Brueckner |
| 15 | 55:3 | Replace "reliance" with "alliance" | Brueckner |
| 15 | 60:25 | Delete "up" | Znotins |
| 15 | 62:9 | Change "I" to "I'd" | Znotins |
| 15 | 66:8 | Change "the New York" to "Newark" | Znotins |
| 15 | 66:23 | Replace "mayor" with "major" | Znotins |
| 15 | 70:24 | Delete "it" | Znotins |
| 15 | 71:5 | Insert "have" between "wouldn't" and "advised" | Znotins |
| 15 | 77:8 | Replace "or gin" with "origin" | Znotins |
| 15 | 77:13 | Replace "different" with "difference" | Znotins |
| 15 | 78:22 | Replace "coarse" with "course" | Znotins |
| 15 | 83:22 | Replace with "it's" with "is" | Znotins |
| 15 | 84:7 | Replace "AOG" with "OAG" | Znotins |
| 15 | 87:24 | Replace "they" with "there" | Znotins |
| 15 | 89:24 | Replace "airlines" with "airplanes" | Znotins |
| 15 | 95:4 | Replace "or" with "our" | Znotins |
| 15 | 100:1 | Replace "publically" with "publicly" | Znotins |
| 15 | 105:20 | Replace "seek" with "see" | Znotins |
| 15 | 109:18 | Replace "optimistic" with "optimism" | Znotins |
| 15 | 110:23 | Replace "flight" with "flights" | Znotins |
| 15 | 110:24 | Replace "flight" with "flights" | Znotins |
| 15 | 119:9 | Replace the second "routes" with "route" | Znotins |

| 15 | 129:1 | Replace "join" with "joint" | Znotins |
|---|---|---|---|
| 16 | 98:20 | Replace "expensive" with "expense of" | Town |
| 17 | 40:12 | Replace "969 to 927" with "696 to 627" | Miller |
| 17 | 45:6-7 | Replace "don't have all of the" with "don't have only the" | Miller |
| 17 | 45:22 | Replace "horizontal market" with "hypothetical monopolist" | Miller |
| 17 | 46:10 | Replace "should to market" with "should be added to the market" | Miller |
| 17 | 46:13 | Replace "as that sort of" with "as the sort of" | Miller |
| 17 | 49:12 | Replace "top-coated" with "top-coded" | Miller |
| 17 | 49:22 | Replace "top-coated" with "top-coded" | Miller |
| 17 | 49:24 | Replace "top-coated" with "top-coded" | Miller |
| 17 | 50:4 | Replace "top-coat" with "top-code" | Miller |
| 17 | 50:9 | Replace "top-coat" with "top-code" | Miller |
| 17 | 50:22 | Replace "much of the" with "much of a" | Miller |
| 17 | 60:2 | Replace "carried" with "carriers" | Miller |
| 17 | 61:5 | Replace "harm could be" with "harm couldn't be" | Miller |
| 17 | 62:11 | Replace "report," with "report." | Miller |
| 17 | 66:21 | Replace "blind" with "aligned" | Miller |
| 17 | 69:11 | Replace "Outpricing those incentives maximized price" with "is optimizing those incentives to maximize profit" | Miller |
| 17 | 77:18 | Replace "glows" with "grows" | Miller |
| 17 | 78:9 | Replace "Cornell" with "Cournot" | Miller |
| 17 | 81:17 | Replace "keep" with "key" | Miller |
| 17 | 82:20 | Replace "Harrison" with "Harrisburg" | Miller |
| 17 | 84:5 | Replace "ands" with "and" | Miller |
| 17 | 86:10 | Replace "an informer" with "informative" | Miller |
| 17 | 96:19 | Replace "wee" with "we" | Miller |
| 17 | 97:23 | Replace "of – our next event" with "or an exit event" | Miller |
| 17 | 99:25 | Replace "airports" with "routes" | Miller |
| 17 | 113:14 | Replace "cannot" with "can" | Miller |
| 17 | 125:5 | Replace "to you like" with "if you like" | Miller |
| 17 | 140:13 | Replace "reposition" with "repositioning" | Miller |
| 17 | 141:17 | Replace "buys" with "buy" | Miller |
| 17 | 141:24 | Replace "carrier buys" with "customer buys" | Miller |
| 17 | 142:6 | Replace "though" with "the" | Miller |
| 17 | 143:24 | Replace "that's" with "that" | Miller |