UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>Defendants. | Civil Action No. 1:21-cv-11558-LTS |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF NITESH DARYANANI

Please be advised that Nitesh Daryanani hereby withdraws as counsel for Defendant American Airlines Group, Inc. ("American") in the above-captioned matter. Numerous attorneys from Latham & Watkins LLP have made appearances in this proceeding and will continue to represent American going forward.

Dated: January 27, 2023

Respectfully submitted,

/s/ Nitesh Daryanani
Nitesh Daryanani (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
nitesh.daryanani@lw.com

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing. A copy of this document will also be sent to Defendant American Airlines Group, Inc. on January 27, 2023 by electronic mail.

/s/ Nitesh Daryanani
Nitesh Daryanani