UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>AMERICAN AIRLINES GROUP INC. and  )<br>JETBLUE AIRWAYS CORPORATION  )<br>  )<br>Defendants.  )<br>  ) | Case No. 1:21-cv-11558-LTS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c)(1), the undersigned, Grant A. Bermann, hereby submits his Withdrawal of Appearance as counsel for the United States in the above-captioned matter. William H. Jones II will continue to represent the United States as Attorney of Record in this matter, as he has from the outset of the matter.

Respectfully submitted,

Dated:  April 10, 2023

/s/ Grant A. Bermann
Grant A. Bermann
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
(202) 436-2651
Grant.Bermann@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Grant A. Bermann, hereby certify that on April 10, 2023, a copy of the foregoing Notice of Withdrawal of Appearance for Grant A. Bermann was electronically filed with the Court, thereby providing electronic service to all counsel of record.

Dated: April 10, 2023　　　　　　　　　　/s/ Grant A. Bermann
　　　　　　　　　　　　　　　　　　　　Grant A. Bermann