# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN AIRLINES GROUP INC. and<br>JETBLUE AIRWAYS CORPORATION,<br><br>    Defendants. | Civil Action No. 1:21-cv-11558-LTS |

## CERTIFICATE OF KATHERINE L. DACEY

Katherine L. Dacey certifies and says:

1. I am an associate at Goodwin Procter LLP, resident in its Boston office, and one of the attorneys for Defendants in this matter.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. The jurisdictions in which I have been admitted to practice are the State of New York and the Commonwealth of Massachusetts. I have also been admitted to practice before the United States Court of Appeals for the Eleventh Circuit, and the United States District Courts for the Southern and Eastern Districts of New York, and the Western District of Michigan.

3. I have not been disciplined by, and there are currently no pending disciplinary proceedings against me in any jurisdiction to which I have been admitted generally, *pro hac vice*, or in any other way. I further certify that there have been no disciplinary proceedings pending against me at any point since my admission to the above-listed jurisdictions.

1

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. I filed my Notice of Appearance in this case on September 19, 2022, mistakenly believing that I was admitted to this Court. I discovered my admission status on May 4, 2023, and took immediate corrective action, including notifying the Clerk's office.

7. I applied for full admission to this Court on May 5, 2023, was notified that my application was approved pending payment the same day, and payment was made the same day. I expect to be admitted to this Court on June 20, 2023.

I hereby certify on this 8th day of May, 2023, under penalties of perjury that the foregoing is true and correct.

/s/ *Katherine L. Dacey*
Katherine L. Dacey (BBO No. 706636)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-100
Facsimile: (617) 521-1231
kdacey@goodwinlaw.com

*Counsel for non-party United Airlines, Inc.*