UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF ELIZABETH C. GETTINGER**

Please be advised that Elizabeth C. Gettinger hereby withdraws as counsel for Defendant American Airlines Group Inc. ("American") in the above-captioned matter. Numerous attorneys from Latham & Watkins LLP have made appearances in this proceeding and will continue to represent American going forward.

Dated:  May 26, 2023

Respectfully submitted,

/s/ Elizabeth C. Gettinger
Elizabeth C. Gettinger (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
elizabeth.gettinger@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Elizabeth C. Gettinger
Elizabeth C. Gettinger