# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>*Defendants*. | Civil No. 21-11558 |

## PLAINTIFF STATES' CONSENT MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES

Pursuant to Fed. R. Civ. P. 6(b)(1) and 54(d), Plaintiffs the District of Columbia, the states of Arizona, California, and Florida, and the Commonwealths of Massachusetts, Pennsylvania, and Virginia (collectively Plaintiff States), move this Court for an extension of time for Plaintiff States to file a motion for attorneys' fees and costs to thirty (30) days following the Court's Final Judgment and Order Entering the Permanent Injunction, or in the case of an appeal, by either American Airlines Group Inc. or JetBlue Airways Corporation (collectively Defendants), twenty-one (days) after final resolution of the appeal.[1]

Pursuant to D. Mass. R. 7.1(a), the counsel for the Plaintiff States conferred with counsel for Defendants who consent to this motion. Plaintiff States' memorandum of points and authorities in support of this request and proposed order are attached.

---

[1] Plaintiff United States of America does not intend to seek attorneys' fees, but reserves the right to seek costs pursuant to Fed. R. Civ. P. 54(d)(1).

1

Dated: June 1, 2023                                  Respectfully submitted,

                                               ASHLEY MOODY
                                               Attorney General

                                             /s/ Colin G. Fraser
                                             LIZBETH A. BRADY (FL Bar No. 457991)
                                             RACHEL S. BRACKETT (FL Bar No. 109775)
                                             COLIN G. FRASER (FL Bar No. 104741)
                                             TYLER ALEXANDER KOVACS (FL Bar No. 1044676)

                                             Office of the Attorney General
                                             State of Florida
                                             PL-01, The Capitol
                                             Tallahassee, FL 32399
                                             Tel: (850) 414-3300
                                             Email: Liz.Brady@myfloridalegal.com

                                             *Attorneys for Plaintiff State of Florida*

Dated: June 1, 2023                                  Respectfully submitted,

                                               ANDREA JOY CAMPBELL
                                               Attorney General

                                             /s/ William T. Matlack
                                             WILLIAM T. MATLACK (MA Bar No. 552109)
                                             DANIEL H. LEFF (MA Bar No. 689302)

                                             Office of the Attorney General
                                             One Ashburton Place, 18th Floor
                                             Boston, MA 02108
                                             Tel: (617) 727-2200
                                             Email: William.Matlack@mass.gov
                                             Email: Daniel.leff@mass.gov

                                             *Attorneys for Plaintiff Commonwealth of Massachusetts*

Dated: June 1, 2023                           Respectfully submitted,

                                              KRISTIN K. MAYES
                                              Attorney General

 /s/ Robert Bernheim
ROBERT BERNHEIM (AZ Bar No. 024664)

Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
Tel: (520) 628-6507
Email: robert.bernheim@azag.gov

*Attorneys for Plaintiff State of Arizona*

Dated: June 1, 2023                           Respectfully submitted,

ROB BONTA
Attorney General

PAULA BLIZZARD
Senior Assistant Attorney General

NATALIE S. MANZO
MICHAEL W. JORGENSON
Supervising Deputy Attorneys General

 /s/ Robert B. McNary
ROBERT B. McNARY (CA Bar No. 253745)
JAMIE L. MILLER (CA Bar No. 271452)
Deputy Attorneys General

300 South Spring Street, Suite 1702
Los Angeles, California 90013
Phone: 213-269-6283
E-mail: robert.mcnary@doj.ca.gov

*Attorneys for Plaintiff State of California*

3

Dated: June 1, 2023                        Respectfully submitted,

                                                 MICHELLE A. HENRY
                                                 Attorney General

                                                 MARK A. PACELLA (PA Bar No. 42214)
                                                 Executive Deputy Attorney General
                                                 Public Protection Division

                                                 /s/ Tracy W. Wertz
                                                 TRACY W. WERTZ (PA Bar No. 69164)
                                                 JOSEPH S. BETSKO (PA Bar No. 82620)
                                                 JENNIFER A. THOMSON (PA Bar No. 89360)

                                                 Pennsylvania Office of Attorney General
                                                 Antitrust Section
                                                 14th Floor Strawberry Square
                                                 Harrisburg, PA 17120
                                                 Tel: (717) 787-4530
                                                 Email: twertz@attorneygeneral.gov

                                                 *Attorneys for Plaintiff Commonwealth of Pennsylvania*


Dated: June 1, 2023                        Respectfully submitted,

                                                 JASON S. MIYARES
                                                 Attorney General

                                                 /s/ Tyler T. Henry
                                                 TYLER T. HENRY (VA Bar No. 87621)
                                                 Assistant Attorney General
                                                 Antitrust Unit
                                                 Office of the Virginia Attorney General
                                                 202 North Ninth Street
                                                 Richmond, Virginia 23219
                                                 Tel: (804) 692-0485
                                                 Email: THenry@oag.state.va.us

                                                 *Attorneys for Plaintiff Commonwealth of Virginia*

Dated: June 1, 2023                    Respectfully submitted,

                                      BRIAN SCHWALB
Attorney General

JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division

BETH MELLEN
WILLIAM F. STEPHENS
Assistant Deputy Attorneys General
Public Advocacy Division

/s/ Adam Gitlin
ADAM GITLIN (DC Bar No. 90004308)
Chief, Antitrust and Nonprofit Enforcement Section
Public Advocacy Division

Office of the Attorney General for the
District of Columbia
400 Sixth Street NW, Tenth Floor
Washington, DC 20001
Tel: (202) 442-9853
Email: arthur.durst@dc.gov

*Attorneys for Plaintiff District of Columbia*

## Certificate of Service

      I certify that on June 1, 2023, I caused a true and correct copy of the Plaintiff States' Motion to Extend Time to File a Motion for Attorneys' Fees to be served upon the parties of record through the Court's ECF system.

                                         /s/ Colin G. Fraser
                                        Colin G. Fraser