# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES GROUP, INC. and<br>JETBLUE AIRWAYS CORPORATION,<br><br>*Defendants*. | Civil No. 21-11558 |

## ORDER

Upon consideration of the Plaintiff States' Consent Motion to Extend Time to Move for Attorney's Fees pursuant to Fed. R. Civ. P. 6(b)(1) and 54(d), it is this _____ day of _____, 2023.

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff States will have until thirty (30) days following the Court's Final Judgment and Order Entering the Permanent Injunction, or in the case of an appeal, by either American Airlines Group Inc. or JetBlue Airways Corporation, twenty-one (days) after final resolution of the appeal to file their motion for attorney's fees and costs.

SO ORDERED.

_____
Leo T. Sorokin
United States District Court Judge