# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES GROUP, INC. and JETBLUE AIRWAYS CORPORATION,<br><br>*Defendants*. | Civil No. 21-11558 |

## PLAINTIFF STATES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES

## INTRODUCTION

Plaintiffs the District of Columbia, the states of Arizona, California, and Florida, and the Commonwealths of Massachusetts, Pennsylvania, and Virginia (collectively Plaintiff States), move this Court for an order extending the time for Plaintiff States to file a motion for attorneys' fees and costs, pursuant to Fed. R. Civ. P. 6(b)(1) and 54(d). Plaintiff states request this extension to allow time for the parties to confer and to attempt to reach agreement on attorneys' fees and costs issues. Pursuant to D. Mass. R. 7.1(a), the undersigned counsel discussed the motion with counsel for Defendants American Airlines Group Inc. (American) and JetBlue Airways Corporation (JetBlue) (collectively Defendants). American and JetBlue consent to the relief requested by the Plaintiff States.

1

## ARGUMENT

On July 15, 2020, Defendants entered into the agreement known as the Northeast Alliance. On September 21, 2021, the Plaintiff States and the United States Department of Justice filed a complaint to enjoin the Northeast Alliance, pursuant to Section 1 of the Sherman Act, 15 U.S.C. § 1, and Section 16 of the Clayton Act, 15 U.S.C. § 26. Section 16 of the Clayton Act provides that "any person . . . shall be entitled to sue for and have injunctive relief . . . against threatened loss or damage by a violation of the antitrust laws," including a violation of Section 1 of the Sherman Act. 15 U.S.C. § 1. Plaintiff States are "persons" under Section 16 of the Clayton Act. *Hawaii v. Standard Oil Co.*, 405 U.S. 251, 260-261 (1972).

On May 19, 2023, this Court issued an Order permanently enjoining Defendants from continuing, and further implementing, the agreement known as the Northeast Alliance, effective thirty days after the date of the Order. Section 16 of the Clayton Act states that "[i]n any action under this section in which the plaintiff substantially prevails, the court shall award the cost of suit, including a reasonable attorneys' fee, to such plaintiff." 15 U.S.C. § 26. Plaintiff States will seek their attorneys' fees and costs as prevailing plaintiffs in this action.

Pursuant to Fed. R. Civ. P. 54(d)(2), a motion for claiming attorneys' fees must be filed no later than 14 days after the entry of judgment. Prevailing parties, Plaintiff States, seek the requested extension to meaningfully meet and confer with Defendants on attorneys' fees and costs issues. Given there are seven Plaintiff States who will request fees and costs, the two weeks provided under Fed. R. Civ. P. 54(d)(2) to file a motion for attorneys' fees does not provide sufficient time for a full discussion and resolution of these issues. An extension would provide the Court with an opportunity to implement an orderly briefing procedure if the parties are unable to find a resolution on these issues.

Accordingly, for good cause shown and with the consent of Defendants, Plaintiff States request that the Court grant an order under Fed. R. Civ. P. 54(d)(2) extending the time for Plaintiff States to file a motion for attorneys' fees and costs to thirty (30) days following the Court's Final Judgment and Order Entering the Permanent Injunction, or in the case of an appeal, by either American or JetBlue, twenty-one (days) after final resolution of the appeal.

Dated: June 1, 2023               Respectfully submitted,

                                                         ASHLEY MOODY
                                                         Attorney General

                                                         /s/ Colin G. Fraser
                                                         LIZABETH A. BRADY (FL Bar No. 457991)
                                                         RACHEL S. BRACKETT (FL Bar No. 109775)
                                                         COLIN G. FRASER (FL Bar No. 104741)
                                                         TYLER ALEXANDER KOVACS (FL Bar No. 1044676)

                                                         Office of the Attorney General
                                                         State of Florida
                                                         PL-01, The Capitol
                                                         Tallahassee, FL 32399
                                                         Tel: (850) 414-3300
                                                         Email: Liz.Brady@myfloridalegal.com

                                                         *Attorneys for Plaintiff State of Florida*

Dated: June 1, 2023               Respectfully submitted,

                                                         ANDREA JOY CAMPBELL
                                                         Attorney General

                                                         /s/ William T. Matlack
                                                         WILLIAM T. MATLACK (MA Bar No. 552109)
                                                         DANIEL H. LEFF (MA Bar No. 689302)

                                                         Office of the Attorney General
                                                         One Ashburton Place, 18th Floor
                                                         Boston, MA 02108
                                                         Tel: (617) 727-2200
                                                         Email: William.Matlack@mass.gov
                                                         Email: Daniel.leff@mass.gov

                                                         *Attorneys for Plaintiff Commonwealth of Massachusetts*

Dated: June 1, 2023                    Respectfully submitted,

                                                  KRISTIN K. MAYES
Attorney General

 /s/ Robert Bernheim
ROBERT BERNHEIM (AZ Bar No. 024664)

Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
Tel: (520) 628-6507
Email: robert.bernheim@azag.gov

*Attorneys for Plaintiff State of Arizona*

Dated: June 1, 2023                    Respectfully submitted,

ROB BONTA
Attorney General

PAULA BLIZZARD
Senior Assistant Attorney General

NATALIE S. MANZO
MICHAEL W. JORGENSON
Supervising Deputy Attorneys General

 /s/ Robert B. McNary
ROBERT B. McNARY (CA Bar No. 253745)
JAMIE L. MILLER (CA Bar No. 271452)
Deputy Attorneys General

300 South Spring Street, Suite 1702
Los Angeles, California 90013
Phone: 213-269-6283
E-mail: robert.mcnary@doj.ca.gov

*Attorneys for Plaintiff State of California*

Dated: June 1, 2023                             Respectfully submitted,

                                                            MICHELLE A. HENRY
Attorney General

MARK A. PACELLA (PA Bar No. 42214)
Executive Deputy Attorney General
Public Protection Division

/s/ Tracy W. Wertz
TRACY W. WERTZ (PA Bar No. 69164)
JOSEPH S. BETSKO (PA Bar No. 82620)
JENNIFER A. THOMSON (PA Bar No. 89360)

Pennsylvania Office of Attorney General
Antitrust Section
14th Floor Strawberry Square
Harrisburg, PA 17120
Tel: (717) 787-4530
Email: twertz@attorneygeneral.gov

*Attorneys for Plaintiff Commonwealth of Pennsylvania*

Dated: June 1, 2023                             Respectfully submitted,

JASON S. MIYARES
Attorney General

/s/ Tyler T. Henry
TYLER T. HENRY (VA Bar No. 87621)
Assistant Attorney General
Antitrust Unit
Office of the Virginia Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Tel: (804) 692-0485
Email: THenry@oag.state.va.us

*Attorneys for Plaintiff Commonwealth of Virginia*

6

Dated: June 1, 2023                    Respectfully submitted,

                                              BRIAN SCHWALB
                                              Attorney General

                                              JENNIFER C. JONES
                                              Deputy Attorney General
                                              Public Advocacy Division

                                              BETH MELLEN
                                              WILLIAM F. STEPHENS
                                              Assistant Deputy Attorneys General
                                              Public Advocacy Division

                                              /s/ Adam Gitlin
                                              ADAM GITLIN (DC Bar No. 90004308)
                                              Chief, Antitrust and Nonprofit Enforcement
                                              Section
                                              Public Advocacy Division

                                              Office of the Attorney General for the
                                              District of Columbia
                                              400 Sixth Street NW, Tenth Floor
                                              Washington, DC 20001
                                              Tel: (202) 442-9853
                                              Email: arthur.durst@dc.gov

                                              *Attorneys for Plaintiff District of Columbia*