## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

## UNOPPOSED MOTION FOR CHRISTOPHER S. YATES AND ALFRED C. PFEIFFER TO APPEAR *PRO HAC VICE*

The undersigned, counsel for Defendant American Airlines Group Inc. ("American") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Christopher S. Yates and Alfred C. Pfeiffer, attorneys practicing at Latham & Watkins LLP, be permitted to appear as counsel for American and practice in this Court *pro hac vice*.  The certifications of Attys. Yates and Pfeiffer are filed concurrently herewith, setting forth the information required under Local Rule 83.5.3(e)(3).

Dated: June 9, 2023

Respectfully submitted,

/s/ David C. Tolley
David C. Tolley (BBO# 676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorney for American Airlines Group Inc.*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that American Airlines Group Inc. has conferred with counsel for all parties regarding the relief requested in this motion, and this motion is unopposed.

<u>/s/ David C. Tolley</u>
David C. Tolley

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

<u>/s/ David C. Tolley</u>
David C. Tolley