**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

## CERTIFICATION OF ALFRED C. PFEIFFER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Alfred C. Pfeiffer, hereby state as follows:

1.      I am a partner at Latham & Watkins LLP, located at 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

2.      I have been retained to represent Defendant American Airlines Group Inc. in the above-captioned matter, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3.      I am admitted to practice in the state of California, and before the U.S. District Courts for the Northern District of California, Eastern District of California, Central District of California, Northern District of Illinois - General Bar, Western District of Wisconsin, and Southern District of California, the U.S. Court of Appeals for the Second, Fifth, Eighth, Ninth, Tenth, and Federal Circuits, and the U.S. Supreme Court.

4.      I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.      I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on June 9, 2023                           /s/ Alfred C. Pfeiffer
                                                   Alfred C. Pfeiffer