UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**JOINT REPORT REGARDING TRIAL EXHIBITS AND CONFIDENTIALITY**

Pursuant to orders three and four of the Court's May 19, 2023 Findings of Fact and Conclusions of Law (the "Opinion" or "Op.", Dkt. 344 at 93-94), Plaintiffs and Defendants jointly submit this report. Appendix A contains a complete list of the exhibits that remain in the record in light of the Opinion, and Appendix B identifies previously sealed exhibits and portions of the parties' post-trial submissions that will be unsealed in whole or in part pursuant to the Opinion. The parties have notified all third parties affected by the order unsealing certain information contained in the Opinion, and as of the time of this filing, the Parties have not received notice that any affected third party seeks to move the Court to keep the information confidential. As identified in Appendix B, the parties jointly request that one document remain under seal. In addition, Defendants respectfully request that the Court reconsider its unsealing decision for a limited set of information as identified in Appendix B. Plaintiffs do not take a position on this request. The parties will work together to jointly and expeditiously submit

1

revised exhibits and post-trial papers reflecting the Court's order unsealing certain information.

Dated: June 9, 2023

                                                    */s/ William H. Jones II*
William H. Jones II
Kate M. Riggs
James Congdon
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Phone: 202-514-0230
Fax: 202-307-5802
bill.jones2@usdoj.gov

*Attorneys for United States of America*

   */s/ William T. Matlack*
William T. Matlack (MA Bar No. 552109)
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 727-2200
E-mail: William.Matlack@mass.gov

   */s/ Colin G. Fraser*
Colin G. Fraser (FL Bar No. 104741)
Office of the Attorney General, State of Florida
PL-01, The Capitol
Tallahassee, FL 32399
Phone: (850) 414-3300
E-mail: Colin.Fraser@myfloridalegal.com

*Attorneys for the State of Florida, the Commonwealth of Massachusetts, and on behalf of the Plaintiff States*

*/s/ Marguerite M. Sullivan*
Marguerite M. Sullivan (*pro hac vice*)
Ian R. Conner (*pro hac vice*)
Michael G. Egge (*pro hac vice*)
Farrell J. Malone (*pro hac vice*)
Allyson M. Maltas (pro hac vice)

Tara L. Tavernia (*pro hac vice*)
Seung Wan Paik (*pro hac vice*)

LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
allyson.maltas@lw.com
ian.conner@lw.com
michael.egge@lw.com
farrell.malone@lw.com
marguerite.sullivan@lw.com
andrew.paik@lw.com
tara.tavernia@lw.com

David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com
*Attorneys for Defendant*
*American Airlines Group Inc.*

*/s/ Richard Schwed*
Richard Schwed (*pro hac vice*)
Matthew L. Craner (*pro hac vice*)
Jessica K. Delbaum (*pro hac vice*)
Leila Siddiky (*pro hac vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com
leila.siddiky@shearman.com

Brian Hauser (*pro hac vice*)
Ryan Leske (*pro hac vice*)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005

brian.hauser@shearman.com
ryan.leske@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*