# Appendix A

Appendix A

| Exhibit Number |
| --- |
| DX-0005 |
| DX-0007 |
| DX-0009 |
| DX-0011 |
| DX-0012 |
| DX-0013 |
| DX-0015 |
| DX-0016 |
| DX-0021 |
| DX-0022 |
| DX-0025 |
| DX-0029 |
| DX-0031 |
| DX-0032 |
| DX-0034 |
| DX-0035 |
| DX-0037 |
| DX-0038 |
| DX-0041 |
| DX-0041A |
| DX-0041B |
| DX-0042 |
| DX-0047 |
| DX-0049 |
| DX-0055 |
| DX-0056 |
| DX-0057 |
| DX-0063 |
| DX-0076 |
| DX-0077 |
| DX-0084 |
| DX-0089A |
| DX-0089B |
| DX-0089C |
| DX-0093 |
| DX-0111 |
| DX-0114 |
| DX-0115 |
| DX-0116 |
| DX-0117 |
| DX-0118 |
| DX-0120 |
| DX-0122 |
| DX-0123 |
| DX-0124 |

**Appendix A**

| |
|---|
| DX-0125 |
| DX-0128 |
| DX-0135 |
| DX-0140 |
| DX-0143 |
| DX-0144 |
| DX-0149 |
| DX-0184 |
| DX-0185 |
| DX-0221 |
| DX-0222 |
| DX-0223 |
| DX-0224 |
| DX-0225 |
| DX-0230 |
| DX-0233 |
| DX-0238 |
| DX-0238A |
| DX-0240 |
| DX-0241 |
| DX-0242 |
| DX-0257 |
| DX-0258 |
| DX-0259 |
| DX-0259A |
| DX-0260 |
| DX-0261 |
| DX-0266 |
| DX-0282 |
| DX-0284 |
| DX-0285B |
| DX-0290 |
| DX-0297 |
| DX-0310 |
| DX-0317 |
| DX-0356 |
| DX-0372 |
| DX-0374 |
| DX-0378 |
| DX-0381 |
| DX-0384 |
| DX-0388 |
| DX-0389 |
| DX-0390 |
| DX-0391 |
| DX-0395 |
| DX-0426 |

**Appendix A**

| |
|---|
| DX-0428 |
| DX-0437 |
| DX-0464 |
| DX-0481 |
| DX-0489 |
| DX-0491 |
| DX-0492 |
| DX-0498 |
| DX-0500 |
| DX-0501 |
| DX-0503 |
| DX-0507 |
| DX-0512 |
| DX-0515 |
| DX-0557 |
| DX-0560 |
| DX-0573 |
| DX-0574 |
| DX-0575 |
| DX-0576 |
| DX-0736 |
| DX-0745 |
| DX-0761 |
| DX-0775 |
| DX-0776 |
| DX-0856 |
| DX-0861 |
| DX-0863 |
| DX-0865 |
| DX-0866 |
| DX-0869 |
| DX-0875 |
| DX-0876 |
| DX-0878 |
| DX-0880 |
| DX-0881 |
| DX-0884 |
| DX-0885 |
| DX-0888 |
| DX-0891 |
| DX-0894 |
| DX-0912 |
| DX-0913 |
| DX-0917 |
| DX-0919 |
| DX-0920 |
| DX-0921 |

**Appendix A**

| |
|---|
| DX-0922 |
| DX-0924 |
| DX-0925 |
| DX-0932 |
| DX-0933 |
| DX-0935 |
| DX-0941 |
| DX-0953 |
| DX-0954 |
| DX-0956 |
| DX-0973 |
| DX-0974 |
| DX-0977 |
| DX-0983 |
| DX-0998 |
| DX-0999 |
| DX-1000 |
| DX-1001 |
| DX-1018 |
| DX-1022 |
| DX-1023 |
| DX-1033 |
| DX-1034 |
| DX-1035 |
| DX-1040 |
| DX-1048 |
| DX-1049 |
| DX-1050 |
| DX-1054 |
| DX-1055 |
| DX-1056 |
| DX-1057 |
| DX-1058 |
| DX-1061 |
| DX-1062 |
| DX-1063 |
| DX-1068 |
| DX-1070 |
| DX-1075 |
| DX-1075A |
| DX-1076 |
| DX-1081 |
| DX-1082 |
| DX-1083 |
| DX-1084 |
| DX-1086 |
| DX-1087 |

**Appendix A**

| |
|---|
| DX-1088 |
| DX-1090 |
| DX-1091 |
| DX-1093 |
| DX-1094 |
| DX-2001 |
| PX0001-a |
| PX0001-b |
| PX0001-c |
| PX0001-d |
| PX0001-e |
| PX0001-f |
| PX0001-g |
| PX0001-h |
| PX0001-i |
| PX0001-j |
| PX0001-k |
| PX0002 |
| PX0008 |
| PX0009 |
| PX0012 |
| PX0014 |
| PX0019 |
| PX0020 |
| PX0022 |
| PX0024-a |
| PX0030 |
| PX0033 |
| PX0034 |
| PX0036 |
| PX0039 |
| PX0045 |
| PX0046 |
| PX0050 |
| PX0051 |
| PX0053 |
| PX0062 |
| PX0064 |
| PX0065 |
| PX0066 |
| PX0067 |
| PX0068 |
| PX0069 |
| PX0071 |
| PX0074 |
| PX0076 |
| PX0080 |
| PX0085 |

**Appendix A**

| |
|---|
| PX0088 |
| PX0089 |
| PX0090 |
| PX0092 |
| PX0096 |
| PX0098 |
| PX0099 |
| PX0103 |
| PX0105 |
| PX0108 |
| PX0114 |
| PX0115 |
| PX0117 |
| PX0118 |
| PX0119 |
| PX0120 |
| PX0122 |
| PX0125 |
| PX0128 |
| PX0131 |
| PX0132 |
| PX0134 |
| PX0135 |
| PX0137 |
| PX0140 |
| PX0141 |
| PX0142 |
| PX0143 |
| PX0147 |
| PX0148 |
| PX0149 |
| PX0151 |
| PX0158 |
| PX0159 |
| PX0161 |
| PX0162 |
| PX0163 |
| PX0166 |
| PX0167 |
| PX0168 |
| PX0169 |
| PX0170 |
| PX0172 |
| PX0173 |
| PX0174 |
| PX0178 |
| PX0179 |
| PX0182 |

**Appendix A**

| |
|---|
| PX0184 |
| PX0185 |
| PX0190 |
| PX0191 |
| PX0192 |
| PX0193 |
| PX0194 |
| PX0195 |
| PX0196 |
| PX0197 |
| PX0199 |
| PX0200 |
| PX0201 |
| PX0202 |
| PX0204 |
| PX0205 |
| PX0214 |
| PX0217 |
| PX0220 |
| PX0221 |
| PX0225 |
| PX0227 |
| PX0229 |
| PX0230 |
| PX0233 |
| PX0234 |
| PX0238 |
| PX0241 |
| PX0242 |
| PX0246 |
| PX0247 |
| PX0248 |
| PX0251 |
| PX0253 |
| PX0257 |
| PX0259 |
| PX0264 |
| PX0267 |
| PX0268 |
| PX0271 |
| PX0271A |
| PX0275 |
| PX0278 |
| PX0279 |
| PX0281 |
| PX0282 |
| PX0283 |

**Appendix A**

| |
|---|
| PX0284 |
| PX0285 |
| PX0286 |
| PX0288 |
| PX0294 |
| PX0297 |
| PX0298 |
| PX0301 |
| PX0302 |
| PX0303 |
| PX0305 |
| PX0306 |
| PX0314 |
| PX0315 |
| PX0316 |
| PX0318 |
| PX0320 |
| PX0321 |
| PX0322 |
| PX0325 |
| PX0326 |
| PX0327 |
| PX0331 |
| PX0333 |
| PX0334 |
| PX0337 |
| PX0338 |
| PX0339 |
| PX0340 |
| PX0341 |
| PX0342 |
| PX0344 |
| PX0349 |
| PX0357 |
| PX0359 |
| PX0360 |
| PX0363 |
| PX0365 |
| PX0368 |
| PX0369 |
| PX0370 |
| PX0372 |
| PX0374 |
| PX0374A |
| PX0375 |
| PX0378 |
| PX0381 |
| PX0386 |

**Appendix A**

| |
|---|
| PX0387 |
| PX0388 |
| PX0389 |
| PX0391 |
| PX0392 |
| PX0393 |
| PX0394 |
| PX0397 |
| PX0403 |
| PX0405 |
| PX0415 |
| PX0419 |
| PX0421 |
| PX0428 |
| PX0433 |
| PX0438 |
| PX0439 |
| PX0440 |
| PX0441 |
| PX0446 |
| PX0447 |
| PX0450 |
| PX0452 |
| PX0454 |
| PX0456 |
| PX0459 |
| PX0461 |
| PX0462 |
| PX0465 |
| PX0466 |
| PX0467 |
| PX0470 |
| PX0472 |
| PX0475 |
| PX0484 |
| PX0488 |
| PX0492 |
| PX0493 |
| PX0496 |
| PX0499 |
| PX0500 |
| PX0505 |
| PX0506 |
| PX0507 |
| PX0508 |
| PX0509 |
| PX0509A |

**Appendix A**

| |
|---|
| PX0515 |
| PX0516 |
| PX0518 |
| PX0519 |
| PX0520 |
| PX0521 |
| PX0522 |
| PX0525 |
| PX0527 |
| PX0531 |
| PX0535 |
| PX0536 |
| PX0538 |
| PX0539 |
| PX0542 |
| PX0543 |
| PX0544 |
| PX0550 |
| PX0552 |
| PX0553 |
| PX0555 |
| PX0561 |
| PX0562 |
| PX0564 |
| PX0567 |
| PX0569 |
| PX0573 |
| PX0574 |
| PX0576 |
| PX0577 |
| PX0581 |
| PX0583 |
| PX0584 |
| PX0590 |
| PX0591 |
| PX0593 |
| PX0595 |
| PX0606 |
| PX0608 |
| PX0612 |
| PX0615 |
| PX0616 |
| PX0617 |
| PX0618 |
| PX0619 |
| PX0623 |
| PX0629 |

**Appendix A**

| |
|---|
| PX0631 |
| PX0633 |
| PX0639 |
| PX0640 |
| PX0641 |
| PX0643 |
| PX0644 |
| PX0646 |
| PX0648 |
| PX0649 |
| PX0650 |
| PX0655 |
| PX0660 |
| PX0662 |
| PX0663 |
| PX0664 |
| PX0665 |
| PX0668 |
| PX0672 |
| PX0673 |
| PX0679 |
| PX0680 |
| PX0683 |
| PX0684 |
| PX0685 |
| PX0692 |
| PX0699 |
| PX0702 |
| PX0706 |
| PX0707 |
| PX0710 |
| PX0712 |
| PX0716 |
| PX0717 |
| PX0723 |
| PX0725 |
| PX0728 |
| PX0734 |
| PX0738 |
| PX0739 |
| PX0745 |
| PX0749 |
| PX0751 |
| PX0752 |
| PX0756 |
| PX0769 |

**Appendix A**

| |
|---|
| PX0770 |
| PX0771 |
| PX0773 |
| PX0774 |
| PX0779 |
| PX0781 |
| PX0782 |
| PX0783 |
| PX0786 |
| PX0788 |
| PX0789 |
| PX0791 |
| PX0792 |
| PX0793 |
| PX0800 |
| PX0801 |
| PX0805 |
| PX0807 |
| PX0812 |
| PX0813 |
| PX0814 |
| PX0816 |
| PX0818 |
| PX0819 |
| PX0821 |
| PX0827 |
| PX0828 |
| PX0832 |
| PX0833 |
| PX0834 |
| PX0841 |
| PX0844 |
| PX0844A |
| PX0845 |
| PX0846 |
| PX0854 |
| PX0856 |
| PX0858 |
| PX0862 |
| PX0863 |
| PX0868 |
| PX0869 |
| PX0870 |
| PX0872 |
| PX0875 |
| PX0876 |
| PX0879 |

**Appendix A**

| |
|---|
| PX0880 |
| PX0883 |
| PX0885 |
| PX0887 |
| PX0890 |
| PX0892 |
| PX0893 |
| PX0894 |
| PX0895 |
| PX0898 |
| PX0901 |
| PX0902 |
| PX0904 |
| PX0905 |
| PX0908 |
| PX0909 |
| PX0910 |
| PX0912 |
| PX0916 |
| PX0917 |
| PX0918 |
| PX0925 |
| PX0927 |
| PX0933 |
| PX0934 |
| PX0936 |
| PX0940 |
| PX0949 |
| PX0950 |
| PX0955 |
| PX0956 |
| PX0957 |
| PX0958 |
| PX0964 |
| PX0965 |
| PX0966 |
| PX0967 |
| PX0968 |
| PX0969 |
| PX0970 |
| PX0971 |
| PX0975 |
| PX0976 |
| PX1012 |
| PX1018 |
| PX1020 |
| PX1021 |

**Appendix A**

| |
|---|
| PX1024 |
| PX1028 |
| PX1029 |
| PX1069 |
| PX1071 |
| PX1121 |
| PX1124 |
| PX1125 |
| PX1128 |
| PX1139 |
| PX1142 |
| PX1143 |
| PX1144 |
| PX1145 |
| PX1146 |
| PX1151 |
| PX1156 |
| PX2000 |
| PX2003 |
| PX2009 |