UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil No. 21-11558-LTS |
| AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

June 12, 2023

SOROKIN, J.

On May 19, 2023, the Court issued its Findings of Fact and Conclusions of Law in this action. Doc. No. 344. At that time, the Court required submissions from the parties proposing the terms of a permanent injunction. Id. at 93. The Court also stated that the permanent injunction would take effect thirty days from May 19, 2023, or June 20, 2023 (accounting for weekends and a federal holiday). Id. The parties have now made the required filings, which reflect meaningful disputes regarding the terms of the permanent injunction. Doc. Nos. 353, 354. All parties, however, propose that the injunction should take effect some number of days after the Court resolves those disputes and issues a final judgment and permanent injunction. See Doc. No. 353-1 ¶ I(H) (proposing the injunction take effect seven days after it is issued); Doc. No. 354-2 ¶ I(H) (proposing the injunction take effect thirty days after it is issued).

The Court takes the parties' motions and proposals under advisement, but resolves now the question of when the final injunction will take effect. Because the periods proposed by the

plaintiffs and the defendants are too short and too long, respectively, the injunction ultimately entered in this case will take effect twenty-one days after the Court issues a final judgment and permanent injunction.

SO ORDERED.

  /s/ Leo T. Sorokin
United States District Judge