UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>  *Defendants*. | Case No. 1:21-cv-11558-LTS |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO RESPOND TO DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION**

Pursuant to Local Rule 7.1(b)(3), Plaintiffs respectfully move for leave to file a short response brief to address three new positions Defendants took in their Proposed Final Judgment, Dkt. 354, Exhibit 2 ("Defs' PFJ"), and accompanying motion, Dkt. 354 ("Defs' Motion"). Defendants' filed PFJ was not shared with Plaintiffs until less than one hour before the filing deadline on June 9. Plaintiffs had no meaningful opportunity to respond to three substantive changes Defendants made to their new, filed PFJ compared to the prior version shared with Plaintiffs on June 5. Plaintiffs met and conferred with Defendants regarding this motion for leave to file, and Defendants do not oppose the motion. Plaintiffs' brief response is attached hereto as Exhibit A, and Plaintiffs' revised Proposed Final Judgment is attached hereto as Exhibit B.

1

Dated: June 12, 2023

Respectfully submitted,

 /s/ William H. Jones II
William H. Jones II
James H. Congdon
Patricia C. Corcoran
Kate M. Riggs

U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8000
Washington, DC 20530
Tel: (202) 598-8805
Fax: (202) 307-5802
Email: bill.jones2@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

 /s/ Colin G. Fraser
COLIN G. FRASER (FL Bar No. 104741)

Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399
Tel: (850) 414-3300
Email: Colin.Fraser@myfloridalegal.com

 /s/ William T. Matlack
WILLIAM T. MATLACK
(MA Bar No. 552109)
DANIEL H. LEFF (MA Bar No. 689302)

Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 727-2200
Email: William.Matlack@mass.gov
Email: Daniel.leff@mass.gov

*Attorneys for the State of Florida,*
*the Commonwealth of*
*Massachusetts, and on behalf of*
*the Plaintiff States*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that Plaintiffs conferred with counsel for Defendants prior to filing. Defendants confirmed that they do not oppose the motion.

/s/ James H. Congdon
James H. Congdon
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Phone: 202-299-4574
Fax: 202-307-5802
james.congdon@usdoj.gov

*Attorney for Plaintiff United States of America*
