UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**AMERICAN AIRLINES GROUP INC. AND JETBLUE AIRWAYS CORPORATION'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION**

Pursuant to Local Rule 7.1(b)(3), Defendants American Airlines Group Inc. and JetBlue Airways Corporation ("Defendants") respectfully move for leave to file a response brief to address Plaintiffs' Proposed Final Judgment and accompanying motion, Dkt. 353, and Plaintiffs' Response to Defendants' Motion for Entry of Final Judgment and Permanent Injunction, Dkt. 358. As the Court's recent order recognizes, there are "meaningful disputes" between the parties "regarding the terms of the permanent injunction." Dkt. 355. The proposed response brief is intended to assist the Court in resolving those disputes. In addition, given the fast-moving briefing schedule and Plaintiffs' latest revisions to their form of Final Judgment, Defendants seek to ensure that the Court is fully informed about issues raised by Plaintiffs' Revised Proposed Final Judgment, including certain technological limitations that make it impossible to comply with certain provisions. Defendants met and conferred with Plaintiffs regarding this motion for leave to file, and Plaintiffs indicated they oppose. Defendants did not oppose Plaintiffs' supplemental filing,

Dkt. 358, and the Court should not allow Plaintiffs to file two briefs while Defendants are limited to one. Accordingly, the Court should grant this motion.

Defendants' proposed response brief is attached hereto as Exhibit A, and two declarations in support of that brief are attached hereto as Exhibits B and C.

Dated: June 14, 2023

Respectfully submitted,

/s/ Alfred C. Pfeiffer
Alfred C. Pfeiffer (*pro hac vice*)
Christopher S. Yates (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
al.pfeiffer@lw.com
chris.yates@lw.com

Farrell J. Malone (*pro hac vice*)
Marguerite M. Sullivan (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
farrell.malone@lw.com
marguerite.sullivan@lw.com

David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant
American Airlines Group Inc.*

/s/ Richard Schwed
Richard Schwed (*pro hac vice*)
Matthew L. Craner (*pro hac vice*)
Jessica K. Delbaum (*pro hac vice*)
Leila Siddiky (*pro hac vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com
leila.siddiky@shearman.com

Brian Hauser (*pro hac vice*)
Ryan Leske (*pro hac vice*)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com
ryan.leske@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for Defendants has conferred with counsel for Plaintiffs regarding the relief requested in this motion, and Plaintiffs indicated they oppose this motion.

/s/ Alfred C. Pfeiffer
Alfred C. Pfeiffer

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                                   /s/ Alfred C. Pfeiffer
                                                   Alfred C. Pfeiffer