# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**DECLARATION OF DAVID FINTZEN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION**

I, David Fintzen, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Vice President, Northeast Alliance at JetBlue Airways Corporation ("JetBlue").

2. To the best of my knowledge, information and belief, using best efforts, any termination of the frequent flyer program ("FFP") reciprocity could likely be implemented in thirty (30) days.

3. This time is required to ensure that JetBlue's systems, and business partner systems that JetBlue relies upon, are in place to provide that customers' accrued FFP miles will be properly accounted for. This includes ensuring that changes to coding in JetBlue's systems to turn off cross-accrual and cross-redemptions are properly implemented to reduce any glitches or errors so that JetBlue can appropriately honor passengers' accrued miles and to minimize customer confusion and frustration.

4. JetBlue's IT systems as currently designed are not capable of allowing accrual of frequent flyer miles and elite benefits on codeshare flights booked before the FFP reciprocity is terminated but flown thereafter. JetBlue's system tracks points accrual and benefits available on the date of the flight, not the date of the booking. This means that it is not currently possible to distinguish between those customers who booked their tickets before the FFP reciprocity is terminated and those who booked after the FFP reciprocity is terminated.

5. For example, any termination of the FFP reciprocity would mean that a customer who booked an American Airlines flight on the JetBlue website for travel in the future (i.e., booked before the FFP reciprocity is terminated, but planning to fly after the FFP reciprocity is terminated) will not automatically accrue TrueBlue points. The same would be true for a customer who booked a JetBlue flight on the American website for travel in the future (i.e., booked before the FFP reciprocity is terminated, but planning to fly after the FFP reciprocity is terminated). They too would not automatically accrue TrueBlue points.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2023 in New York, New York.

David Fintzen

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Alfred C. Pfeiffer
Alfred C. Pfeiffer