UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**JOINT STATUS REPORT**

Following their July 19, 2023 submissions of revised proposed final judgments and supporting memoranda in response to the Court's Order of July 10, 2023, *see* Dkts. 368 to 370-3, the parties have continued to negotiate disputed injunction terms, including the definition of "Covered Agreements" in Section I.G of their respective proposals and the scope of Section III.C. The parties write to inform the Court that they have reached agreement on these provisions. Specifically, the parties jointly propose the following language:

**Section I.G**: "Covered Agreement" means any agreement, partnership, or joint venture that provides, in whole or in part, for any or all of the following:

    a.    codesharing or arrangements functionally similar to codesharing (for the avoidance of doubt, this provision does not include interline agreements);

    b.    sharing or pooling of revenues earned from air passenger services (for avoidance of doubt, sharing or pooling of revenues does not include allocation of revenues from interline agreements, or otherwise compensating another carrier for services rendered, such as for carrying a customer pursuant to a re-protect agreement);

      c.      discussion or any other communications about the routes on which to offer air passenger service, or of the frequency or capacity of air passenger service flights on any route or routes; or

      d.      sale, lease, or sharing of Slots, excluding agreements that will last up to one IATA season and do not include a renewal provision.

The parties note that there remains a dispute regarding whether Defendants should be required to provide notice to the U.S. Department of Justice and Plaintiff States of Covered Agreements with other Domestic Air Carriers (Section V.B) or just each other.

**Section III.C**: Defendants shall not share revenues pursuant to the MGIA with respect to flights flown after July 18, 2023. For avoidance of doubt: (1) With respect to tickets or itineraries issued or sold before July 18, 2023 by one Defendant for any flight or segment flown by the other Defendant after July 18, 2023, Defendants may compensate one another pursuant to their Special Prorate Agreement or Frequent Flyer Agreements; (2) Defendants may complete the audit, reconciliation and payment processes set forth in the NEA Agreements in order to settle their obligations to one another with respect to flights flown on or before July 18, 2023, consistent with the relevant terms of the NEA Agreements.

Updated copies of Plaintiffs' Revised Proposed Final Judgment and Order Entering Permanent Injunction (previously submitted as Exhibit 2 to Plaintiffs' memorandum, Dkt. 369-2) and Defendants' Revised Proposed Final Judgment and Order Entering Permanent Injunction, (previously submitted as Exhibit A to Defendants' memorandum, Dkt. 370-1), and a redline of the two proposals, are attached as Exhibits A-C, respectively.

Dated:  July 25, 2023                                  Respectfully submitted,

/s/ Christopher S. Yates
Christopher S. Yates (*pro hac vice*)
Alfred C. Pfeiffer (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
chris.yates@lw.com
al.pfeiffer@lw.com

Farrell J. Malone (*pro hac vice*)
Marguerite M. Sullivan (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
farrell.malone@lw.com
marguerite.sullivan@lw.com

David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant
American Airlines Group Inc.*

/s/ Richard Schwed
Richard Schwed (*pro hac vice*)
Matthew L. Craner (*pro hac vice*)
Jessica K. Delbaum (*pro hac vice*)
Leila Siddiky (*pro hac vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com
leila.siddiky@shearman.com

Brian Hauser (*pro hac vice*)
Ryan Leske (*pro hac vice*)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com
ryan.leske@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*


/s/ William H. Jones II
William J. Jones II
James H. Congdon
Patricia C. Corcoran
Kate M. Riggs

U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8000
Washington, DC 20530
Tel: (202) 598-8805
Fax: (202) 307-5802
Email: bill.jones2@usdog.gov

*Attorneys for Plaintiff*
*United States of America*

/s/ Colin G. Fraser
COLIN G. FRASER (FL Bar No. 104741)

Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399
Tel: (850) 414-3300
Email: Colin.Fraser@myfloridalegal.com

4

/s/ William T. Matlack
WILLIAM T. MATLACK
(MA Bar No. 552109)
DANIEL H. LEFF (MA Bar No. 689302)

Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 727-2200
Email: William.Matlack@mass.gov
Email: Daniel.leff@mass.gov

*Attorneys for the State of Florida, the
Commonwealth of Massachusetts,
and on behalf of the Plaintiff States*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Christopher S. Yates
Christopher S. Yates

5