**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**MOTION FOR ENTRY OF FINAL JUDGMENT**

On July 26, 2023, following a hearing on the parties' respective motions to enter Proposed Final Judgments and Permanent Injunctions ("PFJPIs") in this case, the Court ruled on the remaining outstanding disputes over the FJPI.  Dkt. No. 373.  The Court further directed Plaintiffs to prepare and file a clean version of the FJPI reflecting the Court's rulings.  Plaintiffs received confirmation from Defendants that the clean version of the FJPI, attached to this motion as Exhibit A, is consistent with the Court's rulings, and file it for the Court's review and entry.

Dated:  July 27, 2023

Respectfully submitted,

/s/ William H. Jones II
William H. Jones II
James H. Congdon
Patricia C. Corcoran
Kate M. Riggs

U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8000
Washington, DC 20530
Tel: (202) 598-8805

Fax: (202) 307-5802
Email: bill.jones2@usdog.gov

*Attorneys for Plaintiff*
*United States of America*

/s/ Colin G. Fraser
COLIN G. FRASER (FL Bar No. 104741)

Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399
Tel: (850) 414-3300
Email: Colin.Fraser@myfloridalegal.com


/s/ William T. Matlack
WILLIAM T. MATLACK
(MA Bar No. 552109)
DANIEL H. LEFF (MA Bar No. 689302)

Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 727-2200
Email: William.Matlack@mass.gov
Email: Daniel.leff@mass.gov

*Attorneys for the State of Florida, the*
*Commonwealth of Massachusetts,*
*and on behalf of the Plaintiff States*

2

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that Plaintiffs conferred with counsel

for Defendants prior to filing and Defendants confirmed the accuracy of the attached Exhibit A.


/s/ James H. Congdon
James H. Congdon
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Phone: 202-299-4574
Fax: 202-307-5802
james.congdon@usdoj.gov

*Attorney for United States of America*


3