# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, *et al.*,

*Plaintiffs*,

v.

Civil No. 21-11558

AMERICAN AIRLINES GROUP INC. and
JETBLUE AIRWAYS CORPORATION,

*Defendants*.

## PLAINTIFF STATES' SECOND CONSENT MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES

Pursuant to Fed. R. Civ. P. 6(b)(1) and 54(d), Plaintiffs the District of Columbia, the states of Arizona, California, and Florida, and the Commonwealths of Massachusetts, Pennsylvania, and Virginia (collectively Plaintiff States), move this Court for a second extension of time for Plaintiff States to file a motion for attorneys' fees and costs, to October 17, 2023, or if either American Airlines Group Inc. or JetBlue Airways Corporation file a notice of appeal, to twenty-one (21) days following final resolution of the appeal.[1]

Pursuant to D. Mass. R. 7.1(a), the counsel for the Plaintiff States conferred with counsel for Defendants who consent to this motion. Plaintiff States' memorandum of points and authorities in support of this request and proposed order are attached.

---

[1] Plaintiff United States of America does not intend to seek attorneys' fees but reserves the right to seek costs pursuant to Fed. R. Civ. P. 54(d)(1).

1

| | |
|---|---|
| Dated: August 18, 2023 | Respectfully submitted, |
| | ASHLEY MOODY<br>Attorney General |
| | /s/ Colin G. Fraser<br>LIZABETH A. BRADY (FL Bar No. 457991)<br>RACHEL S. BRACKETT (FL Bar No. 109775)<br>COLIN G. FRASER (FL Bar No. 104741)<br>TYLER ALEXANDER KOVACS (FL Bar No. 1044676) |
| | Office of the Attorney General<br>State of Florida<br>PL-01, The Capitol<br>Tallahassee, FL 32399<br>Tel: (850) 414-3300<br>Email: Liz.Brady@myfloridalegal.com |
| | *Attorneys for Plaintiff State of Florida* |
| Dated: August 18, 2023 | Respectfully submitted, |
| | ANDREA JOY CAMPBELL<br>Attorney General |
| | /s/ William T. Matlack<br>WILLIAM T. MATLACK (MA Bar No. 552109)<br>DANIEL H. LEFF (MA Bar No. 689302) |
| | Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Tel: (617) 727-2200<br>Email: William.Matlack@mass.gov<br>Email: Daniel.leff@mass.gov |
| | *Attorneys for Plaintiff Commonwealth of Massachusetts* |

Dated: August 18, 2023                                    Respectfully submitted,

                                                          KRISTIN K. MAYES
                                                          Attorney General

                                                           /s/ Robert Bernheim
                                                          ROBERT BERNHEIM (AZ Bar No. 024664)

                                                          Arizona Attorney General's Office
                                                          2005 North Central Avenue
                                                          Phoenix, AZ 85004
                                                          Tel: (520) 628-6507
                                                          Email: robert.bernheim@azag.gov

                                                          *Attorneys for Plaintiff State of Arizona*

Dated: August 18, 2023                                    Respectfully submitted,

                                                          ROB BONTA
                                                          Attorney General

                                                          PAULA BLIZZARD
                                                          Senior Assistant Attorney General

                                                          NATALIE S. MANZO
                                                          MICHAEL W. JORGENSON
                                                          Supervising Deputy Attorneys General

                                                           /s/ Robert B. McNary
                                                          ROBERT B. McNARY (CA Bar No. 253745)
                                                          JAMIE L. MILLER (CA Bar No. 271452)
                                                          Deputy Attorneys General

                                                          300 South Spring Street, Suite 1702
                                                          Los Angeles, California 90013
                                                          Phone: 213-269-6283
                                                          E-mail: robert.mcnary@doj.ca.gov

                                                          *Attorneys for Plaintiff State of California*

Dated: August 18, 2023	Respectfully submitted,

MICHELLE A. HENRY
Attorney General

MARK A. PACELLA (PA Bar No. 42214)
Executive Deputy Attorney General
Public Protection Division

/s/ Tracy W. Wertz
TRACY W. WERTZ (PA Bar No. 69164)
JOSEPH S. BETSKO (PA Bar No. 82620)
JENNIFER A. THOMSON (PA Bar No. 89360)

Pennsylvania Office of Attorney General
Antitrust Section
14th Floor Strawberry Square
Harrisburg, PA 17120
Tel: (717) 787-4530
Email: twertz@attorneygeneral.gov

*Attorneys for Plaintiff Commonwealth of Pennsylvania*

Dated: August 18, 2023	Respectfully submitted,

JASON S. MIYARES
Attorney General

/s/ Tyler T. Henry
TYLER T. HENRY (VA Bar No. 87621)
Assistant Attorney General
Antitrust Unit
Office of the Virginia Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Tel: (804) 692-0485
Email: THenry@oag.state.va.us

*Attorneys for Plaintiff Commonwealth of Virginia*

Dated: August 18, 2023

Respectfully submitted,

BRIAN SCHWALB
Attorney General

JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division

BETH MELLEN
WILLIAM F. STEPHENS
Assistant Deputy Attorneys General
Public Advocacy Division

/s/ Adam Gitlin
ADAM GITLIN (DC Bar No. 90004308)
Chief, Antitrust and Nonprofit Enforcement Section
Public Advocacy Division

Office of the Attorney General for the
District of Columbia
400 Sixth Street NW, Tenth Floor
Washington, DC 20001
Tel: (202) 442-9853
Email: arthur.durst@dc.gov

*Attorneys for Plaintiff District of Columbia*

5

## Certificate of Service

I certify that on August 18, 2023, I caused a true and correct copy of the Plaintiff States' Motion to Extend Time to File a Motion for Attorneys' Fees to be served upon the parties of record through the Court's ECF system.

                                        /s/ Colin G. Fraser
                                        Colin G. Fraser