# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, *et al.*,

        *Plaintiffs*,

v.

AMERICAN AIRLINES GROUP, INC. and
JETBLUE AIRWAYS CORPORATION,

        *Defendants*.

Civil No. 21-11558

## **ORDER**

Upon consideration of the Plaintiff States' Second Consent Motion to Extend Time to Move for Attorney's Fees pursuant to Fed. R. Civ. P. 6(b)(1) and 54(d), it is this __21__ day of __August__, 2023.

ORDERED that the Motion is GRANTED; and it is further ORDERED that Plaintiff States will have until October 17, 2023, to file their motion for attorney's fees and costs, unless either American Airlines Group Inc. or JetBlue Airways Corporation file a notice of appeal, in which case the motion for attorney's fees and costs will be due twenty-one (21) days following final resolution of the appeal.

SO ORDERED.

                                            /s/ Leo T. Sorokin
                                        _____
                                        Leo T. Sorokin
                                        United States District Court Judge