IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

## NOTICE OF APPEAL

Please take notice that American Airlines Group Inc. hereby appeals to the United States Court of Appeals for the First Circuit from the Final Judgment and Order Entering Permanent Injunction entered in this action on July 28, 2023 (Dkt. 375) and all orders underlying and incorporated in that judgment, including this Court's May 19, 2023, Findings of Fact and Conclusions of Law (Dkt. 344).

Dated: September 25, 2023

Respectfully submitted,

/s/ *Christopher S. Yates*
Christopher S. Yates (*pro hac vice*)
Alfred C. Pfeiffer (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
al.pfeiffer@lw.com
chris.yates@lw.com

Farrell J. Malone (*pro hac vice*)
Marguerite M. Sullivan (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304

Telephone: (202) 637-2200
Facsimile: (202) 637-2201
farrell.malone@lw.com
marguerite.sullivan@lw.com

David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Counsel for Defendant*
*American Airlines Group Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                                /s/ *Christopher S. Yates*
                                                Christopher S. Yates