# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America et al v. American Airlines Group Inc. et al

District Court Number: 21cv11558-LTS

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending  Yes ____ No _X_
If yes, document #

Sealed documents  Yes _X_ No ____
(see attached addendum)
If yes, document #

*Ex parte* documents  Yes ____ No _X_
If yes, document #

Transcripts  Yes _X_ No ____
(see attached addendum)
If yes, document #

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent _X_ Other: ____

Appeal from:

#344 Findings of Fact and Conclusions of Law, #375 Final Judgment and Order of Permanent Injunction

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#344, #375, and #381

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __381__ filed on __September 25, 2023__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __September 26, 2023__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

**SEALED DOCUMENTS:**

69,88,140,144,146,154,157,158,160,162,174,176,244.

**TRANSCRIPTS:**

84,133,253,297,299,300,301,302,303,304,305,306,307,308,309,310,311,313,314,315,328,376.