**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**MOTION FOR ENTRY OF DEFENDANTS' [PROPOSED] UNOPPOSED
STIPULATED ORDER ON WIND-DOWN PLAN
PURSUANT TO THE COURT'S FINAL JUDGMENT**

Pursuant to Section III.D of the Final Judgment and Order Entering Permanent Injunction, dated July 28, 2023 ("Final Judgment"), Defendants American Airlines Group Inc. and JetBlue Airways Corporation submit the enclosed Defendants' [Proposed] Unopposed Stipulated Order On Wind-Down Plan Pursuant to the Court's Final Judgment (the "Proposed Order") setting forth the "proposed wind-down plan for [the] expeditious and orderly termination of all Slot Lease Agreements related to the NEA and Airport Infrastructure sharing agreements related to the NEA," as those capitalized terms are defined in the Final Judgment.  Plaintiffs have informed Defendants that they consent to entry of the Proposed Order.

WHEREFORE, Defendants respectfully request that the Court enter the Proposed Order, attached hereto as Exhibit A.

Dated:  September 29, 2023

Respectfully submitted,

/s/ Christopher S. Yates
Christopher S. Yates (*pro hac vice*)
Alfred C. Pfeiffer (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
chris.yates@lw.com
al.pfeiffer@lw.com

Farrell J. Malone (*pro hac vice*)
Marguerite M. Sullivan (*pro hac vice*)
Tara L. Tavernia (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
farrell.malone@lw.com
marguerite.sullivan@lw.com
tara.tavernia@lw.com

David C. Tolley (BBO #676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant*
*American Airlines Group Inc.*

/s/ Richard Schwed
Richard Schwed (*pro hac vice*)
Matthew L. Craner (*pro hac vice*)
Jessica K. Delbaum (*pro hac vice*)
Leila Siddiky (*pro hac vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com

2

jessica.delbaum@shearman.com
leila.siddiky@shearman.com

Brian Hauser (*pro hac vice*)
Ryan Leske (*pro hac vice*)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com
ryan.leske@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel have conferred regarding the relief requested in this motion, and Plaintiffs support entry of the Proposed Stipulated Order.

/s/ Christopher S. Yates
Christopher S. Yates

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Christopher S. Yates
Christopher S. Yates