UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>Defendants. | Civil Action No. 1:21-cv-11558-LTS |

**ORDER ON WIND-DOWN PLAN PURSUANT TO THE COURT'S FINAL JUDGMENT**

Pursuant to Section III.D of the Final Judgment and Order Entering Permanent Injunction, dated July 28, 2023 ("Final Judgment"), it is hereby ORDERED, ADJUDGED, AND DECREED:

**I. Wind-Down Plan for Slot Lease Agreements Related to the NEA**

  **A. Remainder of the International Air Transport Association (IATA) Summer Season 2023 (through October 28, 2023)**

   1. JetBlue will continue to operate, manage, and use 70 slots of American Airlines at LaGuardia Airport ("LGA") and 36 slots of American Airlines at John F. Kennedy International Airport ("JFK") that JetBlue has been using for the IATA Summer Season 2023 as of June 28, 2023.

   2. American will continue to operate, manage, and use one slot of JetBlue at LGA and 10 slots of JetBlue at JFK that American Airlines has been using for the IATA Summer Season 2023 as of June 28, 2023.

  **B. IATA Winter Season 2023/2024 (October 29, 2023 – March 30, 2024)**

   1. JetBlue will lease, operate, manage, and use 58 slots of American Airlines at LGA and 36 slots of American Airlines at JFK for the IATA Winter Season 2023/2024.

   2. American Airlines will lease, operate, manage, and use one slot of JetBlue at LGA and 10 slots of JetBlue at JFK for the IATA Winter Season 2023/2024.

   C. **IATA Summer Season 2024 (March 31, 2024 – October 26, 2024)**

   1. JetBlue will lease, operate, manage, and use 31 slots of American Airlines at LGA and 36 slots of American Airlines at JFK for the IATA Summer Season 2024. All of these slots will revert to American Airlines at the end of the IATA Summer Season 2024.

   2. American will lease, operate, manage, and use 10 slots of JetBlue at JFK for the IATA Summer Season 2024. All of these slots will revert to JetBlue at the end of the IATA Summer Season 2024.

II. **Proposed Wind-Down Plan for Airport Infrastructure Sharing Agreements Related to the NEA**

   A. All Airport Infrastructure sharing agreements related to the NEA will terminate no later than the end of the IATA Winter Season 2023/2024.

   1. The sublease of space at LGA between American, as lessee, and JetBlue, as sublessee, will terminate no later than the end of the IATA Winter Season 2023/2024.

   2. The shuttle bus service at JFK to take connecting passengers between American's and JetBlue's terminals will no longer operate after October 31, 2023. Nothing herein shall limit any rights or obligations of American and/or JetBlue to make payments in connection with amounts owed to third parties related to this service.

III. **Additional Provisions**

   A. Neither Defendant has paid or shall owe or exchange any compensation to the other for the use of slots described in this Order.

   B. Nothing in this Order shall be construed to prohibit American and JetBlue from entering into slot leases that comply with Section V of the Final Judgment.

   C. American and JetBlue may modify this Wind-Down Plan with the written consent of Plaintiffs.

**SO ORDERED:**

Dated: 10/2/2023

/s/ Leo T. Sorokin
_____
Leo T. Sorokin
United States District Judge