UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION,<br><br>Defendants. | Civil Action No. 1:21-cv-11558-LTS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ALLYSON M. MALTAS

Please be advised that Allyson M. Maltas hereby withdraws as counsel for Defendant American Airlines Group Inc. ("American") in the above-captioned matter. Numerous attorneys from Latham & Watkins LLP have made appearances in this proceeding and will continue to represent American going forward.

Dated:  January 18, 2024

Respectfully submitted,

/s/ Allyson M. Maltas
Allyson M. Maltas (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
allyson.maltas@lw.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                                /s/ Allyson M. Maltas
                                                Allyson M. Maltas