UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. and JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Civil Action No. 1:21-cv-11558-LTS |

### NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as a result of the combination of Shearman & Sterling LLP and Allen & Overy LLP, effective May 1, 2024, the name of the firm representing the undersigned party is Allen Overy Shearman Sterling US LLP.  The new email addresses of counsel are:

rschwed@aoshearman.com

matthew.craner@aoshearman.com

jessica.delbaum@aoshearman.com

brian.hauser@aoshearman.com

The mailing address, telephone number, and facsimile number remain unchanged.

Dated: May 10, 2024              Respectfully submitted,
       New York, New York
                                  ALLEN OVERY SHEARMAN STERLING US LLP

                                  By:  /s/ Richard Schwed

1

Richard Schwed
Matthew L. Craner
Jessica K. Delbaum
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
Email: richard.schwed@aoshearman.com
       matthew.craner@aoshearman.com
       jessica.delbaum@aoshearman.com

Brian Hauser (*pro hac vice*)
Allen Overy Shearman Sterling US LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
Email: brian.hauser@aoshearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant JetBlue Airways Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/* Glenn A. MacKinlay
Glenn A. MacKinlay