# United States Court of Appeals
## For the First Circuit

No. 23-1802

UNITED STATES; STATE OF ARIZONA; STATE OF CALIFORNIA; DISTRICT OF COLUMBIA; STATE OF FLORIDA; COMMONWEALTH OF MASSACHUSETTS; COMMONWEALTH OF PENNSYLVANIA; COMMONWEALTH OF VIRGINIA,

Plaintiffs - Appellees,

v.

AMERICAN AIRLINES GROUP INC.,

Defendant - Appellant,

JETBLUE AIRWAYS CORPORATION,

Defendant.

**MANDATE**

Entered: December 31, 2024

In accordance with the judgment of November 8, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Robert A. Bernheim, Peter J. Carney, Patricia C. Corcoran, John Staige Davis, Peter E. Davis, Samir Deger-Sen, James P. Denvir III, Michael G. Egge, Mark Christopher Fleming, Mark A. Ford, Dana Foster, Colin G. Fraser, Bryan D. Gant, Gregory G. Garre, Adam Gitlin, Leon Bradford Greenfield, Cansu Gunel, Daniel Edward Haar, Andrew Hamm, Tyler Henry, Daniel H. Leff, Nickolai Levin, Donald Campbell Lockhart, Glenn A. MacKinlay, Farrell J. Malone, Allyson M. Maltas, William T. Matlack, Robert B. McNary, Jamie L. Miller, Natalie M. Morrissey, Alfred C. Pfeiffer Jr., Samuel Newland Rudman, Robert K. Shelquist, Christine Casey Smith, Benjamin P. Solomon-Schwartz, Marguerite M. Sullivan, Jennifer Ann Thomson, David C. Tolley, Daniel M. Wall, Alice A. Wang, Matthew A. Waring, Christopher S. Yates