UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. <br> and <br> JETBLUE AIRWAYS CORPORATION, <br><br> *Defendants*. | Civil No.: 1:21-cv-11558 |

## PLAINTIFF STATES' CONSENT MOTION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS

The District of Columbia, the Commonwealths of Massachusetts, Pennsylvania and Virginia, and the States of Arizona, California and Florida, (collectively "Plaintiff States"), by and through their undersigned counsel, submit the following Consent Motion and accompanying Memorandum for Attorneys' Fees and Costs Under Section 16 of the Clayton Act, 15 U.S.C. §26, Rules 7 and 54 of the Federal Rules of Civil Procedure. The Plaintiff States respectfully request this Court to grant this consent motion for the payment of reasonable attorneys' fees and costs to the Plaintiff States.

After negotiations between the Plaintiff States, American Airlines Group, Inc. ("American"), and JetBlue Airways Corporation ("JetBlue," and collectively with American, "Defendants") regarding the amount of reasonable attorneys' fees and costs, the Parties reached an agreement on the amount of reasonable fees and costs, payment of which is conditional upon

final resolution of this litigation in favor of Plaintiff States, without further trial or adjudication of any issue of fact or law, enforceable by all Parties.

Accordingly, Plaintiff States request entry of the proposed Order filed with this Consent Motion to ensure that American and JetBlue's payment to the Plaintiff States may be used as stated in the proposed Order.

Pursuant to L.R., D. Mass. 7.1(a), the counsel for the Plaintiff States conferred with counsel for Defendants who consent to this motion. Plaintiff States' memorandum of points and authorities in support of this request and proposed Order are attached.

Dated: January 17, 2025                     Respectfully submitted,

                                                        MICHELLE A. HENRY
Attorney General

MARK A. PACELLA (PA Bar No. 42214)
Executive Deputy Attorney General
Public Protection Division

*/s/ Tracy W. Wertz*
TRACY W. WERTZ (PA Bar No. 69164)
Chief Deputy Attorney General
Antitrust Section

JOSEPH S. BETSKO (PA Bar No. 82620)
Assistant Chief Deputy Attorney General
Antitrust Section

JENNIFER A. THOMSON (PA Bar No. 89360)
Senior Deputy Attorney General
Antitrust Section

Pennsylvania Office of Attorney General
Antitrust Section
14th Floor Strawberry Square
Harrisburg, PA 17120
Tel: (717) 787-4530
Email: twertz@attorneygeneral.gov

*Attorneys for Plaintiff Commonwealth of Pennsylvania*

ASHLEY MOODY
Attorney General

 */s/ Colin G. Fraser*
LIZABETH A. BRADY (FL Bar No. 457991)
RACHEL S. BRACKETT (FL Bar No. 109775)
COLIN G. FRASER (FL Bar No. 104741)
TYLER ALEXANDER KOVACS (FL Bar No. 1044676)

Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399
Tel: (850) 414-3300
Email: Liz.Brady@myfloridalegal.com

*Attorneys for Plaintiff State of Florida*


ANDREA JOY CAMPBELL
Attorney General

 */s/ William T. Matlack*
WILLIAM T. MATLACK (MA Bar No. 552109)

Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 727-2200
Email: William.Matlack@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*


KRISTIN K. MAYES
Attorney General

 */s/ Robert Bernheim*

3

ROBERT BERNHEIM (AZ Bar No. 024664)

Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
Tel: (520) 628-6507
Email: robert.bernheim@azag.gov

*Attorneys for Plaintiff State of Arizona*


ROB BONTA
Attorney General

PAULA BLIZZARD
Senior Assistant Attorney General

NATALIE S. MANZO
MICHAEL W. JORGENSON
JAMIE L. MILLER
Supervising Deputy Attorneys General

 */s/ Robert B. McNary*
ROBERT B. McNARY (CA Bar No. 253745)
Deputy Attorney General

300 South Spring Street, Suite 1702
Los Angeles, California 90013
Phone: 213-269-6283
E-mail: robert.mcnary@doj.ca.gov

*Attorneys for Plaintiff State of California*


JASON S. MIYARES
Attorney General

4

/s/ Tyler T. Henry
TYLER T. HENRY (VA Bar No. 87621)
Assistant Attorney General
Antitrust Unit
Office of the Virginia Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Tel: (804) 692-0485
Email: THenry@oag.state.va.us

*Attorneys for Plaintiff Commonwealth of Virginia*


BRIAN SCHWALB
Attorney General

JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division

BETH MELLEN
WILLIAM F. STEPHENS
Assistant Deputy Attorneys General
Public Advocacy Division

/s/ Adam Gitlin
ADAM GITLIN (DC Bar No. 90004308)
Chief, Antitrust and Nonprofit Enforcement Section
Public Advocacy Division

Office of the Attorney General for the District of Columbia
400 Sixth Street NW, Tenth Floor
Washington, DC 20001
Tel: (202) 442-9853
Email: Adam.Gitlin@dc.gov

*Attorneys for Plaintiff District of Columbia*

5

**Certificate of Service**

I certify that on January 17, 2025, I caused a true and correct copy of the Plaintiff States' Consent Motion for Payment of Attorneys' Fees and Costs to be served upon the parties of record through the Court's ECF system.

*/s/ Joseph S. Betsko*
Joseph S. Betsko
Assistant Chief Deputy Attorney General
Antitrust Section
Pennsylvania Office of Attorney General
