# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC. <br> and <br> JETBLUE AIRWAYS CORPORATION, <br><br> *Defendants*. | Civil No.: 1:21-cv-11558 |

## PROPOSED ORDER GRANTING PLAINTIFF STATES' CONSENT MOTION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS

Upon consideration of the Consent Motion of the District of Columbia, the Commonwealths of Massachusetts, Pennsylvania and Virginia, and the States of Arizona, California and Florida, (collectively "Plaintiff States"), by and through their undersigned counsel, for entry of an Order for payment of reasonable attorneys' fees and costs to the Plaintiff States, which Order is consented to by Defendants American Airlines Group Inc. ("American") and JetBlue Airways Corporation ("JetBlue"), all documents in support of the Motion, and the entire record, it is this _____ day of _____, 2025,

ORDERED that the Plaintiff States' Motion is GRANTED; and it is

ORDERED that the Plaintiff States shall be paid reasonable attorneys' fees and costs by American and JetBlue as agreed to by the parties and pursuant to Section 16 of the Clayton Act, 15 U.S.C. § 26, and it is further

ORDERED that the Plaintiff States and American and JetBlue, by their respective attorneys, have consented to the entry of this Order without trial or adjudication of any issue of

fact or law, and without this Order constituting any evidence against, or any admission by any party regarding any issue of fact or law; and it is further

ORDERED that payment to the Plaintiff States pursuant to this Order may be used for any one or more of the following purposes, as the Plaintiff States' Attorneys General, in their sole discretion, see fit: (i) payment of attorneys' fees and expenses; (ii) antitrust or consumer protection law enforcement; or (iii) such other purpose as the Attorneys General deem appropriate, consistent with the respective states' law.

SO ORDERED

_____
Leo T. Sorokin
United States District Judge