# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 3, 2025

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

     Re:  American Airlines Group Inc.
           v. United States, et al.
           No. 24-938
           (Your No. 23-1802)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on February 27, 2025 and placed on the docket March 3, 2025 as No. 24-938.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Angela Jimenez
           Case Analyst